**_FILED_**

DEC 1 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Presented under <u>special appearance</u> by:
Violet A. Hooghkirk
C/o 772 Barnaby Place
Wheeling, Illinois [60090]
(847) 215-5244

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
Everett McKinley Dirksen Building,
219 South Dearborn Street, 20th floor, Chicago, Illinois 60604

| | |
|---|---|
| VIOLET A. HOOGHKIRK )<br>　　　　Plaintiff in Error )<br>　vs. )<br>　　　　　 )<br>ABN AMRO MORTGAGE GROUP INC. et al )<br>TOM GOLDSTEIN, individually )<br>THOMAS ROSIELLO, individually )<br>CAROL L. TENYAK, individually )<br>TIM NUSS, individually )<br>COLLEEN RIDDELL, individually )<br>SHAUN, individually )<br>ELENA L. ENUSCU, individually<br>BETH P. PONDER, individually<br>DAMIEN BAZAN, individually<br>MERILYN ROGERS, individually<br>ISOLENE B. JONES, individually<br>LASALLE BANK N.A.<br>NORM BOBBIN, individually )<br>JOHN PURTELL, individually )<br>MICHAEL JINGA, individually )<br>MARIE SHIFFMAN, individually )<br>CHELSEA COVE CONDOMINIUM ASSOC )<br>DAVID CANTWELL, individually )<br>JEFFREYMEYERS, individually, )<br>　　　　Defendant(s) in Error, )<br>　　　　　 )<br>Violet A. Hooghkirk, Secured Party/ )<br>Aggrieved, Injured Party )<br>Petitioner by special Appearance )<br>　　　　Petitioner, )| Circuit Court Cook County,<br>Illinois First Judicial Circuit<br>Case No. 05 Ch 19333<br><br>Appellate Court First Judicial<br>District Case No. 06-3152<br><br>Supreme Court of Illinois<br>District Case No. 104542<br><br>**07CV6975**<br>**JUDGE CONLON**<br>**MAG. JUDGE ASHMAN**<br><br>NOTICE OF FILING<br>TO INCLUDE IN AND TO<br>AUGMENT THE RECORD<br><br>DECLARATION OF<br>SECURED PARTY, WITH<br>POINTS AND AUTHORITY<br>AND _STARE DECISIS_<br><br>NOTICE OF STAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# VERIFIED COMPLAINT FOR VIOLATION OF IMPAIRMENT OF CONTRACTS BY DEFAULT, ASSENT AND TACIT PROCURATION AGREEMENT, AND VIOLATION OF CONSTITUTIONAL MANDATES AND UNALIENABLE RIGHTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 1 of 15
Verified Complaint for Violation of Impairment of Contracts by Default, Assent and Tacit
Procuration Agreement, and Violation of Constitutional Mandates and Unalienable Rights.

**Presented by** Violet Alberta Hooghkirk, <u>**Sovereign and Secured Aggrieved Party, Injured Party in Fact**</u> - <u>**Speaking on behalf of Plaintiff-in-Error.**</u>

| Illinois state | ) | |
| | ) ss | Affidavit by Violet Alberta Hooghkirk |
| Cook county | ) | |

I, **Violet Alberta Hooghkirk**, a women over the age of majority, whose character, mind, body, and spirit are **Sovereign, as originally intended for the People on this great Land** (see *Spooner v. McConnell*, et al, 1 McClean 337, (1838) 22 Fed. Cas. 939, 943;, being of sound mind, suo nominee and sui juris, and having firsthand knowledge of the <u>facts and evidence</u> stated herein, do hereby say under penalties of perjury under the laws of the united States of America that what is stated herein is true and correct, materially complete, not misleading, and it is the truth, the whole truth, and nothing but the truth, so help me God. USC Title 28 > Part V > Chapter 115 > §1746 (1), <u>IN FACT</u>.

1.　　Petitioner, who is unschooled in law, Petitioner Notices the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION to take Judicial Notice of the enunciation of principles stated in *Haines v. Kerner*, 404 U.S. 519 et al, wherein the court directed that those who are unschooled in law making complaints/pleading shall have the court look to the substance of the complaint rather than the form. See also *William McNeil v. United States* 113 S. Ct. 1980, 124 L. Ed. 2d 21, 61 U.S.L.W. 4468, and *Hughes v. Rowe et al.* 449 U.S. 5, 101 S. Ct. 173, 66 L. Ed. 2d 163, 49 U.S.L.W. 3346, <u>IN FACT</u> and that;

2.　　Petitioner requests that this Court would interpret Petitioner's evidence fairly and in light of strict constitutional standards, forgiving any "inartful pleading," and not holding Petitioner to the same standard as a practicing attorney. See *Balistrari v. Pacifica Police Department*, 901 F.2d 696, 699; *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260; *Spannaus v. Federal Election Commission* 990

F.2d 643, 645;  *Securities & Exchange Commission v. Elliott*, 953 F.2d 1560, 1582; *Boag v. McDougall*, 454 U.S. 364, 365, 70 L.Ed 2d 447, 99 S.Ct 1800, IN FACT and that;

3.      This presentment, and attached Prima facie **evidence(s)** is in an Affidavit form to serve as Petitioner's testimony admissible without any extrinsic evidence of authenticity, *Fed. R. of Evidence, Rule 902(8)*; and presented with reservation of all rights and without waiver of any of them, IN FACT and that;

4.      Petitioner presents this VERIFIED COMPLAINT FOR VIOLATION OF IMPAIRMENT OF CONTRACTS BY DEFAULT, ASSENT AND TACIT PROCURATION AGREEMENT, AND VIOLATION OF CONSTITUTIONAL MANDATES AND UNALIENABLE RIGHTS, and states as follows: Opposing parties are hereinafter "Defendant(s) in Error," IN FACT.

## BACKGROUND OF THE INSTANT CASE AND JURISDICTION OF THIS COURT

5.      See attached Prima facie **Evidence(s) "A-1"** Notice of Removal to District Court of the United States, and Notice of Stay, dated November 26, 2007, and this Affidavit by Violet Alberta Hooghkirk. See "Jurisdiction of this Court" attached, IN FACT, and that;

## NOTICE OF FILING FOR INCLUSION TO AND AUGMENTATION OF THE RECORD
**Declarations of relevant and material fact are as follows:**

The documents attached as evidence with Points and Authority - *Stare Decisis* hereto regarding "Defendant(s) in Error" are hereby entered into the court file and record, IN FACT, and that;

1.      See attached Prima facie **Evidence(s) "B-1"** (tendered) **Bonded Registered Bills of Exchange** with attached instruction, **Letter(s) of Advice**, dated November 19, 2004, May, 25, 2005, January 17, 2006, February 13, 2006, January 29, 2007, and April 30, 2007, Illinois Attorney General, Consumer Fraud

Bureau form, Lisa Madigan, dated March 31, 2007 (2), Defendant(s) in Error had seventy-two (72) hours to reject the **Bill of Exchange** and send it back to the Drawer (Petitioner) with full disclosure as to why it was rejected. Petitioner did not receive a rejected response with full disclosure from any of the Defendant(s) in Error who were in receipt of the **Bills of Exchange** within the required seventy-two (72) hours. Defendant(s) in Error, consequently are mandated under *Hallenbeck v. Leimert*, 295 US 116, 122 (1935), to now be held personally liable for the debts under the *Erie and Clearfield Doctrines*. The mortgage claims have been in fact discharged in their entirety since December 2004, Petitioner can no longer held liable for the debts under any obligations whatsoever. Petitioner has never received a rebuttal point-for-point, by and through Defendant(s) in Error, by their Tacit Procuration Agreement, and *Stare Decisis*, IN FACT and that;

2.    See attached Prima facie **Evidence(s) "C-1" Points and Authority - *Stare Decisis* UCC Confirmatory Writing(s)** to: ABM AMRO/Defendant, dated March 6, 2005 (fax), February 10, 2005, June 29, 2005, July 15, 2005, September 18, 2005, September 27, 2005, October 8, 2005 (in **Default**), September 19, 2005, January 13, 2006,  January 12, 2006, March 4, 2006, August 29, 2006, September 9, 2006, LaSalle Bank NA/Defendant, dated December 2, 2005, and September 10, 2006, Chelsea Cove/Defendant, dated March 2, 2006, May 10, 2006, July 23, 2006, July 27, 2006, September 6, 2006, March 8, 2007, and May 29, 2007, Petitioner has never received a response or rebuttal point-for-point, by and through Defendant(s) in Error, by their Tacit Procuration Agreement, and *Stare Decisis*, IN FACT and that;

3.    See attached Prima facie **Evidence(s) "D-1" legal procedure letter(s)** regarding Petitioner's UCC filings; Petitioner holds a prior, superior and perfected claim/lien, vested interest in private property, commonly known as and located at 772 Barnaby Place - Wheeling, Illinois [60090], dated May 24, 2005, August 30, 2005, October 20, 2005, December 9, 2005 (2), January 9, 2006 (2), January 4, 2006, May 5, 2007, and May 6, 2007. Petitioner has never received a response or

Page 4 of 15
Verified Complaint for Violation of Impairment of Contracts by Default, Assent and Tacit
Procuration Agreement, and Violation of Constitutional Mandates and Unalienable Rights.

rebuttal point-for-point, by and through Defendant(s) in Error, by their Tacit Procuration Agreement, IN FACT and that;

## ACCORD AND SATISFACTION

4.      See attached Prima facie **Evidence(s) "E-1"** Petitioner holds a perfected Notarized AGREEMENT/ CONTRACT/ CHECKS/ DEFAULTS, County Filing(s), acknowledgment between parties Defendant(s) in Error, and Petitioner, County filings, dated September 8, 2006 (2), and September 1, 2006, Doc#0625149163, 625149162, and 0624455106, Petitioner has never received a response or rebuttal point-for-point, by and through Defendant(s) in Error, by their Tacit Procuration Agreement, thereby giving acknowledgment between Petitioner and Defendant(s) in Error as **accord and satisfaction,** and *Stare Decisis*, IN FACT and that;

## TREASURY TAX AND LOAN (TT&L) PROCEDURE

5.      See attached Prima facie **Evidence(s) "F-1" Points and Authority - *Stare Decisis* Communication**, dated March 7, 2007, a color "Document Flow Diagram," and attached communication from the "Department of the Treasury Financial Management Service" dated December 20, 2006. The Internal Revenue Service has its own bank account, called a *"Treasury Tax and Loan Account,"* or (TTL), in every banking/financial institution that deals in *Federal Reserve Notes*. It has also been verified that IRS levies are effected from the "*Special Procedures Function Department (or Office)*" via simple fax (***Bill of Exchange***) instructing the particular bank, savings and loan, credit union, brokerage house, *etc.,* to debit the depositor's/taxpayer's account and credit the TTL. Petitioner has never received a response or rebuttal point-for-point, by and through Defendant(s) in Error, by their Tacit Procuration Agreement, and *Stare Decisis* IN FACT and that;

## STATUS AND DISCLOSURE OF AFFIDAVIT OF MATERIAL FACTS

6.      See attached Prima facie **Evidence(s) "G-1"** Perfected and Notarized **Notice of Default** and **Assent,** dated August 6, 2006 County Filing

Doc#0621649071, Notarized Status and Disclosure of **Affidavit of Material Facts**, dated May 10, 2006, and Notarized Status and Disclosure of **Affidavit of Material Facts**, dated January 25, 2007. The following is Points and Authority - *Stare Decisis*, In a communication response from the Department of Treasury – Executive Secretary Office - La Tanya Y. Wilson, Review Analyst - Office of Correspondence, referenced a **Bill of Exchange**, and states in the relevant part – *"Upon receipt of a **Bill of Exchange** document, our office is responsible for sending the document to the following office: INTERNAL REVENUE SERVICE 1111 Constitution Ave., NW, Rm 1120 – Washington DC,"* A copy of this is in the public record on file at the Circuit Court of Cook County, Illinois–Chancery Division as (Exhibit H-10) Case No 05 CH 19333. Petitioner has never received a response or rebuttal point-for-point, by and through Defendant(s) in Error, by their Tacit Procuration Agreement. See *Webb v. Mount Sinai Hosp. and Medical Center of Chicago, Inc.*, 807 N.E.2d 1026 Ill.App.1.Dist., 2004,

> "When the facts in an affidavit are uncontradicted, they must be taken as true, notwithstanding the existence of contrary unsupported allegations."

*Winsett v. Donaldson*, 244 N.W. 2d 355 Mich. App., 1976,

> "Statements of fact contained in affidavits which are not rebutted by opposing party's affidavit or pleadings may be accepted as true by trial court."

*Kugler v. Southmark Realty Partners III*, 723 N.E.2d 710 Ill.App.1. Dist., 1999,

> "Courts must accept an affidavit as true if it is uncontradicted by counter affidavit or other evidentiary materials. Sup.Ct.Rules, Rule 191."

*Refer to 3 Am.Jur. 2d Affidavits* § 29-31Ill.App.2 Dist., 1987,

> "Appellate Court had to take as true allegations of civil defendant in affidavit that particular attorney acted without authority in filing appearance on her behalf, where that allegation in affidavit was not rebutted by counter affidavit."

## IMPAIRING THE OBLIGATION OF CONTRACTS AKA CONTRACT/JUDGMENT BY DEFAULT, et al

7.    See attached Prima facie **Evidence(s) "H-1"** Notice of **Default(s) and Assent**, ABM AMRO/Defendant **Defaults**, dated September 4, 2005, November 7, 2005, February 26, 2006, February 27, 2006, March 13, 2006, and April 15, 2006, LaSalle Bank NA/Defendant **Defaults**, dated February 2, 2006, March 1,

2006, and March 15, 2006, Chelsea Cove/Defendant **Defaults**, dated February 15, 2006, February 20, 2006, April 11, 2006, and September 9, 2006, CONTRACT BY DEFAULT, et al: These are each a perfected Contract/Judgment by Defendant(s) in Error; through their Tacit Procuration Agreement, each **Default** is a STATUTE STAPLE, UCC CONFIRMATORY WRITING. Each Defendant(s) in Error is estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/ CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE" by and through Tacit Procuration and all associated documents as evidence that Petitioner, as Secured Party is the superior lien holder, and *Stare Decisis*, IN FACT and that;

## MORTGAGE LOAN DOCUMENT AUDIT

8.    See attached Prima facie **Evidence(s) "I-1"** a Communication sent to Office of the Attorney General Lisa Madigan, and Auditor General William G. Holland of Illinois, dated February 4, 2007, File No: 2006-CONSC-00147651 Re: **Mortgage Loan Document Audit** showing 30 violations, dated January 10, 2007. See Pg 10 point 24 regarding **UCC-1 LIEN** reads in relevant part: "Lender (ABN AMRO, Defendant) failed to acquire a UCC -1 lien on the property as required and in contravention of Article 9 of the UCC," Petitioner has never received a response or rebuttal point-for-point, by and through Defendant(s) in Error, by their Tacit Procuration Agreement, and *Stare Decisis* IN FACT and that;

## TREASURY DIRECTIVE 25-06

9.    See attached Prima facie **Evidence(s) "J-1"** Notice of **Default(s)** and **Assent** Re: **Notice and Demand,** In Accordance With *Treasury Directive 25-06*, dated July 12, 2006, and July 14, 2006, Petitioner has brought to the attentions, if the Defendant(s) in Error either cannot or are not willing to produce such records in the face of the evidence from the Petitioner that the Secretary of the Treasury acknowledged the documents (Bills of Exchange) without dishonor then it is clear Defendant(s) in Error, their position is contrary to that of the Secretary. See *Davila vs. Shalala*, 848 F Supp. 1141. *Title 18, Section 1001* of the Federal

Page 7 of 15
Verified Complaint for Violation of Impairment of Contracts by Default, Assent and Tacit
Procuration Agreement, and Violation of Constitutional Mandates and Unalienable Rights.

Criminal Code prohibits anyone from knowingly presenting false records to the TDIB or into a <u>Court</u> (via **Case No. 05 CH 19333**) such as inaccurate or contradicted claims). The Code decrees a penalty of five (5) years in prison and a $10,000 fine for each such offense against each claimant. Petitioner has never received a response or rebuttal point-for-point, by and through <u>Defendant(s) in Error</u>, by their Tacit Procuration Agreement, and *Stare Decisis* <u>IN FACT</u> and that;

## THIRD PARTY INTERLOPERS

10.    See attached Prima facie **Evidence(s) "K-1" Notice of Default(s)** and **Assent**, dated October 28, 2005, February 1, 2006, February 25, 2006, December 9, 2005, March 14, 2006, February 3, 2006, Petitioner received a communication from Office of the Attorney General Lisa Madigan, dated January 10, 2006 (2005-CONSC-00139122), an Investigation and Disposition letter to Lisa Madigan dated January 5, 2006, **Notice of Default(s) and Assent**, dated April 17, 2007, April 18, 2007, May 23, 2007, May 22, 2007, July 28, 2006, September 8, 2006, October 15, 2007, Affidavit of Obligation dated Oct 15, 2007. Petitioner has never received any verified "**Validation of Debts**" pursuant to the *Fair Debt Collection Practices Act* at, *15 U.S.C., Sec. 1692(g)(4)*. All associated documents Petitioner has received, by **Default** and **Assent** by Tacit Procuration Agreement, have been in violation of *Fair Debt Collection Practices Act* pursuant to Title *15 U.S.C., Sec. 1692(e)*, which states, "false, deceptive, and misleading presentation, in connection with the collection of any debt" includes the false representation of the character or legal status of any debt, It further identifies as a deceptive practice any threat to take any action which cannot be legally taken. Petitioner has never received a response or rebuttal point-for-point, by and through Third Party Interlopers Tacit Procuration Agreement, and *Stare Decisis*, <u>IN FACT</u> and that;

## <u>ACOUNTING AND TRUE BILL AND NOTICE OF PRIOR, SUPERIOR AND PERFECTED CLAIM/LIEN, VESTED INTEREST</u>

11.    See attached Prima facie **Evidence(s) "L-1"** this is the most current of 17 itemizations of the **Accounting and True Bill**, dated November 6, 2007, October

15 2007, and March 23, 2007 with Certificate of Publication attached, dated March 19, 2007, **Notice of Defaults** and **Assent**, dated November 27, 2005, May 16, 2006, and June 5, 2007, Petitioner has never received a response or rebuttal point-for-point, by and through Defendant(s) in Error, by their Tacit Procuration Agreement, and *Stare Decisis*, IN FACT and that;

## POINTS AND AUTHORITY AND *STARE DECISIS*

13.    See "Points and Authority - *Stare Decisis*," attached, and see "Notarized Affidavit of Truth," attached dated December 5, 2007, IN FACT, and that;

14.    No immunity, whether Absolute or Limited, is protective in any acts of Bad Faith against, VIOLET A. HOOGHKIRK, Petitioner in error, and that *Am Jur 2nd, Volume 17, (A) Clause #298* applies. NO IMMUNITIES WILL PROTECT A PERSON(S) WHO ACTS IN BAD FAITH. Defendant(s) in Error, including but not limited to Third Party Interlopers, have unilaterally created unsupported, commercial documents to deprive Petitioner, Sovereign and Secured Aggrieved, Injured Party of property by a fraudulent presumption of pledge, via Circuit Court of Cook County ORIGINAL - CIVIL alleged **Case No. 05 CH 19333,** OF ILLINOIS COUNTY DEPARTMENT - CHANCERY DIVISION, and now with alleged **Case No. 07 M1 727152,** IN FACT.

## JURISDICTION OVER PROPERTY

15.    **Establishing Jurisdiction over Property.** Property located within a state serves as a sufficient basis for jurisdiction in *in rem* or *quasi in rem* actions to determine interest in that property or actions where the property is the source of the underlying controversy between Petitioner and Respondents (and Third Party Interloper's). See [*Shaffer v. Heitner* (1977) 433 US 186, 207-208, 97 S Ct 2569, 53 L Ed2d 683]. Property-based jurisdiction is subject to the same constitutional due process standards that govern personal jurisdiction. The facts clearly show a

Page 9 of 15
Verified Complaint for Violation of Impairment of Contracts by Default, Assent and Tacit
Procuration Agreement, and Violation of Constitutional Mandates and Unalienable Rights.

constitutionally sufficient relationship among the defendant, the forum and the litigation. [*Shaffer v. Heitner* (1977) 433 US 186, 201, 97 S Ct 2569, 53 L Ed2d 6830.

16.    "**Standing represents a jurisdictional requirement...**"

*National Organization for Women, Inc., v. Scheidler*, 510 U.S. 249.

> "The requirement of standing, however, has a core component derived directly from the Constitution. **A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct** and likely to be redressed by the requested relief."    [**emphasis added**]

*Allen v. Wright*, 468 U.S. 737, 751 (1984)

> "**The duty of this court, as of every judicial tribunal, is limited to determining rights of persons or of property**, which are actually controverted in the particular case before it." [**emphasis added**]

*Tyler v. Judges of the Court of Registration*, 179 U.S. 405 **Standing also requires injury.**

> "Like the prudential component, the constitutional component of standing doctrine incorporates concepts concededly not susceptible of precise definition. **The injury alleged must be**, for example, " ' **distinct and palpable**,' " *Gladstone, Realtors v. Village of Bellwood*, 441 U.S. 91, 100 (1979) (quoting *Warth v. Seldin*, supra, at 501), and **not "abstract" or "conjectural" or "hypothetical**," *Los Angeles v. Lyons*, 461 U.S. 95, 101-102 (1983); *O'Shea v. Littleton*, 414 U.S. 488, 494 (1974). **The injury must be "fairly" traceable to the challenged action**, and relief from the injury must be "likely" to follow from a favorable decision."
> [**emphasis added**]

*Allen v. Wright*, 468 U.S. 737, 751 (1984)

> "**The plaintiff must show that he himself is injured by the challenged action of the defendant**. The injury may be indirect, see *United States v. SCRAP*, 412 U.S. 669, 688, 93 S.Ct. 2405, 2416, 37 L.Ed.2d 254 (1973), but the complaint must indicate that the injury is indeed fairly traceable to the defendant's acts or omissions. *Simon v. Eastern Ky.* Welfare Rights Org., 426 U.S. 26, 41-42, 96 S.Ct. 1917, 1925-1926, 48 L.Ed2d 450 (1976); *O'Shea v. Littleton*, 414 U.S. 488, 498, 94 S.Ct. 669, 677, 38 L.Ed2d 674 (1974); *Linda R.S. v. Richard D.*, 410 U.S. 614, 617, 93 S.Ct. 1146, 1148, 35 L.Ed2d 536 (1973)."

*Vil. of Arlingron Hts. V. Metro Housing Dev.*, 429 U.S. 252, 262.
[**emphasis added**]

**And requires a corpus delecti.**

"**Component parts of every crime are the occurrence of a specific kind of injury or loss, somebody's criminality as source of the loss**, and the accused's identity as the doer of the crime; the first two elements are what constitutes concept of "corpus delecti."         [**emphasis** added]

*U.S. v. Shunk*, 881 F.2d 917, 919 C.A. 10 (Utah).

"The **corpus delecti** of a crime consists of two elements: (1) the **fact of the injury or loss or harm**, and (2) the **existence of a criminal agency as its cause** [citations omitted] there must be sufficient proof of both elements of the corpus delecti beyond a reasonable doubt." [**emphasis** added]         *29A American Jurisprudence Second Ed.*, Evidence § 1476.

**None of the foregoing is present in documents presented by <u>Defendant(s) in Error</u> in the lower courts in this matter.**

## <u>LEGISLATION REPUGNANT<br>TO THE CONSTITUTION IS NULL AND VOID</u>

17.     It is indisputable that governments were established by the People through the original organic Constitutions, Federal and State, with intent that all governments serve to protect the Life, Liberty and Property of the People from being violated by anyone, including governments and members of the legal profession. Federal and State laws and ordinances that are not compliant with the Constitution for the united States of America (the Supreme Law of the Land, Article VI) are null and void.

"All laws which are repugnant to the Constitution are null and void."

*Marbury v. Madison*, 5 U.S. (2 Cranch) 137, 174, 176,(1803)

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."

*Miranda v. Arizona* 384 US 436, 491.

"**An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed.**"

*Norton v. Shelby County*, 118 US 425, 442.(1886)          [emphasis added]

"No one is bound to obey an unconstitutional law and no courts are bound to enforce it."          *16 Am Jur 2d, Sec. 177, late 2d, Sec 256*.

18.    It is a maxim of law that members of Federal and State agencies who take oaths of office are required to see that constitutional restrictions placed upon governmental entities and activities are not violated in the performance of their duties of office. Where they do otherwise they act outside their office and perjure their oaths; conduct for which they would no longer be entitled to the benefits of office, including salary and pension, and could be subject to a quo warranto proceeding.

## VIOLATION OF RIGHTS

19.    The U.S. Supreme Court has ruled it is the duty for the courts to see that legislation at all levels does not violate constitutional restrictions, and to supervise the conduct of administrative agencies to assure that unalienable rights are not violated by arbitrary actions.

> "The **established doctrine is that this liberty may not be interfered with,** under the guise of protecting the public interest, by legislative action which is arbitrary or without reasonable relation to some purpose within the competency of the state to effect. **Determination by the Legislature of what constitutes proper exercise of police power is not final or conclusive but is subject to supervision by the courts.** *Lawton v. Steele*, 152 U.S. 133, 137, 14 S.Sup Ct. 499."

*Meyer v. State of Nebraska*, 262 U.S. 390, 399-400 (1923) To do otherwise would evidence intent to permit government agencies to use a presumption of official right to commit crimes of violence against the People.

> *violent crime.* A crime that has as an element **the use, attempted use, threatened use, or substantial risk of use of physical force against the person or property of another.** *18 USCA § 16.*   Also termed *crime of violence.*   *Black's Law Dictionary*, Seventh Edition (1999)

## CONCLUSION

20.     A **Preponderance of Certified Evidence** with Points Authority - *Stare Decisis* will demonstrate to the District Court and Defendant(s) in Error that Petitioner holds in due course the conclusive evidence/testimony perfected under Administrative Law that without a doubt or reservation, Petitioner is the holder in due course of said property commonly known and located at 772 Barnaby Place, Wheeling, Illinois [60090], and

21.     Petitioner has indeed stated a claim upon which relief can be granted within the numerous communications that have been received by the Defendant(s) in Error and served noticed via **District Court Case No. 104542** via **Appellate Court Case No. 06-3152,** and via Circuit Court of Cook County **ORIGINAL - CIVIL alleged Case No. 05 CH 19333,** OF ILLINOIS COUNTY DEPARTMENT - CHANCERY DIVISION, upon which relief can be granted as evidenced on the commercial registry at the Illinois Secretary of State in the form of UCC 1 filings and amendments, and

22.     The purpose and intent for instituting this action in Federal Court is to prevent individuals, lower court Defendant(s) in Error, and other entities from stepping outside their official capacities by performing acts repugnant to the authority provided by the Constitutions and, thus, cause further injury to Petitioner in the process Re: The forced possession and sale of the property commonly known as and located at 772 Barnaby Place, Wheeling, Illinois [60090]. *The unlawful taking and attempted possession of this property by lower court Defendant(s) in Error must be stopped immediately since Petitioner, holds a prior and superior, perfected claim/lien, vested interest and is holder in due course of property.     The property with unencumbered Title must be returned to Barnway Trust.*

**Injury-in-fact.** If the unlawful demand for possession of the property alleged to be currently held by Chicago Title and Trust as successor Trustee to LaSalle Bank/Defendant in error, commonly known as and located at 772 Barnaby Place, Wheeling, Illinois 60090, is allowed to go forward the financial loss to Petitioner

Page 13 of 15
Verified Complaint for Violation of Impairment of Contracts by Default, Assent and Tacit
Procuration Agreement, and Violation of Constitutional Mandates and Unalienable Rights.

will be insurmountable since the claim on the Property was tendered in full, **in good faith.** Petitioner has valuable belongings in the house including family heirlooms of inestimable value set aside for Petitioner's retirement years. Petitioner has owned this property since 1986 and the loss of it would affect Petitioner in a deep irreparable, personal and individual way. [*Lujan v. Defenders of Wildlife* (1992) 504 US 555, 561, 112 S Ct 2130, 119 L Ed2d 351]. This injury is "distinct and palpable." |*Whitmore v. Arkansas* (1990) 495 US 149, 155-156, 110 S Ct 1717, 109 L Ed2d 135; *Idao Conservation League v. Mumma* (9th Cir 1992) 956 F2d 1508, 1514]. The alleged final date for redemption passed over little under a one year ago, which is real and immediate, not conjectural or hypothetical. [*Gratz v. Bollinger* (2003) 539 US 244, 123 S Ct 2411, 156 L Ed2d 257; *O'Shea v. Littleton* (1974) 414 US 488, 494, 94 S Ct 669, 38 L Ed2d 674].

THEREFORE, Petitioner requests the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION to:

23.    Stipulate to and confirm that Defendant(s) in Error are mandated under *Hallenbeck v. Leimert*, 295 US 116, 122 (1935), to now be held personally liable for the tendered claim under the *Erie and Clearfield Doctrines*, since Petitioner has never received a rejected response or rebuttal point-for-point with full disclosure from any of the Defendant(s) in Error who were in receipt of the tender within the required seventy-two (72) hours as mandated under *Hallenbeck v. Leimert*, 295 US 116, 122 (1935), that the mortgage claims have been in fact discharged in their entirety since December 2004, Petitioner in fact can no longer be held liable for the debts under any obligations whatsoever, and

24.    Stipulate to and confirm that the claims made by the Defendant(s) in Error, and presented to Petitioner are now discharged with tender in good faith under the **Good Faith Principal** as full satisfaction, in *accordance with law HJR-192*, and *Public Law Chapter 48 at 112 and 73-10* of June 5, 1933 under

Page 14 of 15
Verified Complaint for Violation of Impairment of Contracts by Default, Assent and Tacit
Procuration Agreement, and Violation of Constitutional Mandates and Unalienable Rights.



Administrative Law. Petitioner can no longer be liable for the claims by Defendant(s) in Error, and that;

25.   Stipulate to and confirm that <u>Defendant(s) in Error</u>'s twenty (20) or so Certified **Defaults** a.k.a. "**Contracts by Default**," by and through <u>Defendant(s) in Error</u>, that their Tacit Procuration Agreements is in accordance with the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE." That:

**NOTICE of DEFAULT and SECOND NOTICE OF RIGHTS, et al,** states in the relevant part regarding ABN AMRO, LaSalle Bank NA, and Chelsea Cove, <u>Defendant(s) in Error</u> - "*all governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc.,* (cf. *Title 18 USC 241 142*; *Title 42 USC, 1983*, *Bivins v. Officials and agents,* 403 US 388 (1971), *Dykes v. Hosemann,* 743 F2d 1488, (11 CA Dec. 1984)," and "*to restore the Secured Party to his/her former status,*" IN FACT.

Respectfully submitted,
By the Seal of,

*Violet A. Hooghkirk*
Violet A. Hooghkirk, Trustee,
Secured Party - Creditor
Barnway Trust
C/o 772 Barnaby Place
Wheeling, Illinois [60090]
Ph: 847-215 - 5244
Bond #VAH040244 (Silver Surety Bond)
Pre-Paid - Preferred Stock
Priority – Exempt from Levy

**ACKNOWLEDGMENT**

SUBSCRIBED TO AND CERTIFIED before me this //th day of Dec . A. D. 2007, a Notary, that Violet A. Hooghkirk, personally appeared and is known to me to be the women whose name subscribed to the within verified instrument and acknowledged to be the same.

Notary Public in and for said State;
My Commission expires 2|10|08

"OFFICIAL SEAL"
CORINA CASTANEDA
Notary Public, State of Illinois
My Commission Expires 2/10/2008

Verified Complaint for Violation of Impairment of Contracts by Default, Assent and Tacit Procuration Agreement, and Violation of Constitutional Mandates and Unalienable Rights.

## JURISDICTION OF THIS COURT

**This is a federal question**.  It is indisputable that the original organic Constitution for the United States of America, which does include the Bill of Rights (i.e., first ten Articles), is the Supreme Law of the Land (Article VI, second paragraph). By it and the Declaration of Independence, We the People declared our rights to be unalienable and established governments with purpose to see that these rights are secure from deprivation.  Government administrative entities use of legislative and judicial fiat to extend powers over matters beyond the scope of the authority granted constitutes a fraud upon its creators - We the People.  Federal courts have the power and duty to protect those who come before it relying upon constitutional rights; see *Stoll v. Gottlieb*, 305 U.S. 165, 171 (1938).

"The terms, 'sovereign power of a state' are often used, without any very definite idea of their meaning, and they are often misapplied....The sovereignty of a state **does not** reside in the persons who fill the different departments of its government; but in the people from whom the government emanated, and who may change it at their discretion.  Sovereignty then, in this country, abides with the constituency and **not** with the agent.  And this remark is true, both in reference to the federal and state governments."        **[emphasis** added]
*Spooner v. McConnell*, et al, 1 McClean 337, (1838) 22 Fed. Cas. 939, 943.

## POINTS AND AUTHORITIES - *STARE DECISIS* [1]
### (IN PARI MATERIA) [2]

- *Spooner v. McConnell*, et al, 1 McClean 337, (1838) 22 Fed. Cas. 939, 943

- USC Title 28 > Part V > Chapter 115 > §1746 (1)

- *Haines v. Kerner*, 404 U.S. 519 et al

- *William McNeil v. United States* 113 S. Ct. 1980, 124 L. Ed. 2d 21, 61 U.S.L.W. 4468

- *Hughes v. Rowe et al.* 449 U.S. 5, 101 S. Ct. 173, 66 L. Ed. 2d 163, 49 U.S.L.W. 3346

- *Balistrari v. Pacifica Police Department*, 901 F.2d 696, 699

- *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260

- *Spannaus v. Federal Election Commission* 990 F.2d 643, 645

- *Securities & Exchange Commission v. Elliott*, 953 F.2d 1560, 1582

- *Boag v. McDougall*, 454 U.S. 364, 365, 70 L.Ed 2d 447, 99 S.Ct 1800

- Fed. R. of Evidence, Rule 902(8)

## NOTICE OF FILING FOR INCLUSION TO
## AND AUGMENTATION OF THE RECORD
### (IN PARI MATERIA) [2]

**Related Points and Authorities including *stare decisis* supporting the use of Bills of Exchange as legal tender and negotiable instruments for discharge of private and public debt.**

**- Bankers Manual when requested.** Petitioner has in her possession a Banker's compiled Manual "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" in processing the Bills of Exchange under administrative law. This is described in an Eleven (11) step, 6-page process titled SPECIAL BANKING SERVICES. Petitioner has repeatedly offered assistance to <u>Defendants in error</u>.

- 73rd Congressional Session – Chs 48, 49

- <u>United Tobacco Warehouse vs. Wells</u> 490 SW 2d 152 (1973)

- UCC Section 9333(a), CCP 488.010, CCP 153 subparagraph 3, Sec. 1106(1)

- California Bank Code 484(a)

- Public Policy HJR – 192

---

[1] *Stare Decisis, n.* [Latin "*to stand by things decided*"] the doctrine of precedent. Black's Law Dictionary 7th Ed. -- 2000

[2] In Pari Materia – Upon the same matter or subject. Statutes in pari materia are to be construed together - Bouvier's Law Dictionary, 1856.

- Guaranty Trust of New York vs. Henwood, et al 59 S CT 847 (1933) FN3 NOS 384, 485

- Public Law 73-10 as codified in the Henwood case

- USC Title 12, Section 95(A)(1)(a) Section 411

- The Foreign Sovereign Immunity Act

- Commercial Federal Banking Codes – Regulation J, Section 210.2(k)

- Witkin – Negotiable Instruments, Vol. III and Supplements

- UCC Article III and Supplements

- Spencer vs. Sterling Bank 63 Cal Ap 4th 1055

- UCC 3-103, 3-104(c), 3-603 and 604

- Johnson vs. So. California Edison Co. (2002)

- Internal Revenue Code

- Internal Revenue Code Vol. III 2002 6311(b)(c) d (1)(d)(2)

- Internal Revenue Code Subsection 6311 Publication (b)1 98-469

- Internal Revenue Regulation 2002 Reg Sec. 403.58 (acceptable forms of payment)

- Bank One vs. Ward, Fugate et al, 7th Judicial Circuit Court, Florida – Div. 31; Case No. 2001-31518 Ci Ci Subsection (b)(2)

- United /State vs. Loran Troescher, US District Court, Central District of California – Judge Steven V. Wilson Case No. 93-5736 (1993) Court Order filed December 1997

- The Consolidate Annual Financial Report (CAFR) Bureau

- Bureau of Engraving has acknowledged along with CAFR documents verifying that Federal Reserve Notes are Bonded Instruments backed by Certificates of Live Birth; The same Bond Serial Numbers that appear on each FRN are found on the back of Certificates of Live Birth and Social Security Cards.

- USC Title 15, Section 1666 1; Section 170 Truth in Lending

- Congressional Record Vol. 123, pages 633-635 (1975)

- Diversified Metal Products vs. T-Bow Company Trust, IRS, et al USDC 93-405-E-EJL. – Justice Department Answer by DOJ attorneys Betty Richardson and Richard Ward.

- UCC cites on Collection – Witkin - Negotiable Instruments, Vol. III, pages 326-354 and pages 355-399.

- USC Title 12, Section 630,343,342,85,1831d, 373

- California Financial Code – Sections 3350-3369, 3500-3548, 14750-14768, 1220-1239, 5100-5124, 16430-16431

- New York State Consolidated Laws – Article XIII-B, Section 6409.III

- Revised Code of Washington RCW 4.16.270, 484.050, RCW 30.08.140, RCW 5.52.040, RCW 30.08.150, RCW 30.42.120, RCW 31.45.070, RCW 32.05.140, RCW 32.20, RCW 48.11.080, RCW 33.12.010, RCW 32.20.220

- Hallenbeck vs. Leimert, 295 US 116 (1935)

- Hopp vs. Chow, California Superior Court – Case No. SVC 39732 (2002)

- United States vs. Jerry Williamson W91-CR-38(6)

- UCC 9406 Discharge of Obligation

- Numerous "Accepted for Value" references with the Office of Management and Budget, Office of the Comptroller of the Currency and the Department of the Treasury Financial Management Service.


1.    Points and Authority – *Stare Decisis*: The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments.* Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument.

2.    Points and Authority - *Stare Decisis* - On August 30, 2002 in the case *U.S. vs. Jerry Williamson*, W-91-CR-38(6) the USDC Waco, Texas Judge Walter S. Smith, Jr., granted full acceptance of the **Bill of Exchange** drawn on Williamson's UCC Contract Trust.

3.    Points and Authority - *Stare Decisis* - In December of last 2002 Judge Mark in a U.S. Bankruptcy Court in Florida stated that the **Bill of Exchange** must be processed as instructed in the **Letter of Advice**. At that time Homecomings Financial's claim was dismissed and the judge declared they must process the document as instructed. A Florida state judge in July of 2002 year made a similar ruling dismissing an action by a mortgage lender (Bank One) attempting to sell real property in foreclosure. The judge noted the mortgage lender had received and must process the valid funds. Now another Florida Judge has issued a similar order. In September of 2002 a California judge ruled that the **Bill of Exchange** is to be treated the same as a check as documented in Witkin and the Negotiable Instrument Law.

4.    Points and Authority – *Stare Decisis* - The Federal Reserve System, Bank Examiner's manuals, the Department of the Treasury approved manuals, Commercial Banking Codes including, but not limited to UCC 3-104(c), Witkin – Negotiable Instruments, Vol. 3, (including the 2001 Supplement) and *Spencer v. Sterling Bank*, 63 Cal Ap. 4th 1055 and *Guaranty Trust Co. of NY v. Henwood et al*, 59 S. Ct. 847. The fact is that a number of financial institutions now process these valid documents (**Bills of Exchange**).

5.    Points and Authority – *Stare Decisis* - U.S. Supreme Court decisions in Guaranty Trust Co. of New York v. Henwood et al, with Chemical Bank & Trust Co. v. Same, Nos. 384, 485 [307 U.S. 251],
        "Analysis of the terms of the Resolution (FN3) discloses first, the Congress declared certain types of contractual provisions against public policy in terms so broad as to include then existing contracts, as well as those hereafter to be made [307 U.S. 252]. In addition, future use of such proscribed provisions was expressly prohibited, whether actually contained in an obligation payable in money of the United States or separately 'made with respect thereto.'    This proscription embraced 'every provision' purporting to give an obligee a right to require payment in (1) gold; (2) a particular kind of coin or currency of the United States money measured by gold or a particular kind of United States coin or currency."
        "Having thus unmistakably stamped the illegality upon both outstanding and future contractual provisions designed to require payment by debtors in a frozen money value rather than in a dollar of legal tender current at date of payment, Congress-apparently to obviate any possible misunderstanding as to the breadth of its objective-added, with studied precision, a catchall second sentence sweeping 'every obligation', existing or future, 'payable in money of the United States,' irrespective [307 U.S. 253] of 'whether or not such provision is contained.'"

- *Diversified Metal Products vs. T-Bow Company Trust, IRS, et al* USDC 93-405-E-EJL

Justice Department Answer by DOJ attorneys Betty Richardson and Richard Ward.

- *United Tobacco Warehouse vs. Wells* 490 SW 2d 152 (1973).

- Claim of Lien - *UCC 9-334*.

- Bonded Registered Bill of Exchange *in accord with HJR-192, Public Law 73-10*
Re: Certified UCC Contract Trust (chargeback).

- Letter of Advice - *Hallenbeck v. Leimert* 295 US 116, 122 (1935) Re: Maximum time

for return of dishonored Bill of Exchange (72) hours

- Letter of Advice - *Erie and Clearfield Doctrines* Re: Maximum time for return of

dishonored Bill of Exchange (72) hours

- Silver Surety Bond - *31 CFR Part 203*, Re: Acceptable Collateral for the (TT&L)

Program.

## **ACCORD AND SATISFACTION**
### (IN PARI MATERIA)[2]

- *Steven Koules vs. Euro-American Arbitrage, Inc*. Second District No. 2-97-0145 (1998)

- *MKL Pre-Press Electronics/MKL Computer Media Supplies, Inc vs. LA Crosse Litho
Supply, LLC, No*. 1-05-0786, In October of last 2005, in the Appellate court, Judgment
affirmed opinion filed October 27. 2005 in the case MKL Pre-Press Electronics/MKL
Computer Media Supplies, Inc vs. LA Crosse Litho Supply, LLC, No. 1-05-0786, First
District (4th Division) Judge Mary K. Rochford of the trial court "the circuit court
granted defendant's motion pursuant to section *2-619* of the Code (*735 ILCS 5/2-619
(West 2002)*), finding that the parties had reached an ***accord and satisfaction***."

- *Article 1, § 10, and including Clause 6 of the United States Constitution* Re: Under the

right to contract/Obligation of Contracts.

## **TREASURY TAX AND LOAN (TT&L) PROCEDURE**
### (IN PARI MATERIA)[2]

6.      Point and Authority – *Stare Decisis*, The Internal Revenue Service has its own
bank account, called a *"Treasury Tax and Loan Account,"* or (TT&L), in every
banking/financial institution that deals in *Federal Reserve Notes*. It has also been verified
that IRS levies are effected from the *"Special Procedures Function Department (or
Office)"* via simple fax (***Bill of Exchange***) instructing the particular bank, savings and
loan, credit union, brokerage house, *etc.,* to debit the depositor's/taxpayer's account and

credit the TTL. Petitioner has never received a response or rebuttal point-for-point, by and through <u>Defendants in error</u>, by their Tacit Procuration Agreement.

7.    Point and Authority – *Stare Decisis*, Petitioner, has repeatedly offered assistance to <u>Defendants in error</u>, with a Banker's compiled Manual "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" in processing the Bills of Exchange under administrative law. This is described in an Eleven (11) step, 6-page process titled SPECIAL BANKING SERVICES: See page six (6) attached evidence of "Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents."

## STATUS AND DISCLOSURE OF AFFIDAVIT OF MATERIAL FACTS
### (IN PARI MATERIA)[1]

- *United Tobacco Warehouse vs. Wells*, 490 SW 2d 152 (1973) (Court of Appeal), Wherein the court stated the first to file "UCC" was ruled has priority even though it was not the first to perfect "within the county."

- *Diversified Metal Products vs. T-Bow Company Trust, IRS, et al USDC 93-405-E-EJL*, Justice (1993) United States attorneys Betty Richardson and Richard word answer in claim the Court with the following response "The United States claims priority to the interpleaded fund in such amount remaining after satisfaction of the claims of competing claimants (UCC) to the fund who are entitled to priority over the United States"

- *Webb v. Mount Sinai Hosp. and Medical Center of Chicago, Inc.*, 807 N.E.2d 1026 Ill.App.1.Dist., 2004, "When the facts in an affidavit are uncontradicted, they must be taken as true, notwithstanding the existence of contrary unsupported allegations."

- *Winsett v. Donaldson*, 244 N.W. 2d 355 Mich. App., 1976, "Statements of fact contained in affidavits which are not rebutted by opposing party's affidavit or pleadings may be accepted as true by trial court."

- *Kugler v. Southmark Realty Partners III*, 723 N.E.2d 710 Ill.App.1. Dist., 1999, "Courts must accept an affidavit as true if it is uncontradicted by counter affidavit or other evidentiary materials. Sup.Ct.Rules, Rule 191."

- *Refer to 3 Am.Jur. 2d Affidavits* § 29-31 Ill.App.2 Dist., 1987, "Appellate Court had to take as true allegations of civil defendant in affidavit that particular attorney acted without authority in filing appearance on her behalf, where that allegation in affidavit was not rebutted by counter affidavit."

8.    Points and Authority   *Stare Decisis*, In a communication response from the Department of Treasury   Executive Secretary Office - La Tanya Y. Wilson, Review Analyst - Office of Correspondence, referenced a **Bill of Exchange**, and states in the relevant part – "*Upon receipt of a Bill of Exchange document, our office is <u>responsible for sending the document to the following office: INTERNAL REVENUE SERVICE – 1111 Constitution Ave., NW, Rm 1120   Washington DC</u>,*" A copy of this is in the public

record on file at the Circuit Court of Cook County, Illinois-Chancery Division as (Exhibit H-10).

## IMPAIRING THE OBLIGATION OF CONTRACTS AKA
## CONTRACT/JUDGMENT BY DEFAULT, at al
### (IN PARI MATERIA)[2]

9.    Points and Authority – *Stare Decisis*, - Obligation of Contracts - *Article 1, Section 10, Clause 6 of the Constitution* says, "*No State shall...pass any...Law impairing the Obligation of Contracts*" under the right to contract *in accordance with Article 1, § 10 of the united States Constitution*, and *D.C. Codes*.

- **Notice of Default** and **Assent**. Defendants in error did not invoke *Fifth and Sixth Amendment's of the Constitution for the United States of America*, were under Public Law *Public Law 93-579*, *FOIA (5 USC 552)*, *PA (5USC 552a)*, and *U.C.C. 1-103.6*.

- **Notice of Default** and **Assent**. Defendants in error have yield to Estoppel, Waiver fraud, etc. *UCC 1-103, 1-103,6*.

- **Notice of Default** and **Assent**. *Pulliam v. Allen*, 104 set. 1970, 1979) (cf. liability for personal damages).

- **Notice of Default** and **Assent**. All governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc *Title 18 USC 241, 142*; *Title 42 USC, 1983*, *Bivins v. Officials and agents*, 403 US 388 (1971), *Dykes v. Hosemann*, 743 F2d 1488, (11 CA Dec. 1984).

## MORTGAGE LOAN DOCUMENT AUDIT
### (IN PARI MATERIA)[2]

10.    Points and Authority – *Stare Decisis*, - See Prima facie evidence **"I-1" Mortgage Loan Document Audit** attached showing 30 violations, dated January 10, 2007.

## TREASURY DIRECTIVE 25-06
### (IN PARI MATERIA)[2]

- **Notice and Demand**. In Accordance With *Treasury Directive 25-06*,

- *Davila vs. Shalala*, 848 F Supp. 1141.

- *Title 18, Section 1001* of the Federal Criminal Code prohibits anyone from knowingly presenting false records to the TDIB or into a Court (via **Case No. 05 CH 19333**) such as inaccurate or contradicted claims). The Code decrees a penalty of five (5) years in prison and a $10,000 fine for each such offense against each claimant.

## THIRD PARTY INTERLOPERS
### (IN PARI MATERIA) [2]

- *Fair Debt Collection Practices Act, Pursuant* at 15 U.S.C. Sec., 1601, 1692 et seq, Re: Timely Written Notice.

- *Fair Debt Collection Practices Act, Pursuant* at 15 U.S.C., Sec. 1692 (e), Re: false, deceptive, and misleading presentation.

- *Fair Debt Collection Practices Act, Pursuant* 15 U.S.C., Sec. 1692 (g)(4), Re: Validation of Debts.

- *Am Jur 2nd, Volume 17 (A) Clause #298* applies. NO IMMUNITIES WILL PROTECT A PERSON(S) WHO ACTS IN BAD FAITH.

## JURISDICTION OVER PROPERTY
### (IN PARI MATERIA) [2]

- *Shaffer v. Heitner* (1977) 433 US 186, 207-208, 97 S Ct 2569, 53 L Ed2d 683.

- *National Organization for Women, Inc., v. Scheidler*, 510 U.S. 249.

- *Allen v. Wright*, 468 U.S. 737, 751 (1984)

- *Tyler v. Judges of the Court of Registration*, 179 U.S. 405

- *Vil. of Arlington Hts. V. Metro Housing Dev.*, 429 U.S. 252, 262.

- *U.S. v. Shunk*, 881 F.2d 917, 919 C.A. 10 (Utah).

- *29A American Jurisprudence Second Ed.*, Evidence § 1476.

## LEGISLATION REPUGNANT
## TO THE CONSTITUTION IS NULL AND VOID
### (IN PARI MATERIA) [2]

- united States of America (the Supreme Law of the Land, Article VI) are null and void.

- *Marbury v. Madison*, 5 U.S. (2 Cranch) 137, 174, 176, (1803).

- *Miranda v. Arizona* 384 US 436, 491.

- *Norton v. Shelby County*, 118 US 425, 442.(1886)

- *16 Am Jur 2d, Sec. 177, late 2d, Sec 256*. "No one is bound to obey an unconstitutional law and no courts are bound to enforce it."

## **VIOLATION OF RIGHTS**
### (IN PARI MATERIA) [2]

- *Lawton v. Steele*, 152 U.S. 133, 137, 14 S.Sup Ct. 499.

- *Meyer v. State of Nebraska*, 262 U.S. 390, 399-400 (1923).

- *18 USCA § 16*. - Also termed *crime of violence*. *Black's Law Dictionary*, Seventh Edition (1999).

## AFFIDAVIT of TRUTH
### (Additional Points and Authority - *Stare Decisis*)

State of Illinois          )
County of Cook             )

Re:  The Impairment of Contracts

The Undersigned Affiant (Petitioner), Violet A. Hooghkirk – Secured, Aggrieved, Injured Party, hereinafter "Affiant" does solemnly swear, declare and state as follows:

1. Affiant is competent to state to the matters set forth herein.
2. Affiant has personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

### Plain Statement of Facts

4. Affiant has brought to the attention of Defendant(s) in error's awareness, that corporate ethical principles and adherence to regulations are being monitored by the Corporate Fraud Task Force (CFTF). Affiant (Petitioner) directed the issuer (Department of Justice) to prepare a full report with all details and evidence for presentment to Robert McCallum, of the CFTF set up by President George W. Bush, with all the pertinent facts, evidence, and documentation, exposing the Defendant(s) in error, and their actions. Defendant(s) in error, Respondent(s), are well acquainted with the details that their agency is required to provide under the Federal Truth in Lending Regulations. The issuer was entitled to full-disclosure in this matter within 24 hours. Defendant(s) in error have delayed and failed in their corporate responsibility as a fiduciary violating and damaging interests and rights of the issuer. These are actions upon which the President of the United States and Congress are focusing. CFTF is to monitor to see that such actions are to be accountable and those persons held fully responsible. Consequently prosecution and economic punishment can follow, IN FACT and that;

5. Affiant has demonstrated to the Defendant(s) in error, and via **District Court Case No. 104542**, via **Appellate Court Case No. 06-3152**, and via Circuit Court of Cook County **ORIGINAL - CIVIL alleged Case No. 05 CH 19333**, OF ILLINOIS COUNTY DEPARTMENT - CHANCERY DIVISION, that Affiant is holder in due course of the property commonly known as and located at 772 Barnaby Place – Wheeling, Illinois [60090], within the conclusive evidence/testimony perfected in administrative law without any doubt or reservation, where the **Preponderance of Certified Evidence** shows no dispute exists, IN FACT and that;

6. It is clear on the face of the administrative record that there is no controversy regarding the evidence/testimony perfected within the administrative law. The Supreme Court Rulings and *Stare Decisis* contained within the Certified **Notice of Defaults** and **Assent** a.k.a. "**Contracts by Default**," Defendant(s) in error, via Circuit Court of Cook County **ORIGINAL - CIVIL alleged Case No. 05 CH 19333**, OF ILLINOIS COUNTY DEPARTMENT - CHANCERY DIVISION have yielded to estoppel, and are "Collaterally Estopped" by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE" by and through Tacit Procuration Agreement. The administrative record makes it clear this matter is settled AB INITIO, RES JUDICATTA, and *Stare Decisis*.

7. Each of the "**Contracts by Default**" is a "Perfected Contract" and now stands as Fact and Truth in Commerce. Therefore, the claims made by the Defendant(s) in error, which are subordinate to Affiant's UCC claim. Defendant(s) in error have reached **accord and satisfaction** are now bound and liable (*Erie and Clearfield Doctrines*) under Affiant's "**Contracts by Default** a.k.a. **Judgment by Default**." Each **Default/Judgment** is an "**Obligation of Contract**" and is a STATUTE STAPLE, UCC CONFIRMATORY WRITING

under the right to contract *in accordance with Article 1, § 10 of the united States Constitution*, and *D.C. Codes*, IN FACT and that;

8. On the face of the record Defendant(s) in error via **Circuit Court of Cook County** ORIGINAL - CIVIL alleged **Case No. 05 CH 19333** are in Commercial Trespass and Breach of the CLAIM/AGREEMENT/CONTRACT/CHECKS/DEFAULTS (as stipulated) between Petitioner and Defendant(s) in error. Petitioner's CLAIM/ AGREEMENT/ CONTRACT/ CHECKS/DEFAULTS (as stipulated) are protected in accordance with *Article 1, § 10 of the united States Constitution, D.C. Codes*, and *Stare Decisis* in regarding "THE IMPAIRMENT OF CONTRACTS." The actions of each Defendant(s) in error are estopped by Tacit Procuration Agreement and any attempts to appear before this Court are a hostile presentment and Defendant(s) in error are further culpable, IN FACT and that;

9. On the face of the administrative record via Circuit Court of Cook County ORIGINAL - CIVIL alleged **Case No. 05 CH 19333**, OF ILLINOIS COUNTY DEPARTMENT - CHANCERY DIVISION, Defendant(s) in error have failed to state a claim upon which relief can be granted pursuant to FRCP 12(b)(6) , IN FACT and that;

10. Defendant(s) in error beginning with **Circuit Court of Cook County** ORIGINAL - CIVIL alleged **Case No. 05 CH 19333** are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts against Affiant (Petitioner), IN FACT, and that;

11. Points and Authorities - *Stare Decisis* - Obligation of Contracts - *Article 1, Section 10, Clause 6 of the Constitution* says, "*No State shall...pass any...Law impairing the* **Obligation of Contracts**" (In Pari Materia) in fact, under the right to contract *in accordance with Article 1, § 10 of the united States Constitution*, and *D.C. Codes*, IN FACT.

**Verification**

12. The Undersigned Affiant, Violet A. Hooghkirk, certifies on Affiant's commercial liability that Affiant has read this Affidavit and issues the same with intent and understanding of purpose and does solemnly certify, declare and state under the laws of the united States of America that the statements, allegations, demands and contents contained herein are true, correct, and complete, not misleading, the truth, the whole truth and nothing but the truth. [28 USC§1746 (1)]

Date: December 5, 2007

By the Seal of *Violet A. Hooghkirk*

Violet A. Hooghkirk, Secured Party
C/o 772 Barnaby Place – Wheeling, Illinois [60090]

**Notary Public**

On the date set out below, the foregoing Affidavit of Truth was sworn and signed in my presence by Violet A. Hooghkirk, known to me.

My commission expires ___2/10/08___

Notary Public

Date ___12/11/07___

"OFFICIAL SEAL"
SERENA CASTANEDA
Notary Public, State of Illinois
My Commission Expires 2/10/2008

Presented under special appearance by:
Violet A. Hooghkirk
C/o 772 Barnaby Place
Wheeling, Illinois |60090]
(847) 215-5244

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
Everett McKinley Dirksen Building,
219 South Dearborn Street, 20th floor, Chicago, Illinois 60604

| | | |
|---|---|---|
| VIOLET A. HOOGHKIRK | ) | Circuit Court Cook County, |
| Plaintiff in Error | ) | Illinois First Judicial Circuit |
| vs. | ) | Case No. 05 Ch 19333 |
| | ) | |
| ABN AMRO MORTGAGE GROUP INC. et al | ) | Appellate Court First Judicial |
| TOM GOLDSTEIN, individually | ) | District Case No. 06-3152 |
| THOMAS ROSIELLO, individually | ) | |
| CAROL L. TENYAK, individually | ) | Supreme Court of Illinois |
| TIM NUSS, individually | ) | District Case No. 104542 |
| COLLEEN RIDDELL, individually | ) | |
| SHAUN, individually | ) | |
| ELENA L. ENUSCU, individually | ) | |
| BETH P. PONDER, individually | ) | |
| DAMIEN BAZAN, individually | ) | |
| MERILYN ROGERS, individually | ) | |
| ISOLENE B. JONES, individually | ) | |
| LASALLE BANK N.A. | ) | |
| NORM BOBBIN, individually | ) | |
| JOHN PURTELL, individually | ) | |
| MICHAEL JINGA, individually | ) | |
| MARIE SHIFFMAN, individually | ) | NOTICE OF FILING |
| CHELSEA COVE CONDOMINIUM ASSOC | ) | TO INCLUDE IN AND TO |
| DAVID CANTWELL, individually | ) | AUGMENT THE RECORD |
| JEFFREYMEYERS, individually, | ) | |
| Defendant(s) in Error, | ) | DECLARATION OF |
| | ) | SECURED PARTY, WITH |
| Violet A. Hooghkirk, Secured Party/ | ) | POINTS AND AUTHORITY |
| Aggrieved, Injured Party | ) | AND *STARE DECISIS* |
| Petitioner by special Appearance | ) | |
| Petitioner, | ) | NOTICE OF STAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF FILING

TO: Defendant(s) in Error (See Attachment)

Take Notice that on the _____ day of ___ _____, 2007 that Petitioner, Secured, Aggrieved, Injured Party caused to present under special appearance, Petitioner through her Silver Surety Bond is bonding the claims by posting her Surety Bond (performance/surety bond), since the claims in this matter have already been bonded, these claims remain bonded and under the mandates of Article VII of the Bill of Rights. Petitioner caused to present with United States District Court for the Northern District of Illinois, Eastern Division the following documents:

1) Verified Complaint for Violation of Impairment of Contracts by Default, Assent and Tacit Procuration Agreement, and Violation of Constitutional Mandates and Unalienable Rights,
2) Notice of Removal to District Court of the United States, and Notice of Stay, dated November 26, 2007,
3) Points and Authority – *Stare Decisis*,
4) Surety Bond,

and all associated documents in this Verified Complaint.

By the Seal of,

*Violet A. Hooghkirk*

Violet A. Hooghkirk, Trustee,
Secured Party – Creditor
Barnway Trust
C/o 772 Barnaby Place
Wheeling, Illinois [60090]
Ph: 847-215 - 5244
Bond #VAH040244 (Silver Surety Bond)
Pre-Paid - Preferred Stock
Priority – Exempt from Levy

## PROOF OF SERVICE

I, the Petitioner/Undersigned, hereby certifies, and declares under penalties of perjury as provided by law under the laws of the united States of America Title 28 USC 1746(1) that this Notice of Filing and all associated documents in this Verified Complaint with the United States District Court for the Northern District of Illinois, Eastern Division has been served upon the above-referenced addressee(es) **by placing a copy of the same in the U.S. Mail Box Located at 250 West Dundee road – Wheeling Illinois 60090,** first class postage prepaid on or about on _11_ day of ___December___,2007

_____           _____
Signature                                    Print Name

**Cc:** Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
    950 Pennsylvania Ave NW - Washington, D.C. 20530
 Merri Jo Gillette – Regional Director - Securities and Exchange Commission (SEC)
  Midwest Regional Office - 175 West Jackson Blvd Suite 900   Chicago, Illinois 60604
 Federal Trade Commission (FTC) CRC – 240
    600 Pennsylvania Avenue NW - Washington, D.C. 20580
 Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
 Lisa Madigan - Attorney General –
    100 W. Randolph Street, 12th Floor - Chicago, Illinois 60601
 Patrick J. Fitzgerald, U. S. Department of Justice, United States Attorney, Northern-
 District of Illinois, Federal Building
    219 South Dearborn Street, Fifth Floor - Chicago, Illinois 60604
 William G. Holland - Auditor General - 740 E. Ash Street - Springfield, Illinois 62703
 J. Russell George - Treasury Inspector General for Tax Administration
    1500 Pennsylvania Ave NW – Washington, D.C. 20224
 Chief Information Officer – Treasury Data Integrity Board
    1500 Pennsylvania Ave NW – Washington, D.C. 20224
 Director – CSB/IRS SP Handling Office – 5000 Ellin Rd – Lanham, Maryland 20706
 Chief Special Procedure Handling Office, IRS- P.O. Box 245-Bensalem, Pennsylvania 19020
 Mr. Ken Papaj - Acting Commissioner of the Financial Management Service of the
  Department of the Treasury - 401 14th Street SW Room 548 - Washington, D.C. 20227
 Raymond R. Quirk, President/ Registered Agent-Chicago Title & Trust Company
    601 Riverside Ave – Jacksonville, Florida 32204
 C T Corporation System, Registered Agent - Chicago Title & Trust Company
    208 SO LaSalle St, suite 814 – Chicago, Illinois 60604
 Todd C. Johnson Same, Secretary/Registered Agent - Chicago Title & Trust Company
    601 Riverside Ave   Jacksonville, Florida 32204

**Cc:** Clerk of the Circuit Court of Cook County:
 Dorothy Brown - Clerk of the Court/Richard J. Daley Center Floor 10 Room 1001-
    50 W. Washington St Chicago, Illinois 60602
 Richard Divine – States Attorney Floor 5 Room 500 Richard J. Daily Center
    50 West Washington Street - Chicago, Illinois 60602
 Timothy Evans   Chief Judge - Richard J. Daley Center/Clerk of the Circuit Court
    Floor 26 Room 2600 50 W. Washington Street Chicago, Illinois 60602
 Carolyn G. Quinn - Judge - Richard J. Daley Center/ Clerk of the Circuit Court   Rm 2808
    50 W. Washington Street Chicago, Illinois 60602
 Thomas A. Roseillo Attn: Codilis & Associates, P.C. - Secretary/ Registered Agent
    LaSalle Bank NA -135 South LaSalle Street- Chicago, Illinois 60603
 Acting Deputy Council - Clerk of the Circuit Court/Richard J. Daley Center floor 10 Rm 1003
    50 W. Washington St Chicago, Illinois
 Ronald Wade – Manager, Evictions Dept 6th Floor Rm 602 - Clerk of the Circuit Court
    50 West Washington Street-Chicago, Illinois 60602

**Cc:** Appellate Court of Illinois First District:
 Steven M Ravid, Clerk of the Appellate Court
    160 N. LaSalle Street - Chicago, Illinois 60601

**Cc:** Justices of the Supreme Court of Illinois:
 Juleann Hornyak - First District Court of the United States, Supreme Court Of Illinois,



200 East Capital Avenue · Springfield, Illinois 62701
Hon. Robert R. Thomas – Chief Justice of the Supreme Court of Illinois
1776 S. Naperville Road Bldg A, Suite 207 Wheaton, Illinois 60187
Hon. Charles E. Freeman   Justice of the Supreme Court of Illinois
160 N. LaSalle Street, 20th Floor Chicago, Illinois 60601
Hon. Thomas R. Fitzgerald – Justice of the Supreme Court of Illinois
160 N. LaSalle Street, 20th Floor Chicago, Illinois 60601
Hon. Thomas L. Kilbride – Justice of the Supreme Court of Illinois
1819 4th Avenue Rock Island, Illinois 61201
Hon. Rita B. Garman – Justice of the Supreme Court of Illinois
3607 N. Vermilion, Suite 1 Danville, Illinois 61832-1478
Hon. Lloyd A. Karmeier   Justice of the Supreme Court of Illinois
1100 S. Mill Street   P O Box 266 Nashville, Illinois 62263
Hon. Anne M. Burke - Justice of the Supreme Court of Illinois
160 N. LaSalle Street 20th Floor - Chicago, Illinois 60601

Illinois State     )
                ) SS.
Cook County     )

To: <u>Defendant(s) in error,</u>

      ABN AMRO MORTGAGE GROUP INC. et al

      Tom Goldstein - President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
              7159 Corkland Drive - Jacksonville, Florida 32258
      Thomas A. Rosiello – Secretary/Registered Agent - ABN AMRO Mortgage Group, Inc
              135 South LaSalle Street – Chicago, Illinois 60603
      Carol L. Tenyak – Registered Agent – ABN AMRO Mortgage Group, Inc
              135 LaSalle Street, Suite 925   Chicago, Illinois 60603
      <u>Tim Nuss</u> - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison
              Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
      Colleen Riddell - Loan Administration - Special Services Dept. ABN AMRO Mortgage
              2600 West Big Beaver Read - Troy, Michigan 48084-3318
      Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc.
              135 S. LaSalle Street - Chicago, Illinois 60603-0135
      Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. –
              7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
      Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc.
              7159 Corkland Drive - Jacksonville, Florida 32258
      Damien Bazan – Collections Department - ABN AMRO Mortgage Group, Inc.
              4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
      Customer Service - Manager - ABN AMRO Mortgage Group, Inc
              2600 W. Big Beaver Road - Troy, Michigan 48084-3326
      Merilyn Rogers – Customer Relations - ABN AMRO Mortgage Group, Inc.
              7159 Corklan Drive - Jacksonville, Florida 32258
      Isolene B. Jones - Loan Admin/Litigation - ABN AMRO Mortgage Group, Inc.
              7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
      Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
              1355 W. Dundee – Buffalo Grove, Illinois 60089
      John Purtell - Manager - LaSalle Bank NA –
              135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
      Michael Jinga - Manager - LaSalle Bank NA –
              4747 W. Irving Park Road - Chicago, Illinois 60641
      Marie Shiffman - Collections Equity Dept. - LaSalle Bank NA
              4747 W. Irving Park Road - Chicago, Illinois 60641
      David Cantwell - President - Chelsea Cove Condominium Assoc.
              624 Bridgeport – Wheeling, Illinois 60090
      Jeffrey Meyers – Secretary - Chelsea Cove Condominium Assoc.
              775 Barnaby Place - Wheeling, Illinois 60090

# ORIGINAL

**ID# VAH040744**

## SILVER SURETY BOND

Doc#: 0425832052
Eugene "Gene" Moore  Fee: $30.50
Cook County Recorder of Deeds
Date: 09/14/2004 02:38 PM  Pg: 1 of 4

**County of Cook**
**State of Illinois**

I, Violet A. Hooghkirk, do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (effect payment) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by any UNBONDED claim presented against VIOLET A. HOOGHKIRK.   And, I, Violet A. Hooghkirk underwrite with my private exemption, VIOLET A. HOOGHKIRK all such costs that may be proven.

Dated this __8__ day of __September__ 2004.

_Violet A. Hooghkirk_
Violet A. Hooghkirk, agent

**Actio non datur non damnificato**

## JUSTIFICATION OF SURETY SUBROGATION

**County of Cook**            )
                              )    ss
**State of Illinois**          )

Personally appeared this day before me Violet A. Hooghkirk of the County and State aforesaid, surety on the bond of Violet A. Hooghkirk, being duly sworn, deposes and says that she is seized of her right mind, and that over and above all of her just debts and liabilities, in property not exempt by law from levy and sale under execution, of a clear unencumbered estate of the value in excess of __( unlimited )__, within the jurisdiction of this State and/or the District of Columbia.

Subscribed and sworn to before me __CORINA CASTANEDA__ , a Notary
Public residing in __Chicago__, Illinois.

_____                                     __9/8/04__
Notary                                                        date

> "OFFICIAL SEAL"
> CORINA CASTANEDA
> Notary Public, State of Illinois
> My Commission Expires 2/10/2008

## Surety Bond

Surety Bond given by Violet A. Hooghkirk of 772 Barnaby place - Wheeling, Illinois [60090], as principal, and the united States of America, organized and existing under the US Constitution and the Bill of Rights and licensed to transact a Surety under 31 CFR part 203 with it's principal office located at 1500 Pennsylvania Ave NW – Washington, DC 20220 as Surety to ABN AMRO Mortgage Group Inc.

## Recitals

A. Principal and Surety are bound to obligee and discharged in the amount of **$97,775.77**, for the payment of which principal and Surety jointly and severally have bound themselves, their successors, assigns, and legal representatives.

Date: December 11, 2007      Signature of Surety,

*Violet A. Hooghkirk*
Violet A. Hooghkirk ©, Secured Party

## Surety Bond

Surety Bond given by Violet A. Hooghkirk of 772 Barnaby place - Wheeling, Illinois [60090], as principal, and the united States of America, organized and existing under the US Constitution and the Bill of Rights and licensed to transact a Surety under 31 CFR part 203 with it's principal office located at 1500 Pennsylvania Ave NW – Washington, DC 20220 as Surety to ABN AMRO Mortgage Group Inc.

## Recitals

A. Principal and Surety are bound to obligee and discharged in the amount of **$115,250.84**, for the payment of which principal and Surety jointly and severally have bound themselves, their successors, assigns, and legal representatives.

Date: December 11, 2007     Signature of Surety,

*Violet A. Hooghkirk*
Violet A. Hooghkirk ©, Secured Party

## Surety Bond

Surety Bond given by Violet A. Hooghkirk of 772 Barnaby place - Wheeling, Illinois [60090], as principal, and the united States of America, organized and existing under the US Constitution and the Bill of Rights and licensed to transact a Surety under 31 CFR part 203 with it's principal office located at 1500 Pennsylvania Ave NW – Washington, DC 20220 as Surety to LaSalle Bank NA.

## Recitals

A. Principal and Surety are bound to obligee and discharged in the amount of **$6,187.40**, for the payment of which principal and Surety jointly and severally have bound themselves, their successors, assigns, and legal representatives.

Date: December 11, 2007      Signature of Surety,

*Violet A. Hooghkirk*
Violet A. Hooghkirk ©, Secured Party

## Surety Bond

Surety Bond given by Violet A. Hooghkirk of 772 Barnaby place - Wheeling, Illinois [60090], as principal, and the united States of America, organized and existing under the US Constitution and the Bill of Rights and licensed to transact a Surety under 31 CFR part 203 with it's principal office located at 1500 Pennsylvania Ave NW    Washington, DC 20220 as Surety to Chelsea Cove Condominium Association, Inc.

## Recitals

A. Principal and Surety are bound to obligee and discharged in the amount of **$2,923.00**, for the payment of which principal and Surety jointly and severally have bound themselves, their successors, assigns, and legal representatives.

Date: December 11, 2007    Signature of Surety,

Violet A. Hooghkirk ©, Secured Party

## Surety Bond

Surety Bond given by Violet A. Hooghkirk of 772 Barnaby place - Wheeling, Illinois [60090], as principal, and the united States of America, organized and existing under the US Constitution and the Bill of Rights and licensed to transact a Surety under 31 CFR part 203 with it's principal office located at 1500 Pennsylvania Ave NW – Washington, DC 20220 as Surety to Chelsea Cove Condominium Association, Inc.

## Recitals

A. Principal and Surety are bound to obligee and discharged in the amount of **$2,625.36**, for the payment of which principal and Surety jointly and severally have bound themselves, their successors, assigns, and legal representatives.

Date: December 11, 2007      Signature of Surety,

*Violet A. Hooghkirk*
Violet A. Hooghkirk ©, Secured Party

## Surety Bond

Surety Bond given by Violet A. Hooghkirk of 772 Barnaby place - Wheeling, Illinois [60090], as principal, and the united States of America, organized and existing under the US Constitution and the Bill of Rights and licensed to transact a Surety under 31 CFR part 203 with it's principal office located at 1500 Pennsylvania Ave NW – Washington, DC 20220 as Surety to Chelsea Cove Condominium Association, Inc.

## Recitals

A. Principal and Surety are bound to obligee and discharged in the amount of **$2,629.68**, for the payment of which principal and Surety jointly and severally have bound themselves, their successors, assigns, and legal representatives.

Date: December 11, 2007        Signature of Surety,

*Violet A. Hooghkirk*
Violet A. Hooghkirk ©, Secured Party

Violet A. Hooghkirk, Secured Party
C/o 772 Barnaby Place
Wheeling, Illinois [60090]
(847) 215-5244

# SUPREME COURT OF ILLINOIS
# COUNTY OF COOK - FIRST DISTRICT OFFICE
### SUPREME COURT BUILDING – 200 East Capital Avenue - Springfield, Illinois 62701

| | | |
|---|---|---|
| ABN AMRO MORTGAGE GROUP INC. | ) | |
| TOM GOLDSTEIN, individually | ) | Circuit Court Cook County, |
| THOMAS ROSIELLO, individually | ) | Illinois First Judicial Circuit |
| CAROL L. TENYAK, individually | ) | Case No. 05 Ch 19333 |
| TIM NUSS, individually | ) | |
| COLLEEN RIDDELL, individually | ) | Appellate Court First Judicial |
| SHAUN, individually | ) | District Case No. 06-3152 |
| ELENA L. ENUSCU, individually | ) | |
| BETH P. PONDER, individually | ) | |
| DAMIEN BAZAN, individually | ) | District Case No. 104542 |
| MERILYN ROGERS, individually | ) | |
| ISOLENE B. JONES, individually | ) | |
| LASALLE BANK N.A. | ) | |
| NORM BOBBIN, individually | ) | |
| JOHN PURTELL, individually | ) | |
| MICHAEL JINGA, individually | ) | |
| MARIE SHIFFMAN, individually | ) | |
| CHELSEA COVE CONDOMINIUM ASSOC | ) | |
| DAVID CANTWELL, individually | ) | |
| JEFFREYMEYERS, individually, | ) | |
|      Plaintiff(s) in Error, | ) | |
|    vs. | ) | |
| | ) | |
| VIOLET A. H OOGHKIRK, | ) | DECLARATION OF |
|      Defendant in Error, | ) | SECURED PARTY |
| | ) | |
| Violet A. Hooghkirk, Secured Party/ | ) | NOTICE OF REMOVAL |
| Injured Party | ) | AND |
| Petitioner by special Appearance | ) | NOTICE OF STAY |
|      Petitioner, | ) | |

**********************************************************************

## NOTICE OF REMOVAL TO
## DISTRICT COURT OF THE UNITED STATES

     **COMES NOW** Violet Alberta Hooghkirk, Secured Party, *sui juris*, a natural born,

free Sovereign American Citizen who retains full Constitutional Rights and enjoys the

benefits thereof, Violet A. Hooghkirk, Secured Party, injured party, petitioner speaking on

behalf of defendant-in-error, with and claiming all unlimited, unalienable constitutionally

Evidence "A-1"

guaranteed Rights, whose name is properly spelled only in upper and lower case letters, the undersigned petitioner, and <u>now</u> gives official **NOTICE of removal of** matters officers of the court refused, failed and/or neglected to address when brought to them by me via **District Court Case No. 104542** to the **FIRST DISTRICT COURT of the UNITED STATES, SUPREME COURT OF ILLINOIS,** 200 East Capital Avenue – Springfield, Illinois 62701, via an **Appellate Court Case No. 06-3152** to the **APPELLATE COURT OF ILLINIOIS, FIRST JUDICIAL DISTRICT,** 160 North LaSalle Street, Suite 1400 - Chicago, Illinois 60601, and via **Circuit Court of Cook County** ORIGINAL – CIVIL alleged **Case No. 05 CH 19333, OF ILLINOIS COUNTY DEPARTMENT - CHANCERY DIVISION,** Richard J. Daley Center - 50 West Washington Street - Chicago, Illinois 60602, On March 2, 2006 petitioner, Secured Party caused to present in the public record, a myriad of **Notices to include in and to augment the record, Declarations of Secured Party** as evident to the fact that said mortgage claim's were discharged in their entirety a year earlier in 2004 and 2005, prior to any said ORIGINAL alleged CASE - CIVIL **identified as Case No. 05 CH 19333** IN RE: Plaintiff's, <u>IN FACT</u> and that;

Petitioner, Secured Party has made the Plaintiff's and the officers of these courts above aware that Petitioner holds a prior, perfected, superior claim/lien and has a vested interest in the private property, and is holder in due course of that property as identified and filed under UCC filing No. 9830847FS recorded on May 13, 2005, current filing (12054769 FS) as of April 30, 2007, a perfected Claim of Lien (UCC 9-334) (Doc#0513849062) recorded on May 18, 2005, and was in place prior to any said ORIGINAL alleged CASE - CIVIL **identified as Case No. 05 CH 19333,** the State and the Federal Courts have ruled that the first to file a UCC document has priority, see <u>United Tobacco Warehouse vs. Wells</u> 490 SW 2d 152 (1973) and <u>Diversified Metal Products vs. T-Bow Company Trust, IRS, et al</u> USDC 93-405-E-EJL, <u>IN FACT</u> and that;

Evidence "A-1"

Petitioner, has also made the Plaintiff's and the officers of these courts above aware that said mortgage claims were discharged in their entirety, duly discharged through **Bonded Registered Bill of Exchange**, honored by Plaintiff's by and through their tacit procuration agreement with an acknowledgement from the Secretary of the Treasury, Henry M. Paulson Jr., and Juan Carlos Méndez Torres, Trustees, in accordance with The Administrative Procedures Act 5 USC 706. Plaintiff(s) are mandated under *Hallenbeck v. Leimert*, 295 US 116, 122 (1935), to now be held personally liable for these debts under the *Erie and Clearfield Doctrines*, each Plaintiff was aware that they were mandated under these Court Rulings, prior to any said ORIGINAL alleged CASE - CIVIL **identified as Case No. 05 CH 19333** IN RE: Plaintiff's, IN FACT and that;

The **preponderance of certified evidence** within the administrative documents of the twelve (12) presented and filed **Notices to include in and to augment the record, Declarations of Secured Party**, attachments were two hundred and eighty (280) plus separate evidence(s) by petitioner, in the public record and court files, each certified, and declared under penalties of perjury as provided by law under the laws of the united States of America Title 28 USC 1746(1) clearly refute the subordinate and inferior claims of the attorney allegedly representing Plaintiff (ABN AMRO), including but not limited to any other adversarial or hostile third party intervener within this matter ORIGINAL alleged CASE–CIVIL **as identified Case No. 05 CH 19333** IN RE: Plaintiff(s), IN FACT and that;

It is clear Plaintiff(s) that the negotiable instruments that tendered both mortgage claims Plaintiff(s) have not, from the very beginning, taken petitioners documentation seriously; the Plaintiff(s) have repeatedly neglected, and/or refused to process the presented Bills of Exchange through their Banks Treasury Tax and Loan (TT&L) Account System, and now the officers of the Illinois judicial System through the courts have also ignored, neglected and refused to address with any reasonable measure of care what should have been implemented, when brought to the offices by via **District Court Case No. 104542,**

Evidence "A-1"

via **Appellate Court Case No. 06-3152,** and via ORIGINAL alleged CASE - CIVIL **identified in Case No. 05 CH 19333** of the undersigned petitioner, Secured Party's appeals as evidenced in the public record requiring them to obey the law, Supreme Court Rulings, and *Stare Decisis* in this matter, <u>IN FACT</u>.

All findings of fact and conclusions of law must be tried by a seventh amendment jury, according to <u>the rules of the common law,</u> (See Article VII of the Bill of Rights.)

All actions and filings of the Secured Party in this matter have been compliant with the original constitutions of the Federal and State of Illinois, and whether or not imposition of these codes and rules violate my unalienable rights secured under the original Constitutions for the united States of America and State of Illinois. This action is authorized under Article III, § 2, Clause 2 of the Constitution for the united States of America, and was done in furtherance of justice for the People of the State of Illinois as was demonstrated before the courts in Illinois brought to them via **District Court Case No. 104542,** via **Appellate Court Case No. 06-3152,** and via ORIGINAL alleged CASE CIVIL. **identified in Case No. 05 CH 19333** which were not being conducted as a judicial but as an administrative proceeding, IN FACT.

Respectfully submitted, By the Seal of
All Rights Reserved

*Violet A. Hooghkirk*

Violet A. Hooghkirk, Secured Party, Creditor
C/o 772 Barnaby Place
Wheeling, Illinois [60090]
Ph: 847-215 - 5244
Bond #VAH040244 (Silver Surety Bond)
Pre-Paid - Preferred Stock
Priority – Exempt from Levy

Evidence "A-1"

## CERTIFICATE OF SERVICE

I hereby certify under penalties of perjury as provided by law under the laws of the united States of America Title 28 USC 1746(1) that on this **26** day of **November** 2007, (See below parties at interest), were served herewith through Certified Mail Article No. <u>7007 0710 0003 3901 6071</u>, <u>7007 0710 0003 3901 6101</u>, <u>7007 0710 0003 3901 6095</u>, and <u>7007 0710 0003 3901 6088</u> the sending of an exact copy of this NOTICE OF REMOVAL TO DISTRICT COURT OF THE UNITED STATES via the United States Postal Service to:

## ACKNOWLEDGMENT

SUBSCRIBED TO AND CERTIFIED before me this **26th** day of **Nov.** A. D. 2007, a Notary, that Violet A. Hooghkirk, personally appeared and is known to me to be the women whose name subscribed to the within verified instrument and acknowledged to be the same.

Notary Public in and for said State:

My Commission expires **2|10|08**

> "OFFICIAL SEAL"
> CORINA CASTANEDA
> Notary Public, State of Illinois
> My Commission Expires 2/10/2008

STATE OF ILLINOS      )
                         ) SS.
COUNTY OF COOK    )
To: Plaintiff(s) Parties at interest
Certified Mail Article No. 7007 0710 0003 3901 6071

     Tom Goldstein - President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
         7159 Corkland Drive - Jacksonville, Florida 32258
     Thomas A. Rosiello – Secretary/Registered Agent - ABN AMRO Mortgage Group, Inc
         135 South LaSalle Street – Chicago, Illinois 60603
     Carol L. Tenyak – Registered Agent – ABN AMRO Mortgage Group, Inc
         135 South LaSalle Street, Suite 925 · Chicago, Illinois 60603
     <u>Tim Nuss</u> - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison –
         Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
     Colleen Riddell - Loan Administration - Special Services Dept. ABN AMRO Mortgage
         2600 West Big Beaver Read - Troy, Michigan 48084-3318
     Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc.
         135 S. LaSalle Street - Chicago, Illinois 60603-0135
     Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. –
         7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
     Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc.
         7159 Corkland Drive - Jacksonville, Florida 32258
     Damien Bazan – Collections Department - ABN AMRO Mortgage Group, Inc.
         4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
     Customer Service - Manager - ABN AMRO Mortgage Group, Inc

2600 W. Big Beaver Road - Troy, Michigan 48084-3326

Merilyn Rogers – Customer Relations – ABN AMRO Mortgage Group, Inc.
7159 Corklan Drive - Jacksonville, Florida 32258

Isolene B. Jones - Loan Admin/Litigation - ABN AMRO Mortgage Group, Inc.
7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.

Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
1355 W. Dundee – Buffalo Grove, Illinois 60089

John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144

Michael Jinga - Manager - LaSalle Bank NA –
4747 W. Irving Park Road - Chicago, Illinois 60641

Marie Shiffman - Collections Equity Dept. - LaSalle Bank NA
4747 W. Irving Park Road - Chicago, Illinois 60641

David Cantwell - President - Chelsea Cove Condominium Assoc.
624 Bridgeport – Wheeling, Illinois 60090

Jeffrey Meyers – Secretary – Chelsea Cove Condominium Assoc. –
775 Barnaby Place - Wheeling, Illinois 60090

Cc: Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
950 Pennsylvania Ave NW - Washington, D.C. 20530

Merri Jo Gillette – Regional Director - Securities and Exchange Commission (SEC)
Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604

Federal Trade Commission (FTC) CRC – 240
600 Pennsylvania Avenue NW - Washington, D.C. 20580

Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706

Lisa Madigan - Attorney General –
100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601

Patrick J. Fitzgerald, U. S. Department of Justice, United States Attorney, Northern-
District of Illinois, Federal Building
219 South Dearborn Street, Fifth Floor - Chicago, Illinois 60604

William G. Holland - Auditor General - 740 E. Ash Street - Springfield, Illinois 62703

J. Russell George - Treasury Inspector General for Tax Administration
1500 Pennsylvania Ave NW – Washington, D.C. 20224

Chief Information Officer – Treasury Data Integrity Board
1500 Pennsylvania Ave NW – Washington, D.C. 20224

Director – CSB/IRS SP Handling Office – 5000 Ellin Rd – Lanham, Maryland 20706

Chief Special Procedure Handling Office – IRS - P.O. Box 245 Bensalem, Pennsylvania 19020

Mr. Ken Papaj – Acting Commissioner of the Financial Management Service of the
Department of the Treasury - 401 14th Street SW Room 548 - Washington, D.C. 20227

Raymond R. Quirk, President/ Registered Agent-Chicago Title & Trust Company
601 Riverside Ave – Jacksonville, Florida 32204

C T Corporation System, Registered Agent - Chicago Title & Trust Company
208 SO LaSalle St, suite 814 – Chicago, Illinois 60604

Todd C. Johnson Same, Secretary/Registered Agent - Chicago Title & Trust Company
601 Riverside Ave – Jacksonville, Florida 32204

Cc: Clerk of the Circuit Court of Cook County:

Certified Mail Article No. 7007 0710 0003 3901 6088

Dorothy Brown - Clerk of the Court/Richard J. Daley Center Floor 10 Room 1001-
50 W. Washington St Chicago, Illinois 60602

Richard Divine – States Attorney Floor 5 Room 500 Richard J. Daily Center
50 West Washington Street - Chicago, Illinois 60602

Timothy Evans – Chief Judge - Richard J. Daley Center/Clerk of the Circuit Court
Floor 26 Room 2600 50 W. Washington Street Chicago, Illinois 60602

Carolyn G. Quinn    Judge – Richard J. Daley Center/ Clerk of the Circuit Court – Room 2808
50 W. Washington Street Chicago, Illinois 60602

Thomas A. Roseillo Attn: Codilis & Associates, P.C. – Secretary/ Registered Agent – LaSalle Bank NA

Evidence "A-1"

135 South LaSalle Street- Chicago, Illinois 60603
Acting Deputy Council - Clerk of the Circuit Court/Richard J. Daley Center floor 10 Room 1003
50 W. Washington St Chicago, Illinois
Ronald Wade – Manager, Evictions Dept 6th Floor Rm 602 - Clerk of the Circuit Court
50 West Washington Street-Chicago, Illinois 60602

Cc: Appellate Court of Illinois First District:
Certified Mail Article No. 7007 0710 0003 3901 6095
    Steven M Ravid, Clerk of the Appellate Court 160 N. LaSalle Street – Chicago, Illinois 60601

Cc: Justices of the Supreme Court of Illinois:
Certified Mail Article No. 7007 0710 0003 3901 6101
    Juleann Hornyak - First District Court of the United States, Supreme Court Of Illinois,
                200 East Capital Avenue – Springfield, Illinois 62701
    Hon. Robert R. Thomas – Chief Justice of the Supreme Court of Illinois
                1776 S. Naperville Road Bldg A, Suite 207 Wheaton, Illinois 60187
    Hon. Charles E. Freeman – Justice of the Supreme Court of Illinois
                160 N. LaSalle Street, 20th Floor Chicago, Illinois 60601
    Hon. Thomas R. Fitzgerald – Justice of the Supreme Court of Illinois
                160 N. LaSalle Street, 20th Floor Chicago, Illinois 60601
    Hon. Thomas L. Kilbride – Justice of the Supreme Court of Illinois
                1819 4th Avenue Rock Island, Illinois 61201
    Hon. Rita B. Garman   Justice of the Supreme Court of Illinois
                3607 N. Vermilion, Suite 1 Danville, Illinois 61832-1478
    Hon. Lloyd A. Karmeier – Justice of the Supreme Court of Illinois
                1100 S. Mill Street   P O Box 266 Nashville, Illinois 62263
    Hon. Anne M. Burke - Justice of the Supreme Court of Illinois
                160 N. LaSalle Street 20th Floor - Chicago, Illinois 60601

Evidence "A-1"

Certified Mail Article No. 7004 1350 0002 0399 5357

## ACTUAL AND CONSTRUCTIVE NOTICE

ABN AMRO Mortgage Group, Inc.          Violet A. Hooghkirk, Secured Party
540 West Madison                       c/o 772 Barnaby Place
Chicago, Illinois 60661-6400           Wheeling, Illinois [60090]

### NON-NEGOTIABLE - ACCEPTANCE FOR VALUE

Re: Letter of Advice                         Date: November 19, 2004

　　　The Undersigned is the Secured Party authorized to speak for and respond on behalf of the recipient of the attached document. The attached Notice presents a claim that the Claimant holds against the named recipient.

　　　The following Notice and Instruction is hereby given to: The Claimant who has made a public offering to Robert L Hooghkirk Violet Hooghkirk a "new claim" dated October 25, 2004 with case/account #0009000194. See attachment.

　　　In the matter described above, in accordance with USC Title IV, Sec. 401(Federal Reserve Act); Title XII; Title XXVIII, Sec. 1641; the Foreign Sovereign Immunity Act and in lieu of continued controversy, the Undersigned Secured Party "Holder in Due Course" of the Preferred Stock of the Corporation (United States-February 21, 1871; 16 Stat. I. 419): holds a prior, superior claim on the DEBTOR and Accepts for Value and Bonds this commercial presentment, in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104, 10-104 and Article VII of the Bill of Rights. Further, the Secured Party is "Holder in Due Course" of the deficient account by his Acceptance, and retains first priority and by Acceptance of said "Claim" has eliminated any controversy in the matter. *This property is Bonded, subject to a prior superior UCC claim, and is Exempt from Levy.*

　　　The Analysis and Control Division of the IRS has received from The Secretary of the Treasury the required originals of the Bonded Registered Bill of Exchange and the claim stamped "Accepted For Value." You have now been served Notice that the original documents were received at the Department of the Treasury and have not been returned dishonored by the Secretary. Therefore, in accordance with HALLENBECH vs. LEIMERT, 296 U.S. 116 your office is now authorized to ledger an equal credit and debit through the Treasury Tax and Loan Account in the amount of the stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange. Make copies of these documents for the Claimant's file and forward the documents with the monthly statement to the IRS. Also, send a set of copies to the Secretary of the Treasury. Credit the designated account and place a hold for fifteen (15) days on the funds. If there is no question or dishonor in that required time then the hold can be released and the transfer has been completed. Any fees charged by the bank for this service must be agreed to and accounted for at the time the transaction is made. Ignore or reject this presentment then this stands as formal demand for Confidential Commercial Information in this matter be presented before an authorized Data Integrity Board as prescribed by law.

                              Sincerely,

                              *Violet A. Hooghkirk*

                              Violet A. Hooghkirk, Secured Party

Cc: Dale Hart – CSB/IRS SP Handling Office – 5000 Ellin Road – Lanham, Maryland 20706
　　　Robert Cloonan – IRS – P.O. Box 245 – Bensalem, Pennsylvania 19020

## Evidence "B-1"

## Related Points and Authorities including *stare decisis* supporting the use of Bills of Exchange as legal tender and negotiable instruments for discharge of private and public debt

- 73rd Congressional Session – Chs 48, 49
- United Tobacco Warehouse vs. Wells 490 SW 2d 152 (1973)
- UCC Section 9333(a), CCP 488.010, CCP 153 subparagraph 3, Sec. 1106(1)
- California Bank Code 484(a)
- Public Policy HJR ~ 192
- Guaranty Trust of New York vs. Henwood, et al 59 S CT 847 (1933) FN3 NOS 384, 485
- Public Law 73-10 as codified in the Henwood case
- USC Title 12, Section 95(A)(1)(a) Section 411
- The Foreign Sovereign Immunity Act
- Commercial Federal Banking Codes – Regulation J, Section 210.2(k)
- Witkin – Negotiable Instruments, Vol. III and Supplements
- UCC Article III and Supplements
- Spencer vs. Sterling Bank 63 Cal Ap 4th 1055
- UCC 3-103, 3-104(c), 3-603 and 604
- Internal Revenue Code – Johnson vs. So. California Edison Co. (2002)
- Internal Revenue Code Vol. III 2002 6311(b)(c) d (1)(d)(2)
- Internal Revenue Code Subsection 6311 Publication (b)1 98-469
- Internal Revenue Regulation 2002 Reg Sec. 403.58 (acceptable forms of payment)
- Bank One vs. Ward, Fugate et al, 7th Judicial Circuit Court, Florida – Div. 31; Case No. 2001-31518 Ci Ci Subsection (b)(2)
- United /State vs. Loran Troescher, US District Court, Central District of California – Judge Steven V. Wilson Case No. 93-5736 (1993) Court Order filed December 1997
- The Consolidate Annual Financial Report (CAFR) Bureau
- Bureau of Engraving has acknowledged along with CAFR documents verifying that Federal Reserve Notes are Bonded Instruments backed by Certificates of Live Birth; The same Bond Serial Numbers that appear on each FRN are found on the back of Certificates of Live Berth and Social Security Cards.
- USC Title 15, Section 1666 1; Section 170 Truth in Lending
- Congressional Record Vol. 123, pages 633-635 (1975)
- Diversified Metal Products vs. T-Bow Company Trust, IRS, et al USDC 93-405-E-EJL – Justice
- Department Answer by DOJ attorneys Betty Richardson and Richard Ward.
- UCC cites on Collection – Witkin - Negotiable Instruments, Vol. III, pages 326-354 and pages 355-399.
- USC Title 12, Section 630,343,342,85,1831d, 373
- California Financial Code – Sections 3350-3369, 3500-3548, 14750-14768, 1220-1239, 5100-5124, 16430-16431
- New York State Consolidated Laws – Article XIII-B, Section 6409.III
- Revised Code of Washington RCW 4.16.270, 484.050, RCW 30.08.140, RCW 5.52.040, RCW 30.08.150, RCW 30.42.120, RCW 31.45.070, RCW 32.05.140, RCW 32.20, RCW 48.11.080, RCW 33.12.010, RCW 32.20.220
- Hallenbech vs. Leimert, 295 US 116 (1935)
- Hopp vs. Chow, California Superior Court – Case No. SVC 39732 (2002)
- United States vs. Jerry Williamson W91-CR-38(6)
- Numerous "Accepted for Value" references with the Office of Management and Budget, Office of the Comptroller of the Currency and the Department of the Treasury Financial Management Service.

Evidence "B-1"

IN 5/2004 4:58    PAGE 002/002    ax Server

Date: October 25, 2004

Loan No.: 0009000194
Investor No.: H20

Loan Type: Conventional
Next Due Date: 11-01-04

To: Branch 21
    Attn: Pat

Mortgagor(s) Name:    Robert L. Woodkirk
                      Violet Woodkirk

Property Address:     772 Bargaby
                      Wheeling, IL 60090

Payoff figures good through November 1, 2004.



Current Principal Balance                                            96,957.35
Interest from 10-01-04 at % 0000%                                       766.92
    PER DIEM $      17.27 per day from 11-1-04
    until PAYOFF funds are received.
Total Funds Secured by the Mortgage                                  97,724.27

Priority Proc Fee                                                        25.00
Recording Fees                                                          26.50
TOTAL AMOUNT TO PAY LOAN IN FULL                              $      97,775.77

Escrow Balance:              $          303.
Property Tax paid YTD:       $        2,016.33

A late charge of $        31.60 will be assessed in accordance with the
mortgage agreement after a current payment is past due and should be
added to the payoff amount.

In the event that default occurs prior to receiving the payoff funds in
our office, additional charges and/or fees may be due.  Please verify
the total amount due prior to remitting the funds.

XP001 127 S6K

Evidence "B-1"

**Important Information About Your Payoff**

 **ABN ∙AMRO**

Attn : 0009000194

ABN AMRO Mortgage Group, Inc.
800/783-8900
FAX: 248/457-5404

Please be advised that all payoff checks need to be made payable to "ABN AMRO Mortgage", who is the servicer of this loan. All payoff checks must be mailed or delivered to the following address:

NOTE: THE LENDER OBJECTS TO THE RECORDING OF A CERTIFICATE OF RELEASE OR AN AFFIDAVIT OF SATISFACTION EXECUTED BY A TITLE INSURANCE COMPANY OR BY ANY OTHER PARTY OTHER THAN THE LENDER IN CONNECTION WITH THE MORTGAGE/DEED OF TRUST SECURING THE LOAN MENTIONED ON THIS PAYOFF STATEMENT.

Wholesale Lockbox Dept. 6400
ABN AMRO Mortgage
540 West Madison
Chicago, IL 60661-6400

Payoff Wire Instructions: To have the payoff credited on the day of payment, we must receive the wire transfer by 1:00 p.m. (ET). You must include the following information:

NOTE: THE LENDER OBJECTS TO THE RECORDING OF A CERTIFICATE OF RELEASE OR AN AFFIDAVIT OF SATISFACTION EXECUTED BY A TITLE INSURANCE COMPANY OR BY ANY OTHER PARTY OTHER THAN THE LENDER IN CONNECTION WITH THE MORTGAGE/DEED OF TRUST SECURING THE LOAN MENTIONED ON THIS PAYOFF STATEMENT.

Standard Federal Bank
Troy, Michigan
ABA Number: 072 000 805
Bank Account Number: 105-4150825
Mortgage Loan Number:

All Lien Release Items must be sent to:

NOTE: THE LENDER OBJECTS TO THE RECORDING OF A CERTIFICATE OF RELEASE OR AN AFFIDAVIT OF SATISFACTION EXECUTED BY A TITLE INSURANCE COMPANY OR BY ANY OTHER PARTY OTHER THAN THE LENDER IN CONNECTION WITH THE MORTGAGE/DEED OF TRUST SECURING THE LOAN MENTIONED ON THIS PAYOFF STATEMENT

Lien Release Dept. FL6-236
ABN AMRO Mortgage
7159 Corklan Drive
Jacksonville, FL 32258

All other correspondence items must be sent to:

Customer Service Dept. M0904-470
ABN AMRO Mortgage
2600 West Big Beaver Road
Troy, Michigan 48084

Our office recognizes national holidays. Funds received on weekends or holidays will be posted the next business day.
**Future Monthly Payments:**
Issuance of this statement does not suspend the contractual requirement to remit monthly payments as they become due. A late charge will be assessed in accordance with the mortgage agreement after a current payment is past due and should be added to the payoff total if applicable.

**Automatic Drafting Program:**
If the payment is automatically drafted, the next payment will be deducted unless we are notified in writing ten (10) business days prior to the draft date. The drafting may be canceled by calling our Customer Service Department at (800) 783-8900, or the request may be faxed to (904) 288-5053.

**Payoff Statement:**
This is a tentative statement and is subject to audit. These figures will be adjusted if any check/draft previously received and applied to the account is returned by the institution upon which it is drawn. The figures will be adjusted if a disbursement for mortgage insurance, taxes and/or insurance causes an escrow overdraft. All figures must be verified prior to closing or the disbursement of closing funds.

**Escrow:**
If the funds received are insufficient to pay the loan in full, we will deduct the appropriate funds from the escrow account (if such funds are available). Any remaining escrow funds will be refunded to the borrower 30 days from the date of payoff. When remitting the payoff, please include a current mailing address for the borrower to ensure proper delivery of any remaining escrow funds.

**Insurance and Tax:**
Unless the loan is refinanced with ABN AMRO Mortgage Group, Inc., please have the insurance agent delete ABN AMRO Mortgage Group, Inc. as the loss payee and billing address on the property insurance policy. Also, contact the taxing authority to request tax bills be mailed to the proper party for payment. NOTE: Any tax or insurance bills received by ABN AMRO Mortgage Group, Inc. on or after the date we receive the payoff funds will not be paid from the escrow account for this loan and those bills will not be returned. It is important to make sure that all such tax and insurance bills are paid either directly by the borrower or from the escrow account of any new loan obtained.

**FHA Loans:**
*Collection of prepayment interest on FHA loans insured after August 2, 1985.* A full payment of your mortgage is accepted on the first day of any month during the mortgage term, or the prepayment is accepted whenever tendered with interest paid to the first day of the month following the date prepayment is received. It is to your advantage to arrange closing so that the prepayment reaches us on or before the first business day of the month

Affiliate Banks: LaSalle Bank N.A. Standard Federal Bank N.A.

# Evidence "B-1"

# ORIGINAL

ID# VAH040244

## SILVER SURETY BOND

Doc#: 0425832052
Eugene "Gene" Moore  Fee: $30.50
Cook County Recorder of Deeds
Date: 09/14/2004 02:38 PM Pg: 1 of 4

**County of Cook**
**State of Illinois**

I, Violet A. Hooghkirk, do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (effect payment) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by any UNBONDED claim presented against VIOLET A. HOOGHKIRK.   And, I, Violet A. Hooghkirk underwrite with my private exemption, VIOLET A. HOOGHKIRK

all such costs that may be proven.

Dated this __8__ day of _September_ 2004.

_Violet A. Hooghkirk_
Violet A. Hooghkirk, agent

**Actio non datur non damnificato**

## JUSTIFICATION OF SURETY SUBROGATION

**County of Cook**           )
                             )    ss
**State of Illinois**        )

Personally appeared this day before me Violet A. Hooghkirk of the County and State aforesaid, surety on the bond of Violet A. Hooghkirk, being duly sworn, deposes and says that she is seized of her right mind, and that over and above all of her just debts and liabilities, in property not exempt by law from levy and sale under execution, of a clear unencumbered estate of the value in excess of __( unlimited )__, within the jurisdiction of this State and/or the District of Columbia.

Subscribed and sworn to before me _CORINA CASTAÑEDA_ , a Notary Public residing in _Wheeling_, Illinois.

_Corina Castañeda_
Notary

9/8/04
date

"OFFICIAL SEAL"
CORINA CASTANEDA
Notary Public, State of Illinois
My Commission Expires 2/10/2008

Evidence "B-1"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2004 OCT 13 PM 4:30

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

VIOLET A. HOOGHKIRK
c/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60092]

UCU110/14/04:08:7448:
20.00 MU
SOSIL 15:04  9166858 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | |
|---|---|---|
| 1a. ORGANIZATION'S NAME | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION DBA | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | X NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| REIDL, VIOLET ELBERTA, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O P. O. BOX 71 | GENEVA | IL | 60134 | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION DBA | 2f. JURISDICTION OF ORGANIZATION USA | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | X NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HOOGHKIRK | VIOLET | ALBERT | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 772 BARNABY PLACE | WHEELING | ILLINOIS | [60092] | USA |

4. This FINANCING STATEMENT covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTOR'S INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATION IN FAVOR OF THE SECURED PARTY AS DETAILED IN A TRUE, COMPLETE NOTARIZED SECURITY AGREEMENT IN THE POSSESSION OF THE SECURED PARTY.
NOTICE: IN ACCORDANCE WITH USC - PROPERTY - THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION: 8558027 FS; CERTIFICATE OF BIRTH DOCUMENT: #112-69-0072702, #452-6870, #112-01-0224596; EMPLOYER IDENTIFICATION     UCC CONTRACT TRUST ACCOUNT#      !; ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY. ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192, PUBLIC LAW 73-10 AND UCC 10-104. ALL PROCEEDS, PRODUCTS, ACCOUNTS, FIXTURES AND THE ORDERS THEREFROM ARE RELEASED TO THE DEBTOR.
SILVER BOND (SEE ATTACHED)

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

Secured Party: *Violet A. Hooghkirk*

*Violet A. Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Evidence "B-1"

Date: November 19, 2004

Mr. John W. Snow, Secretary
Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

Certified Mail Article Number 7004 1350 0002 0399 5398

## BONDED REGISTERED BILL OF EXCHANGE IN ACCORD WITH HJR-192
## NOT SUBJECT TO NEGOTIABILITY

RE: CHARGEBACK of PERSONAL UCC CONTRACT TRUST ACCRUAL:

Dear Mr. Snow, Secretary-in-charge:

Enclosed are documents (copies) from examination of VIOLET A SMITH'S, ROBERT L HOOGHKIRK'S VIOLET HOOGHKIRK'S, Mr Robt L Hooghkirk's, Robert L Hooghkirk's Violet Hooghkirk's, Commercial Agreements, which are listed on the enclosed (accounting), with Receipts and other evidence that have been accepted for assessed value and hereby returned for settlement and closure of this accounting along with all related endorsements front and back to include those in accord with UCC-3-419.

The total amount of this BONDED REGISTERED BILL OF EXCHANGE enclosed is $120,167.94.

Please Chargeback the Undersigned's UCC Contract Trust, # ████████████████, for the same value, and charge the account for the fees necessary for securing and registration (for the priority exchange for the tax exemption to discharge the public liability) of the personal possessions, and command Memory of account ████████ to charge the same to the Debtor's Order or your Order.

This POSTED Certified Trust Accrual, ████████████████, which is part of the Undersigned's tax estimate, is directed for use (priority) for the Republic (Article IV, Section IV of the original United States Constitution) in accord with public policy HJR-192, (discharge of the public debt.)

Mr. John W. Snow, Secretary-in-charge and/or your Deputy-in-charge, are to take the Undersigned's acceptance (BA), this Article Seven receipt, in exchange for the tax exemption priority. This BONDED REGISTERED BILL OF EXCHANGE, in accord with HJR-192, Public Law 73-10 is hereby presented for the receiver to the Federal Window, for settlement, (EFT), which must be within the three (3) day Truth-in-Lending time (Reg. Z).

With this POSTED transaction the CHARGEBACK charges documented by the enclosed forms, for use by the Republic, is complete.

ATTACHED INVOICE NUMBERS: 01561119041, 9042, 9043, 9044, 9045

Until then, I am                    Very Truly,

*Violet A. Hooghkirk*

Violet A. Hooghkirk, Secured Party
EIN # ████████
c/o 772 Barnaby Place
Wheeling, Illinois [60090]

C -file
Bond #E04967274
Pre-Paid - Preferred Stock
Priority - Exempt from Levy

Evidence "B-1"

Date: October 25, 2004

Loan No.: 0009000194                    Loan Type: Conventional
Investor No.: H20                       Next Due Date: 11-01-04

To: Branch 21
    Attn: Pat



Mortgagor(s) Name:   Robert L. Hooghkirk
                     Violet Hooghkirk
Property Address:    772 Safnay #1
                     Wheeling, IL 60090

Payoff figures good through November 19, 2004

Current Principal Balance                              96,957.35
Interest from 10-01-04 at 8.5000%                         766.92
   PER DIEM $    17.27 per Day from 10-19-04
   until PAYOFF funds are received by ABN AMRO
Total Funds Secured by the Mortgage          $        97,724.27

Priority Proc Fee                                          25.00
Recording Fees                                            26.50
TOTAL AMOUNT TO PAY LOAN IN FULL             $        97,775.77

Escrow Balance:              $        300.16
Property Tax paid YTD:       $      2,013.33

A late charge of $       31.60 will be assessed in accordance with the
mortgage agreement after a current payment is past due and should be
added to the payoff amount.


In the event that default occurs prior to receiving the payoff funds in
our office, additional charges and/or fees may be due.  Please verify
the total amount due prior to remitting the funds.



XP001 127 SGK


Evidence "B-1"

**Important Information About Your Payoff**



**ABN ·AMRO**

Attn :  0009000194

ABN AMRO Mortgage Group, Inc.
800/783-8900
FAX: 248/457-5404

**Please be advised** that all payoff checks need to be made payable to "ABN AMRO Mortgage", who is the servicer of this loan.  All payoff checks must be mailed or delivered to the following address:

Wholesale Lockbox Dept. 6400
ABN AMRO Mortgage
540 West Madison
Chicago, IL  60661-6400

NOTE: THE LENDER OBJECTS TO THE RECORDING OF A CERTIFICATE OF RELEASE OR AN AFFIDAVIT OF SATISFACTION EXECUTED BY A TITLE INSURANCE COMPANY OR BY ANY OTHER PARTY OTHER THAN THE LENDER IN CONNECTION WITH THE MORTGAGE/DEED OF TRUST SECURING THE LOAN MENTIONED ON THIS PAYOFF STATEMENT.

**Payoff Wire Instructions:** To have the payoff credited on the day of payment, we must receive the wire transfer by 1:00 p.m. (ET). You must include the following information:

Standard Federal Bank
Troy, Michigan
ABA Number: 072 000 805
Bank Account Number: 105-4150825
Mortgage Loan Number:

NOTE: THE LENDER OBJECTS TO THE RECORDING OF A CERTIFICATE OF RELEASE OR AN AFFIDAVIT OF SATISFACTION EXECUTED BY A TITLE INSURANCE COMPANY OR BY ANY OTHER PARTY OTHER THAN THE LENDER IN CONNECTION WITH THE MORTGAGE/DEED OF TRUST SECURING THE LOAN MENTIONED ON THIS PAYOFF STATEMENT.

**All Lien Release items** must be sent to:

Lien Release Dept. FL6-236
ABN AMRO Mortgage
7159 Corklan Drive
Jacksonville, FL 32258

NOTE: THE LENDER OBJECTS TO THE RECORDING OF A CERTIFICATE OF RELEASE OR AN AFFIDAVIT OF SATISFACTION EXECUTED BY A TITLE INSURANCE COMPANY OR BY ANY OTHER PARTY OTHER THAN THE LENDER IN CONNECTION WITH THE MORTGAGE/DEED OF TRUST SECURING THE LOAN MENTIONED ON THIS PAYOFF STATEMENT

**All other correspondence items** must be sent to:

Customer Service Dept. M0904-470
ABN AMRO Mortgage
2600 West Big Beaver Road
Troy, Michigan  48084

Our office recognizes national holidays.  Funds received on weekends or holidays will be posted the next business day.

**Future Monthly Payments:**
Issuance of this statement does not suspend the contractual requirement to remit monthly payments as they become due.  A late charge will be assessed in accordance with the mortgage agreement after a current payment is past due and should be added to the payoff total if applicable.

**Automatic Drafting Program:**
If the payment is automatically drafted, the next payment will be deducted unless we are notified in writing ten (10) business days prior to the draft date.  The drafting may be canceled by calling our Customer Service Department at (800) 783-8900, or the request may be faxed to (904) 288-5053.

**Payoff Statement:**
This is a tentative statement and is subject to audit.  These figures will be adjusted if any check/draft previously received and applied to the account is returned by the institution upon which it is drawn.  The figures will be adjusted if a disbursement for mortgage insurance, taxes and/or insurance causes an escrow overdraft.  All figures must be verified prior to closing or the disbursement of closing funds.

**Escrow:**
If the funds received are insufficient to pay the loan in full, we will deduct the appropriate funds from the escrow account (if such funds are available).  Any remaining escrow funds will be refunded to the borrower 30 days from the date of payoff.  When remitting the payoff, please include a current mailing address for the borrower to ensure proper delivery of any remaining escrow funds.

**Insurance and Tax:**
Unless the loan is refinanced with ABN AMRO Mortgage Group, Inc., please have the insurance agent delete ABN AMRO Mortgage Group, Inc. as the loss payee and billing address on the property insurance policy.  Also, contact the taxing authority to request tax bills be mailed to the proper party for payment.  NOTE: Any tax or insurance bills received by ABN AMRO Mortgage Group, Inc. on or after the date we receive the payoff funds will not be paid from the escrow account for this loan and those bills will not be returned.  It is important to make sure that all such tax and insurance bills are paid either directly by the borrower or from the escrow account of any new loan obtained.

**FHA Loans:**
*Collection of prepayment interest on FHA loans insured after August 2, 1985.*  A full payment of your mortgage is accepted on the first day of any month during the mortgage term; or the prepayment is accepted whenever tendered with interest paid to the first day of the month following the date prepayment is received. It is to your advantage to arrange closing so that the prepayment reaches us on or before the first business day of the month

**Affiliate Banks:**  LaSalle Bank N.A.  Standard Federal Bank N.A.

# Evidence "B-1"

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

> VIOLET A. HOOGHKIRK ©,
> SECURED PARTY
> C/o 772 BARNABY PLACE
> WHEELING, ILLINOIS [60090]

FILED
SECRETARY OF
UNIFORM COMM. CODE
2006 APR 18 PM 4: 30

UCU104/18/06:07:7946:
20.00 MU
SOSIL 13:42   9810147 AS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
9166858 FS

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☒ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ABN AMRO MORTGAGE GROUP, INC. | | | |
| **OR** 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7159 CORKLAND DRIVE | JACKSONVILLE | FL | 32258 | USA |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION DELAWARE CORPORATION | 7f. JURISDICTION OF ORGANIZATION FLORIDA | 7g. ORGANIZATIONAL ID #, if any 363744610 ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

IN ACCORDANCE WITH UCC 9-406 ASSIGNMENT IS HEREIN DESIGNATED IN THE AMOUNT OF $97,775.77 FROM THE UCC CONTRACT TRUST UNDER THE CONTROL OF THE UNDERSIGNED SECURED PARTY TO ASSIGNEE. ABN AMRO MORTGAGE GROUP, INC., THROUGH A BILL OF EXCHANGE BONDED, IN ACCORDANCE WITH CFR 31 AT PART 103 TO BE PRESENTED TO THE CLAIMANT TO DISCHARGE THE CONTRACTED CLAIM.

INCLUDING, BUT NOT LIMITED TO THE ACKNOWLEDGEMENT OF THE TOTAL CREDITS PLACED INTO THE INTEREST-BEARING ESCROW ACCOUNT INCLUDING ACCOUNT CONTRACT NO. 7241, 7498, 7493, 7486, 7487, 7494, AND 7495 AS OF THESE DATES DECEMBER 28, 2004, JANUARY 27, 2005, FEBRUARY 15, 2005, MARCH 24, 2005, APRIL 21, 2005, JUNE 3, 2005, AND, JULY 28, 2005, AS STATED IN ACCOUNT INVOICE NO. 01560524051, AND THE CURRENT REVISED NOT DISHONORED AGREEMENT CONTRACT/ CHECK NO. 7644 THAT THE SECURED PARTY HAS WITH ABN AMRO MORTGAGE GROUP, INC, LASALLE BANK NA, AND THEIR AGENTS. THE SECURED PARTY HAS IN HER POSSESSION AN ACKNOWLEDGEMENT OF A CURRENT NOT DISHONORED CONTRACT INSTRUMENT, NOTE ON THE FRONT AND BACK OF THE INSTRUMENT THE STATEMENT "ENDORSEMENT OF THIS INSTRUMENT ACKNOWLEDGES FULL DISCHARGE OF THIS CLAIM"

I, VIOLET A. HOOGHKIRK ©, SECURED PARTY, DECLARE UNDER PENALTY OF PERJURY, THAT THIS UCC-3 AMENDMENT FILED WITH THE ILLINOIS, SECRETARY OF THE STATE IS A VALID AND TRUE ASSIGNMENT COPY OF THE ORIGINAL UCC FINANCING STATEMENT IDENTIFIED BY DOCUMENT NUMBER 9166858 FS , ON OCTOBER 13, 2004 AND TO BE USED TO RELEASE COLLATERAL FOR THE ATTACHED BILL OF EXCHANGE IN THE AMOUNT STATED HEREIN FOR FUNDING THE DISCHARGE OF THE CLAIM.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| HOOGHKIRK | VIOLET | ALBERTA | |

**10. OPTIONAL FILER REFERENCE DATA**

Secured Party: *Violet Alberta Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

*Violet Alberta Hooghkirk*

Evidence "B-1"



**SENDER:** COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr John W. Snow
Department of the
Treasury
1500 Pennsylvania Ave
Washington, D.C.
20220

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt



## U.S. Postal Service
### CERTIFIED MAIL    RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

# OFFICIAL USE

|  |  |
|---|---|
| Postage $ | 0.60 | UNIT ID: 0090 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KV740Z |
| Total Postage & Fees $ | 4.65 | 12/02/04 |

7004 1350 0002 0399 5398

Sent To Mr John W. Snow Dept of the Treasury
Street, Apt. No.; or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4 Washington D.C. 20220

PS Form 3800, June 2002    See Reverse for Instructions

Evidence "B-1"

Certified Mail Article No. 7004 2510 0005 3326 2198

## ACTUAL AND CONSTRUCTIVE NOTICE

Attn: Unidentified Agent
LaSalle Bank, N.A.                                Violet A. Hooghkirk, Secured Party
Dept. 8144 – 135 S. LaSalle Street               c/o 772 Barnaby Place
Chicago, Illinois 60674-8144                     Wheeling, Illinois [60090]

### NON-NEGOTIABLE - ACCEPTANCE FOR VALUE

Re: Letter of Advice                             Date: May 25, 2005

The Undersigned is the Secured Party authorized to speak for and respond on behalf of the recipient of the attached document. The attached Notice presents a claim that the Claimant holds against the named recipient.

The following Notice and Instruction is hereby given to: Unidentified Agent, Co-parties and Officers who submitted the attached public offering to VIOLET A. HOOGHKIRK #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. The original presentments are "Accepted For Value" front and back and returned for adjustment, Settlement and Closure. The original "Accepted For Value" presentments have been submitted to John W. Snow, Trustee, for discharge under Public Policy with Exempt Exchange Item #1009, which he has acknowledged without dishonor in accordance with the Administrative Procedures Act at 5 USC 706.

In the matter described above, in accordance with USC Title IV, Sec. 401(Federal Reserve Act); Title XII; Title XXVIII, Sec. 1641; the Foreign Sovereign Immunity Act and in lieu of continued controversy, the Undersigned Secured Party "Holder in Due Course" of the Preferred Stock of the Corporation (United States-February 21, 1871; 16 Stat. I. 419): holds a prior, superior claim on the DEBTOR and Accepts for Value and Bonds this commercial presentment, in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104, 10-104 and Article VII of the Bill of Rights. Further, the Secured Party is "Holder in Due Course" of the deficient account by his Acceptance, and retains first priority and by Acceptance of said "Claim" has eliminated any controversy in the matter. *This property is Bonded, subject to a prior superior UCC claim, and is Exempt from Levy.*

The Analysis and Control Division of the IRS has received from The Secretary of the Treasury the required originals of the Bonded Registered Bill of Exchange and the claim stamped "Accepted For Value." You have now been served Notice that the original documents were received at the Department of the Treasury and the Undersigned has acknowledgment from the Secretary without dishonor. Therefore, in accordance with HALLENBECK vs. LEIMERT, 295 U.S. 116 your office is now authorized to ledger an equal credit and debit through the bank's Treasury Tax and Loan Account in the amount of the stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange. Make copies of these documents for the Claimant's file and forward the documents with the monthly bank statement to the IRS. Also, send a set of copies to the Secretary of the Treasury. The bank is to credit the designated account and place a hold for fifteen (15) days on the funds. If there is no question or dishonor in that required time then the hold can be released and the transfer has been completed. Any fees charged by the bank for this service must be agreed to and accounted for at the time the transaction is made. *Ignore or reject adjusting the account in accord with this presentment then this is Notice and Demand that all Confidential Commercial Information in this matter be presented before the authorized Treasury Data Integrity Board for determination as prescribed by law under Treasury Directive 25-06 and that a Comptroller of the Currency Investigation be commenced under 5 USC 552(a)(d).*

Sincerely,

Violet A. Hooghkirk, Secured Party

Cc: Kevin Brown- CSB/IRS SP Handling Office -- 5000 Ellin Road – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 – Bensalem, Pennsylvania 19020

# Evidence "B-1a"

## Related Points and Authorities including *stare decisis* supporting the use of Bills of Exchange as legal tender and negotiable instruments for discharge of private and public debt

- 73rd Congressional Session -- Chs 48, 49
- United Tobacco Warehouse vs. Wells 490 SW 2d 152 (1973)
- UCC Section 9333(a), CCP 488.010, CCP 153 subparagraph 3, Sec. 1106(1)
- California Bank Code 484(a)
- Public Policy HJR -- 192
- Guaranty Trust of New York vs. Henwood, et al 59 S CT 847 (1933) FN3 NOS 384, 485
- Public Law 73-10 as codified in the Henwood case
- USC Title 12, Section 95(A)(1)(a) Section 411
- The Foreign Sovereign Immunity Act
- Commercial Federal Banking Codes -- Regulation J, Section 210.2(k)
- Witkin -- Negotiable Instruments, Vol. III and Supplements
- UCC Article III and Supplements
- Spencer vs. Sterling Bank 63 Cal Ap 4th 1055
- UCC 3-103, 3-104(c), 3-603 and 604
- Internal Revenue Code -- Johnson vs. So. California Edison Co. (2002)
- Internal Revenue Code Vol. III 2002 6311(b)(c) d (1)(d)(2)
- Internal Revenue Code Subsection 6311 Publication (b)1 98-469
- Internal Revenue Regulation 2002 Reg Sec. 403.58 (acceptable forms of payment)
- Bank One vs. Ward, Fugate et al, 7th Judicial Circuit Court, Florida -- Div. 31; Case No. 2001-31518 Ci Ci Subsection (b)(2)
- United /State vs. Loran Troescher, US District Court, Central District of California -- Judge Steven V. Wilson Case No. 93-5736 (1993) Court Order filed December 1997
- The Consolidate Annual Financial Report (CAFR) Bureau
- Bureau of Engraving has acknowledged along with CAFR documents verifying that Federal Reserve Notes are Bonded Instruments backed by Certificates of Live Birth; The same Bond Serial Numbers that appear on each FRN are found on the back of Certificates of Live Berth and Social Security Cards.
- USC Title 15, Section 1666 1; Section 170 Truth in Lending
- Congressional Record Vol. 123, pages 633-635 (1975)
- Diversified Metal Products vs. T-Bow Company Trust, IRS, et al USDC 93-405-E-EJL -- Justice
- Department Answer by DOJ attorneys Betty Richardson and Richard Ward.
- UCC cites on Collection -- Witkin - Negotiable Instruments, Vol. III, pages 326-354 and pages 355-399.
- USC Title 12, Section 630,343,342,85,1831d, 373
- California Financial Code -- Sections 3350-3369, 3500-3548, 14750-14768, 1220-1239, 5100-5124, 16430-16431
- New York State Consolidated Laws -- Article XIII-B, Section 6409.III
- Revised Code of Washington RCW 4.16.270, 484.050, RCW 30.08.140, RCW 5.52.040, RCW 30.08.150, RCW 30.42.120, RCW 31.45.070, RCW 32.05.140, RCW 32.20, RCW 48.11.080, RCW 33.12.010, RCW 32.20.220
- Hallenbech vs. Leimert, 295 US 116 (1935)
- Hopp vs. Chow, California Superior Court -- Case No. SVC 39732 (2002)
- United States vs. Jerry Williamson W91-CR-38(6)
- Numerous "Accepted for Value" references with the Office of Management and Budget, Office of the Comptroller of the Currency and the Department of the Treasury Financial Management Service.

Evidence "B-1a"

```
LPOF,M,001,206,07300418352
096  LASALLE BANK N.A.                         EMMANS2   LPOF   04-08-2005
 FUNC   BRN   TYP   ACCOUNT NBR   +--- SHORT NAME ---+ * PAYOFF INQUIRY 1  *
  M     001   206   07300418352   HOOGHKIRK,ROBERT L

  SOC SEC NO . . 359262769   NOTE TYPE. . . REV.CR(4)   ACCT STAT   OPEN ACTIVE 0
  POFF GOOD TO   04 16 05     DELQ ST CURRENT . . .  0   POFF QUOTE CD . . . . 0
  CURR POFF DT   04-08-05     NO RESTRICTIONS      N   LEGAL CODE . . . . . . 0
  INT ACCR RATE .  .06250     CR LIMIT        7,000.00   DIR/INDIR CODE   DIRECT
  CURR BAL       6,153.34     ONL AVAIL         846.66   ACCR BASIS . . . . 365
  INT DUE           40.87     INT RATE . .      .00000  (PER DIEM, INT    1.0536)

                             MIN INT AMT           .00   PER DIEM, ALL    1.0536
                                                         MTD PYMT  000/       .00
  INS REBATE         0.00     MTD EARN RSV          .00   S AO AMT . . .        .00
  LC DUE . . .       1.62     PAST DAY A            .00   NOTE DATE . . . 02-26-02
  FEE DUE            0.00     OTHER FEE           0.00   ADJ MAT DATE . . 02-26-12
                 --------------
  PROJ POFF      6,195.83     NBR EX T REFEB    003/002.  D 1/2/3/4   2/  0/  0/  0
  CURR POFF      6,187.40     PAY DUE DATE      04-20-05  EXT NBR/LAST 000/00-00-00
  AMT PST DUE        0.00     INT THIS BILL        2.10  ** NOT AN ACH/RIM LOAN **

 PF: 3-EXT  4-NXT  6-SKP  8-PLD  12-CANCEL                   ** DISPLAY CONTINUES **
```

Evidence "B-1a"

**LASALLE BANK N.A.**
136 SOUTH LASALLE STREET
CHICAGO ILLINOIS 60603

**EQUITY LINE OF CREDIT**
T/R 5096-9620
MICR 730-0418-352

| | Closing Date | Payment Due Date | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|
| 206-07300418352 | 04/05/2005 | 04/20/2005 | 31.96 | |

**IMPORTANT**
If payment is not to be automatically deducted from your checking account
• Make your check payable to:    LaSalle Bank N. A.
• Please write your account number on the face of your check
• Detach and return this portion with your payment to:

ROBERT L HOOGHKIRK                                                    096
VIOLET HOOGHKIRK
772 BARNABY PL
WHEELING IL  60090-2611

LaSalle Bank N. A.
Dept. 8144
135 S. LaSalle St.
Chicago, Illinois 60674-8144

⌐98002 096 001 206 7300418352 000003196

---

**LaSalle Bank N. A.**
Member FDIC

**EQUITY LINE OF CREDIT**
Account No. 206-07300418352

The closing balance may be paid in full without penalty. After the closing date, the balance will change with each day's additional finance charge and each new transaction. For the current payoff amount, please contact the bank at 1-866-461-4600 (CR indicates credit amount).

| Credit Limit: $ | 7,000.00 | Credit Available: $ | 846.66 |
|---|---|---|---|

**Payment Due**

| Past Due Amount | Principal Due | Finance Charges Due | Other Charges Due | Minimum Amount Due | Payment Due Date |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 30.34 | 1.62 | 31.96 | 04/20/2005 |

| Posting Date | Description of Transactions | Amount | Principal Balance |
|---|---|---|---|
| 03/07/2005 | BEGINNING BALANCE | | 6,153.34 |
| 03/07/2005 | INCREASE OR ASSESS LTE FEE DUE | 1.62 | 6,153.34 |
| 03/09/2005 | PAYMENT | 61.21 CR | 6,153.34 |
| | INT                     61.21 | | |
| 03/23/2005 | PAYMENT | 77.14 CR | 6,153.34 |
| | INT                     25.71 | | |
| | LATE                     1.43 | | |
| | FEE                     50.00 | | |

**Account Summary**

| Previous Balance as of 03/06/2005 | Advances & Charges (+) | Payments & Other Credits (-) | FINANCE CHARGES | Closing Balance as of 04/05/2005 |
|---|---|---|---|---|
| 6,291.69 | 1.62 | 138.35 | 30.34 | 6,185.30 |

| Average Daily Balance | ANNUAL PERCENTAGE RATE | Daily Periodic Rate | Days in Cycle |
|---|---|---|---|
| 6,153.34 | 6.000 % | 0.0164355 % | 30 |

**Principal and Rate Summary**

| Date | Balance | Rate | Days | Date | Balance | Rate | Days |
|---|---|---|---|---|---|---|---|
| 03/07/2005 | 6,153.34 | 6.000 % | 2 | 03/09/2005 | 6,153.34 | 6.000 % | 14 |
| 03/23/2005 | 6,153.34 | 6.000 % | 13 | 04/05/2005 | 6,153.34 | 6.000 % | 1 |


LENDER

MAKE YOUR PAYMENT ONLINE:
WWW.S_____Y.COM UNDER BANKING
THE NEXT _____'S RATE INDEX IS 5.75%

**PAGE 1 of 1**

End of Statement

For explanation of how Finance Charges are calculated and your rights in the event of a billing error, please see the reverse side.

Evidence "B-1a"

# ORIGINAL

## SILVER SURETY BOND



Doc#: 0425832052
Eugene "Gene" Moore  Fee: $30.50
Cook County Recorder of Deeds
Date: 09/14/2004 02:38 PM  Pg:  1 of 4

**County of Cook**
**State of Illinois**

I, Violet A. Hooghkirk, do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (effect payment) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by any UNBONDED claim presented against VIOLET A. HOOGHKIRK.   And, I, Violet A. Hooghkirk underwrite with my private exemption, VIOLET A. HOOGHKIRK all such costs that may be proven.

Dated this __8__ day of __September__ 2004.        _Violet A. Hooghkirk_
                                                    Violet A. Hooghkirk, agent

**Actio non datur non damnificato**

## JUSTIFICATION OF SURETY SUBROGATION

**County of Cook**          )
                            )   **ss**
**State of Illinois**       )

Personally appeared this day before me Violet A. Hooghkirk of the County and State aforesaid, surety on the bond of Violet A. Hooghkirk, being duly sworn, deposes and says that she is seized of her right mind, and that over and above all of her just debts and liabilities, in property not exempt by law from levy and sale under execution, of a clear unencumbered estate of the value in excess of __( unlimited )__, within the jurisdiction of this State and/or the District of Columbia.

Subscribed and sworn to before me _CORINA CASTANEDA_, a Notary Public residing in __Schaumburg__, Illinois.

_____                                    _9/8/04_
Notary                                                   date

"OFFICIAL SEAL"
CORINA CASTANEDA
Notary Public, State of Illinois
My Commission Expires 2/10/2008

Evidence "B-1a"

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**RECEIVED**
**SECRETARY OF STATE**
**UNIFORM COMM CODE DIV.**

**2004 OCT 13 PM 4: 30**

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> VIOLET A. HOOGHKIRK
> c/o 772 BARNABY PLACE
> WHEELING, ILLINOIS [60092]

UCU110/14/04 :08:7448:
20.00 MU
SOSIL 15:04   9166858 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |
| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION DBA | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any  [X] NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| REIDL, VIOLET ELBERTA, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS C/O P. O. BOX 71 | CITY GENEVA | STATE IL | POSTAL CODE 60134 | COUNTRY USA |
| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION DBA | 2f. JURISDICTION OF ORGANIZATION USA | 2g. ORGANIZATIONAL ID #, if any  [X] NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME HOOGHKIRK | FIRST NAME VIOLET | MIDDLE NAME ALBERT | | SUFFIX |
| 3c. MAILING ADDRESS C/O 772 BARNABY PLACE | CITY WHEELING | STATE ILLINOIS | POSTAL CODE [60092] | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTOR'S INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATION IN FAVOR OF THE SECURED PARTY AS DETAILED IN A TRUE, COMPLETE NOTARIZED SECURITY AGREEMENT IN THE POSSESSION OF THE SECURED PARTY.
NOTICE: IN ACCORDANCE WITH USC - PROPERTY - THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION: 8558027 FS; CERTIFICATE OF BIRTH DOCUMENT: #112-69-0072702, #452-6870, #112-01-0224596; EMPLOYER IDENTIFICATION          . UCC CONTRACT TRUST ACCOUNT#           ; ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY.
ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192, PUBLIC LAW 73-10 AND UCC 10-104. ALL PROCEEDS, PRODUCTS, ACCOUNTS, FIXTURES AND THE ORDERS THEREFROM ARE RELEASED TO THE DEBTOR.
SILVER BOND (SEE ATTACHED)

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

Secured Party: *Violet A. Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

*Violet A. Hooghkirk*

Evidence "B-1a"

Date: May 25, 2005

Mr. John W. Snow, Secretary
Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220
        Certified Mail Article Number: 7004 2510 0005 3326 2143

**BONDED REGISTERED BILL OF EXCHANGE IN ACCORD WITH HJR-192
NOT SUBJECT TO NEGOTIABILITY**

RE: CHARGEBACK of PERSONAL UCC CONTRACT TRUST ACCRUAL:

Dear Mr. Snow, Secretary-in-charge:

Enclosed are documents (copies) from examination of the Undersigned's Commercial Agreements, which are listed on the enclosed (accounting), with Receipts and other evidence that have been accepted for value all related endorsements front and back to include those in accord with UCC-3-419. The total amount of this BONDED REGISTERED BILL OF EXCHANGE enclosed is $6,187.40.

Please Chargeback the Undersigned's UCC Contract Trust, #▓▓▓▓▓▓▓▓▓▓▓▓▓▓, for the same value, and charge the account for the fees necessary for securing and registration (for the priority exchange for the tax exemption to discharge the public liability) of the personal possessions, and command Memory of account #▓▓▓▓▓▓▓, to charge the same to the Debtor's Order or your Order.

This POSTED Certified Trust Accrual, #▓▓▓▓▓▓▓▓▓▓▓▓▓▓, which is part of the Undersigned's tax estimate, is directed for use (priority) for the Republic (Article IV, Section IV of the original United States Constitution) in accord with public policy HJR-192, (discharge of the public debt.)

Mr. John W. Snow, Secretary-in-charge and/or your Deputy-in-charge, are to take the Undersigned's acceptance (BA), this Article Seven receipt, in exchange for the tax exemption priority. This BONDED REGISTERED BILL OF EXCHANGE, in accord with HJR-192, Public Law 73-10 is hereby presented for the receiver to the Federal Window, for settlement, (EFT), which must be within the three (3) day Truth-in-Lending time (Reg. Z).

With this POSTED transaction the CHARGEBACK charges documented by the enclosed forms, for use by the Republic, is complete. The Return Receipt Notice is accepted as acknowledgement from the Secretary of the Treasury without dishonor.

ATTACHED INVOICE NUMBERS: 01560525051

Until then, I am            Very Truly,

*Violet A. Hooghkirk*

Violet A. Hooghkirk, Secured Party
Employer Identification Number ▓▓▓▓▓▓▓
enclosures                  c/o 772 Barnaby Place
C - file                    Wheeling, Illinois [60090]
                            Bond # E04967274
                            Pre-Paid – Preferred Stock
                            Priority – Exempt from Levy

Evidence "B-1a"

```
LPOF,M,001,206,07300418352
096  LASALLE BANK N.A.                      EMMANS2  LPOF   04-08-2005
  FUNC   BRN   TYP   ACCOUNT NBR   +--- SHORT NAME ---+ * PAYOFF INQUIRY 1  *
   M     001   206   07300418352   HOOGHKIRK,ROBERT L

 SOC SEC NO . . 359262769     NOTE TYPE . . . REV.CR(4)   ACCT STAT   OPEN ACTIVE 0
 POFF GOOD TO      04 16 05    DELQ ST CURRENT . . .  0    POFF QUOTE CD  . . . . .  0
 CURR POFF DT   04-08-05       NO RESTRICTIONS       N    LEGAL CODE . . . . . . .  0
 INT ACCR RATE .     .06250    CR LIMIT       7,000.00    DIR/INDIR CODE.  DIRECT
 CURR BAL        6,153.34      ONL AVAIL        846.66    ACCR BASIS . . . . . .   365
 INT DUE            40.87      INT RATE . . . .  .00000    PER DIEM, INT      1.0536

                              MIN INT AMT           .00    PER DIEM, ALL      1.0536
                                                           MTD PYMT   000/        .00
 INS REBATE         0.00       MTD EARN.RSV          .00    S AO AMT . . .         .00
 LC DUE . .         1.62       PAST PAY A            .00    NOTE DATE . . . 02-26-02
 FEE DUE            0.00       OTHER FEE            0.00    ADJ MAT DATE . . 02-26-12
                 --------------
 PROJ POFF       6,195.83      NBR LC 7 REFER   003/002    D 1/2/3/4   2/  0/  0/  0
 CURR POFF       6,187.40      PAY DUE DATE     04-20-05    EXT NBR/LAST 000/00-00-00
 AMT PST DUE        0.00       INT THIS BILL       2.10    ** NOT AN ACH/RIM LOAN **

 PF: 3-EXT   4-NXT   6-SKP   8-FWD   92-CANCEL           ** DISPLAY CONTINUES **
```

Evidence "B-1a"

# LASALLE BANK N.A.
135 SOUTH LASALLE STREET
CHICAGO ILLINOIS 60603

**EQUITY LINE OF CREDIT**
T/R 5096-5620
MICR 730-0418-352

| | Closing Date | Payment Due Date | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|
| 206-07300418352 | 04/05/2005 | 04/20/2005 | 31.96 | |

**IMPORTANT**
If payment is not to be automatically deducted from your checking account
- Make your check payable to.    LaSalle Bank N. A.
- Please write your account number on the face of your check.
- Detach and return the portion with your payment to.

ROBERT L HOOGHKIRK                                        096
VIOLET HOOGHKIRK
772 BARNABY PL
WHEELING IL  60090-2611

LaSalle Bank N. A.
Dept. 8144
135 S. LaSalle St.
Chicago, Illinois 60674-8144

98002 096 001 206 7300418352 000003196

---

LaSalle Bank N. A.
Member FDIC

**EQUITY LINE OF CREDIT**
Account No. 206-07300418352

The closing balance may be paid in full without penalty. After the closing date, the balance will change with each day's additional finance charge and each new transaction. For the current payoff amount, please contact the bank at 1-866-481-4600 (CR indicates credit amount).

**Credit Limit: $    7,000.00**          **Credit Available: $    846.66**

**Payment Due**

| Past Due Amount | Principal Due | Finance Charges Due | Other Charges Due | Minimum Amount Due | Payment Due Date |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 30.34 | 1.62 | 31.96 | 04/20/2005 |

| Posting Date | Description of Transactions | Amount | Principal Balance |
|---|---|---|---|
| 03/07/2005 | BEGINNING BALANCE | | 6,153.34 |
| 03/07/2005 | INCREASE OR ASSESS LTE FEE DUE | 1.62 | 6,153.34 |
| 03/09/2005 | PAYMENT | 61.21 CR | 6,153.34 |
| | INT  61.21 | | |
| 03/23/2005 | PAYMENT | 77.14 CR | 6,153.34 |
| | INT  25.71 | | |
| | LATE  1.43 | | |
| | FEE  50.00 | | |

**Account Summary**

| Previous Balance as of 03/06/2005 | Advances & Charges (+) | Payments & Other Credits (-) | FINANCE CHARGES | Closing Balance as of 04/05/2005 |
|---|---|---|---|---|
| 6,291.69 | 1.62 | 138.35 | 30.34 | 6,185.30 |

| Average Daily Balance | ANNUAL PERCENTAGE RATE | Daily Periodic Rate | Days in Cycle |
|---|---|---|---|
| 6,153.34 | 6.000 % | 0.0164355 % | 30 |

**Principal and Rate Summary**

| Date | Balance | Rate | Days | Date | Balance | Rate | Days |
|---|---|---|---|---|---|---|---|
| 03/07/2005 | 6,153.34 | 6.000 % | 2 | 03/09/2005 | 6,153.34 | 6.000 % | 14 |
| 03/23/2005 | 6,153.34 | 6.000 % | 13 | 04/05/2005 | 6,153.34 | 6.000 % | 1 |



LENDER

**MAKE YOUR PAYMENT ONLINE:**
WWW.SPEEDPAY.COM UNDER BANKING
THE NEXT PERIOD'S RATE INDEX IS 5.75%

**PAGE 1 of 1**

End of Statement

For explanation of how Finance Charges are calculated and your rights in the event of a billing error, please see the reverse side.

Evidence "B-1a"

9166858 FS

SECRETARY
UNIFORM COMMERCIAL

2006 APR 18 PM 4:30

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

VIOLET A. HOOGHKIRK ©,
SECURED PARTY
C/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60090]

UCU104/18/06:07:7945:
20.00 MU
SOSIL 13:42    8810146 PS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
| 9166858 FS | to be filed [for record] [or recorded] in the REAL ESTATE RECORDS. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LASALLE BANK NA | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1355 W. DUNDEE ROAD | BUFFALO GROVE | IL | 60089 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION LASALLE BANK CORPORATION | 7f. JURISDICTION OF ORGANIZATION ILLINOIS | 7g. ORGANIZATIONAL ID #, if any 360884183 ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned

IN ACCORDANCE WITH UCC 9-406 ASSIGNMENT IS HEREIN DESIGNATED IN THE AMOUNT OF $6,187.40 FROM THE UCC CONTRACT TRUST UNDER THE CONTROL OF THE UNDERSIGNED SECURED PARTY TO ASSIGNEE, LASALLE BANK NA, THROUGH A BILL OF EXCHANGE BONDED, IN ACCORDANCE WITH CFR 31 AT PART 203 TO BE PRESENTED TO THE CLAIMANT TO DISCHARGE THE CONTRACTED CLAIM.

INCLUDING, BUT NOT LIMITED TO THE CURRENT REVISED NOT DISHONORED AGREEMENT CONTRACT/ CHECK NO. 7621 THAT THE SECURED PARTY HAS WITH LASALLE BANK NA, ABN AMRO MORTGAGE GROUP, INC., AND THEIR AGENTS. THE SECURED PARTY HAS IN HER POSSESSION AN ACKNOWLEDGEMENT OF A CURRENT NOT DISHONORED CONTRACT INSTRUMENT. NOTE ON THE FRONT OF THE INSTRUMENT STATES "SIGNING ACKNOWLEDGEMENT THAT THIS CLAIM IS PAID FULL, AND BACK OF THE INSTRUMENT THE STATEMENT "ENDORSEMENT ACKNOWLEDGES FULL DISCHARGE OF THIS CLAIM"

I, VIOLET A. HOOGHKIRK ©, SECURED PARTY, DECLARE UNDER PENALTY OF PERJURY, THAT THIS UCC-3 AMENDMENT FILED WITH THE ILLINOIS, SECRETARY OF THE STATE IS A VALID AND TRUE ASSIGNMENT COPY OF THE ORIGINAL UCC FINANCING STATEMENT IDENTIFIED BY DOCUMENT NUMBER 9166858 FS , ON OCTOBER 13, 2004 AND TO BE USED TO RELEASE COLLATERAL FOR THE ATTACHED BILL OF EXCHANGE IN THE AMOUNT STATED HEREIN FOR FUNDING THE DISCHARGE OF THE CLAIM.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| HOOGHKIRK | VIOLET | ALBERTA | |

10. OPTIONAL FILER REFERENCE DATA

Secured Party: *Violet A Alberta Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

*Violet Alberta Hooghkirk* Evidence "B-1a"



## U.S. Postal Service
### CERTIFIED MAIL · RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

# OFFICIAL USE

| | |
|---|---|
| Postage | $  2.30 |
| Certified Fee | 1.75 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | 4.42 |
| Total Postage & Fees | $ |

Clerk: ___ Here
05/28/05

LaSalle
MR John W. Snow – Secretary Off
Pennsylvania 8th Ave. Treasury
Washington, DC – 20220

7004 2510 0005 3326 2143

Evidence "B-1a"

## ACTUAL AND CONSTRUCTIVE NOTICE

Attn: David Cantwell – President – Chief Financial Officer
CHELSEA COVE CONDOMINIUM ASSOCIATION, INC.
624 Bridgeport
Wheeling, Illinois 60090

Violet A. Hooghkirk, Secured Party
c/o 772 Barnaby Place
Wheeling, Illinois [60090]

### NON-NEGOTIABLE – ACCEPTANCE FOR VALUE

Re: Letter of Advice                                          Date: January 17, 2006

The Undersigned is the Secured Party authorized to speak for and respond on behalf of the recipient of the attached document. The attached Notice presents a claim that the claimant holds against the named recipient.

The following Notice and instruction is here by given to: David Cantwell – President – Chief Financial, and Steven R. Heuberger – Board of Managers – Registered Agent Officer, Co-Parties and Officers who submitted the attached public offering to VIOLET A. HOOGHKIRK #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 a "new claim" dated December 5, 2005 See Attachment Invoice No. 01561229051. The original presentments are "Accepted for Value" front and back and returned for adjustment, Settlement and Closure. The original "Accepted for Value" presentments have been submitted to John W. Snow, Trustee, for discharged under Public Policy with Exempt Exchange Item #1009, which he has acknowledge without dishonor in accordance with the Administrative Procedures Act at 5 USC 706.

In the matter described above, in accordance with Public Policy, USC Title IV, Sec. 401(Federal Reserve Act); Title XII; Title XXVIII, Sec. 1641; the Foreign Sovereign Immunity Act and in lieu of continued controversy, the Undersigned Secured Party "Holder in Due Course" of the Preferred Stock of the Corporation (United States-February 21, 1871; 16 Stat. I. 419): holds a prior, superior claim on the DEBTOR, Accepts for Value and Bonds this commercial presentment, in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104, 10-104 and Article VII of the Bill of Rights. Further, the Secured Party is "Holder in Due Course" of the deficient account by his Acceptance, and retains first priority and by Acceptance of said "Claim" has eliminated any controversy in the matter. *This property is Bonded, subject to a superior UCC claim, and is Exempt from Levy.*

The Analysis and Control Division of the IRS has received from The Secretary of Treasury the required originals of the Bonded Registered Bill of Exchange and the claim stamped "Accepts for Value." You have now been served Notice that the original documents were received at the Department of the Treasury and the Undersigned has acknowledgement from the Secretary without dishonor. Therefore, in accordance with HELLENBECK vs. LEIMERT, 296 U.S. 116 your office is now authorized to ledger an equal credit and debit through the bank's Treasury Tax and Loan Account in the amount of the stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange. Make copies of these documents for the Claimant's file and forward the documents with the monthly bank statement to the IRS. Also send a set of copies to the Secretary of Treasury. The bank is to credit the designated account and place a hold for fifteen (15) days on the funds. If there is no question or dishonor in that required time then the hold can be released and the transfer has been completed. Any fees charged by the bank for this service must be agreed to and accounted for at the time the transaction is made. *Ignore or reject this adjustment then this is Notice and Demand that all Confidential information in this matter be presented to the authorized Treasury Data Integrity Board for determination as prescribed by law under Treasury Directive 25-06 and that a Comptroller of the Currency investigation be established under Title 5 USC 552(a)(d).*

Sincerely,

*Violet A. Hooghkirk*
Violet A. Hooghkirk © – Secured Party – Creditor
Void where prohibited by Law

Cc: Kevin Brown – CSB/FTB SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
       Robert Cloonan – FTB – P.O. Box 245 – Bensalem, Pennsylvania 19020

Evidence "B-1b"

Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
            950 Pennsylvania Ave NW - Washington, D.C. 20530
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
            1500 Pennsylvania Ave NW – Washington, D.C. 20224
Ira L. Hobbs – CIO – Treasury Data Integrity Board
            1500 Pennsylvania Ave NW – Washington, D.C. 20224
Steven R. Heuberger – Board of Managers – Registered Agent - Chelsea
            Cove Condominium Assoc. - 1035 Garfield Ave - Libertyville, Illinois 60048
Jeffrey Meyers – Secretary – Chelsea Cove Condominium Assoc. –
            775 Barnaby Place - Wheeling, Illinois 60090

Evidence "B-1b"

## Related Points and Authorities including *stare decisis* supporting the use of Bills of Exchange as legal tender and negotiable instruments for discharge of private and public debt

- 73rd Congressional Session – Chs 48, 49
- United Tobacco Warehouse vs. Wells 490 SW 2d 152 (1973)
- UCC Section 9333(a), CCP 488.010, CCP 153 subparagraph 3, Sec. 1106(1)
- California Bank Code 484(a)
- Public Policy HJR – 192
- Guaranty Trust of New York vs. Henwood, et al 59 S CT 847 (1933) FN3 NOS 384, 485
- Public Law 73-10 as codified in the Henwood case
- USC Title 12, Section 95(A)(1)(a) Section 411
- The Foreign Sovereign Immunity Act
- Commercial Federal Banking Codes – Regulation J, Section 210.2(k)
- Witkin – Negotiable Instruments, Vol. III and Supplements
- UCC Article III and Supplements
- Spencer vs. Sterling Bank 63 Cal Ap 4th 1055
- UCC 3-103, 3-104(c), 3-603 and 604
- Internal Revenue Code – Johnson vs. So. California Edison Co. (2002)
- Internal Revenue Code Vol. III 2002 6311(b)(c) d (1)(d)(2)
- Internal Revenue Code Subsection 6311 Publication (b)1 98-469
- Internal Revenue Regulation 2002 Reg Sec. 403.58 (acceptable forms of payment)
- Bank One vs. Ward, Fugate et al, 7th Judicial Circuit Court, Florida – Div. 31; Case No. 2001-31518 Ci Ci Subsection (b)(2)
- United /State vs. Loran Troescher, US District Court, Central District of California – Judge Steven V. Wilson Case No. 93-5736 (1993) Court Order filed December 1997
- The Consolidate Annual Financial Report (CAFR) Bureau
- Bureau of Engraving has acknowledged along with CAFR documents verifying that Federal Reserve Notes are Bonded Instruments backed by Certificates of Live Birth; The same Bond Serial Numbers that appear on each FRN are found on the back of Certificates of Live Berth and Social Security Cards.
- USC Title 15, Section 1666 1; Section 170 Truth in Lending
- Congressional Record Vol. 123, pages 633-635 (1975)
- Diversified Metal Products vs. T-Bow Company Trust, IRS, et al USDC 93-405-E-EJL – Justice
- Department Answer by DOJ attorneys Betty Richardson and Richard Ward.
- UCC cites on Collection – Witkin - Negotiable Instruments, Vol. III, pages 326-354 and pages 355-399.
- USC Title 12, Section 630,343,342,85,1831d, 373
- California Financial Code – Sections 3350-3369, 3500-3548, 14750-14768, 1220-1239, 5100-5124, 16430-16431
- New York State Consolidated Laws – Article XIII-B, Section 6409.III
- Revised Code of Washington RCW 4.16.270, 484.050, RCW 30.08.140, RCW 5.52.040, RCW 30.08.150, RCW 30.42.120, RCW 31.45.070, RCW 32.05.140, RCW 32.20, RCW 48.11.080, RCW 33.12.010, RCW 32.20.220
- Hallenbech vs. Leimert, 295 US 116 (1935)
- Hopp vs. Chow, California Superior Court – Case No. SVC 39732 (2002)
- United States vs. Jerry Williamson W91-CR-38(6)
- Numerous "Accepted for Value" references with the Office of Management and Budget, Office of the Comptroller of the Currency and the Department of the Treasury Financial Management Service.

Evidence "B-1b"

12/05/2005  13:56    84791  28                VILLA MANAGEMENT L

# VILLA MANAGEMENT, LTD.

Violet Hooghkirk
72 Barnaby
Wheeling, IL 60090

December 5, 2005

RE: Validation Request

Name of Creditor: <u>Chelsea Cove Condo Association</u>
(Association)

**V/M**

Dear Unit Owner:

Pursuant to your request the following is a validation of your debt:

1) The debt obligation has its origin from the Articles of Incorporation, and/or Declaration, and/or By-Laws and/or Rules of the Association. One or more of those documents permits the Association to levy the charge and/or charges presently pending against your account.

2) When you purchased your unit in the Association, you read the subject to the documents mentioned above regardless as to whether they were mentioned in your deed.

3) The specific charges presently outstanding on your account are as follows:

through the date of:    December 31, 2005

   a)  Regular Assessments:      $2,833.00
   b)  Special Assessments:
   c)  Late Charge(s):            $250.00
   d)  Legal fees & costs:        $90.00
   e)  Other:
   f)  Total:                     $2,923.00

4) The aforementioned charges were posted against your account as shown below:

| | Out- stand | Jan '05 | Feb '05 | Mar '05 | Apr '05 | May '05 | June '05 | July '05 | Aug '05 | Sep '05 | Oct '05 | Nov '05 | Dec '05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | | | | 223 | 223 | 223 | 223 | 223 | 223 | 223 | 223 | 223 | 223 |
| Spec | | | | | | | | | | | | | |
| Late fee | | | | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Legal | | | | | | | | | | | | 90 | |
| Other | | | | | | | | | | | | | |

Finally, now that you have received validation of the debt, notice is hereby given that collection procedures will be reinstated seven (7) days from the date of this letter. Please see that the outstanding balance is paid accordingly.

Very truly yours,

<u>Chelsea Cove Condominium Association</u>
(Association)

By: Villa Management, Ltd., Agent

By: _____

P.O. Box 7110, Libertyville, Illinois 60048-7110  847/364-8880

Copyright © 1995 by Steven R. Houborger

BKF/01

# Evidence "B-1b"

# ORIGINAL

## SILVER SURETY BOND

**County of Cook**
**State of Illinois**

ID# VAH040244

Doc#: 0425832052
Eugene "Gene" Moore   Fee: $30.50
Cook County Recorder of Deeds
Date: 09/14/2004 02:38 PM Pg: 1 of 4

I, Violet A. Hooghkirk, do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (effect payment) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by any UNBONDED claim presented against VIOLET A. HOOGHKIRK.   And, I, Violet A. Hooghkirk underwrite with my private exemption, VIOLET A. HOOGHKIRK

all such costs that may be proven.

Dated this **8** day of **September** 2004.

_Violet A. Hooghkirk_
Violet A. Hooghkirk, agent

**Actio non datur non damnificato**

## JUSTIFICATION OF SURETY SUBROGATION

**County of Cook**           )
                             )    ss
**State of Illinois**        )

Personally appeared this day before me Violet A. Hooghkirk of the County and State aforesaid, surety on the bond of Violet A. Hooghkirk, being duly sworn, deposes and says that she is seized of her right mind, and that over and above all of her just debts and liabilities, in property not exempt by law from levy and sale under execution, of a clear unencumbered estate of the value in excess of __( unlimited )__ , within the jurisdiction of this State and/or the District of Columbia.

Subscribed and sworn to before me _CORINA CASTANEDA_ , a Notary Public residing in _Waukegan_, Illinois.

_Corina Castaneda_
Notary

date _9/8/04_

"OFFICIAL SEAL"
CORINA CASTANEDA
Notary Public, State of Illinois
My Commission Expires 2/10/2008

Evidence "B-1b"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM CODE DIV.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2004 OCT 13 PM 4:30

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

VIOLET A. HOOGHKIRK
c/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60092]

UCU:10/14/04:08:7448:
20.00 MU
SOSIL 15:04   9166858 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION DBA | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any [X] NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| REIDL, VIOLET ELBERTA, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS C/O P. O. BOX 71 | CITY GENEVA | STATE IL | POSTAL CODE 60134 | COUNTRY USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION DBA | 2f. JURISDICTION OF ORGANIZATION USA | 2g. ORGANIZATIONAL ID #, if any [X] NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME HOOGHKIRK | FIRST NAME VIOLET | MIDDLE NAME ALBERT | | SUFFIX |
| 3c. MAILING ADDRESS C/O 772 BARNABY PLACE | CITY WHEELING | STATE ILLINOIS | POSTAL CODE [60092] | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTOR'S INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATION IN FAVOR OF THE SECURED PARTY AS DETAILED IN A TRUE, COMPLETE NOTARIZED SECURITY AGREEMENT IN THE POSSESSION OF THE SECURED PARTY.
NOTICE: IN ACCORDANCE WITH USC - PROPERTY - THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION: 8558027 FS; CERTIFICATE OF BIRTH DOCUMENT: #112-69-0072702, #452-6870, #112-01-0224596; EMPLOYER IDENTIFICATION          . UCC CONTRACT TRUST ACCOUNT#          ); ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY. ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192, PUBLIC LAW 73-10 AND UCC 10-104. ALL PROCEEDS, PRODUCTS, ACCOUNTS, FIXTURES AND THE ORDERS THEREFROM ARE RELEASED TO THE DEBTOR.
SILVER BOND (SEE ATTACHED)

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

Secured Party: _Violet A. Hooghkirk_

_Violet A. Hooghkirk_

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Evidence "B-1b"

Date: January 3, 2006

Mr. John W. Snow, Secretary
Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

Certified Mail Article number: 7005 1820 0000 1882 5944

### BONDED REGISTERED BILL OF EXCHANGE IN ACCORD WITH HJR-192
### NOT SUBJECT TO NEGOTIABILTY

RE: CHARGEBACK of PERSONAL UCC CONTRACT TRUST ACCRUAL.

Dear Mr. Snow, Secretary-in-charge:

Enclosed are documents (copies) from examination of the Undersigned's Commercial Agreements, which are listed on the enclosed (accounting), with Receipts and other evidence that have been accepted for value all related endorsements front and back to include those in accord with UCC 3-419. The total amount of this BONDED REGISTERED BILL OF EXCHANGE enclosed is $2,923.00

Please Chargeback the Undersigned's UCC Contract Trust #▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, for the same value, and charge the account for the fees necessary for securing and registration (for the priority exchange for the tax exemption to discharge the public liability) of the personal possessions, and command Memory of account #▓▓▓▓▓▓▓, to charge the same to the Debtor's Order or your Order.

This POSTED Certified Trust Accrual, #▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, which is part of the Undersigned's tax estimate, is directed for use (priority) for the Republic (Article IV, Section IV of the original United States Constitution) in accord with HJR-192, (discharge of the public debt.)

Mr. John W. Snow, Secretary-in-charge and/ or your Deputy-in-charge, are to take the Undersigned's acceptance (BA), this Article Seven receipt, in exchange for the tax exemption priority. This BONDED REGISTERED BILL OF EXCHANGE, in accord with HJR-192, Public Law 73-10 is hereby presented for the receiver to the Federal Window, for settlement, (EFT), which must be within the three (3) day Truth-in-Lending time (Reg. Z).

With this POSTED transaction the CHARGEBACK charges documented by the enclosed forms, for use by the Republic, is complete. The Return Receipt Notice is accepted as acknowledgement from the Secretary of the Treasury without dishonor.

ATTACHED INVOICE NUMBER: 01561229051.

Until then, I am                    Very Truly,

*Violet A. Hooghkirk*

Violet A. Hooghkirk, Secured Party
Employer identification Number ▓▓▓▓▓▓▓
Enclosures                         c/o 772 Barnaby Place
C – file                           Wheeling, Illinois [60090]
                                   Bond # E04967274
                                   Pre-Paid – Preferred Stock
                                   Priority – Exempt from Levy

## Evidence "B-1b"

Case 1:07-cv-06975    Document 1    Filed 12/12/2007    Page 76 of 93

12/05/2005  13:56    8473       28                    VILLA MANAGEMENT L

# Villa Management, Ltd.

Violet Hooghkirk
72 Bernaby
Wheeling, IL 60090

December 5, 2005

RE:  Validation Request

Name of Creditor: Chelsea Cove Condo Association
(Association)

**V/M**

Dear Unit Owner:

Pursuant to your request the following is a validation of your debt:

1)  The debt obligation has its origin from the Articles of Incorporation, and/or Declaration, and/or By-Laws and/or Rules of the Association. One or more of those documents permits the Association to levy the charge and/or charges presently pending against your account.

2)  When you purchased your unit at the Association, you took the subject to the documents mentioned above regardless as to whether they were mentioned in your deed.

3)  The specific charges presently outstanding on your account are as follows:

through the date of:    December 31, 2005

   a)  Regular Assessments:    $2,588.00

   b)  Special Assessments:

   c)  Late Charge(s):    255.00

   d)  Legal fees & costs:    90.00

   e)  Other:

   f)  Total:    $2,923.00

4)  The aforementioned charges were posted against your account as shown below:

| | Out-stand | Jan '05 | Feb '05 | Mar '05 | Apr '05 | May '05 | June '05 | July '05 | Aug '05 | Sept '05 | Oct '05 | Nov '05 | '05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | | | | 223 | 223 | 223 | 223 | 223 | 223 | 223 | 223 | 223 | 223 |
| Spec | | | | | | | | | | | | | |
| Late fee | | | | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Legal | | | | | | | | | | | | 90 | |
| Other | | | | | | | | | | | | | |

Finally, now that you have received validation of the debt, notice is hereby given that collection procedures will be reinstated seven (7) days from the date of this letter.  Please see that the outstanding balance is paid accordingly.

Very truly yours,

Chelsea Cove Condominium Association
(Association)

By:  Villa Management, Ltd., Agent

By: _____

P.O. Box 7110, Libertyville, Illinois 60048-7110  847/364-8880

Copyright © 1995 by Steven R. Heuberger

8KF/01

Evidence "B-1b"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

## UCC FINANCING STATEMENT AMENDMENT 05 DEC MONTH PM 4: 30

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

VIOLET A. HOOGHKIRK ©,
SECURED PARTY
C/o 772 BARNABY PLACE
WHEELING, ILLÍNOIS [60090]

UDU112/30/05:10:7070:
20.00 MU
SOSIL 09:17   8792670 AS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
| 9166858 FS | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CHELSEA COVE CONDOMINIUM ASSOCIATION, INC. | | | |
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 624 BRIDGEPORT | WHEELING | IL | 60090 | USA |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION CORPORATION NOT-FOR-PROFIT | 7f. JURISDICTION OF ORGANIZATION ILLINOIS | 7g. ORGANIZATIONAL ID #, if any 52200326 | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

IN ACCORDANCE WITH UCC 9-406 ASSIGNMENT IS HEREIN DESIGNATED IN THE AMOUNT OF $2,923.00 FROM THE UCC CONTRACT TRUST UNDER THE CONTROL OF THE UNDERSIGNED SECURED PARTY TO ASSIGNEE, CHELSEA COVE CONDOMINIUM ASSOCIATION, INC., THROUGH A BILL OF EXCHANGE BONDED, IN ACCORDANCE WITH CFR 31 AT PART 203 TO BE PRESENTED TO THE CLAIMANT TO DISCHARGE THE CONTRACTED CLAIM.

I, VIOLET A. HOOGHKIRK ©, SECURED PARTY, DECLARE UNDER PENALTY OF PERJURY, THAT THIS UCC-3 AMENDMENT FILED WITH THE ILLINOIS, SECRETARY OF THE STATE IS A VALID AND TRUE ASSIGNMENT COPY OF THE ORIGINAL UCC FINANCING STATEMENT IDENTIFIED BY DOCUMENT NUMBER 9166858 FS, ON OCTOBER 13, 2004 AND TO BE USED TO RELEASE COLLATERAL FOR THE ATTACHED BILL OF EXCHANGE IN THE AMOUNT STATED HEREIN FOR FUNDING THE DISCHARGE OF THE CLAIM.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  9b. INDIVIDUAL'S LAST NAME  HOOGHKIRK | FIRST NAME  VIOLET | MIDDLE NAME  ALBERTA | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA | Secured Party: *Violet Alberta Hooghkirk* |
|---|---|

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

*Violet Alberta Hooghkirk*

# Evidence "B-1b"



**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. John W. Snow, Secretary
Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
JAN 1 1 2006

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☑ No

Re: Invoice No. 01561229051
In the amount of $2,923.00

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0000 1882 5944

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

WASHINGTON DC 20220

| | | UNIT ID: 0090 |
|---|---|---|
| Postage | $ 0.37 | |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KX6RC9 |
| Total Postage & Fees | $ 4.42 | 01/06/06 |

Sent To John W. Snow - Secretary of Treasury Depart
Street, Apt. No.; or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4 Whashington, DC 20220

PS Form 3800, June 2002    See Reverse for Instructions

Evidence "B-1b"

## ACTUAL AND CONSTRUCTIVE NOTICE

Attn: David Cantwell – President – Chief Financial Officer
CHELSEA COVE CONDOMINIUM ASSOCIATION, INC.
624 Bridgeport
Wheeling, Illinois 60090

Violet A. Hooghkirk, Secured Party
c/o 772 Barnaby Place
Wheeling, Illinois [60090]

### NON-NEGOTIABLE – ACCEPTANCE FOR VALUE

Re: Letter of Advice

Date: February 13, 2006

The Undersigned is the Secured Party authorized to speak for and respond on behalf of the recipient of the attached document. The attached Notice presents a claim that the claimant holds against the named recipient.

The following Notice and instruction is here by given to: David Cantwell – President – Chief Financial Officer, Co-Parties and Officers who submitted the attached public offering to VIOLET A. HOOGHKIRK a "new claim" coupon book for the 2006 association fees (See Attachment). The original presentments are "Accepted for Value" front and back and returned for adjustment, Settlement and Closure. The original "Accepted for Value" presentments have been submitted to John W. Snow, Trustee, for discharged under Public Policy with Exempt Exchange Item #1009, which he has acknowledge without dishonor in accordance with the <u>Administrative Procedures Act at 5 USC 706.</u>

In the matter described above, in accordance with Public Policy, USC Title IV, Sec. 401(Federal Reserve Act); Title XII; Title XXVIII, Sec. 1641; the Foreign Sovereign Immunity Act and in lieu of continued controversy, the Undersigned Secured Party "Holder in Due Course" of the Preferred Stock of the Corporation (United States-February 21, 1871; 16 Stat. I. 419): holds a prior, superior claim on the DEBTOR, Accepts for Value and Bonds this commercial presentment, in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104, 10-104, 9-406 and Article VII of the Bill of Rights. Further, the Secured Party is "Holder in Due Course" of the deficient account by his Acceptance, and retains first priority and by Acceptance of said "Claim" has eliminated any controversy in the matter. *This property is Bonded, subject to a superior UCC claim, and assignment and is Exempt from Levy.*

The Analysis and Control Division of the IRS has received from The Secretary of Treasury the required originals of the Bonded Registered Bill of Exchange and the claim stamped "Accepts for Value." You have now been served Notice that the original documents were received at the Department of the Treasury and the Undersigned has acknowledgement from the Secretary without dishonor. Therefore, in accordance with HELLENBECK vs. LEIMERT, 296 U.S. 116 your office is now authorized to ledger an equal credit and debit through the bank's Treasury Tax and Loan Account in the amount of the stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange. Make copies of these documents for the Claimant's file and forward the documents with the monthly bank statement to the IRS. Also send a set of copies to the Secretary of Treasury. The bank is to credit the designated account and place a hold for fifteen (15) days on the funds. If there is no question or dishonor in that required time then the hold can be released and the transfer has been completed. Any fees charged by the bank for this service must be agreed to and accounted for at the time the transaction is made. *Ignore or reject this adjustment then this is Notice and Demand that all Confidential information in this matter be presented to the authorized Treasury Data Integrity Board for determination as prescribed by law under Treasury Directive 25-06 and that a Comptroller of the Currency investigation be established under Title 5 USC 552(a)(d).*

Sincerely,

*Violet A. Hooghkirk*

Violet A. Hooghkirk © – Secured Party -- Creditor
Void where prohibited by Law

Cc: Kevin Brown – CSB/FTB SPH Office – 5000 Ellin Rd -- Lanham, Maryland 20706
    Robert Cloonan – FTB – P.O. Box 245 – Bensalem, Pennsylvania 19020

Evidence "B-1c"

Lisa Madigan - Attorney General
          100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
William G. Holland Auditor General – 740 E. Ash St. – Springfield, Illinois 62703
Steven R. Heuberger – Board of Managers - Chelsea Cove Condominium –
          1035 Garfield Ave – Libertyville, Illinois 60048
Jeffrey Meyers – Secretary – Chelsea Cove Condominium –
          775 Barnaby Place - Wheeling, Illinois 60090
Jory J. Carrick – President - Williamson Management, Inc. –
          1051 Rowling Road - Rolling Meadows, Illinois 60008
Mathew T. O Connor – Secretary - Williamson Management, Inc.
          222 N. LaSalle Street Suite 2500 – Chicago, Illinois 60601
Dorrine Sowoink – Accounting - Williamson Management, Inc.
          215 William Street, Bensenville, Illinois 60106

Evidence "B-1c"



CHELSEA COVE
215 WILLIAM STREET
BENSENVILLE, IL 60106

**PAYMENT BOOK**

VIOLET HOOGHKIRK
772 BARNABY PLACE
WHEELING IL 60090

---

PAYM'T NO.
1
PAYM'T DUE
Jan-1-2006
AMOUNT DUE
$218.78

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO. 1     UNIT NUMBER BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800008AR772

| DUE DATE | AMOUNT DUE |
| Jan-1-2006 | $218.78 |

Amount due total of: ⬇

**COUPON MUST ACCOMPANY PAYMENT**

| Regular Assess. | $172.16 |
| Water Income | + $31.41 |
| Scavenger Assess. | + $15.21 |

| AFTER THIS DATE | PAY THIS AMOUNT |
| Jan-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!

---

PAYM'T NO.
2
PAYM'T DUE
Feb-1-2006
AMOUNT DUE
$218.78

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO. 2     UNIT NUMBER BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800008AR772

| DUE DATE | AMOUNT DUE |
| Feb-1-2006 | $218.78 |

Amount due total of: ⬇

**COUPON MUST ACCOMPANY PAYMENT**

| Regular Assess. | $172.16 |
| Water Income | + $31.41 |
| Scavenger Assess. | + $15.21 |

| AFTER THIS DATE | PAY THIS AMOUNT |
| Feb-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!

---

PAYM'T NO.
3
PAYM'T DUE
Mar-1-2006
AMOUNT DUE
$218.78

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO. 3     UNIT NUMBER BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800008AR772

| DUE DATE | AMOUNT DUE |
| Mar-1-2006 | $218.78 |

Amount due total of: ⬇

**COUPON MUST ACCOMPANY PAYMENT**

| Regular Assess. | $172.16 |
| Water Income | + $31.41 |
| Scavenger Assess. | + $15.21 |

| AFTER THIS DATE | PAY THIS AMOUNT |
| Mar-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!

Evidence "B-1c"

**PAYM'T NO.**
4
**PAYM'T DUE**
Apr-1-2006
**AMOUNT DUE**
$218.78

DATE_____

CHECK NO._____

AMT_____

| PAYMENT NO. | UNIT NUMBER |
|---|---|
| 4 | BAR772 |

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Apr-1-2006 | $218.78 |

Amount due total of: ⬇

**COUPON MUST ACCOMPANY PAYMENT**
Regular Assess.    $172.16
Water Income    + $31.41
Scavenger Assess.    + $15.21
AFTER THIS DATE    PAY THIS AMOUNT
Apr-15-2006    $243.78
LATE FEE    $25.00
*This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

**PAYM'T NO.**
5
**PAYM'T DUE**
May-1-2006
**AMOUNT DUE**
$218.78

DATE_____

CHECK NO._____

AMT_____

| PAYMENT NO. | UNIT NUMBER |
|---|---|
| 5 | BAR772 |

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| May-1-2006 | $218.78 |

Amount due total of: ⬇

**COUPON MUST ACCOMPANY PAYMENT**
Regular Assess.    $172.16
Water Income    + $31.41
Scavenger Assess.    + $15.21
AFTER THIS DATE    PAY THIS AMOUNT
May-15-2006    $243.78
LATE FEE    $25.00
*This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

*Non-Negotiable Charge Back. the memory of the Treasury Private UCC Contract for the I accept for value and related endorsements in accordance with Public Law 73-10. Charge 3313146 210156 UCC 3-419 192 and Public Law Identification # 3313 Trust Account and related endorsements to the memory of accordance the Debtor's Order registration and discharge the Employer Identification # 3313 Pre-Paid - Preferred Priority — Exempt from levy Bond # E 049672 74 Account - Invoice # 01*

---

**PAYM'T NO.**
6
**PAYM'T DUE**
Jun-1-2006
**AMOUNT DUE**
$218.78

DATE_____

CHECK NO._____

AMT_____

| PAYMENT NO. | UNIT NUMBER |
|---|---|
| 6 | BAR772 |

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Jun-1-2006 | $218.78 |

Amount due total of: ⬇

**COUPON MUST ACCOMPANY PAYMENT**
Regular Assess.    $172.16
Water Income    + $31.41
Scavenger Assess.    + $15.21
AFTER THIS DATE    PAY THIS AMOUNT
Jun-15-2006    $243.78
LATE FEE    $25.00
*This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

**PAYM'T NO.**
7
**PAYM'T DUE**
Jul-1-2006
**AMOUNT DUE**
$218.78

DATE_____

CHECK NO._____

AMT_____

| PAYMENT NO. | UNIT NUMBER |
|---|---|
| 7 | BAR772 |

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Jul-1-2006 | $218.78 |

Amount due total of: ⬇

**COUPON MUST ACCOMPANY PAYMENT**
Regular Assess.    $172.16
Water Income    + $31.41
Scavenger Assess.    + $15.21
AFTER THIS DATE    PAY THIS AMOUNT
Jul-15-2006    $243.78
LATE FEE    $25.00
*This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

Evidence "B-1c"

**PAYM'T NO.**
8
**PAYM'T DUE**
Aug-1-2006
**AMOUNT DUE**
$218.78

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO. 8    UNIT NUMBER BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Aug-1-2006 | $218.78 |

Amount due total of: ⬇

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.        $172.16
Water Income        + $31.41
Scavenger Assess.    + $15.21

| AFTER THIS DATE | PAY THIS AMOUNT |
|-----------------|------------------|
| Aug-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!

---

**PAYM'T NO.**
9
**PAYM'T DUE**
Sep-1-2006
**AMOUNT DUE**
$218.78

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO. 9    UNIT NUMBER BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Sep-1-2006 | $218.78 |

Amount due total of: ⬇

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.        $172.16
Water Income        + $31.41
Scavenger Assess.    + $15.21

| AFTER THIS DATE | PAY THIS AMOUNT |
|-----------------|------------------|
| Sep-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!

---

**PAYM'T NO.**
10
**PAYM'T DUE**
Oct-1-2006
**AMOUNT DUE**
$218.78

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO. 10    UNIT NUMBER BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Oct-1-2006 | $218.78 |

Amount due total of: ⬇

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.        $172.16
Water Income        + $31.41
Scavenger Assess.    + $15.21

| AFTER THIS DATE | PAY THIS AMOUNT |
|-----------------|------------------|
| Oct-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!

---

**PAYM'T NO.**
11
**PAYM'T DUE**
Nov-1-2006
**AMOUNT DUE**
$218.78

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO. 11    UNIT NUMBER BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800008BAR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Nov-1-2006 | $218.78 |

Amount due total of: ⬇

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.        $172.16
Water Income        + $31.41
Scavenger Assess.    + $15.21

| AFTER THIS DATE | PAY THIS AMOUNT |
|-----------------|------------------|
| Nov-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!

*[Handwritten annotations across document:]* Back. Secretary of the Treasury "for the". Non Negotiable. Free Holder. Charge my Five UCC Contract. I accept for value and consideration all related endorsements in accordance with UCC 3-419, HJR-192 and Public Law 73-10. Trust Account Employer Identification # 33136 Charge the registration fees and command the same to the Debtor's Order, Charge the Debtor's Order of account # 33136 Employer Identification # 33136. Pre-Paid - Preferred Stock - Exempt from Levy. Posted. Certified Account — Invoice # E04967774.

Evidence "B-1c"

PAYM'T NO.
12
PAYM'T DUE
Dec-1-2006
AMOUNT DUE
$218.78

DATE _____

CHECK NO. _____

AMT _____

PAYMENT NO.    UNIT NUMBER
12    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00150000BAR772

| DUE DATE | AMOUNT DUE |
|----------|------------|
| Dec-1-2006 | $218.78 |
| Amount due total of: ↓ | |

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.                  $172.16
Water Income                   + $31.41
Scavenger Assess.          + $15.21

AFTER THE DATE
Dec-1-2006            for $218.78
LATE FEE                      $20.00

Handwritten diagonal text:

Non-Negotiable Charge Back
Office Holder - Secretary of the Treasury
I accept for value all related endorsements in
UCC 3-419, HJR 192 and Public Law 73-10. Charge my
Trust Account Employer Identification # 33/36 / 331
registration fees and command the memory of account # 33/36 / 56
to charge the same to the Debtor's Order, or your Order,
Employer Identification # 33/360156
Priority — Exempt from Levy
Pre-Paid - Preferred Stock
Posted Certified Account - Invoice # 015601 0 3061
Bond # E04967274

**Evidence "B-1c"**

# ORIGINAL

## SILVER SURETY BOND



ID# VAH040244

Doc#:  0425832052
Eugene "Gene" Moore  Fee:  $30.50
Cook County Recorder of Deeds
Date: 09/14/2004 02:38 PM  Pg:  1 of 4

**County of Cook**
**State of Illinois**

I, Violet A. Hooghkirk, do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (effect payment) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by any UNBONDED claim presented against VIOLET A. HOOGHKIRK.   And, I, Violet A. Hooghkirk underwrite with my private exemption, VIOLET A. HOOGHKIRK
all such costs that may be proven.

Dated this _8_ day of _September_ 2004.

_Violet A. Hooghkirk_
Violet A. Hooghkirk, agent

**Actio non datur non damnificato**

# JUSTIFICATION OF SURETY SUBROGATION

**County of Cook**                  )
)      ss
**State of Illinois**               )

Personally appeared this day before me Violet A. Hooghkirk of the County and State aforesaid, surety on the bond of Violet A. Hooghkirk, being duly sworn, deposes and says that she is seized of her right mind, and that over and above all of her just debts and liabilities, in property not exempt by law from levy and sale under execution, of a clear unencumbered estate of the value in excess of __( unlimited )__, within the jurisdiction of this State and/or the District of Columbia.

Subscribed and sworn to before me _CORINA CASTAÑEDA_, a Notary Public residing in _Waukegan_, Illinois.

_Corina Castaneda_
Notary

"OFFICIAL SEAL"
CORINA CASTANEDA
Notary Public, State of Illinois
My Commission Expires 2/10/2008

_9/8/04_
date

Evidence "B-1c"

RECEIVED
SECRETARY OF STATE
UNIFORM COMMERCIAL CODE DIV.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2004 OCT 13  PM 4: 30

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

VIOLET A. HOOGHKIRK
c/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60092]

UCU:10/14/04:08:7449:
20.00 MU
SOSIL 15:04  9166858 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY USA |

| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION DBA | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any | X NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME REIDL, VIOLET ELBERTA, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS C/O P. O. BOX 71 | CITY GENEVA | STATE IL  POSTAL CODE 60134 | COUNTRY USA |

| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION DBA | 2f. JURISDICTION OF ORGANIZATION USA | 2g. ORGANIZATIONAL ID #, if any | X NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME HOOGHKIRK | FIRST NAME VIOLET | MIDDLE NAME ALBERT | SUFFIX |
| 3c. MAILING ADDRESS C/O 772 BARNABY PLACE | CITY WHEELING | STATE ILLINOIS  POSTAL CODE [60092] | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTOR'S INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATION IN FAVOR OF THE SECURED PARTY AS DETAILED IN A TRUE, COMPLETE NOTARIZED SECURITY AGREEMENT IN THE POSSESSION OF THE SECURED PARTY.
NOTICE: IN ACCORDANCE WITH USC - PROPERTY - THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION: 8558027 FS; CERTIFICATE OF BIRTH DOCUMENT: #112-69-0072702, #452-6870, #112-01-0224596; EMPLOYER IDENTIFICATION            UCC CONTRACT TRUST ACCOUNT#                 l; ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY. ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192, PUBLIC LAW 73-10 AND UCC 10-104.  ALL PROCEEDS, PRODUCTS, ACCOUNTS, FIXTURES AND THE ORDERS THEREFROM ARE RELEASED TO THE DEBTOR.
SILVER BOND (SEE ATTACHED)

| 5. ALTERNATIVE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(s) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

Secured Party: *Violet A. Hooghkirk.*

*Violet A. Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Evidence "B-1c"



Date: January 3, 2006

Mr. John W. Snow, Secretary
Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

Certified Mail Article number: 7005 1820 0000 1882 7993

## BONDED REGISTERED BILL OF EXCHANGE IN ACCORD WITH HJR-192
## NOT SUBJECT TO NEGOTIABILTY

RE: CHARGEBACK of PERSONAL UCC CONTRACT TRUST ACCRUAL.

Dear Mr. Snow, Secretary-in-charge:

Enclosed are documents (copies) from examination of the Undersigned's Commercial Agreements, which are listed on the enclosed (accounting), with Receipts and other evidence that have been accepted for value all related endorsements front and back to include those in accord with UCC 3-419.

The total amount of this BONDED REGISTERED BILL OF EXCHANGE enclosed is $2,625.36

Please Chargeback the Undersigned's UCC Contract Trust #███████████████████, for the same value, and charge the account for the fees necessary for securing and registration (for the priority exchange for the tax exemption to discharge the public liability) of the personal possessions, and command Memory of account #███████████, to charge the same to the Debtor's Order or your Order.

This POSTED Certified Trust Accrual, #███████████████████, which is part of the Undersigned's tax estimate, is directed for use (priority) for the Republic (Article IV, Section IV of the original United States Constitution) in accord with HJR-192, (discharge of the public debt.)

Mr. John W. Snow, Secretary-in-charge and/ or your Deputy-in-charge, are to take the Undersigned's acceptance (BA), this Article Seven receipt, in exchange for the tax exemption priority. This BONDED REGISTERED BILL OF EXCHANGE, in accord with HJR-192, Public Law 73-10 is hereby presented for the receiver to the Federal Window, for settlement, (EFT), which must be within the three (3) day Truth-in-Lending time (Reg. Z).

With this POSTED transaction the CHARGEBACK charges documented by the enclosed forms, for use by the Republic, is complete. The Return Receipt Notice is accepted as acknowledgement from the Secretary of the Treasury without dishonor.

ATTACHED INVOICE NUMBER: 01560103061

Until then, I am            Very Truly,

*Violet A. Hooghkirk*

Violet A. Hooghkirk, Secured Party
Employer identification Number ███████

Enclosures                 c/o 772 Barnaby Place
C – file                   Wheeling, Illinois [60090]
                           Bond # E04967274
                           Pre-Paid – Preferred Stock
                           Priority – Exempt from Levy

# Evidence "B-1c"

CHELSEA COVE
215 WILLIAM STREET
BENSENVILLE, IL 60106

**PAYMENT BOOK**

VIOLET HOOGHKIRK
772 BARNABY PLACE
WHEELING IL 60090

---

PAYM'T NO.
1
PAYM'T DUE
Jan-1-2006
AMOUNT DUE
$218.78

DATE_____

CHECK NO._____

AMT._____

PAYMENT NO.          UNIT NUMBER
1                    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800008AR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Jan-1-2006 | $218.78 |

Amount due total of: ↓

COUPON MUST ACCOMPANY PAYMENT
| Regular Assess. | $172.16 |
| Water Income | + $31.41 |
| Scavenger Assess. | + $15.21 |

| AFTER THIS DATE | PAY THIS AMOUNT |
| Jan-16-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!

---

PAYM'T NO.
2
PAYM'T DUE
Feb-1-2006
AMOUNT DUE
$218.78

DATE_____

CHECK NO._____

AMT._____

PAYMENT NO.          UNIT NUMBER
2                    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800008AR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Feb-1-2006 | $218.78 |

Amount due total of: ↓

COUPON MUST ACCOMPANY PAYMENT
| Regular Assess. | $172.16 |
| Water Income | + $31.41 |
| Scavenger Assess. | + $15.21 |

| AFTER THIS DATE | PAY THIS AMOUNT |
| Feb-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!

---

PAYM'T NO.
3
PAYM'T DUE
Mar-1-2006
AMOUNT DUE
$218.78

DATE_____

CHECK NO._____

AMT._____

PAYMENT NO.          UNIT NUMBER
3                    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

001800008AR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Mar-1-2006 | $218.78 |

Amount due total of: ↓

COUPON MUST ACCOMPANY PAYMENT
| Regular Assess. | $172.16 |
| Water Income | + $31.41 |
| Scavenger Assess. | + $15.21 |

| AFTER THIS DATE | PAY THIS AMOUNT |
| Mar-16-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!

Evidence "B-1c"

**PAYM'T NO.**
**4**
PAYM'T DUE
Apr-1-2006
AMOUNT DUE
$218.78

PAYMENT NO.     UNIT NUMBER
4               BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

DATE_____

CHECK NO._____

AMT_____

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Apr-1-2006 | $218.78 |

Amount due total of: ⬇

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.          $172.16
Water Income             + $31.41
Scavenger Assess.        + $15.21

AFTER THIS DATE     PAY THIS AMOUNT
Apr-15-2006         $243.78
LATE FEE            $25.00
*This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

**PAYM'T NO.**
**5**
PAYM'T DUE
May-1-2006
AMOUNT DUE
$218.78

PAYMENT NO.     UNIT NUMBER
5               BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

DATE_____

CHECK NO._____

AMT_____

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| May-1-2006 | $218.78 |

Amount due total of: ⬇

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.          $172.16
Water Income             + $31.41
Scavenger Assess.        + $15.21

AFTER THIS DATE     PAY THIS AMOUNT
May-15-2006         $243.78
LATE FEE            $25.00
*This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

**PAYM'T NO.**
**6**
PAYM'T DUE
Jun-1-2006
AMOUNT DUE
$218.78

PAYMENT NO.     UNIT NUMBER
6               BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

DATE_____

CHECK NO._____

AMT_____

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Jun-1-2006 | $218.78 |

Amount due total of: ⬇

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.          $172.16
Water Income             + $31.41
Scavenger Assess.        + $15.21

AFTER THIS DATE     PAY THIS AMOUNT
Jun-15-2006         $243.78
LATE FEE            $25.00
*This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

**PAYM'T NO.**
**7**
PAYM'T DUE
Jul-1-2006
AMOUNT DUE
$218.78

PAYMENT NO.     UNIT NUMBER
7               BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

DATE_____

CHECK NO._____

AMT_____

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Jul-1-2006 | $218.78 |

Amount due total of: ⬇

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.          $172.16
Water Income             + $31.41
Scavenger Assess.        + $15.21

AFTER THIS DATE     PAY THIS AMOUNT
Jul-15-2006         $243.78
LATE FEE            $25.00
*This coupon must accompany your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

Evidence "B-1c"

**PAYM'T NO.**
**8**
PAYM'T DUE
Aug-1-2006
AMOUNT DUE
$218.78

PAYMENT NO.          UNIT NUMBER
8                    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE_____

CHECK NO._____

AMT _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

0018000BAR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Aug-1-2006 | $218.78 |

Amount due total of: ↓

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.          $172.16
Water Income           + $31.41
Scavenger Assess.      + $15.21

| AFTER THIS DATE | PAY THIS AMOUNT |
|-----------------|-----------------|
| Aug-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!

---

**PAYM'T NO.**
**9**
PAYM'T DUE
Sep-1-2006
AMOUNT DUE
$218.78

PAYMENT NO.          UNIT NUMBER
9                    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE_____

CHECK NO._____

AMT _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

0018000BAR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Sep-1-2006 | $218.78 |

Amount due total of: ↓

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.          $172.16
Water Income           + $31.41
Scavenger Assess.      + $15.21

| AFTER THIS DATE | PAY THIS AMOUNT |
|-----------------|-----------------|
| Sep-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!

---

**PAYM'T NO.**
**10**
PAYM'T DUE
Oct-1-2006
AMOUNT DUE
$218.78

PAYMENT NO.          UNIT NUMBER
10                   BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE_____

CHECK NO._____

AMT _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

0018000BAR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Oct-1-2006 | $218.78 |

Amount due total of: ↓

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.          $172.16
Water Income           + $31.41
Scavenger Assess.      + $15.21

| AFTER THIS DATE | PAY THIS AMOUNT |
|-----------------|-----------------|
| Oct-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!

---

**PAYM'T NO.**
**11**
PAYM'T DUE
Nov-1-2006
AMOUNT DUE
$218.78

PAYMENT NO.          UNIT NUMBER
11                   BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE_____

CHECK NO._____

AMT _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

0018000BAR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Nov-1-2006 | $218.78 |

Amount due total of: ↓

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.          $172.16
Water Income           + $31.41
Scavenger Assess.      + $15.21

| AFTER THIS DATE | PAY THIS AMOUNT |
|-----------------|-----------------|
| Nov-15-2006 | $243.78 |
| LATE FEE | $25.00 |

This coupon must accompany your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!

Evidence "B-1c"

PAYMT NO.
12
PAYMT DUE
Dec-1-2006
AMOUNT DUE
$218.78

DATE_____

CHECK NO._____

AMT _____

PAYMENT NO.     UNIT NUMBER
12              BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

0018000BAR772

| DUE DATE | AMOUNT DUE |
|----------|-----------|
| Dec-1-2006 | $218.78 |
| Amount due total of: ↓ | |

COUPON MUST ACCOMPANY PAYMENT
Regular Assess.          $172.16
Water Income            + $31.41
Scavenger Assess.       + $15.21

AFTER THIS DATE        PAY THIS AMOUNT
Dec-15-2006             $243.78
LATE FEE                $25.00

This coupon must accompany your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!

Non-Negotiable Charge Back
Office Holder - Secretary of the Treasury
I accept for value all related endorsements in accordance with
UCC 3-419, HJR 192 and Public Law 73-10. Charge my Private UCC Contract for the
Trust Account Employer Identification # 33/360656
to charge the same to the memory of account # 33/360656
Registration fees and command the Debtor's Order, or your Order.
Employer Identification # 33/360656
Pre-Paid - Preferred Stock
Priority --- Exempt from Levy
Posted Certified Account - Invoice # 6156043061
Bond # B-04616227H

Evidence "B-1c"

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

RECEIVED
SECRETARY OF STATE
UNIFORM COMM CODE DIV.

2006 JAN 17 PM 4:38

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

VIOLET A. HOOGHKIRK ©,
SECURED PARTY
C/o 772 BARNABY-PLACE
WHEELING, ILLINOIS [60090]

UCU101/18/06:07:6608:
20.00 CK01
SOSIL 15:44   8795354 AS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
9166858 FS

1b. This FINANCING STATEMENT AMENDMENT is
to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CHELSEA COVE CONDOMINIUM ASSOCIATION, INC. | | | |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 624 BRIDGEPORT | WHEELING | IL | 60090 | USA |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION CORPORATION NOT-FOR-PROFIT | 7f. JURISDICTION OF ORGANIZATION ILLINOIS | 7g. ORGANIZATIONAL ID #, if any 52200326 | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

IN ACCORDANCE WITH UCC 9-406 ASSIGNMENT IS HEREIN DESIGNATED IN THE AMOUNT OF $2,625.34 FROM THE UCC CONTRACT TRUST UNDER THE CONTROL OF THE UNDERSIGNED SECURED PARTY TO ASSIGNEE, CHELSEA COVE CONDOMINIUM ASSOCIATION, INC., THROUGH A BILL OF EXCHANGE BONDED, IN ACCORDANCE WITH CFR 31 AT PART 203 TO BE PRESENTED TO THE CLAIMANT TO DISCHARGE THE CONTRACTED CLAIM, INCLUDING, BUT NOT TO: THE ACKNOWLEDGED DECLARATION OF CONTRACT/ CHECK NO. 7691 WITH CHELSEA COVE CONDOMINIUM ASSOCIATION, INC. ON THE FRONT WHICH READS

"NEGOTIATING THIS INSTRUMENT ACKNOWLEDGES A DECLARATION OF CONTRACT AGREEMENT WITH "CHELSEA COVE CONDOMINIUM ASSOC." FROM PRESENTER - SECURED PARTY - CREDITOR FOR THE CONDOMINIUM LOCATED AT C/O 772 BARNABY-PLACE - WHEELING, ILLINOIS [60090]. THE ASSOCIATION DUES ARE PREPAID IN FULL WITH EXTREME PREJUDICE THROUGH THE YEAR OF 2100 AD, IN ACCORDANCE WITH THE ORIGINAL AGREEMENT FROM CHELSEA COVE CONDOMINIUM ASSOC. OF DECLARATION OF CONDOMINIUM OWNERSHIP (DOC NO. 22694309) AS AMENDED (26 717 790), WHEREFORE ANY INTEREST ARISING OUT OF THIS INSTRUMENT WILL TAKE CARE OF ANY INCREASES IN DUES, INCLUDING ANY AND ALL ATTORNEY FEES WITH EXTREME PREJUDICE. THIS CONTRACT IS BINDING ON ALL PARTIES AND THEIR SUCCESSORS, AND IS THE LAST AGREEMENT - ENDORSEMENT ACKNOWLEDGES FULL DISCHARGE OF THIS CLAIM."

I, VIOLET A. HOOGHKIRK ©, SECURED PARTY, DECLARE UNDER PENALTY OF PERJURY, THAT THIS UCC-3 AMENDMENT FILED WITH THE ILLINOIS, SECRETARY OF THE STATE IS A VALID AND TRUE ASSIGNMENT COPY OF THE ORIGINAL UCC FINANCING STATEMENT IDENTIFIED BY DOCUMENT NUMBER 9166858 FS, ON OCTOBER 13, 2004 AND TO BE USED TO RELEASE COLLATERAL FOR THE ATTACHED BILL OF EXCHANGE IN THE AMOUNT STATED HEREIN FOR FUNDING THE DISCHARGE OF THE CLAIM.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HOOGHKIRK | VIOLET | ALBERTA | |

10. OPTIONAL FILER REFERENCE DATA

Secured Party: *Violet Alberta Hooghkirk*
*Violet Alberta Hooghkirk*
*Violet Alberta Hooghkirk*

Evidence "B-1c"

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. John W. Snow, Secretary
Department of the Treasury
1500 Pennsylvania Ave. NW
Washington D.C. 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                            ☐ Agent
                                             ☐ Addressee

B. Received by                 C. Date of Delivery
   JAN 1 7 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

Re: Invoice No. 01560103061
in the amount of $2,625.36

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

WASHINGTON DC 20220                            UNIT ID: 0090

Postage    $    0.63
Certified Fee    2.40
Return Receipt Fee    1.85
(Endorsement Required)                         Postmark
Restricted Delivery Fee                        Here
(Endorsement Required)
                                               Clerk: XV7402
Total Postage & Fees    $    4.88              01/23/06

Sent To
Mr. John W Snow - Secretary
Street, Apt. No.;    Department of the Treasury
or PO Box No.    1500 Pennsylvania Ave. NW
City, State, ZIP+4    Washington, D.C. 20220

7005 1820 0000 1882 7993

Evidence "B-1c"