File Date:   Dec. 12, 2007

Case No:   07cv 6975

ATTACHMENT #   1

EXHIBIT   _____

TAB (DESCRIPTION) Evidence "B-7d"

**ACTUAL AND CONSTRUCTIVE NOTICE**

Attn: David Cantwell – President
Chelsea Cove Condominium Association, Inc            Violet A. Hooghkirk ©, Secured Party
624 Bridgeport                                        c/o Barnaby Place
Wheeling, Illinois 60090                              Wheeling, Illinois [60090]

NON-NEGOTIABLE INSTRUCTIONS
ACCEPTANCE FOR VALUE (UCC 3-104)

Re: Notice – Letter of Advice                         Date: January 29, 2007

    I am the Secured Party authorized to speak for and respond on behalf of the recipient of the attached document. You are stating that the Claimant has a claim against the named recipient.

    The following Notice is hereby given to: David Cantwell – President, including, but not limited to Jeffrey Meyers - Secretary - Chelsea Cove Condominium Association, Inc, co-parties and officers who submitted the attached public offering, the (2007 association fees) to VIOLET A. HOOGHKIRK #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 "Accepted For Value" front and back. Now presented and accepted in the form of a setoff, herein returned for adjustment, Settlement and Closure.

    The claims have been discharged under Public Policy with Exempt Exchange Item #1009 and acknowledgement has been received from Henry M. Paulson, Jr. and Mr. Juan Carlos Mendez Torres – Trustees – without dishonor in accordance with the <u>Administrative Procedures Act at 5 USC 706</u>. Notice of Pre-authorized Transfer by the Undersigned is on file with the UCC Contract Trust.

    In the matter described above, in accordance with Public Policy, USC Title IV, Sec. 401(Federal Reserve Act); Title XII; Title XXVIII, Sec. 1641; the Foreign Sovereign Immunity Act and in lieu of continued controversy, the Undersigned Secured Party "Holder in Due Course" of the Preferred Stock of the Corporation (United States-February 21, 1871; 16 Stat. I. 419) has tendered payment: holds a prior, superior claim on the DEBTOR, Accepts for Value this commercial presentment, in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104, 10-104 and Article VII of the Bill of Rights. Further, the Secured Party is "Holder in Due Course" of the deficient account by his Acceptance, and retains first priority and by Acceptance of said "Claim" has eliminated any controversy in the matter. ***This property is Bonded, subject to a prior superior UCC claim, and assignment 9406 (Discharge of Obligation), and is Exempt from Levy.***

    All claims have been presented for processing and discharge to the Federal Window against the Undersigned Secured Party's Personal UCC Contract Trust Account.

    Please adjust this account dollar for dollar in accordance with Public Policy within the required three (3) day period, Reg. Z-Truth in Lending, 15 USC and 12 CFR 226.1 et. Seq. And release the Order/Property to the Secured Party immediately thereafter to the above location.

*Ignore or reject this adjustment then this is Notice and Demand that all Confidential Commercial Information in this matter be presented to the authorized Data Integrity Board for determination as prescribed by law under Treasury Directive 25-06 and that a Comptroller of the Currency investigation be established under Title 5 USC 552(a)(d).*

    Thank your for your prompt attention in this matter.

                       *Violet A. Hooghkirk*
                  Violet A. Hooghkirk © - Secured Party, Creditor
                      Void where prohibited by Law

cc:    Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
       Chief Special Procedure Handling Office – IRS – P.O. Box 245 – Bensalem, Pennsylvania 19020
       Donald Korb – IRS CLC – 1111 Constitution Ave NW – Washington, D.C. 20224
       Juan Carlos Méndez Torres - Departamento de Hacienda

Certified Mail Article No. 7005 1820 0000 1881 0230
Evidence "B-1d"

P.O. Box 9024140, San Juan, P.R. 00902-4140
Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
950 Pennsylvania Ave NW - Washington, D.C. 20530
Merri Jo Gillette – Regional Director - Securities and Exchange Commission (SEC)
Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604
Federal Trade Commission (FTC) CRC – 240
600 Pennsylvania Avenue NW - Washington, D.C. 20580
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General
100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Mr. Ken Papaj – Acting Commissioner of the financial Management Service of the Department
of The Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

Parties at interest:

Jeffrey Meyers – Secretary – Chelsea Cove Condominium – 775 Barnaby Place - Wheeling, Illinois 60090

Legal notes: (Banker's Guide) - The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments*. Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument IN FACT.

The Secured party is offering assistance to David Cantwell – President, including, but not limited to Jeffrey Meyers – Secretary, and co-officers to resolve this matter amicably. A document named "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" to assist you in processing the Negotiable Instrument. (This is described in an 11 step process titled SPECIAL BANKING SERVICES: Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Internal Revenue Service) The Undersigned awaits for your response from this receipt for this transaction to commence. Thank you.

Evidence "B-1d"

## Related Points and Authorities including *stare decisis* supporting the use of Bills of Exchange as legal tender and negotiable instruments for discharge of private and public debt

- 73rd Congressional Session – Chs 48, 49
- United Tobacco Warehouse vs. Wells 490 SW 2d 152 (1973)
- UCC Section 9333(a), CCP 488.010, CCP 153 subparagraph 3, Sec. 1106(1)
- California Bank Code 484(a)
- Public Policy HJR – 192
- Guaranty Trust of New York vs. Henwood, et al 59 S CT 847 (1933) FN3 NOS 384, 485
- Public Law 73-10 as codified in the Henwood case
- USC Title 12, Section 95(A)(1)(a) Section 411
- The Foreign Sovereign Immunity Act
- Commercial Federal Banking Codes – Regulation J, Section 210.2(k)
- Witkin – Negotiable Instruments, Vol. III and Supplements
- UCC Article III and Supplements
- Spencer vs. Sterling Bank 63 Cal Ap 4th 1055
- UCC 3-103, 3-104(c), 3-603 and 604
- Internal Revenue Code – Johnson vs. So. California Edison Co. (2002)
- Internal Revenue Code Vol. III 2002 6311(b)(c) d (1)(d)(2)
- Internal Revenue Code Subsection 6311 Publication (b)1 98-469
- Internal Revenue Regulation 2002 Reg Sec. 403.58 (acceptable forms of payment)
- Bank One vs. Ward, Fugate et al, 7th Judicial Circuit Court, Florida – Div. 31; Case No. 2001-31518 Ci Ci Subsection (b)(2)
- United /State vs. Loran Troescher, US District Court, Central District of California – Judge Steven V. Wilson Case No. 93-5736 (1993) Court Order filed December 1997
- The Consolidate Annual Financial Report (CAFR) Bureau
- Bureau of Engraving has acknowledged along with CAFR documents verifying that Federal Reserve Notes are Bonded Instruments backed by Certificates of Live Birth; The same Bond Serial Numbers that appear on each FRN are found on the back of Certificates of Live Birth and Social Security Cards.
- USC Title 15, Section 1666 1; Section 170 Truth in Lending
- Congressional Record Vol. 123, pages 633-635 (1975)
- Diversified Metal Products vs. T-Bow Company Trust, IRS, et al USDC 93-405-E-EJL – Justice Department Answer by DOJ attorneys Betty Richardson and Richard Ward.
- UCC cites on Collection – Witkin - Negotiable Instruments, Vol. III, pages 326-354 and pages 355-399.
- USC Title 12, Section 630,343,342,85,1831d, 373
- California Financial Code · Sections 3350-3369, 3500-3548, 14750-14768, 1220-1239, 5100-5124, 16430-16431
- New York State Consolidated Laws – Article XIII-B, Section 6409.III
- Revised Code of Washington RCW 4.16.270, 484.050, RCW 30.08.140, RCW 5.52.040, RCW 30.08.150, RCW 30.42.120, RCW 31.45.070, RCW 32.05.140, RCW 32.20, RCW 48.11.080, RCW 33.12.010, RCW 32.20.220
- Hallenbeck vs. Leimert, 295 US 116 (1935)
- Hopp vs. Chow, California Superior Court – Case No. SVC 39732 (2002)
- United States vs. Jerry Williamson W91-CR-38(6)
- UCC 9406 Discharge of Obligation
- Numerous "Accepted for Value" references with the Office of Management and Budget, Office of the Comptroller of the Currency and the Department of the Treasury Financial Management Service.

Evidence "B-1d"

| PAYMT NO. | PAYMENT NO. | UNIT NUMBER | | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| 1 | 1 | BAR772 | | Jan-1-2007 | $219.14 |

PAYMT DUE
Jan-1-2007
AMOUNT DUE
$219.14

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE_____

CHECK NO _____

AMT_____ _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

**COUPON MUST ACCOMPANY PAYMENT**

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Jan-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

| PAYMT NO. | PAYMENT NO. | UNIT NUMBER | | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| 2 | 2 | BAR772 | | Feb-1-2007 | $219.14 |

PAYMT DUE
Feb-1-2007
AMOUNT DUE
$219.14

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE_____

CHECK NO _____

AMT_____ _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

**COUPON MUST ACCOMPANY PAYMENT**

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Feb-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

| PAYMT NO. | PAYMENT NO. | UNIT NUMBER | | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| 3 | 3 | BAR772 | | Mar-1-2007 | $219.14 |

PAYMT DUE
Mar-1-2007
AMOUNT DUE
$219.14

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE_____

CHECK NO _____

AMT_____ _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

**COUPON MUST ACCOMPANY PAYMENT**

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Mar-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

| PAYMT NO. | PAYMENT NO. | UNIT NUMBER | | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| 4 | 4 | BAR772 | | Apr-1-2007 | $219.14 |

PAYMT DUE
Apr-1-2007
AMOUNT DUE
$219.14

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE_____

CHECK NO _____

AMT_____ _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

**COUPON MUST ACCOMPANY PAYMENT**

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Apr-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

Evidence "B-1d"

PAYM'T NO.
5
PAYM'T DUE
May-1-2007
AMOUNT DUE
$219.14

PAYMENT NO.    UNIT NUMBER
5              BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE _____

CHECK NO. _____

AMT _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|------------|
| May-1-2007 | $219.14 |

**COUPON MUST ACCOMPANY PAYMENT**

| AFTER THIS DATE | PAY THIS AMOUNT |
|----------|------------|
| May-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment.
If you own more than one unit, please include
separate checks and coupons for each unit to
ensure accurate processing of your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!*

---

PAYM'T NO.
6
PAYM'T DUE
Jun-1-2007
AMOUNT DUE
$219.14

PAYMENT NO.    UNIT NUMBER
6              BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE _____

CHECK NO. _____

AMT _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|------------|
| Jun-1-2007 | $219.14 |

**COUPON MUST ACCOMPANY PAYMENT**

| AFTER THIS DATE | PAY THIS AMOUNT |
|----------|------------|
| Jul-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment.
If you own more than one unit, please include
separate checks and coupons for each unit to
ensure accurate processing of your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!*

---

PAYM'T NO.
7
PAYM'T DUE
Jul-1-2007
AMOUNT DUE
$219.14

PAYMENT NO.    UNIT NUMBER
7              BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE _____

CHECK NO. _____

AMT _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|------------|
| Jul-1-2007 | $219.14 |

**COUPON MUST ACCOMPANY PAYMENT**

| AFTER THIS DATE | PAY THIS AMOUNT |
|----------|------------|
| Jul-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment.
If you own more than one unit, please include
separate checks and coupons for each unit to
ensure accurate processing of your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!*

---

PAYM'T NO.
8
PAYM'T DUE
Aug-1-2007
AMOUNT DUE
$219.14

PAYMENT NO.    UNIT NUMBER
8              BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

DATE _____

CHECK NO. _____

AMT _____

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|------------|
| Aug-1-2007 | $219.14 |

**COUPON MUST ACCOMPANY PAYMENT**

| AFTER THIS DATE | PAY THIS AMOUNT |
|----------|------------|
| Aug-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment.
If you own more than one unit, please include
separate checks and coupons for each unit to
ensure accurate processing of your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!*

Evidence "B-1d"

PAYM'T NO
9
PAYM'T DUE
Sep-1-2007
AMOUNT DUE
$219.14

DATE_____

CHECK NO._____

AMT._____

PAYMENT NO.   UNIT NUMBER
9            BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

0018000DBAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Sep-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Sep-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

PAYM'T NO.
10
PAYM'T DUE
Oct-1-2007
AMOUNT DUE
$219.14

DATE_____

CHECK NO._____

AMT._____

PAYMENT NO.   UNIT NUMBER
10           BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

0018000DBAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Oct-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Oct-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

PAYM'T NO.
11
PAYM'T DUE
Nov-1-2007
AMOUNT DUE
$219.14

DATE_____

CHECK NO._____

AMT._____

PAYMENT NO.   UNIT NUMBER
11           BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

0018000DBAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Nov-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Nov-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

PAYM'T NO.
12
PAYM'T DUE
Dec-1-2007
AMOUNT DUE
$219.14

DATE_____

CHECK NO._____

AMT._____

PAYMENT NO.   UNIT NUMBER
12           BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

0018000DBAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Dec-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Dec-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

Evidence "B-1d"

# ORIGINAL

## SILVER SURETY BOND



**County of Cook**
**State of Illinois**

Doc#: 0425832052
Eugene "Gene" Moore  Fee: $30.50
Cook County Recorder of Deeds
Date: 09/14/2004 02:38 PM Pg: 1 of 4

I, Violet A. Hooghkirk, do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (effect payment) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by any UNBONDED claim presented against VIOLET A. HOOGHKIRK.   And, I, Violet A. Hooghkirk underwrite with my private exemption, VIOLET A. HOOGHKIRK
all such costs that may be proven.

Dated this __8__ day of __September__ 2004.          _Violet A. Hooghkirk_
                                                     Violet A. Hooghkirk, agent

*Actio non datur non damnificato*

## JUSTIFICATION OF SURETY SUBROGATION

| County of Cook | ) | |
|---|---|---|
| | ) | **ss** |
| State of Illinois | ) | |

Personally appeared this day before me Violet A. Hooghkirk of the County and State aforesaid, surety on the bond of Violet A. Hooghkirk, being duly sworn, deposes and says that she is seized of her right mind, and that over and above all of her just debts and liabilities, in property not exempt by law from levy and sale under execution, of a clear unencumbered estate of the value in excess of __( unlimited )__ , within the jurisdiction of this State and/or the District of Columbia.

Subscribed and sworn to before me __CORINA CASTANEDA__ , a Notary Public residing in __Chicago__ , Illinois.

_Corina Castaneda_          __9/8/04__
Notary                      date

"OFFICIAL SEAL"
CORINA CASTANEDA
Notary Public, State of Illinois
My Commission Expires 2/10/2008

Evidence "B-1d"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2004 OCT 13 PM 4: 30

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

VIOLET A. HOOGHKIRK
c/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60092]

UCU110/14/04:03:7448:
20.00 MU
SOSIL 15:04 9166858 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |

| 1d. TAX ID #: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION DBA | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any    [X] NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| REIDL, VIOLET ELBERTA, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS C/O P. O. BOX 71 | CITY GENEVA | STATE IL | POSTAL CODE 60134 | COUNTRY USA |

| 2d. TAX ID #: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION DBA | 2f. JURISDICTION OF ORGANIZATION USA | 2g. ORGANIZATIONAL ID #, if any    [X] NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME HOOGHKIRK | FIRST NAME VIOLET | MIDDLE NAME ALBERT | | SUFFIX |
| 3c. MAILING ADDRESS C/O 772 BARNABY PLACE | CITY WHEELING | STATE ILLINOIS | POSTAL CODE [60092] | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTOR'S INTEREST NOW OWNED OR
HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATION
IN FAVOR OF THE SECURED PARTY AS DETAILED IN A TRUE, COMPLETE NOTARIZED SECURITY AGREEMENT
IN THE POSSESSION OF THE SECURED PARTY.
NOTICE: IN ACCORDANCE WITH USC - PROPERTY - THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL
REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE
SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION: 8558027 FS; CERTIFICATE OF BIRTH DOCUMENT:
#112-69-0072702, #452-6870, #112-01-0224596; EMPLOYER IDENTIFICATION    UCC CONTRACT TRUST
ACCOUNT#    ¡; ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY.
ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192, PUBLIC LAW 73-10 AND UCC 10-104. ALL
PROCEEDS, PRODUCTS, ACCOUNTS, FIXTURES AND THE ORDERS THEREFROM ARE RELEASED TO THE
DEBTOR.
SILVER BOND (SEE ATTACHED)

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | All Debtors | Debtor 1 | Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**

Secured Party: *Violet A. Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

*Violet A. Hooghkirk*

Evidence "B-1d"

Certified Mail Article no 7005 1820 0000 1881 0131
Certified Mail Article no 7005 1820 0000 1881 0148

Mr. Henry M. Paulson, Jr., Secretary - Department of the Treasury          Date: January 11, 2007
1500 Pennsylvania Ave. NW - Washington, D.C. 20220                          Bond #VAH040244
Juan Carlos Méndez Torres – Secretary of the Treasury                       Bond #E04967274
C/o Departamento de Hacienda - P.O. Box 9024140, San Juan, P.R. 00902-414

### BONDED REGISTERED BILL OF EXCHANGE (UCC 3-104)
### (Bill of acceptance – Time Draft)
### INSTRUCTIONS NOT SUBJECT TO NEGOTIABILITY

Violet A. Hooghkirk, Secured Party - Drawer, Agent ▓▓▓▓▓▓ –
C/o 772 Barnaby Place – Wheeling, Illinois [60090]
RE: CHARGEBACK of PERSONAL UCC CONTRACT TRUST ACCRUAL:

To: Secretary of the Treasury Mr. Paulson, Jr. and Mr. Mendez Torres:

This is a notice in the nature of a demand for set off of attached account #BAR772 in regards to the claim of
the Bearer, Chelsea Cove Condominium Association, Inc., and payable on your Order (Secretary) by this
Draft, UCC3-104.

Enclosed are documents (copies) from examination of the Commercial Agreements regarding VIOLET A.
HOOGHKIRK, which are listed on the enclosed (accounting), with Receipts and other evidence that have been
accepted for value all related endorsements front and back to include those in accord with UCC-3-419. The total
amount of this BONDED REGISTERED BILL OF EXCHANGE enclosed is $2,629.68 for assignment UCC-3-
104(e), and payable to BEARER at 624 Bridgeport – Wheeling, Illinois 60090 from Personal Treasury UCC
Contract Account belonging to the Secured Party-Drawer, Agent.

Please Chargeback the Undersigned's UCC Contract Trust, # ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, for the same
value, and charge the account for the fees necessary for securing and registration (for the priority exchange for
the tax exemption to discharge the public liability) of the personal possessions, and command Memory of account
#▓▓▓▓▓▓▓, to charge the same to the Debtor's Order or payable to your Order (Secretary). On or by January
27, 2007 Credit the account of Chelsea Cove Condominium Association, Inc., · 624 Bridgeport – Wheeling,
Illinois 60090 for the sum of Two Thousand Six Hundred and Twenty-Nine Dollars and 68/100, Invoice #
01560111071.

This POSTED Certified Trust Accrual, #▓▓▓▓▓▓▓▓▓▓▓▓▓, which is part of the tax estimate
regarding VIOLET A. HOOGHKIRK, is directed for use (priority) for the Republic (Article IV, Section IV of
the original United States Constitution) in accord with public policy HJR-192, (discharge of the public debt.)

Mr. Henry M. Paulson, Jr. and Juan Carlos Mendez Torres, each Secretary-in-charge and/or Deputy-in-
charge, are to take the Undersigned's acceptance (BA), this Article Seven receipt, in exchange for the tax
exemption priority. This BONDED REGISTERED BILL OF EXCHANGE, in accord with HJR-192, Public
Law 73-10 is hereby presented for the receiver to the Federal Window, for settlement, (EFT), which must be
within the three (3) day Truth-in-Lending time (Reg. Z). The amount of the accepted draft is to be ledgered by
claimant's financial institution, TT&L Department to the designated account and the discharge of this claim
(Regulation 7). *Notice: The law relating to principle and agent applies.*

With this POSTED transaction the CHARGEBACK charges documented by the enclosed forms, for use by
the Republic, is complete. The Return Receipt Notice and without a return of the Instrument to Drawer is
acceptance of this Negotiable Instrument as an acknowledgement from the Secretary of the Treasury without
dishonor.

This is a UCC-3 Assignment. **It is not for collection.** It is to be sent by CM through the bank as instructed
to the Secretary, not to the US Treasury or to the Bureau of Public Debt. **This is not a US Treasury Security.**

By------------------------------------

Bailee, (authorized bank TTL agent)

*Violet A. Hooghkirk*

Violet A. Hooghkirk, Drawer-Secured Party

Pre-Paid - Preferred Stock
Priority - Exempt from Levy
*Negotiable Instrument Void where prohibited by law*

# Evidence "B-1d"

PAYM'T NO.
5
PAYM'T DUE
May-1-2007
AMOUNT DUE
$219.14

DATE_____
CHECK NO._____
AMT._____

| PAYMENT NO. | UNIT NUMBER |
|---|---|
| 5 | BAR772 |

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| May-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| May-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

PAYM'T NO.
6
PAYM'T DUE
Jun-1-2007
AMOUNT DUE
$219.14

DATE_____
CHECK NO._____
AMT._____

| PAYMENT NO. | UNIT NUMBER |
|---|---|
| 6 | BAR772 |

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Jun-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Jun-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

PAYM'T NO.
7
PAYM'T DUE
Jul-1-2007
AMOUNT DUE
$219.14

DATE_____
CHECK NO._____
AMT._____

| PAYMENT NO. | UNIT NUMBER |
|---|---|
| 7 | BAR772 |

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Jul-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Jul-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

---

PAYM'T NO.
8
PAYM'T DUE
Aug-1-2007
AMOUNT DUE
$219.14

DATE_____
CHECK NO._____
AMT._____

| PAYMENT NO. | UNIT NUMBER |
|---|---|
| 8 | BAR772 |

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL 60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Aug-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Aug-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

Evidence "B-1d"

**Coupon 1**

PAYM'T NO.
1
PAYM'T DUE
Jan-1-2007
AMOUNT DUE
$219.14

DATE _____
CHECK NO _____
AMT _____

PAYMENT NO.    UNIT NUMBER
1    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Jan-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Jan-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

**Coupon 2**

PAYM'T NO.
2
PAYM'T DUE
Feb-1-2007
AMOUNT DUE
$219.14

DATE _____
CHECK NO _____
AMT _____

PAYMENT NO.    UNIT NUMBER
2    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Feb-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Feb-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

**Coupon 3**

PAYM'T NO.
3
PAYM'T DUE
Mar-1-2007
AMOUNT DUE
$219.14

DATE _____
CHECK NO _____
AMT _____

PAYMENT NO.    UNIT NUMBER
3    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Mar-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Mar-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

**Coupon 4**

PAYM'T NO.
4
PAYM'T DUE
Apr-1-2007
AMOUNT DUE
$219.14

DATE _____
CHECK NO _____
AMT _____

PAYMENT NO.    UNIT NUMBER
4    BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|---|---|
| Apr-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

| AFTER THIS DATE | PAY THIS AMOUNT |
|---|---|
| Apr-15-2007 | $244.14 |
| LATE FEE | $25.00 |

*This coupon must accompany your payment. If you own more than one unit, please include separate checks and coupons for each unit to ensure accurate processing of your payment. Correspondence should not be sent with your payment to this address as all correspondence should be sent to management. Thank you!*

Evidence "B-1d"

PAYM'T NO.
9
PAYM'T DUE
Sep-1-2007
AMOUNT DUE
$219.14

DATE_____

CHECK NO._____

AMT._____

PAYMENT NO.    UNIT NUMBER
9            BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|------------|
| Sep-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

AFTER THIS DATE      PAY THIS AMOUNT
Sep-15-2007          $244.14
LATE FEE             $25.00

*This coupon must accompany your payment.
If you own more than one unit, please include
separate checks and coupons for each unit to
ensure accurate processing of your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!*

---

PAYM'T NO.
10
PAYM'T DUE
Oct-1-2007
AMOUNT DUE
$219.14

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO.    UNIT NUMBER
10           BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|------------|
| Oct-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

AFTER THIS DATE      PAY THIS AMOUNT
Oct-15-2007          $244.14
LATE FEE             $25.00

---

PAYM'T NO.
11
PAYM'T DUE
Nov-1-2007
AMOUNT DUE
$219.14

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO.    UNIT NUMBER
11           BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|------------|
| Nov-1-2007 | $244.14 |

COUPON MUST ACCOMPANY PAYMENT

AFTER THIS DATE      PAY THIS AMOUNT
Nov-15-2007          $244.14
LATE FEE             $25.00

*This coupon must accompany your payment.
If you own more than one unit, please include
separate checks and coupons for each unit to
ensure accurate processing of your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!*

Non-Negotiable Charge Back
Office Holder - Secretary of the Treasury
Authorized endorsements in accordance with the Contract
Public Law 73-10. Charge the same to the
I accept for value and consideration # 33/360/331
UCC 1-308 without prejudice. Certification # 33/360/331 0156
#19, HJR 192, Employer Identification #
Trustee authorization same to the memory of account #
restoration and command the Debtor's Order or your Order.
Pre-Paid - Preferred Stock
Priority - Exempt from levy $244.14
Pre-paid Certified Account
Bond # V

---

PAYM'T NO.
12
PAYM'T DUE
Dec-1-2007
AMOUNT DUE
$219.14

DATE_____

CHECK NO._____

AMT_____

PAYMENT NO.    UNIT NUMBER
12           BAR772

VIOLET HOOGHKIRK

Please make checks payable to:
CHELSEA COVE

WILLIAMSON MANAGEMENT
36584 TREASURY CENTER
CHICAGO IL  60694-6500

00180000BAR772

| DUE DATE | AMOUNT DUE |
|----------|------------|
| Dec-1-2007 | $219.14 |

COUPON MUST ACCOMPANY PAYMENT

AFTER THIS DATE      PAY THIS AMOUNT
Dec-15-2007          $244.14
LATE FEE             $25.00

*This coupon must accompany your payment.
If you own more than one unit, please include
separate checks and coupons for each unit to
ensure accurate processing of your payment.
Correspondence should not be sent with your
payment to this address as all correspondence
should be sent to management. Thank you!*

Evidence "B-1d"

SECRETARY OF STATE
UNIFORM COMM CODE DIV.

**UCC FINANCING STATEMENT AMENDMENT**

2007 JAN -5 PH 4: 30

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

VIOLET A. HOOGHKIRK ©,
SECURED PARTY
C/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60090]

UCU101/05/07:02:7622:
20.00 CK01
SOSIL 13:31     8850403 AS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
916685I ES

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION. Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION. Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION.
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION.
7a. ORGANIZATION'S NAME
CHELSEA COVE CONDOMINIUM ASSOCIATION, INC.

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 624 BRIDGEPORT | WHEELING | IL. | 60090 | USA |

| 7d. TAX ID #. SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION NOT-FOR-PROFIT | 7f. JURISDICTION OF ORGANIZATION ILLINOIS | 7g. ORGANIZATIONAL ID #, if any 52200326 | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.
IN ACCORDANCE WITH UCC 9-406 ASSIGNMENT IS HEREIN DESIGNATED IN THE AMOUNT OF 57,639.68 FROM THE UCC CONTRACT TRUST UNDER THE CONTROL OF THE UNDERSIGNED SECURED PARTY TO ASSIGNEE, CHELSEA COVE CONDOMINIUM ASSOCIATION, INC., FOR THE 2007 ASSOCIATION FEES THROUGH A BILL OF EXCHANGE, BONDED, IN ACCORDANCE WITH CFR 31 AT PART 203 TO BE PRESENTED TO THE CLAIMANT TO DISCHARGE THE CONTRACTED CLAIM.

AS PREVIOUSLY STIPULATED AND AGREED TO BETWEEN THE SECURED PARTY AND CHELSEA COVE, THE ASSOCIATION FEES ARE PREPAID THRU THE YEAR 2100 AD (TACIT PROCURATION)

IN ACCORDANCE WITH TITLE 28 USC 1746 (1) I, VIOLET A. HOOGHKIRK ©, SECURED PARTY, CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THIS UCC-3 AMENDMENT FILED WITH THE ILLINOIS, SECRETARY OF THE STATE, IS A VALID AND TRUE ASSIGNMENT COPY OF THE ORIGINAL UCC FINANCING STATEMENT IDENTIFIED BY DOCUMENT NUMBER UCC 916685I ES, ON OCTOBER 13, 2004 AND TO BE USED TO RELEASE COLLATERAL FOR THE ATTACHED BILL OF EXCHANGE IN THE AMOUNT STATED HEREIN FOR FUNDING THE DISCHARGE OF THE CLAIM.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HOOGHKIRK | VIOLET | ALBERTA | |

10. OPTIONAL FILER REFERENCE DATA

Secured Party: *Violet Alberta Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

*Violet Alberta Hooghkirk*

Evidence "B-1d"



1. Article Addressed to:

Mr. Henry M. Paulson Jr. Secretary
Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

Re: Invoice No. 015601111071
In the amount of $2,629.68



**U.S. Postal Service**
**CERTIFIED MAIL — RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To: Mr. Henry M. Paulson Jr., Secretary, Department of the Treasury
Street, Apt No.; or PO Box No.  1500 Pennsylvania Ave. NW
City, State, ZIP+4  Washington, D.C. 20220

PS Form 3800, June 2002

Evidence "B-1d"





Evidence "B-1d"

## ACTUAL AND CONSTRUCTIVE NOTICE

Attn: Tom Goldstein – President/Chief Financial Officer
ABN AMRO
7159 Corkland Drive
Jacksonville, Florida 32258

Violet A. Hooghkirk, Secured Party
C/o 772 Barnaby Place
Wheeling, Illinois [60090]

NON-NEGOTIABLE INSTRUCTIONS
ACCEPTANCE FOR VALUE (UCC 3-104)

Re: Notice – Bonded Registered Bill of Exchange (invoice #01560416071)
Letter of Advice                                              Date: April 30, 2007

    I am the Secured Party authorized to speak for and respond on behalf of the recipient of the attached document account #OCT 19 2006. You are stating that the Claimant has a claim against the named recipient.

    The following Notice is hereby given to: Tom Goldstein – President/Chief Financial Officer of ABN AMRO, including but not limited to Norm Bobbin – Chief Executive Officer of LaSalle Bank NA, co-parties and officers who submitted the attached public offering to VIOLET A. HOOGHKIRK #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 "Accepted For Value" front and back. Now presented and accepted in the form of a setoff, herein returned for adjustment, Settlement and Closure.

    The claims have been discharged under Public Policy with Exempt Exchange Item #1009 and acknowledgement has been received from Henry M. Paulson, Jr. and Mr. Juan Carlos Mendez Torres – Trustees – without dishonor in accordance with the <u>Administrative Procedures Act at 5 USC 706</u>. Notice of Pre-authorized Transfer by the Undersigned is on file with the UCC Contract Trust.

    In the matter described above, in accordance with Public Policy, USC Title IV, Sec. 401(Federal Reserve Act); Title XII; Title XXVII, Sec. 1641; the Foreign Sovereign Immunity Act and in lieu of continued controversy, the Undersigned Secured Party "Holder in Due Course" of the Preferred Stock of the Corporation (United States-February 21, 1871; 16 Stat. I. 419) has tendered payment: holds a prior, superior claim on the DEBTOR, Accepts for Value this commercial presentment, in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104, 10-104 and Article VII of the Bill of Rights. Further, the Secured Party is "Holder in Due Course" of the deficient account by his Acceptance, and retains first priority and by Acceptance of said "Claim" has eliminated any controversy in the matter. *This property is Bonded, subject to a prior superior UCC claim, and is Exempt from Levy.*

    All claims have been presented for processing and discharge to the Federal Window against the Undersigned Secured Party's Personal UCC Contract Trust Account.

    Please adjust this account dollar for dollar in accordance with Public Policy within the required three (3) day period, Reg. Z-Truth in Lending, 15 USC and 12 CFR 226.1 et. Seq. And release the Order/Property to the Secured Party immediately thereafter to the above location.

    *Ignore or reject this adjustment then this is Notice and Demand that all Confidential Commercial Information in this matter be presented to the authorized Data Integrity Board for determination as prescribed by law under Treasury Directive 25-06 and that a Comptroller of the Currency investigation be established under Title 5 USC 552(a)(d).*

    Thank your for your prompt attention in this matter.

*Violet A. Hooghkirk*
Violet A. Hooghkirk, Secured Party, Creditor

cc:    Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
       Chief Special Procedure Handling Office – IRS ‧ P.O. Box 245 – Bensalem, Pennsylvania 19020
       Donald Korb – IRS CLC – 1111 Constitution Ave NW – Washington, D.C. 20224
       Juan Carlos Méndez Torres - Departamento de Hacienda-P.O. Box 9024140, San Juan, P.R. 00902-4140
       Robert McCallum of the, President's Corporate Fraud Task Force – DOJ

Evidence "B-1e"

950 Pennsylvania Ave NW - Washington, D.C. 20530
Merri Jo Gillette – Regional Director - Securities and Exchange Commission (SEC)
                Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604
Federal Trade Commission (FTC) CRC – 240 - 600 Pennsylvania Avenue NW - Washington, D.C. 20580
Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
William G. Holland – Auditor General - 740 E. Ash Street - Springfield, Illinois 62703
J. Russell George – Treasury Inspector General for Tax Administration
                1500 Pennsylvania Ave NW - Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board -1500 Pennsylvania Ave NW-Washington, D.C. 20224
Mr. Ken Papaj – Acting Commissioner of the Financial Management Service of the Department of The
                Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

Parties at interest:
Thomas A. Rosiello–Secretary/Registered Agent-ABN AMRO 135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent - ABN AMRO-135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Tim Nuss - Manager - ABN AMRO - 540 West Madison – Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
Colleen Riddell -Loan Admin -Special Services Dept. ABN AMRO -2600 West Big Beaver Read - Troy, Michigan 48084
Elena L. Enuscu – Legal Admin Assistant – ABN AMRO - 135 S. LaSalle Street - Chicago, Illinois 60603-0135
Shaun - Supervisor - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Beth P. Ponder - Vice President, Customer Relations-ABN AMRO-7159 Corkland Drive - Jacksonville, Florida 32258
Damien Bazan –Collections Department -ABN AMRO - 4242 N. Harlem Avenue - Norridge, Illinois 60706
Customer Service - Manager - ABN AMRO - 2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Merilyn Rogers – Customer Relations - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones - Loan Admin/Litigation - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA - 1355 W. Dundee – Buffalo Grove, Illinois 60089
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road - Chicago, Illinois 60641
Marie Shiffman - Collections Equity Dept.-LaSalle Bank NA-4747 W. Irving Park Road - Chicago, Illinois 60641
David Cantwell-President -Chelsea Cove Condominium Assoc.-624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium Assoc. - 775 Barnaby Place - Wheeling, Illinois 60090

Evidence "B-1e"

**Related Points and Authorities including *stare decisis*
supporting the use of Bills of Exchange as legal tender
and negotiable instruments for discharge of private and
public debt**

- 73rd Congressional Session – Chs 48, 49
- <u>United Tobacco Warehouse vs. Wells</u> 490 SW 2d 152 (1973)
- UCC Section 9333(a), CCP 488.010, CCP 153 subparagraph 3, Sec. 1106(1)
- California Bank Code 484(a)
- Public Policy HJR – 192
- <u>Guaranty Trust of New York vs. Henwood, et al</u> 59 S CT 847 (1933) FN3 NOS 384, 485
- Public Law 73-10 as codified in the Henwood case
- USC Title 12, Section 95(A)(1)(a) Section 411
- The Foreign Sovereign Immunity Act
- Commercial Federal Banking Codes – Regulation J, Section 210.2(k)
- Witkin – Negotiable Instruments, Vol. III and Supplements
- UCC Article III and Supplements
- <u>Spencer vs. Sterling Bank</u> 63 Cal Ap 4th 1055
- UCC 3-103, 3-104(c), 3-603 and 604
- Internal Revenue Code – Johnson vs. So. California Edison Co. (2002)
- Internal Revenue Code Vol. III 2002 6311(b)(c) d (1)(d)(2)
- Internal Revenue Code Subsection 6311 Publication (b)1 98-469
- Internal Revenue Regulation 2002 Reg Sec. 403.58 (acceptable forms of payment)
- <u>Bank One vs. Ward, Fugate et al,</u> 7th Judicial Circuit Court, Florida – Div. 31; Case No. 2001-31518 Ci Ci Subsection (b)(2)
- <u>United /State vs. Loran Troescher,</u> US District Court, Central District of California – Judge Steven V. Wilson Case No. 93-5736 (1993) Court Order filed December 1997
- The Consolidate Annual Financial Report (CAFR) Bureau
- Bureau of Engraving has acknowledged along with CAFR documents verifying that Federal Reserve Notes are Bonded Instruments backed by Certificates of Live Birth; The same Bond Serial Numbers that appear on each FRN are found on the back of Certificates of Live Birth and Social Security Cards.
- USC Title 15, Section 1666 1; Section 170 Truth in Lending
- Congressional Record Vol. 123, pages 633-635 (1975)
- <u>Diversified Metal Products vs. T-Bow Company Trust, IRS, et al</u> USDC 93-405-E-EJL – Justice
- Department Answer by DOJ attorneys Betty Richardson and Richard Ward.
- UCC cites on Collection – Witkin - Negotiable Instruments, Vol. III, pages 326-354 and pages 355-399.
- <u>MKL Pre-Press Electronics/MKL Computer Media Supplies, Inc. vs. LA Crosse Litho Supply, LLC,</u> First District (4th Division) No. 5-05-0786 (2005)
- <u>Steven Koules vs. Euro-American Arbitrage, Inc.</u> Second District No. 2-97-0145 (1998)
- USC Title 12, Section 630,343,342,85,1831d, 373
- California Financial Code – Sections 3350-3369, 3500-3548, 14750-14768, 1220-1239, 5100-5124, 16430-16431
- New York State Consolidated Laws – Article XIII-B, Section 6409.III
- Revised Code of Washington RCW 4.16.270, 484.050, RCW 30.08.140, RCW 5.52.040, RCW 30.08.150, RCW 30.42.120, RCW 31.45.070, RCW 32.05.140, RCW 32.20, RCW 48.11.080, RCW 33.12.010, RCW 32.20.220
- <u>Hallenbeck vs. Leimert,</u> 295 US 116 (1935)
- <u>Hopp vs. Chow,</u> California Superior Court – Case No. SVC 39732 (2002)
- <u>United States vs. Jerry Williamson</u> W91-CR-38(6)
- Numerous "Accepted for Value" references with the Office of Management and Budget, Office of the Comptroller of the Currency and the Department of the Treasury Financial Management Service.

Evidence "B-1e"

Calendar Number 56
Cook County ID #21762

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

ABN AMRO Mortgage Group, Inc.
PLAINTIFF.

Vs.

No. 05 CH 19333

Violet Hooghkirk a/k/a Violet A. Hooghkirk a/k/a Violet
Alberta Hooghkirk; et. al.

DEFENDANTS

Assoc. Judge Carolyn Quinn

OCT 1 9 2006

JUDGMENT FOR FORECLOSURE AND SALE

Circuit Court

THIS CAUSE having been duly heard by this Court upon the record herein on the merits of the
Complaint for Foreclosure filed by the Plaintiff and on Plaintiff's Motion for entry of Judgment for
Foreclosure and Sale, hereinafter referred to as Judgment, the Court

**FINDS:**

(1) JURISDICTION: The Court has jurisdiction over the parties hereto and the subject matter
hereof.

(2) ALLEGATIONS PROVEN: This Judgment is fully dispositive of the interest of all
defendants. All the material allegations of the Complaint filed pursuant to 735 ILCS 5/15-1504,
those allegations being both required and those deemed alleged by virtue of subsection (c), are
true and proven, that by entry of this Judgment for Foreclosure and Sale, the Mortgage and
Note which is the subject matter of these proceedings is extinguished and merged into
Judgment and default no longer exists, but has been replaced by Judgment, and that by virtue of
the Mortgage, and the evidences of indebtedness secured thereby alleged in the Complaint,
there is due to the Plaintiff, and it has a valid subsisting lien on the property described hereafter
for the following amounts:

| | |
|---|---|
| Principal, Accrued Interest and Advances by Plaintiff: | $111,004.84 |
| Costs of Suit: | $2,046.00 |
| Foreclosure Attorneys' Fees: | $1,275.00 |
| Contested Attorneys' Fees: | $925.00 |
| TOTAL | $115,250.84 |

1

Evidence "B-1e"

# ORIGINAL



ID# VAH040244

## SILVER SURETY BOND

Doc#: 0425832052
Eugene "Gene" Moore   Fee: $30.50
Cook County Recorder of Deeds
Date: 09/14/2004 02:38 PM Pg: 1 of 4

**County of Cook**
**State of Illinois**

I, Violet A. Hooghkirk, do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (effect payment) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by any UNBONDED claim presented against VIOLET A. HOOGHKIRK.   And, I, Violet A. Hooghkirk underwrite with my private exemption, VIOLET A. HOOGHKIRK
all such costs that may be proven.

Dated this __8__ day of __September__ 2004.                    _Violet A. Hooghkirk_
                                                        Violet A. Hooghkirk, agent

**Actio non datur non damnificato**

## JUSTIFICATION OF SURETY SUBROGATION

**County of Cook**               )
                                )     ss
**State of Illinois**            )

Personally appeared this day before me Violet A. Hooghkirk of the County and State aforesaid, surety on the bond of Violet A. Hooghkirk, being duly sworn, deposes and says that she is seized of her right mind, and that over and above all of her just debts and liabilities, in property not exempt by law from levy and sale under execution, of a clear unencumbered estate of the value in excess of __( unlimited )__, within the jurisdiction of this State and/or the District of Columbia.

Subscribed and sworn to before me __CORINA CASTANEDA__, a Notary Public residing in __Whipany__, Illinois.

_Corina Castaneda_                                          9/8/04
Notary                                                       date

> "OFFICIAL SEAL"
> CORINA CASTANEDA
> Notary Public, State of Illinois
> My Commission Expires 2/10/2008

Evidence "B-1e"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2004 OCT 13  PM 4: 30

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

VIOLET A. HOOGHKIRK
c/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60092]

UCU 10/14/04 :08:7448 :
20.00 MU
SOS IL 15:04   9166858 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |

| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION DBA | 1f. JURISDICTION OF ORGANIZATION USA | 1g. ORGANIZATIONAL ID #, if any [X] NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| REIDL, VIOLET ELBERTA, ORGANIZATION/TRADE NAME/TRADE MARK - DEBTOR | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS C/O P. O. BOX 71 | CITY GENEVA | STATE IL | POSTAL CODE 60134 | COUNTRY USA |

| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION DBA | 2f. JURISDICTION OF ORGANIZATION USA | 2g. ORGANIZATIONAL ID #, if any [X] NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME HOOGHKIRK | FIRST NAME VIOLET | MIDDLE NAME ALBERT | | SUFFIX |
| 3c. MAILING ADDRESS C/O 772 BARNABY PLACE | CITY WHEELING | STATE ILLINOIS | POSTAL CODE [60092] | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTOR'S INTEREST NOW OWNED OR
HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATION
IN FAVOR OF THE SECURED PARTY AS DETAILED IN A TRUE, COMPLETE NOTARIZED SECURITY AGREEMENT
IN THE POSSESSION OF THE SECURED PARTY.
NOTICE: IN ACCORDANCE WITH USC - PROPERTY - THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL
REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE
SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION: 8558027 FS; CERTIFICATE OF BIRTH DOCUMENT:
#112-69-0072702, #452-6870, #112-01-0224596; EMPLOYER IDENTIFICATION            UCC CONTRACT TRUST
ACCOUNT#              '; ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY.
ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192, PUBLIC LAW 73-10 AND UCC 10-104.  ALL
PROCEEDS, PRODUCTS, ACCOUNTS, FIXTURES AND THE ORDERS THEREFROM ARE RELEASED TO THE
DEBTOR.
SILVER BOND (SEE ATTACHED)

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

Secured Party: *Violet A. Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

*Violet A. Hooghkirk*

Evidence "B-1e"

Certified Mail Article no 7005 1820 0000 1881 0612
Certified Mail Article no 7005 1820 0000 1881 0629

Mr. Henry M. Paulson, Jr., Secretary - Department of the Treasury      Date: April 16, 2007
1500 Pennsylvania Ave. NW - Washington, D.C. 20220                     Bond #VAH040244
Juan Carlos Méndez Torres – Secretary of the Treasury                  Bond #E04967274
C/o Departamento de Hacienda - P.O. Box 9024140, San Juan, P.R. 00902-414

## BONDED REGISTERED BILL OF EXCHANGE (UCC 3-104)
### (Bill of acceptance – Time Draft)
### INSTRUCTIONS NOT SUBJECT TO NEGOTIABILITY

Violet A. Hooghkirk, Secured Party - Drawer, Agent 331360156 –
                    C/o 772 Barnaby Place – Wheeling, Illinois [60090]
RE: CHARGEBACK of PERSONAL UCC CONTRACT TRUST ACCRUAL:

To: Secretary of the Treasury Mr. Paulson, Jr. and Mr. Mendez Torres:

This is a notice in the nature of a demand for set off of attached account #OCT 19 2006 in regards to the claim of the Bearer, ABN AMRO, including but not limited to LaSalle Bank NA, and payable on your Order (Secretary) by this Draft, UCC3-104.

Enclosed are documents (copies) from examination of the Commercial Agreements regarding VIOLET A. HOOGHKIRK, which are listed on the enclosed (accounting), with Receipts and other evidence that have been accepted for value all related endorsements front and back to include those in accord with UCC-3-419. The total amount of this BONDED REGISTERED BILL OF EXCHANGE enclosed is $115,250.84 for assignment UCC-3-104(e), and payable to BEARER at 7159 Corkland Drive – Jacksonville, Florida 32258 from Personal Treasury UCC Contract Account belonging to the Secured Party-Drawer, Agent.

Please Chargeback the Undersigned's UCC Contract Trust, # 7003 1680 0007 3237 4144, for the same value, and charge the account for the fees necessary for securing and registration (for the priority exchange for the tax exemption to discharge the public liability) of the personal possessions, and command Memory of account #331360156, to charge the same to the Debtor's Order or payable to your Order (Secretary). On or by May 1, 2007 Credit the account of ABN AMRO, including but not limited to LaSalle Bank NA, - 7159 Corkland Drive – Jacksonville, Florida 32258 for the sum of One Hundred and Fifteen Thousand Two Hundred and Fifty Dollars and 84/100, Invoice # 01560416071.

This POSTED Certified Trust Accrual, #7003 1680 0007 3237 4144, which is part of the tax estimate regarding VIOLET A. HOOGHKIRK, is directed for use (priority) for the Republic (Article IV, Section IV of the original United States Constitution) in accord with public policy HJR-192, (discharge of the public debt.)

Mr. Henry M. Paulson, Jr. and Juan Carlos Mendez Torres, each Secretary-in-charge and/or Deputy-in-charge, are to take the Undersigned's acceptance (BA), this Article Seven receipt, in exchange for the tax exemption priority. This BONDED REGISTERED BILL OF EXCHANGE, in accord with HJR-192, Public Law 73-10 is hereby presented for the receiver to the Federal Window, for settlement, (EFT), which must be within the three (3) day Truth-in-Lending time (Reg. Z). The amount of the accepted draft is to be ledgered by claimant's financial institution, TT&L Department to the designated account and the discharge of this claim (Regulation Z). *Notice: The law relating to principle and agent applies.*

With this POSTED transaction the CHARGEBACK charges documented by the enclosed forms, for use by the Republic, is complete. The Return Receipt Notice and without a return of the Instrument to Drawer is acceptance of this Negotiable Instrument as an acknowledgement from the Secretary of the Treasury without dishonor.

This is a UCC-3 Assignment. **It is not for collection.** It is to be sent by CM through the bank as instructed to the Secretary, not to the US Treasury or to the Bureau of Public Debt. **This is not a US Treasury Security.**

By---------------------------------

Bailee, (authorized bank TTL agent)

*Violet A. Hooghkirk*

Violet A. Hooghkirk, Drawer-Secured Party

Pre-Paid - Preferred Stock
Priority - Exempt from Levy
*Negotiable Instrument Void where prohibited by law*

## Evidence "B-1e"

Calendar Number 56
Cook County JD #21762

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

ABN AMRO Mortgage Group, Inc.
                    PLAINTIFF

              Vs.

Violet Hooghkirk a/k/a Violet A. Hooghkirk a/k/a Violet        No. 05 CH 19333
Alberta Hooghkirk; et. al.

                    DEFENDANTS                                 Assoc. Judge Carolyn Quinn

                                                               OCT 1 9 2006

        JUDGMENT FOR FORECLOSURE AND SALE                      Circuit Court of Cook

THIS CAUSE having been duly heard by this Court upon the record herein on the merits of the
Complaint for Foreclosure filed by the Plaintiff and on Plaintiff's Motion for Entry of Judgment for
Foreclosure and Sale, hereinafter referred to as Judgment the Court

FINDS:

    (1) JURISDICTION. The Court has jurisdiction over the parties hereto and the subject matter
hereof.

    (2) ALLEGATIONS PROVEN. This Judgment is fully dispositive of the interest of all
defendants. All the material allegations of the Complaint filed pursuant to 735 ILCS 5/15-1504,
those allegations being both required and those deemed alleged by virtue of subsection (c), are
true and proven, that by entry of this Judgment for Foreclosure and Sale, the Mortgage and
Note which is the subject matter of these proceedings is extinguished and merged into
Judgment and default no longer exists, but has been replaced by Judgment, and that by virtue of
the Mortgage, and the evidences of indebtedness secured thereby alleged in the Complaint,
there is due to the Plaintiff, and it has a valid subsisting lien on the property described hereafter
for the following amounts:

| | |
|---|---|
| Principal, Accrued Interest and Advances by Plaintiff: | $111,004.84 |
| Costs of Suit: | $2,046.00 |
| Foreclosure Attorneys' Fees: | $1,275.00 |
| Contested Attorneys' Fees: | $925.00 |
| TOTAL | $115,250.84 |

1

Evidence "B-1e"

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> VIOLET A. HOOGHKIRK ©,
> SECURED PARTY
> C/o 772 BARNABY PLACE
> WHEELING, ILLINOIS [60090]

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV
2007 APR -9 PM 4: 38

UCU104/09/07:05:690S:
20.00 CK01
SOSIL 08:14    8866205 AS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 9166858 FS | |

| 2. | [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|
| 3. | [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
| 4. | [X] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9 |

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address: Give current record in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  [ ] DELETE name: Give record name to be deleted in item 6a or 6b.  [ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
OR
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ABN AMRO MORTGAGE GROUP INC. | | | |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7159 CORKLAND DRIVE | JACKSONVILLE | FL | 32258 | USA |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | DELAWARE CORPORATION | FLORIDA | 363744610 | [ ] NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [X] assigned.

IN ACCORDANCE WITH UCC 9-406 ASSIGNMENT IS HEREIN DESIGNATED IN THE AMOUNT OF $115,250.84 FROM THE UCC CONTRACT TRUST UNDER THE CONTROL OF THE UNDERSIGNED SECURED PARTY TO ASSIGNEE, ABN AMRO MORTGAGE GROUP INC., AND LASALLE BANK NA THROUGH A BILL OF EXCHANGE BONDED, IN ACCORDANCE WITH CFR 31 AT PART 203 TO BE PRESENTED TO THE CLAIMANT TO DISCHARGE THE CONTRACTED CLAIM.
- THE TOTAL VALUE RECEIVED BY THE CLAIMANTS, AND THE PRIOR AND SUPERIOR CLAIM/LIEN OF THE SECURED PARTY'S VESTED INTEREST CURRENTLY IN THE AMOUNT OF $400,058.38, IN FACT THE ORIGINAL CLAIM/LIEN AND FILING OF THE SECURED PARTY IS IDENTIFIED IN UCC FILING #9830847FS.
- IN ACCORDANCE WITH TITLE 28 USC 1746 (1) I, VIOLET A. HOOGHKIRK ©, SECURED PARTY, CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THIS UCC-3 AMENDMENT FILED WITH THE ILLINOIS, SECRETARY OF THE STATE IS A VALID AND TRUE ASSIGNMENT COPY OF THE ORIGINAL UCC FINANCING STATEMENT IDENTIFIED BY DOCUMENT NUMBER UCC 9166858 FS, ON OCTOBER 13, 2004 AND TO BE USED TO RELEASE COLLATERAL FOR THE ATTACHED BILL OF EXCHANGE IN THE AMOUNT STATED HEREIN FOR FUNDING THE DISCHARGE OF THE CLAIM.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment) If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
OR
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| HOOGHKIRK | VIOLET | ALBERTA | |

10. OPTIONAL FILER REFERENCE DATA

Secured Party: *Violet Alberta Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Evidence "B-1e"





Evidence "B-1e"





Evidence "B-1e"



# LISA MADIGAN

Illinois Attorney General
Consumer Fraud Bureau
500 South Second Street
Springfield, IL 62706
217-782-1090
1-800-243-0618 (Toll free in IL)
TTY: 1-877-844-5461
www.IllinoisAttorneyGeneral.gov

**Office Use Only**

CLMS: _____

AG: _____

Certified Mail Article No. 7005 1820 0000 1881 0551

Fill out the form online then print and mail or fax to the address/fax number on the support documents.

| | |
|---|---|
| **Name:** Mr., Mrs., Ms. (circle one) | **Name:** ABN AMRO Mortgage Group Inc., (Drawee) (Carol L. Tenyuk – Registered Agent) |
| **Violet A. Hooghkirk, Secured Party (Drawer)** | Tom Goldstein – President/Chief Financial Officer, and Thomas A. Rosiello Secretary/Registered Agent |
| **Address:** | **Address:** |
| **C/o 772 Barnaby Place** | **135 South LaSalle Street, Suite 925** |

| City: | State: | Zip code: | County: | City: | State: | Zip code: |
|---|---|---|---|---|---|---|
| **Wheeling** | **Illinois** | **[60090]** | **Cook** | **Chicago** | **Illinois** | **60603** |

**Your Telephone Number:**
Daytime ( 847 ) 520-7836
Evening ( )

**Your e-mail address (optional):**

**Are you a senior citizen?**
Yes [✓]  No [ ]

**Who referred you to this office?**

**Telephone** ( )
**Website:**

**Additional seller or provider of service involved in transaction:**
**Name:** LaSalle Bank NA (Norm Bobbin – Chief Executive Officer)
**Address:** 1355 W. Dundee Road

| City: | State: | Zip code: |
|---|---|---|
| Buffalo Grove | Illinois | 60089 |

**Telephone** ( )
**Website:**

Has this matter been submitted to another government agency, an arbitration service, or to an attorney? Yes [ ] No [✓]
If yes, please give name, address, telephone number #. _____
Is court action pending?  Yes [ ]  No [✓]

INFORMATION ABOUT THE TRANSACTION

**Date of Transaction:** November 19, 2004, and May 25, 2005 | **Did you sign a contract?** Yes [✓] No [ ] (If yes, please attach a copy) | **Date contract was signed:** November 19, 2004, and May 25, 2005

Was the product or service advertised? Yes [✓] No [ ] When? (Please attach a copy of the advertisement, if available)

**How was the service advertised?**
✓ • Newspaper/magazine
• • Radio advertisement
• • Television advertisement
• Internet advertisement
• • E-mail solicitation
• • Direct mail solicitation
• • Telephone solicitation
• Yellow pages of the telephone book
• • Facsimile solicitation
• Door-to-door solicitation
• Display at merchant's place of business
• Display at a trade show/convention, etc.
• • Other _____

Total Cost of product/service: $ **$97,775.77, and $6,187.40**

Amount paid to date/down payment: $ $97,775.77, and $6,187.40 (both now tendered)

Method of payment (check one) (Please attach a copy)
Cash[ ]  Check[ ]  Money Order[✓]  Credit Card[ ]  Debit Card[ ] Bank Draft[ ]
Wire Transfer[ ]  Automatic Debit[ ]  Other Bonded Registered Bill of Exchange

*If you paid with a credit card, have you contacted your credit card company to register a dispute?* Yes[ ] No[ ]

*(Under the Federal Fair Credit Billing Act, you have 60 days from the time that you receive your statement to dispute the charge.)*

Evidence "B-1f"

<table>
<tr><td>

**Where did the transaction take place?**
· • At my home
  • Over the telephone
✓ • By mail
  • Over the Internet
  • Trade show/convention/home show
  • At the firm's place of business
  • By facsimile
· • Other (please specify ) <u>money order, Bill of Exchange</u>
  • There was no transaction

</td><td>

Have you complained to the company or individual?
Yes ☑    No ☐

If yes, provide name and phone number of the individual(s):
**(SEE ATTACHED) LIST OF THE PARTIES AT INTEREST**
_____

_____

_____

</td></tr>
</table>

| FOR COMPLAINTS REGARDING MOTOR VEHICLES, PLEASE COMPLETE THIS BOX: | | | | |
|---|---|---|---|---|
| Make: | Model: | Year: | New:  Yes ☐  No ☐ | As-Is:  Yes ☐  No ☐ |
| Warranty:  Yes ☐  No ☐ Expiration Date: | Name of Extended Warranty: | Purchase Date: | Current Mileage: | Mileage at Purchase: |

Briefly describe the transaction and your complaint. You may use additional sheets if necessary. **Please attach copies of all contracts, letters, receipts, cancelled checks (front and back), advertisements, or any other documents that relate to your complaint. PLEASE DO NOT SEND ORIGINALS.**

- The Secured Party herein submitted a money order, Bonded Registered Bill of Exchange (now tendered) to ABN AMRO/LaSalle Bank NA with processing instructions, a Letter of Advice dated November 19, 2004, May 25, 2005, updated June 5, 2006, and June 6, 2006, instructing ABN AMRO/LaSalle Bank NA to process each negotiable instrument through their bank's Treasury Tax and Loan Account (TTL), to debit the depositor's UCC Contract Trust account. See Attached (a communication from the "Department of the Treasury Financial Management Service" dated December 20, 2006) regarding the (TTL) procedure. This transaction is in accordance with Administrative Procedures Act at 5 USC 706, and acknowledgement has been received from Henry M. Paulson, Jr. and Mr. Juan Carlos Mendez Torres – Trustees, without dishonor. Notice of Pre-authorized Transfer by the Drawer, Secured Party is on file with the UCC Contract Trust office. The Employees at ABN AMRO/LaSalle Bank NA and/or agents/officers were to adjust this account dollar for dollar in accordance with Public Policy within the required three (3) day period, Reg. Z-Truth in Lending, 15 USC and 12 CFR 226.1 et. Seq. and release the Order/Property to the Secured Party immediately thereafter. The Drawer did not receive any rejected response with full disclosure from any of the employees at ABN AMRO/LaSalle Bank NA who were in receipt of the Bills of Exchange within the required seventy-two (72) hours. ABN AMRO/LaSalle Bank NA are now in fact mandated under Hallenbeck v. Leimert, 295 US 116, 122 (1935), to be held personally liable for the claim under the Erie and Clearfield Doctrines.

- When such Negotiable Instruments are tendered to the UCC Contract Trust through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments. See Attached (communication response from the Department of Treasury – Executive Secretary Office – La Tanya Y. Wilson, Review Analyst – Office of Correspondence, referenced a Bill of Exchange) Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose.

- The Secured Party is holder of a Certified Personal and Numbered UCC Contract Trust, at the Analysis and Control Division of the IRS, and holds a SILVER SURETY BOND in accordance with UCC 8-511(b) and in accordance with 31 CFR Part 203, and is authorized to discharge claims presented. The document the Secured Party (Drawer) presented is a class of negotiable instrument identified in Witkin-Negotiable Instruments, Vol. III, and The Negotiable Instruments Act as a Bill of Acceptance Time Draft.

- The Secured Party, has repeatedly offered assistance to ABN AMRO/LaSalle Bank NA with a Banker's compiled Manual "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" in processing the Bills of Exchange under administrative law. This is described in an Eleven (11) step, 6-page process titled SPECIAL BANKING SERVICES: (See Attached) page six (6) of "Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents."

What form of relief are you seeking?  (E.g. exchange, repair, money back, product delivery, etc.)
For ABN AMRO/LaSalle Bank NA to process each negotiable instruments through their banks (TTL) Account as instructed and settle the account

**READ THE FOLLOWING BEFORE SIGNING BELOW:**
In filing this complaint, I understand that the Attorney General is not my private attorney, but rather enforces laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or the person the complaint is directed against, unless box checked below. The above complaint is true and accurate to the best of my knowledge.

Signature: _Violet A. Houghbird_                    Date: _March 31, 2007_

♥ • Check here if you only want to notify our <u>office</u> of your concerns and do not want a mediation process initiated.

**Please print and send the completed form to the address at the top of this complaint form. Incomplete forms may be returned.**

Evidence "B-1f"

Parties at interest

    Tom Goldstein – President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
        7159 Corkland Drive - Jacksonville, Florida 32258

    Thomas A. Rosiello – Secretary/Registered Agent - ABN AMRO Mortgage Group, Inc
        135 South LaSalle Street – Chicago, Illinois 60603

    Carol L. Tenyak – Registered Agent – ABN AMRO Mortgage Group, Inc
        135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603

    <u>Tim Nuss</u> - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison –
        Chicago, Illinois 60661-6400 - (no longer w/company or can't find)

    Colleen Riddell - Loan Administration - Special Services Dept. ABN AMRO Mortgage
        2600 West Big Beaver Road - Troy, Michigan 48084-3318

    Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc.
        135 S. LaSalle Street - Chicago, Illinois 60603-0135

    Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. –
        7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.

    Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc.
        7159 Corkland Drive - Jacksonville, Florida 32258

    Damien Bazan – Collections Department – ABN AMRO Mortgage Group, Inc.
        4242 N. Harlem Avenue - Norridge, Illinois 60706-1204

    Customer Service - Manager - ABN AMRO Mortgage Group, Inc
        2600 W. Big Beaver Road - Troy, Michigan 48084-3326

    Merilyn Rogers · · Customer Relations - ABN AMRO Mortgage Group, Inc.
        7159 Corklan Drive - Jacksonville, Florida 32258

    Isolene B. Jones - Loan Admin/Litigation - ABN AMRO Mortgage Group, Inc.
        7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.


    Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
        1355 W. Dundee – Buffalo Grove, Illinois 60089

    John Purtell - Manager - LaSalle Bank NA –
        135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144

    Michael Jinga - Manager - LaSalle Bank NA –
        4747 W. Irving Park Road - Chicago, Illinois 60641

    Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
        4747 W. Irving Park Road - Chicago, Illinois 60641

Evidence "B-1f"



# LISA MADIGAN

Illinois Attorney General
Consumer Fraud Bureau
500 South Second Street
Springfield, IL 62706
217-782-1090
1-800-243-0618 (Toll free in IL)
TTY: 1-877-844-5461
www.IllinoisAttorneyGeneral.gov

| Office Use Only | |
|---|---|
| CLMS: | _____ |
| AG: | _____ |

Certified Mail Article No. 7005 1820 0000 1881 0568

Fill out the form entirely and copies and mail with copies of the original signed (ASAP) supporting documents

| | |
|---|---|
| Name: Mr., Mrs., Ms. (circle one) <br><br> **Violet A. Hooghkirk, Secured Party (Drawer)** | Name: Chelsea Cove Condominium Association Inc. (Drawee) <br> **David Cantwell – President, Registered Agent** |
| Address: <br><br> **C/o 772 Barnaby Place** | Address: <br><br> **624 Bridgeport** |
| City: **Wheeling**   State: **Illinois**   Zip code: **[60090]**   County: **Cook** | City: **Wheeling**   State: **Illinois**   Zip code: **60090** |
| **Your Telephone Number:** <br> Daytime ( 847 ) 520-7836 <br> Evening ( ) | Telephone ( ) <br> Website: |
| **Your e-mail address (optional):** | **Additional seller or provider of service involved in transaction:** <br> Name: Chelsea Cove Condominium Association Inc. (Jeffrey Meyers – Secretary, Registered Agent) |
| | Address: **775 Barnaby Place** |
| **Are you a senior citizen?** <br> Yes ☑   No ☐ | City: **Wheeling,**   State: **Illinois**   Zip code: **60090** |
| **Who referred you to this office?** | Telephone ( ) <br> Website: |

Has this matter been submitted to another government agency, an arbitration service, or to an attorney? Yes ☐ No ☑
If yes, please give name, address, telephone number #. _____
Is court action pending?   Yes ☐   No ☑

## INFORMATION ABOUT THE TRANSACTION

| Date of Transaction: <br> January 3, 2006 (2) , and January 11, 2007 | Did you sign a contract?   Yes ☑ No ☐ <br> (If yes, please attach a copy) | Date contract was signed: <br> Certified Mail Article No. 7005 1820 0000 1881 0568 |
|---|---|---|

Was the product or service advertised? Yes ☑ No ☐ When?          (Please attach a copy of the advertisement, if available)

**How was the service advertised?**
✓ • Newspaper/magazine
• • Radio advertisement
• • Television advertisement
• Internet advertisement
• • E-mail solicitation
• • Direct mail solicitation
• • Telephone solicitation
• Yellow pages of the telephone book
• • Facsimile solicitation
• Door-to-door solicitation
• Display at merchant's place of business
• Display at a trade show/convention, etc.
• • Other _____

Total Cost of product/service: $ **$2,293.00, $2,625.36, and $2,629.68**

**$2,293.00, $2,625.36, and $2,629.68 (each now tendered)**
Amount paid to date/down payment: $ _____

Method of payment (check one) (Please attach a copy)
Cash☐   Check☐   Money Order☑   Credit Card☐   Debit Card☐   Bank Draft☐
Wire Transfer☐   Automatic Debit☐   Other **Bonded Registered Bill of Exchange**

*If you paid with a credit card, have you contacted your credit card company to register a dispute?*   Yes☐   No☐

*(Under the Federal Fair Credit Billing Act, you have 60 days from the time that you receive your statement to dispute the charge.)*

## Evidence "B-1g"

| Where did the transaction take place?<br>· * At my home<br>* Over the telephone<br>✓ * By mail<br>* Over the Internet<br>* Trade show/convention/home show<br>* At the firm's place of business<br>* By facsimile<br>· * Other (please specify) money order, Bill of Exchange<br>* There was no transaction | Have you complained to the company or individual?<br>Yes ☑    No ☐<br><br>If yes, provide name and phone number of the individual(s):<br>(SEE ATTACHED) LIST OF THE PARTIES AT INTEREST |
| --- | --- |

### FOR COMPLAINTS REGARDING MOTOR VEHICLES, PLEASE COMPLETE THIS BOX:

| Make: | Model: | Year: | New:  Yes☐ No☐    As-Is:  Yes☐ No☐ |
| --- | --- | --- | --- |
| Warranty:  Yes☐ No☐<br>Expiration Date: | Name of Extended Warranty: | Purchase Date: | Current Mileage:    Mileage at Purchase: |

Briefly describe the transaction and your complaint. You may use additional sheets if necessary. **Please attach copies of all contracts, letters, receipts, cancelled checks (front and back), advertisements, or any other documents that relate to your complaint. PLEASE DO NOT SEND ORIGINALS.**

- The Secured Party herein submitted a money order, Bonded Registered Bill of Exchange (now tendered) to Chelsea Cove Condominium Association (Drawee) with processing instructions, a Letter of Advice dated January 17, 2006, February 13, 2006, and January 29, 2007, instructing Chelsea Cove Condominium Association to process each negotiable instrument through their bank's Treasury Tax and Loan Account (TTL), to debit the depositor's UCC Contract Trust account. See Attached (a communication from the "Department of the Treasury Financial Management Service" dated December 20, 2006) regarding the (TTL) procedure. This transaction is in accordance with the Administrative Procedures Act at 5 USC 706, and acknowledgement has been received from Henry M. Paulson, Jr. and Mr. Juan Carlos Mendez Torres – Trustees, without dishonor. Notice of Pre-authorized Transfer by the Drawer, Secured Party is on file with the UCC Contract Trust office. The Employees at Chelsea Cove Condominium Association and/or agents/ officers were to adjust this account dollar for dollar in accordance with Public Policy within the required three (3) day period, Reg. Z-Truth in Lending, 15 USC and 12 CFR 226.1 et. Seq. and release the Order/Property to the Secured Party immediately thereafter. Chelsea Cove Condominium Association had seventy-two (72) hours to dishonor with full disclosure of the Bills of Exchange as instructed. The Drawer did not receive any rejected response with full disclosure from any of the employees at Chelsea Cove Condominium Association who were in receipt of the Bills of Exchange within the required seventy-two (72) hours. ABN AMRO/LaSalle Bank NA are now in fact mandated under Hallenbeck v. Leimert, 295 US 116, 122 (1935), to be held personally liable for the claim under the Erie and Clearfield Doctrines.

- When such Negotiable Instruments are tendered to the UCC Contract Trust through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments, See Attached (communication response from the Department of Treasury – Executive Secretary Office – La Tanya Y. Wilson, Analyst – Office of Correspondence, referenced a Bill of Exchange) Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose.

- The Secured Party is holder of a Certified Personal and Numbered UCC Contract Trust, at the Analysis and Control Division of the IRS, and holds a SILVER SURETY BOND in accordance with UCC 8-511(b) and in accordance with 31 CFR Part 203, and is authorized to discharge claims presented. The document the Secured Party (Drawer) presented is a class of negotiable instrument identified in Witkin-Negotiable Instruments, Vol. 111, and The Negotiable Instruments Act as a Bill of Acceptance Time Draft.

- The Secured Party, has repeatedly offered assistance to Chelsea Cove Condominium Association with a Banker's compiled Manual "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" in processing the Bills of Exchange under administrative law. This is described in an Eleven (11) step, 6-page process titled SPECIAL BANKING SERVICES: (See Attached) page six (6) of "Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents."

What form of relief are you seeking? (E.g. exchange, repair, money back, product delivery, etc.)
For Chelsea Cove Condominium Association to process each negotiable instruments through their banks (TTL) Account as instructed and settle the account

### READ THE FOLLOWING BEFORE SIGNING BELOW:

In filing this complaint, I understand that the Attorney General is not my private attorney, but rather enforces laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or the person the complaint is directed against, unless box checked below. The above complaint is true and accurate to the best of my knowledge.

Signature: *Violet A. Houghkirk*          Date: 3-31-07

▼ * Check here if you only want to notify our <u>office</u> of your concerns and do not want a mediation process initiated.

**Please print and send the completed form to the address at the top of this complaint form. Incomplete forms may be returned.**

Evidence "B-1g"



Parties at interest

David Cantwell – President - Chelsea Cove Condominium Assoc.
624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium Assoc. –
775 Barnaby Place - Wheeling, Illinois 60090

Evidence "B-1g"

# facsimile
## TRANSMITTAL

**to:**    ABM AMRO Mortgage Group, Inc.
        Attn: Shaun, Supervisor, and
        Stan Rhoads, Bank Manager

**fax #:**  904-288-5063

**re:**    Actual and Constructive Notice, Non Negotiable – Acceptance for Value,
        including, Related points and Authorities, and claim stamped Accepted for
        Value
        Registered Bill of Exchange in Accord with HJR-192 Not Subject to
        Negotiability,
        Silver Surety Bond

**date:**    March 6, 2005

**pages:**  Sixteen Number (16 pgs) of pages including this page.

*Violet A. Hooghkirk, Secured Party*
*C/o 772 Barnaby Place*
*Wheeling, Illinois [60090]*

Evidence "C-1"

```
                        *********************
                        *** TX REPORT    ***
                        *********************


        TRANSMISSION OK

        TX/RX NO              1244
        CONNECTION TEL.              19042885083
        SUBADDRESS
        CONNECTION ID
        ST. TIME             03/07 14:07
        USAGE T              05'25
        PGS. SENT              16
        RESULT               OK
```

Evidence "C-1"

**Violet A. Hooghkirk,**
**Secured Party – Creditor**

Certified Mail Article No: 7003 2360 0007 6575 1606
Fax No: 904-288-5063

ABM AMRO Mortgage Group, Inc.                    Violet A. Hooghkirk, Secured Party
Attn: Shaun, Supervisor, and                     c/o 772 Barnaby Place
Stan Rhoads, Bank Manager                        Wheeling, Illinois [60090]
7159 Corklan Drive
Jacksonville, Florida 32258

Re: Actual and Constructive Notice, Non Negotiable – Acceptance for Value, including
    Related points and Authorities, and claim stamped Accepted for Value,
    Bonded Registered Bill of Exchange in Accord with HJR-192 Not Subject to Negotiability,
    Silver Surety Bond.

Dear Shaun, Stan Rhoads, Bank Manager                    February 10, 2005

        Shaun, you had explained to me that you would look in this transaction matter and take
this to the right department for processing.

        Am sending you the materials on what we had discussed on the phone, just a recap of
what we had spoken about, and that is, I was asking regarding the above commercial matter
and why your agency has not taken the steps to process this transaction above commercial
matter through your TTL account (see attachments) on Actual and Constructive Notice, Non
Negotiable – Acceptance for Value, including, Related points and Authorities, and I sent the
Bonded Registered Bill of Exchange in Accord with HJR-192 Not Subject to Negotiability to
the Secretary of the Treasury, and the Claim amount stamped. It appears the Treasury has
accepted all transactions in this matter on there end without dishonor. (See attachments).

        I am sending you my Silver Surety Bond so your agency can use and needed to put up
for the collateral for the processing through your TTL account of this transaction on the Actual
and Constructive Notice, Non Negotiable - Acceptance for Value, and According to the
Secretary of Treasury under Title 31 CFR 203 the Silver Surety Bond is Legal Tender, and
Title 31 Sub Title IV Chapter 51 Sub Chapter 1 Section 5103,

        Please take notice that on November 19th, 2004 I sent out an Actual and Constructive
Notice, Non Negotiable – Acceptance for Value, including Related points and Authorities, and
the claim stamped Accepted for Value to: ABM AMRO Mortgage Group, Inc – 540 West
Madison – Chicago, Illinois 60661-6400, Certified Mail Article No: 7004 1350 0002 0399
5411, green signed and excepted without dishonor, a Mary Miller who I had spoken to
regarding this commercial matter above.

1 of - 15

Evidence "C-1a"

I am also sending to you and including and please take notice that the Bonded Registered Bill of Exchange in Accord with HJR-192 Not Subject to Negotiability to: Mr. John W. Snow, Secretary, Department of the Treasury – 1500 Pennsylvania Ave. NW – Washington, DC 20220, Certified Mail Article No: 7004 1350 0002 0399 5398, green card signed and excepted without dishonor.

Shaun, and Stan Rhoads, by receiving and accepting this letter/ fax you are now acknowledging that your agency did in fact receive the above Regarding Commercial Matter. You and ABM AMRO Mortgage Group, Inc have ten (10) days to respond to this Letter/ Fax and Process this transaction on the Actual and Constructive Notice, Non Negotiable. Acceptance for Value accordingly as instructed, If not, by dishonoring the instructed transaction correspondence that all materials will be presented before the **Treasury Data Integrity Board Directive 25-06**. Failure to comply pursuant to the Truth in Lending Act will negate all remedies for claimant. Any third Party compelled to serve will make claimant liable for civil and criminal prosecution in accordance with the Erie and Clearfield Doctrines.

Dale Hart, at the CSB/IRS SP Handling Office – 5000 Ellin Road – Lanham, Maryland 20706, will be awaiting the for the transaction to go through at your banks TTL Account, and;

Robert Cloonan, at the IRS – P.O. Box 245 – Bensalem, Pennsylvania 19030, awaiting for the transaction to go through at your banks TTL Account.

Thank you for your attention in this matter, I will be waiting for a positive response from you or your agency regarding the above commercial transaction matter. Please feel free to contact me if you need anything. Again thank you for your time.

Sincerely yours
By the Seal of,

*Violet A. Hooghkirk*
Violet A. Hooghkirk © Secured Party Creditor

Cc: Dale Hart – CSB/IRS SP Handling Office – 5000 Ellin Road – Lanham, Maryland 20706
    Robert Cloonan – IRS – P.O. Box 245 – Bensalem, Pennsylvania 19030
    Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    William G. Holland Auditor General – 740 E. Ash St. – Springfield, Illinois 62703

2- 15

Certified Mail Article No. 7005 0390 0004 2805 0537
Certified Mail Article No. 7004 2510 0005 3325 1093

# Violet A. Hooghkirk

c/o 772 Barnaby Place – Wheeling, Illinois [60090]

Attn: Elena L. Enescu, Legal Administrative Assistant                    June 29, 2005
ABN-AMRO Mortgage Group, Inc.
135 S. LaSalle Street – Chicago, Illinois 60603-0135          Re: the Bill of Exchange

Dear Ms. Enescu,

I am in receipt of sufficient responses presented from ABN-AMRO Mortgage Group, Inc. to determine that they have clear intentions of attempting to reject this valid negotiable instrument that satisfied the entire original claim. Furthermore, it is also clear that ABN-AMRO has concluded this lawful, valid negotiable instrument is somehow breaking some law. Yet no such law has been cited. The very format of the negotiable instrument makes it clear that this instrument is "Void Where Prohibited by Law." Therefore, the attempted rejection by recipient is in blatant violation of banking regulations and the high court in that when such a document is dishonored written notice must be sent within 24 hours to the presenter with full explanation and disclosure for the concern or the rejection. See Hallenbech vs. Leimert 295 U.S. 116. No such Notice was postmarked and mailed to the Drawer in the time required by law.

The Bill of Exchange document is a class identified in Witkin – Negotiable Instruments, Vol. III as a legal and lawful negotiable instrument for processing through the bank. The UCC, FBC, CBC and the courts require the recipient and the bank to process the negotiable instrument. Your rejection appears to be an attempt to impose conditions and restrictions that under law do not apply to this instrument. You have provided the issuer no supporting verification or reason whatsoever for your unsubstantiated conclusion and actions even though the request for such verification was included in original documents you received.

Bills of Exchange are used widely between countries, government agencies, corporations, and individuals. The Bill of Exchange you rejected was drawn on the issuer's Personal and Numbered UCC Contract Trust. It is on file with the Analysis and Control Division of the IRS. That is a fact clearly stated in the Letter of Advice, on the Bill of Exchange. Therefore, any conclusion that his presentment is invalid or is not legal tender is misread and misstated.

In contrast, the issuer's Bill of Exchange (Bill of Acceptance – Time Draft) must be presented to the Drawee – Mr. John W. Snow, Trustee, by your bank for disposition to the UCC Contract Trust at the IRS through their Technical Support Division. Only Mr. Snow can lawfully claim validity and/or negotiability, not you.

*Corporate ethical principles and adherence to regulations are now being monitored by the Corporate Fraud Task Force (CFTF). Therefore, I am directing the issuer to prepare a full report with all details and evidence for presentment to Deputy District Attorney James B. Comey, Chairman of the CFTF set up by President George W. Bush, with all the pertinent facts and documentation exposing your actions.* You are well acquainted with the details your agency is required to provide under the Federal Truth in Lending Regulations. The issuer was entitled to full-disclosure in this matter within 24 hours. You have delayed and failed in your corporate responsibility as a fiduciary violating and damaging interests and rights of the issuer. These are actions upon which the President of the United States and Congress are focusing. CFTF is to monitor to see that such actions are in compliance with existing laws, rules, and regulations and CEO's as well as subordinates are to be accountable and held fully responsible. Consequential prosecution and economic punishment can follow.

I have access to a substantial library of lawful documentation asserting that both the instrument and its instructions you disregarded are valid, lawful and legal. The documentation is clear. This instrument is fully negotiable when it has been properly and correctly processed, signed, mailed and received by the identified Drawee (Acceptor) – The Secretary of the Treasury, Mr. John W. Snow. This negotiable instrument is valid and the process works when followed correctly.

According to the FBC Regulations and *stare decisis* you cannot lawfully reject this instrument. It appears that you have attempted in this instance to unlawfully and illegally usurp the authority that only resides in the Secretary of the Treasury. Federal Regulations and the Courts identify such actions as

Evidence "C-1b"

FRAUD. You are required to process all negotiable instruments not selectively nor arbitrarily.

You have obstructed proper processing. The CBC, UCC and FBC assert that you can and are to be held responsible for the full face value of the document. By such an unlawful act it is clear that you now must bear the full financial responsibility yourself from which the Undersigned has been damaged. The Secured Party has the right and authority to have this obligation processed and lawfully discharged. Your agency must be accurate, trustworthy and honest in all your dealings as part of the good faith principle.

Let it be noted that the issuer has already had IRS tax claims processed and discharged through this very same UCC Contract Trust process. To his knowledge not one of these instruments has been dishonored by The Secretary of Treasury, (currently, Mr. John W. Snow).

I direct your attention to numerous references in the Federal Reserve System, Bank Examiner's manuals, the Department of the Treasury approved manuals, Commercial Banking Codes including, but not limited to UCC 3-104(c), Witkin – Negotiable Instruments, Vol. 3, (including the 2001 Supplement) and Spencer v. Sterling Bank, 63 Cal Ap. 4th 1055 and Guaranty Trust Co. of NY v. Henwood et al, 59 S. Ct. 847. The fact is that a number of financial institutions now process these valid documents.

Now, in regard to the instrument presented. The instructions were clearly defined on the cover letter of advice in accord with the UCC, CBC Regulations and court directed stipulations for processing this specific type of negotiable instrument. See the ruling of the courts, specific sections of the UCC Article 3 and Witkin 2001 Supplement on Negotiable Instruments, Vol. 3 (the National Standard for negotiable instruments). In December of 2002 Judge Mark in a U.S. Bankruptcy Court in Florida stated that the Bill of Exchange must be processed as instructed in the Letter of Advice. Homecomings Financial's claim was dismissed and the judge declared they must process the document as instructed. A Florida state judge recently made a similar ruling dismissing an action by a mortgage lender attempting to sell real property in foreclosure. The judge noted the mortgage lender had received valid funds. Now a judge in California has ruled that the Bill of Exchange in accordance with the UCC and Witkin – Negotiable Instruments, Vol. III is the same as a check.

I am certain you must be aware of the U.S. Supreme Court decisions in Guaranty Trust Co. of New York v. Henwood, etal with Chemical Bank & Trust Co. v. Same, Nos. 384, 485 [307 U.S. 251], "Analysis of the terms of the Resolution (FN3) discloses first, the Congress declared certain types of contractual provisions against public policy in terms so broad as to include then existing contracts, as well as those hereafter to be made [307 U.S. 252]. In addition, future use of such proscribed provisions was expressly prohibited, whether actually contained in an obligation payable in money of the United States or separately 'made with respect thereto.' This proscription embraced 'every provision' purporting to give an obligee a right to require payment in (1) gold; (2) a particular kind of coin or currency of the United States money measured by gold or a particular kind of United States coin or currency."

"Having thus unmistakably stamped illegality upon both outstanding and future contractual provisions designed to require payment by debtors in a frozen money value rather than in a dollar of legal tender current at date of payment, Congress—apparently to obviate any possible misunderstanding as to the breadth of its objective—added, with studied precision, a catchall second sentence sweeping 'every obligation', existing or future, payable in money of the United States,' irrespective [307 U.S. 253] of 'whether or not such provision is contained.'"

**"Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained in or made with respect thereto, shall be discharged upon payment…in any coin or currency which at the time of payment is legal tender for public and private debts." (HJR-192)**

I am certain Mr. Comey and the President's CFTF will be very interested in examining the evidence of the actions of your office. The proper, lawful; and correct action would have been to send the documents as directed in the Letter of Advice to Mr. John W. Snow, seeing to it that he received them since the Secretary of Treasury is the only authorized and lawful individual to make this decision. Instead you disregarded that opportunity. Now you will see what the CFTF has to say.

Sincerely,

*Violet A. Hooghkirk*

Violet A. Hooghkirk – Secured Party

Cc: James B. Comey, Director – President's Corporate Fraud Task Force – Washington, D.C. 20530

Evidence "C-1b"

Certified Mail Article No. 7005 0390 0004 2805 0582
Certified Mail Article No. 7005 0390 0004 2805 0605

# Violet A. Hooghkirk

c/o 772 Barnaby Place – Wheeling, Illinois [60090]

Attn: Gerard Arpey, Chief Executive Officer                July 15, 2005
ABN AMRO Mortgage Group, Inc.
135 S. LaSalle Street – Chicago, Illinois 60603-9135   Re: Violet A. Hooghkirk and the Bill of Exchange

Dear Mr. Arpey,

I am in receipt of sufficient responses from ABN AMRO Mortgage Group, Inc. to determine that they have clear intentions of attempting to reject this valid negotiable instrument that satisfied the entire original claim. Furthermore, the implication is also clear that you have concluded this lawful, valid negotiable instrument is somehow breaking some law. Yet no such law has been cited. The very format of the negotiable instrument makes it clear that this instrument is "Void Where Prohibited by Law." Therefore, the attempted rejection by recipient is in blatant violation of banking regulations and the high court in that when such a document is dishonored written notice must be sent within 24 hours to the presenter with full explanation and disclosure for the concern or the rejection. See Hallenbech vs. Leimert 295 U.S. 116. No such Notice was postmarked and mailed to the Drawer in the time required by law.

The Bill of Exchange document is a class identified in Witkin – Negotiable Instruments, Vol. III as a legal and lawful negotiable instrument for processing through the bank. The UCC, FBC, CBC and the courts require the recipient and the bank to process the negotiable instrument. Your rejection appears to be an attempt to impose conditions and restrictions that under law do not apply to this instrument. You have provided the issuer no supporting verification or reason whatsoever for your unsubstantiated conclusion and actions even though the request for such verification was included in original documents you received.

Bills of Exchange are used widely between countries, government agencies, corporations, and individuals. The Bill of Exchange you rejected was drawn on the issuer's Personal and Numbered UCC Contract Trust. It is on file with the Analysis and Control Division of the IRS. That is a fact clearly stated in the Letter of Advice, on the Bill of Exchange. Therefore, any conclusion that his presentment is invalid or is not legal tender is misread and misstated.

In contrast, the issuer's Bill of Exchange (Bill of Acceptance – Time Draft) must be presented to the Drawee – Mr. John W. Snow, Trustee, by your bank for disposition to the UCC Contract Trust at the IRS through their Technical Support Division. Only Mr. Snow can lawfully claim validity and/or negotiability, not you.

*Corporate ethical principles and adherence to regulations are now being monitored by the Corporate Fraud Task Force (CFTF). Therefore, I am directing the issuer to prepare a full report with all details and evidence for presentment to Deputy District Attorney James B. Comey, Chairman of the CFTF set up by President George W. Bush, with all the pertinent facts and documentation exposing your actions.* You are well acquainted with the details your agency is required to provide under the Federal Truth in Lending Regulations. The issuer was entitled to full-disclosure in this matter within 24 hours. You have delayed and failed in your corporate responsibility as a fiduciary violating and damaging interests and rights of the issuer. These are actions upon which the President of the United States and Congress are focusing. CFTF is to monitor to see that such actions are in compliance with existing laws, rules, and regulations and CEO's as well as subordinates are to be accountable and held fully responsible. Consequential prosecution and economic punishment can follow.

I have access to a substantial library of lawful documentation asserting that both the instrument and its instructions you disregarded are valid, lawful and legal. The documentation is clear. This instrument is fully negotiable when it has been properly and correctly processed, signed, mailed and received by the identified Drawee (Acceptor) – The Secretary of the Treasury, Mr. John W. Snow. This negotiable instrument is valid and the process works when followed correctly.

According to the FBC Regulations and *stare decisis* you cannot lawfully reject this instrument. It appears that you have attempted in this instance to unlawfully and illegally usurp the authority that only resides in the Secretary of the Treasury. Federal Regulations and the Courts identify such actions as

Evidence "C-1c"


FRAUD. You are required to process all negotiable instruments not selectively nor arbitrarily.

You have obstructed proper processing. The CBC, UCC and FBC assert that you can and are to be held responsible for the full face value of the document. By such an unlawful act it is clear that you now must bear the full financial responsibility yourself from which the Undersigned has been damaged. The Secured Party has the right and authority to have this obligation processed and lawfully discharged. Your agency must be accurate, trustworthy and honest in all your dealings as part of the good faith principle.

Let it be noted that the issuer had already had IRS tax claims processed and discharged through this very same UCC Contract Trust process. To his knowledge not one of these instruments has been dishonored by The Secretary of Treasury, (currently, Mr. John W. Snow).

I direct your attention to numerous references in the Federal Reserve System, Bank Examiner's manuals, the Department of the Treasury approved manuals, Commercial Banking Codes including, but not limited to UCC 3-104(c), Witkin – Negotiable Instruments, Vol. 3, (including the 2001 Supplement) and Spencer v. Sterling Bank, 63 Cal Ap. 4th 1055 and Guaranty Trust Co. of NY v. Henwood et al, 59 S. Ct. 847. The fact is that a number of financial institutions now process these valid documents.

Now, in regard to the instrument presented. The instructions were clearly defined on the cover letter of advice in accord with the UCC, CBC Regulations and court directed stipulations for processing this specific type of negotiable instrument. See the ruling of the courts, specific sections of the UCC Article 3 and Witkin 2001 Supplement on Negotiable Instruments, Vol. 3 (the National Standard for negotiable instruments). In December of 2002 Judge Mark in a U.S. Bankruptcy Court in Florida stated that the Bill of Exchange must be processed as instructed in the Letter of Advice. Homecomings Financial's claim was dismissed and the judge declared they must process the document as instructed. A Florida state judge recently made a similar ruling dismissing an action by a mortgage lender attempting to sell real property in foreclosure. The judge noted the mortgage lender had received valid funds. Now a judge in California has ruled that the Bill of Exchange in accordance with the UCC and Witkin – Negotiable Instruments, Vol. III is the same as a check.

I am certain you must be aware of the U.S. Supreme Court decisions in Guaranty Trust Co. of New York v. Henwood, et al with Chemical Bank & Trust Co. v. Same, Nos. 384, 485 [307 U.S. 251], "Analysis of the terms of the Resolution (FN3) discloses first, the Congress declared certain types of contractual provisions against public policy in terms so broad as to include then existing contracts, as well as those hereafter to be made [307 U.S. 252]. In addition, future use of such proscribed provisions was expressly prohibited, whether actually contained in an obligation payable in money of the United States or separately 'made with respect thereto.' This proscription embraced 'every provision' purporting to give an obligee a right to require payment in (1) gold; (2) a particular kind of coin or currency of the United States money measured by gold or a particular kind of United States coin or currency."

"Having thus unmistakably stamped illegality upon both outstanding and future contractual provisions designed to require payment by debtors in a frozen money value rather than in a dollar of legal tender current at date of payment, Congress—apparently to obviate any possible misunderstanding as to the breadth of its objective—added, with studied precision, a catchall second sentence sweeping 'every obligation', existing or future, payable in money of the United States,' irrespective [307 U.S. 253] of 'whether or not such provision is contained.'"

**"Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained in or made with respect thereto, shall be discharged upon payment...in any coin or currency which at the time of payment is legal tender for public and private debts." (HJR-192)**

I am certain Mr. Comey and the President's CFTF will be very interested in examining the evidence of the actions of your office. The proper, lawful, and correct action would have been to send the documents as directed in the Letter of Advice to Mr. John W. Snow, seeing to it that he received them since the Secretary of Treasury is the only authorized and lawful individual to make this decision. Instead you disregarded that opportunity. Now you will see what the CFTF has to say.

Sincerely,

*Violet A. Hooghkirk*

Violet A. Hooghkirk – Secured Party

Cc: James B. Comey, Director – President's Corporate Fraud Task Force – Washington, D.C. 20530

Evidence "C-1c"

Certified Mail Article No. 7004 2510 0005 3325 1062

## Violet A. Hooghkirk
### C/o 772 Barnaby Place |60090|

Attn: Damien Bazan                                      September 18, 2005
Loan Administration/ Collections Department
4242 North Harlem Ave.
Norridge, Illinois 60706-120          Re: Bonded Registered Bill of Exchange

Dear Damien Bazan, and Loan Administration agents

    I am in receipt of your letter dated September 12, 2005 allegedly replying to a letter you claim was sent to you previously. It is clear you are questioning the validity of the action that has been taken by the Secured Party to discharge the claim your office has presented to the "Debtor." This is Actual and Constructive Notice that the Undersigned has filed a UCC claim with the Secretary of State and the claim from your office has been discharged with a Bonded Registered Bill of Exchange through the Secretary of the Treasury and the UCC Contract Trust at the IRS. Frankly, I am puzzled by your allegations that appear to contradict the recent Court Order signed by Judge William C. Johnson, Jr. December 27, 2002 in Volusia County 2001-31518-CICl. And, more recently, the jury decision in the Superior Court of California, County of Tulare in the case of Al Jenan over Bank of Sierra.

    August 30, 2002 in the case f U.S. vs. Jerry Williamson, W-91-CR-38(6) the USDC Waco, Texas Judge Walter S. Smith, Jr., granted full acceptance of the Bill of Exchange drawn on Williamson's UCC Contract Trust. The legal and lawful instructions in the Bonded Registered Bill of Exchange presented to and honored by the Secretary of the Treasury have now been approved by both state and federal courts in various states including California. The IRS received the Actual and Constructive Notice regarding that action and process in regard to the Undersigned's presentment.

    The document the Undersigned presented is a class of negotiable instrument identified in Witkin-Negotiable Instruments, Vol. 3 as a Bill of Acceptance Time Draft. This document was legally and lawfully presented for processing not as an instrument for collection with the Bureau of Public Debt, but to be processed through the UCC Contract Trust at the Internal Revenue Service.

    Bills of Exchange are used widely between countries, government agencies, corporations, and individuals. The Bill of Exchange Mr. Snow received and of which you were served Notice is drawn on the Undersigned's Personal and Numbered UCC Contract Trust. It is on file with the Analysis and Control Division of the IRS. Furthermore, this form is received by the IRS National Office, is on file with them and has not been dishonored. Therefore, any concern that this presentment is invalid or is not legal tender is laid to rest.

    The undersigned was required to present the Bonded Registered Bill of Exchange to the Drawee – The Secretary of Treasury. Only the Secretary can lawfully claim validity and/or negotiability. *The undersigned's Trust is not a Treasury Direct Account and is not under the administration of the Bureau of Public Debt.*

    There is a substantial library of lawful documentation asserting and documenting that both the instrument and its instructions are valid, lawful and legal. The documentation is clear. This instrument is fully negotiable through the Secretary of the Treasury when it has been properly and correctly processed, signed, mailed and received by the identified Drawee (Acceptor) – The Secretary of the Treasury. This negotiable instrument and the process are valid.

    Let it be noted that the Undersigned has already had other IRS tax claims processed and discharged through this very same UCC Contract Trust process. The IRS has made it clear that all such processing is done through their Fresno, California Center. Not one of these instruments has been dishonored by The Secretary of Treasury, now John W. Snow.

    I direct your attention to numerous references in the Federal Reserve System, Bank Examiner's manuals, the Department of the Treasury approved manuals, Commercial Banking Codes including, but not limited to UCC 3-104(c), Witkin — Negotiable Instruments, Vol. 3, (including the 2003 Supplement) and Spencer v. Sterling Bank, 63 Cal Ap. 4th 1055 and Guaranty Trust Co. of NY v. Henwood et al, 59 S. Ct. 847.

**Evidence "C-1d"**

Now, in regard to the Actual and Constructive Notice presented to you. The instructions are clearly defined in the document in accord with the UCC, CBC Regulations and court directed stipulations for acting upon this specific type of negotiable instrument. For more detail you may examine the ruling of the courts, specific sections of the UCC Article 3 and Witkin 2002 Supplement on Negotiable Instruments, Vol. 3 (the National Standard for negotiable instruments). In December of last 2002 Judge Mark in a U.S. Bankruptcy Court in Florida stated that the Bill of Exchange must be processed as instructed in the Letter of Advice. At that time Homecomings Financial's claim was dismissed and the judge declared they must process the document as instructed. A Florida state judge in July of 2002 year made a similar ruling dismissing an action by a mortgage lender (Bank One) attempting to sell real property in foreclosure. The judge noted the mortgage lender had received and must process the valid funds. Now another Florida Judge has issued a similar order. In September of 2002 a California judge ruled that the Bill of Exchange is to be treated the same as a check as documented in Witkin and the Negotiable Instrument Law.

I am certain you are aware of the Title IV, Sec. 401 (Federal Reserve Act) and the U.S. Supreme Court decisions in Guaranty Trust Co. of New York v. Henwood, et al with Chemical Bank & Trust Co. v. Same, Nos. 384, 485 [307 U.S. 251], "Analysis of the terms of the Resolution (FN3) discloses first, the Congress declared certain types of contractual provisions against public policy in terms so broad as to include then existing contracts, as well as those hereafter to be made [307 U.S. 252]. In addition, future use of such proscribed provisions was expressly prohibited, whether actually contained in an obligation payable in money of the United States or separately 'made with respect thereto.' This proscription embraced 'every provision' purporting to give an obligee a right to require payment in (1) gold; (2) a particular kind of coin or currency of the United States money measured by gold or a particular kind of United States coin or currency."

"Having thus unmistakably stamped the illegality upon both outstanding and future contractual provisions designed to require payment by debtors in a frozen money value rather than in a dollar of legal tender current at date of payment, Congress-apparently to obviate any possible misunderstanding as to the breadth of its objective-added, with studied precision, a catchall second sentence sweeping 'every obligation', existing or future, 'payable in money of the United States,' irrespective [307 U.S. 253] of 'whether or not such provision is contained.'"

**"Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained in or made with respect thereto, shall be discharged upon payment ... in any coin or currency which at the time of payment is legal tender for public and private debts." (HJR-192)**

An attorney I know suggests you do as a growing number of loan servicing offices have done. The Actual and Constructive Notice your office received included detailed instructions that your office was to follow. The Analysis and Control Division of the IRS from The Secretary of the Treasury has in its possession the required originals of the Bonded Registered Bill of Exchange and the claim stamped "Accepted For Value." You have been served Notice that the original documents were received at the Department of the Treasury and have been acknowledged by John W. Snow, Trustee, without dishonor in accordance with the The Administrative Procedures Act at 5 USC 706. Therefore, your office is required under Hallenbeck vs. Leimert, 295 US 116 to ledger a credit to the "Taxpayer's" account in the amount of the stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange.

If your office pursues the Undersigned Secured Party in any manner including court be assured there are numerous Points and Authority and *stare decisis* clearly setting the precedent regarding the validity and required processing of the Bonded Registered Bill of Exchange that will be presented. Both state and federal courts have made themselves clear. Follow the instructions and settle the account.

Sincerely,

*Violet A. Hooghkirk*

Violet A. Hooghkirk, Secured Party

Cc: Robert McCallum of the, President's Corporate Fraud Task Force – Washington, D.C. 20530
    Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    Kevin Brown – CSC/IRS SP Handling Office – 5000 Ellin Road – Lanham, Maryland 20706
    Tom Goldstein - President – Chief Financial Officer - ABN AMRO Mortgage Group, Inc –
        7159 Corkland Drive - Jacksonville, Florida 32258
    John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 -
        Chicago, Illinois 60674-8144
    Brian W. Jones – CLC – USDOE – 400 Maryland Ave SW – Washington, D.C. 20202

Certified Mail Article No. 7005 0390 0004 2805 0759

# Violet A. Hooghkirk

### C/o 772 Barnaby Place [60090]

Attn: Marilyn Rogers - Customer Relation
ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive
Jacksonville, Florida 32258-4455

September 27, 2005

Re: the Unprocessed Tendered Bill of Exchange

Dear Marilyn Rogers,

Attached please find a copy of the acknowledged and acceptance of the Bill of Exchange that supercedes the declaration letter dated March 8, 2005 and/or any other similar letters thus makes it Null and Void. ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and their agents have clear intentions of attempting to reject this valid Negotiable Instrument that satisfied the original claim. Furthermore, it is also clear that ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and their agents have concluded this lawful valid negotiable instrument is somehow breaking the law. Yet no such law has been cited. The very format of the negotiable instrument makes it clear that this instrument is "Void Where Prohibited by Law." Therefore, the attempted rejection by recipient is in blatant violation of banking regulations and the high court in that when such a document is dishonored written notice must be sent within 24 hours to the presenter with full explanation and disclosure for the concern or rejection. See Hallenbech vs. Leimert, 295 US 116. No such Notice was postmarked and mailed to the Drawer in the time required by law.

The Bill of Exchange document is a class identified in Witkin-Negotiable Instruments, Vol. III as a legal and lawful negotiable instrument for processing through the bank. The UCC, FBC, CBC and the courts require the recipient and the bank to process the negotiable instrument. Your rejection appears to be an attempt to impose conditions and restrictions that under law do not apply to this instrument. You have provided the issuer no supporting verification or reason whatsoever for your unsubstantiated conclusion and actions even though the request for such verification was included in original documents you received.

Bills of Exchange are used widely between countries, government agencies, corporations, and individuals. The Bill of Exchange you rejected was drawn on the issuer's Personal and Numbered UCC Contact Trust. It is on file with the Analysis and Control Division of the IRS. That is a fact clearly stated in the Letter of Advice, on the Bill of Exchange. Therefore, any conclusion that his presentment is invalid or is not legal tender is misread and misstated.

In contrast the issuer's Bills of Exchange (Bill of Acceptance – Time Draft) must be presented to the Drawee - Mr. John W. Snow, Trustee, by your bank for disposition to the UCC Contact Trust at the IRS through their Technical Support Division. Only Mr. Snow can lawfully claim validly and/or negotiability, not you.

*Corporate ethical principals and adherence to regulations are now being monitored by the Corporate Fraud Task Force (CFTF). Therefore, I am directing the issuer to prepare a full report with all details and evidence for presentment to Robert McCallum, of the CFTF set up by President George W. Bush, with all the pertinent facts and documentation exposing your actions.* You are well acquainted with the details your agency is required to provide under the Federal Truth in Lending Regulations. The issuer was entitled to full-discloser in this matter within 24 hours. You have delayed and failed in your corporate responsibility as a fiduciary violating and damaging interests and rights of the issuer. These are actions upon which the President of the United States and Congress are focusing. CFTF is to monitor to see that such actions are to be accountable and held fully responsible. Consequently prosecution and economic punishment can follow.

I have access to a substantial library of lawful documentation asserting that both the instrument and its instructions you disregarded are valid, lawful and legal. The documentation is clear. This instrument is fully negotiable when it has been properly and correctly processed, signed, mailed and received by the identified Drawee (Acceptor) – The Secretary of the Treasury, Mr. John W. Snow. This negotiable instrument is valid and the process works when followed correctly.

According to the FBC Regulations and *stare decisis* you cannot lawfully reject this instrument. It appears that you have attempted in this instance to unlawfully and illegally usurp the authority that only resides in the Secretary of the Treasury. Federal Regulations and the Courts identify such actions as

## Evidence "C-1e"

<u>FRAUD</u>. You are required to process <u>all</u> negotiable instruments not selectively nor arbitrarily.

You have obstructed proper processing. The CBC, UCC and FBC assert that you can and are to be held responsible for the <u>full face value of the document</u>. By such an unlawful act it is clear that you now must bear the full financial responsibility yourself from which the Undersigned has been damaged. The Secured Party has the <u>right</u> and <u>authority</u> to have this obligation processed and lawfully discharged. Your agency must be accurate, trustworthy and honest in all your dealings as part of the <u>good faith principle</u>.

Let it be noted that the issuer has already had other IRS tax claims processed and discharged through this very same UCC Contract Trust process. To his knowledge not one of these instruments has been dishonored by The Secretary of Treasury, (currently John W. Snow).

I direct your attention to numerous references in the Federal Reserve System, Bank Examiner's manuals, the Department of the Treasury approved manuals, Commercial Banking Codes including, but not limited to UCC 3-104(c), Witkin – Negotiable Instruments, Vol. 3, (including the 2001 Supplement) and <u>Spencer v. Sterling Bank</u>, 63 Cal Ap. 4th 1055 and <u>Guaranty Trust Co. of NY v. Henwood et al</u>, 59 S. Ct. 847. The fact is that a number of financial institutions now process these valid documents.

Now, in regard to the instrument presented. The instructions were clearly defined on the cover letter of advice in accord with UCC, CBC Regulations and court directed stipulations for processing this specific type of negotiable instrument. See the ruling of the courts, specific sections of the UCC Article 3 and Witkin 2001 Supplements on Negotiable Instruments Vol. 3 (the National Standard for negotiable instruments). In December of last 2002 Judge Mark in a U.S. Bankruptcy Court in Florida stated that the Bill of Exchange must be processed as instructed in the Letter of Advice. Homecomings Financial's claim was dismissed and the judge declared they must process the document as instructed. A Florida state judge recently made a similar ruling dismissing an action by a mortgage lender attempting to sell real property in foreclosure. The judge noted the mortgage lender had received valid funds. Now a Judge in California has ruled that the Bill of Exchange in accordance with the UCC and Witkin - Supplements on Negotiable Instruments, Vol. III is the same as a check.

I am certain you are aware of the U.S. Supreme Court decisions in <u>Guaranty Trust Co. of New York v. Henwood et al</u>, with <u>Chemical Bank & Trust Co. v. Same</u>, Nos. 384, 485 [307 U.S. 251],

"Analysis of the terms of the Resolution (FN3) discloses first, the Congress declared certain types of contractual provisions against public policy in terms so broad as to include then existing contracts, as well as those hereafter to be made [307 U.S. 252]. In addition, future use of such proscribed provisions was expressly prohibited, whether actually contained in an obligation payable in money of the United States or separately 'made with respect thereto.' This proscription embraced 'every provision' purporting to give an obligee a right to require payment in (1) gold; (2) a particular kind of coin or currency of the United States money measured by gold or a particular kind of United States coin or currency."

"Having thus unmistakably stamped the illegality upon both outstanding and future contractual provisions designed to require payment by debtors in a frozen money value rather than in a dollar of legal tender current at date of payment, Congress-apparently to obviate any possible misunderstanding as to the breadth of its objective-added, with studied precision, a catchall second sentence sweeping 'every obligation', existing or future, 'payable in money of the United States,' irrespective [307 U.S. 253] of 'whether or not such provision is contained.'"

**"Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained in or made with respect thereto, shall be discharged upon payment…in any coin or currency which at the time of payment is legal tender for public and private debts." (HJR-192)**

I am certain Mr. McCallum and the President's CFTF will be very interested in examining the evidence of the actions of your office. The proper, lawful; and correct action would have been to send the documents as directed in the Letter of Advice to Mr. John W. Snow, seeing to it that he received them since the Secretary of the Treasury is the only authorized individual to make this decision. instead you disregarded that opportunity. Now you will see what the CFTF has to say.

Sincerely,

*Violet A. Hooghkirk*

Violet A. Hooghkirk ©, Secured Party

Cc: Robert McCallum of the, President's Corporate Fraud Task Force – Washington, D.C. 20530
   Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
   Brian W. Jones – CLC – USDOE – 400 Maryland Ave SW – Washington, D.C. 20202
   Kevin Brown – CSC/IRS SP Handling Office – 5000 Ellin Road – Lanham, Maryland 20706
Cc: Cont. Page 2

Evidence "C-1e"

Cc: Cont.

Tom Goldstein – President - Chief Financial Officer – ABN AMRO Mortgage Group, Inc
        Mortgage Group, Inc – 7159 Corkland Drive – Jacksonville, Florida 32258

Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
        2600 W. Big Beaver Road - Troy, Michigan 48084-3326

Tim Nuss - Manager - ABN Amro Mortgage Group, Inc
        540 West Madison - Chicago, Illinois 60661-6400

John Purtell - Manager - LaSalle Bank NA – 135 S. Lasalle Street Dept 8144 -
        Chicago, Illinois 60674-8144

Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road
        Chicago, Illinois 60641

Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
        Mortgage - 2600 West Big Beaver Read - Troy, Michigan 48084-3318

Marie Shiffman – Collections Equity Dept. -     Lasalle Bank NA
        4747 W. Irving Park Road - Chicago, Illinois 60641

Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
        7159 Corklan Drive - Jacksonville, Florida 32258

Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
        Group, Inc. - 135 S. LaSalle Street - Chicago, Illinois 60603-0135

Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
        Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258

Gerard Arpey – Chief Executive Officer - ABN AMRO Mortgage Group, Inc
        135 South LaSalle Street – Chicago, Illinois 60603-9135

Thomas A. Rosiello – Senior Counsel - ABN AMRO Mortgage Group, Inc
        135 South LaSalle Street – Chicago, Illinois 60603

Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. -
        4242 N. Harlem Avenue - Norridge, Illinois 60706-1204

Evidence "C-1e"

Certified Mail Article No. 7004 1305 0002 0399 5558

# Violet Hooghkirk

### C/o 772 Barnaby Place – Wheeling, Illinois [60090]

Attn: Thomas A. Rosiello – Senior Counsel                                                            October 8, 2005
ABN AMRO Mortgage Group, Inc.
135 South LaSalle Street
Chicago, Illinois 60603`                                       Re: Tendered Bonded Bill of Exchange (Unprocessed).

Dear Thomas A. Rosiello,

I am in receipt of your letters dated October 20, 2005 and October 11, 2005; frankly, I am greatly puzzled. Where(?) in any of our communication or correspondences, did I ever introduce or imply that this had anything to do with "elimination of mortgage debt", and/or any "debt elimination scheme" in this and past letters from you, and your office, in which you are now saying I am "becoming a victim of a crime" according to your letter dated Oct 20, 2005. If this is criminal then, you need to expose this crime, in what we are doing. You then need to bring this to the attention to the following from where this information has come: Department of Justice, Department of the Treasury, the Federal Reserve Board, Federal Registry, the Office of the Comptroller of the Currency, the Technical Support and Analysis and Control divisions of the IRS, and the Depository Trust Corporation.

It appears that ABN AMRO Mortgage Group, Inc., LaSalle Bank N.A., and their Agents/ Officers have not taken the time to carefully follow the instructions which are in the Letter of Advice (See Exhibit "C") and in the Affidavit of Truth dated August 4, 2005. They have not posted the Silver Surety Bond as required by the Department of the Treasury in accordance with CFR 31 at Part 203, have not posted an equal credit and debit through their Treasury Tax and Loan Account in the amount of the stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange (Unprocessed), a simple transaction to complete, with the credit now on their ledger.

It is clear that ABN AMRO Mortgage Group, Inc., LaSalle Bank N.A., and their Agents/ Officers are questioning the validity of the action that has been taken by the Secured Party to discharge the claim that ABN AMRO Mortgage Group, Inc., LaSalle Bank N.A., and their Agents/ Officers has presented to the "Debtor." This is Actual and Constructive Notice that the Undersigned has filed a UCC claim with the Secretary of State and the claim from your office has been discharged with a Bonded Registered Bill of Exchange through the Secretary of the Treasury and the UCC Contract Trust at the IRS, in accordance with the Administration Procedure Act at 5 U.S.C. 706, and forwarded over to the Analysis and Control Division of the IRS Frankly, I am puzzled by your allegations that appear to contradict the recent Court Order signed by Judge William C. Johnson, Jr. December 27, 2002 in Volusia County 2001-31518-CICI. And, more recently, the jury decision in the Superior Court of California, County of Tulare in the case of Al Jenan over Bank of Sierra.

August 30, 2002 in the case f U.S. vs. Jerry Williamson, W-91-CR-38(6) the USDC Waco, Texas Judge Walter S. Smith, Jr., granted full acceptance of the Bill of Exchange drawn on Williamson's UCC Contract Trust. The legal and lawful instructions in the Bonded Registered Bill of Exchange presented to and honored by the Secretary of the Treasury have now been approved by both state and federal courts in various states including California. The IRS received the Actual and Constructive Notice regarding that action and process in regard to the Undersigned's presentment (See Exhibit "C") and in Affidavit of Truth dated August 4, 2005.

The document the Undersigned presented is a class of negotiable instrument identified in Witkin-Negotiable Instruments, Vol. 3 as a Bill of Acceptance Time Draft. This document was legally and lawfully presented for processing not as an instrument for collection with the Bureau of Public Debt, but to be processed through the UCC Contract Trust at the Internal Revenue Service.

Bills of Exchange are used widely between countries, government agencies, corporations, and individuals. The Bill of Exchange Mr. Snow received and of which you were served Notice is drawn on the Undersigned's Personal and Numbered UCC Contract Trust. It is on file with the Analysis and Control Division of the IRS. Furthermore, this form is received by the IRS National Office, is on file with them and has not been dishonored. Therefore, any concern that this presentment is invalid or is not legal tender is laid to rest.

The Undersigned was required to present the Bonded Registered Bill of Exchange to the Drawee – The Secretary of Treasury. Only the Secretary can lawfully claim validity and/or negotiability. *The undersigned's Trust is not a Treasury Direct Account and is not under the administration of the Bureau of Public Debt.*

There is a substantial library of lawful documentation asserting and documenting that both the instrument and its instructions are valid, lawful and legal. The documentation is clear. This instrument is fully

Evidence "C-1f"

negotiable through the Secretary of the Treasury when it has been properly and correctly processed, signed, mailed and received by the identified Drawee (Acceptor) -- The Secretary of the Treasury. This negotiable instrument and the process are valid.

Let it be noted that the Undersigned has already had other IRS tax claims processed and discharged through this very same UCC Contract Trust process. The IRS has made it clear that all such processing is done through their Fresno, California Center. Not one of these instruments has been dishonored by The Secretary of Treasury, now John W. Snow.

I direct your attention to numerous references in the Federal Reserve System, Bank Examiner's manuals, the Department of the Treasury approved manuals, Commercial Banking Codes including, but not limited to UCC 3-104(c), Witkin -- Negotiable Instruments, Vol. 3, (including the 2003 Supplement) and Spencer v. Sterling Bank, 63 Cal Ap. 4th 1055 and Guaranty Trust Co. of NY v. Henwood et al, 59 S. Ct. 847.

Now, in regard to the Actual and Constructive Notice -- Letter of Advice *stare decisis* (See Exhibit "C") and in Affidavit of Truth dated August 4, 2005, that was presented to you. The instructions are clearly defined in the document in accord with the UCC, CBC Regulations and court directed stipulations for acting upon this specific type of negotiable instrument. For more detail you may examine the ruling of the courts, specific sections of the UCC Article 3 and Witkin 2002 Supplement on Negotiable Instruments, Vol. 3 (the National Standard for negotiable instruments). In December of last 2002 Judge Mark in a U.S. Bankruptcy Court in Florida stated that the Bill of Exchange must be processed as instructed in the Letter of Advice. At that time Homecomings Financial's claim was dismissed and the judge declared they must process the document as instructed. A Florida state judge in July of 2002 year made a similar ruling dismissing an action by a mortgage lender (Bank One) attempting to sell real property in foreclosure. The judge noted the mortgage lender had received and must process the valid funds. Now another Florida Judge has issued a similar order. In September of 2002 a California judge ruled that the Bill of Exchange is to be treated the same as a check as documented in Witkin and the Negotiable Instrument Law.

I am certain you are aware of the Title IV, Sec. 401 (Federal Reserve Act) and the U.S. Supreme Court decisions in Guaranty Trust Co. of New York v. Henwood, et al with Chemical Bank & Trust Co. v. Same, Nos. 384, 485 [307 U.S. 251], "Analysis of the terms of the Resolution (FN3) discloses first, the Congress declared certain types of contractual provisions against public policy in terms so broad as to include then existing contracts, as well as those hereafter to be made [307 U.S. 252]. In addition, future use of such proscribed provisions was expressly prohibited, whether actually contained in an obligation payable in money of the United States or separately 'made with respect thereto.' This proscription embraced 'every provision' purporting to give an obligee a right to require payment in (1) gold; (2) a particular kind of coin or currency of the United States money measured by gold or a particular kind of United States coin or currency."

"Having thus unmistakably stamped the illegality upon both outstanding and future contractual provisions designed to require payment by debtors in a frozen money value rather than in a dollar of legal tender current at date of payment, Congress-apparently to obviate any possible misunderstanding as to the breadth of its objective-added, with studied precision, a catchall second sentence sweeping 'every obligation', existing or future, 'payable in money of the United States,' irrespective [307 U.S. 253] of 'whether or not such provision is contained.'"

**"Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained in or made with respect thereto, shall be discharged upon payment...in any coin or currency which at the time of payment is legal tender for public and private debts." (HJR-192)**

An attorney I know suggests you do as a growing number of loan servicing offices have done. The Actual and Constructive Notice your office received included detailed instructions that your office was to follow. The Analysis and Control Division of the IRS from The Secretary of the Treasury has in its possession the required originals of the Bonded Registered Bill of Exchange and the claim stamped "Accepted For Value." You have been served Notice that the original documents were received at the Department of the Treasury and have been acknowledged by John W. Snow, Trustee, without dishonor in accordance with the The Administrative Procedures Act at 5 USC 706. Therefore, your office is required under Hallenbech vs. Leimert, 295 US 116 to ledger a credit to the "Taxpayer's" account in the amount of the stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange.

If your office pursues the Undersigned Secured Party in any manner including court be assured there are numerous Points and Authority and *stare decisis* clearly setting the precedent regarding the validity and required processing of the Bonded Registered Bill of Exchange that will be presented. Both state and federal courts have made themselves clear. Follow the instructions and settle the account.

Sincerely,

*Violet A. Hooghkirk*

Violet A. Hooghkirk ©, Secured Party

Cc: Robert McCallum of the, President's Corporate Fraud Task Force -- Washington, D.C. 20530
Lisa Madigan - Attorney General -- 500 S. Second St. -- Springfield, Illinois 62706

Evidence "C-1f"

Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
                         1500 Pennsylvania Ave NW – Washington, D.C. 20224
Ira L. Hobbs – CIO – Treasury Data Integrity Board
                         1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
Brian W. Jones – CLC – USDOE – 400 Maryland Ave SW – Washington, D.C. 20202
Tom Goldstein – President - Chief Financial Officer – ABN AMRO Mortgage Group, Inc
                         7159 Corkland Drive – Jacksonville, Florida 32258
Carol L. Tenyak – Agent - 135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
                         2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc
                         540 West Madison - Chicago, Illinois 60661-6400
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 -
                         Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road
                         Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
                         2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
                         4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. –
                         7159 Corkland Drive - Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
                         135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc. –
                         7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
                         1355 W. Dundee – Buffalo Grove, Illinois 60089
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. -
                         4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc.
                         7159 Corklan Drive - Jacksonville, Florida 32258

Evidence "C-1f"

To Respondent(s):                                         From:
   ABN AMRO Mortgage Group, Inc                       Violet A. Hooghkirk ©, Trustee,
   Attn: Tom Goldstein -- President/Chief Financial Officer      Secured Party -- Barnway Trust
   7159 Corkland Drive – Jacksonville, Florida 32258      c/o 772 Barnaby Place
                                Wheeling, Illinois [60090

   ABN AMRO Mortgage Group, Inc}
   Attn: Thomas A. Rosiello – Secretary
   135 South LaSalle Street – Chicago, Illinois 60603

   LaSalle Bank NA
   Attn: Norm Bobbin – Chief Executive Officer –
   1355 W. Dundee -- Buffalo Grove, Illinois 60089

# NOTICE OF DEFUALT, DEMAND,
# and SECOND NOTICE OF RIGHTS

4th day of the month February, in the year two thousand and six, Anno Domini,

**Re**: Correspondence dated October 8, 2005
   Loan No#00900194                                        Date: February 4, 2006

---

# NOTICE OF DEFAULT

On the 7th day of the month November, in the year two thousand and five Thomas A. Rosiello – Secretary, ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and/or their Agents including, but not limited to Tom Goldstein – President/Chief Financial Officer, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak – Registered Agent, Customer Service – Manager, Tim Nuss -- Manager, John Purtell – Manager, Michael Jinga – Manager, Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Damien Bazan – Collections Department, and Merilyn Rogers -- Customer Relations, received Correspondence dated October 8, 2005 Certified mail article no. 7004 1350 0002 0399 5558 from Presenter Secured Party -- Creditor. As stated in the letter "Where(?) in any of our communication or correspondences, did I ever introduce or imply that this had anything to do with "elimination of mortgage debt", and/or any "debt elimination scheme" in this and past letters from you, and your office, in which you are now saying I am "becoming a victim of a crime" according to your letter dated Oct 20, 2005. If this is criminal then, you need to expose this crime, in what we are doing. You then need to bring this to the attention to the following from where this information has come: Department of Justice, Department of the Treasury, the Federal Reserve Board, Federal Registry, the Office of the Comptroller of the Currency, the Technical Support and Analysis and Control divisions of the IRS, and the Depository Trust Corporation." Affiant has not received any response or Rebuttal Point-for-Point from any Respondent regarding Affiant's Correspondence dated October 8, 2005 which now stands as <u>Law and Truth in Commerce</u>. Each Respondent, and/ or their Agents did not invoke the Fifth and sixth Amendment's of the Constitution for the United States of America. However, you were under Public Law 93-579; FOIA (5 USC 552); PA (5USC 552a) and U.C.C. 1-103.6, as administrative demands were made, with NOTICE, DEMAND AND CAVEAT, PRIOR TO RESPONSE. See Attachments.

Evidence "C-1f"

DEMAND was, respectfully made to the named individual(s), Thomas A. Rosiello – Secretary, ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and/or their Agents including, but nit limited to Tom Goldstein – President/Chief Financial Officer, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak – Registered Agent, Customer Service – Manager, Tim Nuss – Manager, John Purtell – Manager, Michael Jinga – Manager, Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Damien Bazan – Collections Department, and Merilyn Rogers – Customer Relations, to provide DISCLOSURE regarding his/her/its actions.

Said named corporation/individual(s) Thomas A. Rosiello – Secretary, ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and/or their Agents including, but nit limited to Tom Goldstein – President/Chief Financial Officer, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak – Registered Agent, Customer Service – Manager, Tim Nuss – Manager, John Purtell – Manager, Michael Jinga – Manager, Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Damien Bazan – Collections Department, and Merilyn Rogers – Customer Relations, FAILED TO RESPOND and/or FAILED to provide ANY information or disclosure documents required by LAW, and demanded by the respondents notice and the questions.

By failure to do so, NOW and FOREVER each Respondent and their offices have yield to Estoppel, Waiver fraud, etc., under U.C.C. 1-103, 1-103,6 *nemo debet bis vexari pro una et eaden Causa,* and such willful refusal may subject each Respondent to Civil Liabilities or Criminal punishment.

**EACH RESPONDENT IS HEREBY NOTICED AND DEMANDED:** To desist and refrain from taking any further action in the above reference matter without liability therefore (cf. liability for personal damages, Pulliam v. Allen, 104 set. 1970, 1979), except to restore the Secured Party to his/her former status, and that I have secured rights, privileges, privacy and immunities and each is so protected is valued at no less than one million dollars each, DEMAND IS FURTHER MADE to all governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc., (cf. Title 18 USC 241 142; Title 42 USC, 1983, Bivins v. Officials and agents, 403 US 388 (1971), Dykes v. Hosemann, 743 F2d 1488, (11 CA Dec. 1984).

**NOTICE OF LIEN:** Violation and/or invasion of any above denominated rights per violative, shall act as a lien upon the nonexempt property of each presentee as follows: Nonexempt household goods; and real estate; and future earnings; and other personal property.

**VERIFICATION:** The Undersigned Affiant verifies that a true copy of this Notice of Default, and Demand, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7005 1820 0000 1883 8068, Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, the Undersigned Affiant, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1)

Evidence "C-1f"

Sealed this 5th day of the January month, in the Year of Our Lord Two Thousand and Six,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT


Affiant: *Violet A. Hooghbush*,
Invoking U.C.C. 1-308 Without Prejudice


Cc:  Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
              950 Pennsylvania Ave NW - Washington, D.C. 20530
     Lisa Madigan - Attorney General – 500 S. Second St. -- Springfield, Illinois 62706
     Lisa Madigan - Attorney General -- 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
     J. Russell George – Acting Treasury Inspector General for Tax Administration
              1500 Pennsylvania Ave NW – Washington, D.C. 20224
     Ira L. Hobbs – CIO – Treasury Data Integrity Board
              1500 Pennsylvania Ave NW – Washington, D.C. 20224
     Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
     Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
     Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
     Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
              2600 W. Big Beaver Road - Troy, Michigan 48084-3326
     Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison
              Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
     John Purtell - Manager - LaSalle Bank NA
              135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
     Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road -
              Chicago, Illinois 60641
     Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro Mortgage, Inc.
              2600 West Big Beaver Read - Troy, Michigan 48084-3318
     Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
              4747 W. Irving Park Road - Chicago, Illinois 60641
     Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
              7159 Corklan Drive - Jacksonville, Florida 32258
     Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
              Group, Inc. - 135 S. LaSalle Street - Chicago, Illinois 60603-0135
     Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
              Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258
     Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. -
              242 N. Harlem Avenue - Norridge, Illinois 60706-1204
     Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc.
              7159 Corklan Drive - Jacksonville, Florida 32258
     Isolene B. Jones- Loan Admin/litigation - ABN AMRO Mortgage Group, Inc
              7159 Corkland Drive – Jacksonville, Florida 32258

Evidence "C-1f"

**From the Memo Desk of**
**Violet A. Hooghkirk - Secured Party**

Certified Mail Article No. 7005 1820 0000 1882 5999

ABN AMRO Mortgage Group, Inc.                    Violet A. Hooghkirk ©, Trustee,
Attn: Isolene B. Jones -                          Secured Party – Barnway Trust
Loan Admin/Litigation                             c/o 772 Barnaby Place
7159 Corkland Drive                               Wheeling, Illinois [60090]
Jacksonville, Florida 32258

**Re:** (See Attached)
    Loan No#00900194

Dear Ms. Isolene B. Jones,                         January 13, 2006

The Undersigned Secured Party received your letter dated January 9, 2006. There is no controversy in this matter. The Undersigned has in her possession acknowledgement of the deposit within Claimants/Chelsea Cove Condominium Assoc. account. (See Attached) The claims by the Claimants/ Chelsea Cove Condominium Assoc. have now acknowledged the dues are prepaid in full with extreme prejudice through the year of 2100 AD.

The Undersigned is in receipt and has in her possession and acknowledged agreement with Chelsea Cove Condominium Assoc. from Presenter – Secured Party for the condominium Located at 772 Barnaby Place – Wheeling, Illinois [60090]. As a result of the current declaration of a contract agreement that the Undersigned Secured Party has with Chelsea Cove Condominium Assoc. the current acknowledged declaration of agreement supersedes the previous instrument in its entirety.

Under law and *stare desis* the Undersigned Secured Party can no longer be held accountable or liable for the face amount and all obligations are now discharged in their entirety. Again there is no controversy in this matter.

Thank you for your prompt acknowledgement in this matter.

                              Sincerely
                              By the Seal of,
                              *Violet A. Hooghkirk*
                              Violet A. Hooghkirk ©, Trustee, Secured Party

Cc: Robert McCallum of the, President's Corporate Fraud Task Force – Washington, D.C. 20530
    Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
    J. Russell George – Acting Treasury Inspector General for Tax Administration
              1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Ira L. Hobbs – CIO – Treasury Data Integrity Board
              1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Kevin Brown - CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706

Evidence "C-1f"



Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
Tom Goldstein – President – Chief Financial Officer – ABN AMRO Mortgage Group, Inc
    7159 Corkland Drive - Jacksonville, Florida 32258
Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc –
    135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Agent - 135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
    2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison –
    Chicago, Illinois 60661-6400 (no longer w/company or can't find)
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 -
    Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road
    Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN AMRO
    Mortgage - 2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. -LaSalle Bank NA - 4747 W. Irving Park Road –
    Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. - 7159 Corklan Drive –
    Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
    135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc. –
    7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA - 355 W. Dundee –
    Buffalo Grove, Illinois 60089
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. - 242 N. Harlem Avenue
    Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc, - 7159 Corklan Drive –
    Jacksonville, Florida 32258

Evidence "C-1f"

From the Memo Desk of
**Violet A. Hooghkirk**

Certified Mail Article No. 7004 1160 0006 3714 2565

ABN AMRO Mortgage Group, Inc          Violet A. Hooghkirk ©, Secured Party
Attn: Thomas A. Rosiello               C/o 772 Barnaby Place
Senior Counsel                         Wheeling, Illinois [60090]
135 South LaSalle Street
Chicago, Illinois 60603

Re: The unprocessed Bonded Registered Bill of Exchange.

Dear Thomas A. Rosiello,                              September 19, 2005

    I received a letter from a Consumer Advocate Charitable Ministries letter dated September 14, 2005. I am sending you a copy of that correspondence to you regarding your letter dated September 02, 2005.

    The similar letters I have received in the past from your office and other agents from ABN AMRO Mortgage Group, Inc, and Lasalle Bank NA I am passing this information along to Robert McCallum of the, President's Corporate Fraud Task Force at the Department of Justice. The letters I am sending along with there responses are; letter dated *March 8, 2005* with response, letter dated *July 6, 2005* with response, letter dated *August 24, 2005* with response. I thank for taking the time out.

            Sincerely,

            *Violet A. Hooghkirk*
            Violet A. Hooghkirk ©, Secured Party

Cc: Robert McCallum of the, President's Corporate Fraud Task Force – Washington, D.C. 20530
    Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    Tom Goldstein - President – Chief Financial Officer - ABN AMRO Mortgage Group, Inc –
        7159 Corkland Drive - Jacksonville, Florida 32258
    John Purtell - Manager - Lasalle Bank NA – 135 S. Lasalle Street Dept 8144 -
        Chicago, Illinois 60674-8144
    Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
        Group, Inc. - 135 S. Lasalle Street - Chicago, Illinois 60603-0135
    Gerard Arpey – Chief Executive Officer - ABN AMRO Mortgage Group, Inc -
        135 South Lasalle Street – Chicago, Illinois 60603-9135

Certified Mail Article No. 7004 1160 0006 3714 2572

Evidence "C-1f"

**From the Memo Desk of**
**Violet A. Hooghkirk - Secured Party**

Certified Mail Article No. 7005 1820 0000 1882 5999

ABN AMRO Mortgage Group, Inc.
Attn: Isolene B. Jones -
Loan Admin/Litigation
7159 Corkland Drive
Jacksonville, Florida 32258

Violet A. Hooghkirk ©, Trustee,
Secured Party – Barnway Trust
c/o 772 Barnaby Place
Wheeling, Illinois [60090]

**Re:** (See Attached)
    Loan No#00900194

Dear Ms. Isolene B. Jones,                                    January 13, 2006

        The Undersigned Secured Party received your letter dated January 9, 2006. There is no controversy in this matter. The Undersigned has in her possession acknowledgement of the deposit within Claimants/Chelsea Cove Condominium Assoc. account. (See Attached) The claims by the Claimants/ Chelsea Cove Condominium Assoc. have now acknowledged the dues are prepaid in full with extreme prejudice through the year of 2100 AD.

        The Undersigned is in receipt and has in her possession and acknowledged agreement with Chelsea Cove Condominium Assoc. from Presenter - Secured Party for the condominium Located at 772 Barnaby Place – Wheeling, Illinois [60090]. As a result of the current declaration of a contract agreement that the Undersigned Secured Party has with Chelsea Cove Condominium Assoc. the current acknowledged declaration of agreement supersedes the previous instrument in its entirety.

        Under law and *stare desis* the Undersigned Secured Party can no longer be held accountable or liable for the face amount and all obligations are now discharged in their entirety. Again there is no controversy in this matter.

Thank you for your prompt acknowledgement in this matter.

                        Sincerely
                        By the Seal of,
                        *Violet A. Hooghkirk*
                        Violet A. Hooghkirk ©, Trustee, Secured Party


Cc: Robert McCallum of the, President's Corporate Fraud Task Force – Washington, D.C. 20530
    Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
    J. Russell George – Acting Treasury Inspector General for Tax Administration
                1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Ira L. Hobbs – CIO – Treasury Data Integrity Board
                1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706

Evidence "C-1g"



Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020

Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227

Tom Goldstein – President – Chief Financial Officer – ABN AMRO Mortgage Group, Inc
         7159 Corkland Drive - Jacksonville, Florida 32258

Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc –
         135 South LaSalle Street – Chicago, Illinois 60603

Carol L. Tenyak – Agent - 135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603

Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
         2600 W. Big Beaver Road - Troy, Michigan 48084-3326

Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison –
         Chicago, Illinois 60661-6400 (no longer w/company or can't find)

John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 -
         Chicago, Illinois 60674-8144

Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road
         Chicago, Illinois 60641

Colleen Riddell - Loan Administration - Special Services Dept. ABN AMRO
         Mortgage - 2600 West Big Beaver Read - Troy, Michigan 48084-3318

Marie Shiffman – Collections Equity Dept. -LaSalle Bank NA - 4747 W. Irving Park Road –
         Chicago, Illinois 60641

Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. - 7159 Corklan Drive –
         Jacksonville, Florida 32258

Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
         135 S. LaSalle Street - Chicago, Illinois 60603-0135

Beth P. Ponder - Vice President, Customer Relations – ABN AMRO Mortgage Group, Inc. –
         7159 Corkland Drive - Jacksonville, Florida 32258

Norm Bobbin – Chief Executive Officer - LaSalle Bank NA - 355 W. Dundee –
         Buffalo Grove, Illinois 60089

Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. - 242 N. Harlem Avenue
         Norridge, Illinois 60706-1204

Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc, - 7159 Corklan Drive –
         Jacksonville, Florida 32258

Evidence "C-1g"

**From the Memo Desk of
Violet A. Hooghkirk - Secured Party**

Certified Mail Article No. _7005 1820 0000 1882 5982_

ABN AMRO Mortgage Group, Inc.
Attn: Tom Goldstein –
President - Chief Financial Officer
7159 Corkland Drive
Jacksonville, Florida 32258

Violet A. Hooghkirk ©, Trustee,
Secured Party – Barnway Trust
c/o 772 Barnaby Place
Wheeling, Illinois [60090]

**Re:** Acknowledged Agreement, and tendered Bonded Registered Bill of Exchange.
Loan No#00900194

Dear Mr. Tom Goldstein,                                         January 12, 2006
       Frankly, I am puzzled. The Undersigned Secured Party has not received any response from ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, or their Agents. The Undersigned has not yet received full disclosure, and/or acknowledgement of the total credits placed into the Interest-Bearing Escrow Account as of these dates *December 20, 2004, January 27, 2005, February 15, 2005, March 24, 2005, April 21, 2005, June 3, 2005, June 3, 2005,* and, *July 20, 2005,* that was previously sent to ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, or your Agents. (Documents Sent, Verified, Acknowledged, and Received)

       The Undersigned herein now inquires regarding the newly revised not dishonored agreement that the Secured Party has with ABN AMRO Mortgage Group, Inc, LaSalle Bank N.A, or their Agents. The Undersigned has not received any acknowledgement or disclosure from ABN AMRO Mortgage Group, Inc, LaSalle Bank N.A, or their Agents regarding this matter. The Undersigned on July 19, 2005 sent out a newly revised Instrument of the original agreement with receipt that The Undersigned has in her possession. (Documents Sent, Verified, Acknowledged, and Received)

       The Undersigned has in her possession an acknowledgement of a current not dishonored contract instrument. Note on the front and back of the Instrument the statement, "Endorsement of this Instrument acknowledges full discharge of this claim." You and your Agents have accepted and endorsed the Undersigned's newly revised contracted Instrument as of July 20, 2005 with acknowledgment receipt. (Documents Sent, Verified, Acknowledged, and Received)

       Again I am puzzled. The Undersigned has not yet received any payments from ABN AMRO Mortgage, Inc., LaSalle Bank NA, or their Agents regarding the Undersigned Three (3) Notice of Billing Statement(s) dated *August 5, 2005, September 15, 2005,* and *October 25, 2005,* which based on the current contract between the Undersigned, and ABN AMRO Mortgage, Inc., LaSalle Bank NA, and/or their Agents. All Instruments/ documents sited herein which were previously sent to you and your Agents. (Documents Sent, Verified, Acknowledged, and Received)

       The Undersigned Secured Party herein notes there has been no response received, and it appears ABN AMRO Mortgage Group, Inc., LaSalle Bank NA or your Agents may be questioning the validity of the tendered Bonded Registered Bill of Exchange including the

Page 1 of 4

**Evidence "C-1h"**

Undersigned's Letter of Advice - Actual and Constructive Notice – *stare decisis*, and the claim "Accepted for Value" that was received on December 6, 2004 though dated November 19, 2004 at you Chicago location branch ABN AMRO Mortgage Group, Inc. in Chicago.

The Undersigned on March 7, 2005 faxed Sixteen (16) documents fax no. (TX/RX No 1244) with a cover fax letter, copies were sent to your office in the Florida branch to the attention of Shaun – Supervisor, and Stan Rhoads – President - Chief Financial Officer now (Tom Goldstein). The following documents included were
    1) Letter of Advice – *stare decisis*, dated November 19, 2004,
    2) tendered Bonded Registered Bill of Exchange. Dated November 19, 2004,
    3) Two legal procedure letters dated October 15, and 25, 2004.
The Undersigned has not received any full disclosure from ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, or their Agents nor has received any evidence the Negotiable Instrument was ever processed through their Treasury Tax and Loan Account. The Undersigned has tendered a lawful legal tender to discharge this whole claim.

The Undersigned has not received any acknowledgement from ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, or your Agents/Officers that the Negotiable Instruments were ever processed. ABN AMRO Mortgage Group, Inc., through their bank LaSalle Bank NA should have ledgerd an equal credit and debit through their Treasury Tax and Loan Account in the amount stamped claim and the amount stipulated on the tendered Bonded Registered Bill of Exchange. (invoice no 01561119041) as instructed clearly in the Letter of Advice to process and post Affiant's Silver Surety Bond as collateral in <u>accordance with 31 CFR part 203 through their Treasury Tax and Loan Account</u>. The documents have been received by the Secretary of the Treasury and honored by John W. Snow, <u>in accordance with the Administration Procedure Act at 5 U.S.C. 706, and forwarded over to the Analysis and Control Division of the IRS</u>. (Documents Sent, Verified, Acknowledged, and Received)

If LaSalle Bank NA has already processed the Negotiable Instrument through their Treasury Tax and Loan Account please send an acknowledgement receipt to the Undersigned, Secured Party that the full amount has been credited and debited in the proper account from the Secured Party's Personal <u>UCC Contract Trust</u>. The amount stipulated on the instrument received by ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and your Agents/Officers was the full amount of the claim $97,775.77 that was stipulated on the tendered Bill of Exchange.

To assist you in processing the Negotiable Instrument the Undersigned is herein sending a copy of what was previously sent to ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and your Agents/Officers. The Undersigned Secured Party has in her possession A Banker's Guide to Processing the Bonded Bill of Exchange. To assist if LaSalle Bank NA requests detail in processing the tendered Bill of Exchange. (This is described in an 11 step process titled Guide to Processing the Bonded Bill of Exchange) please contact me so we can provide this detail and arrangements to process the Negotiable Instrument.

Please be advised that ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, or your Agents/Officers have failed to act upon this legal tender. The Negotiable Instrument which it was not rejected within 72 hours with full disclosure. The Letter of Advice is now "**Void where prohibited by Law**" ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, or your Agents/Officers are now mandated under <u>HELLENBECK vs. LEIMERT</u>, 296 U.S. 116, 122, and

Evidence "C-1h"

can now be held personally liable under the Erie and Clearfield Doctrines. Under law the Undersigned, Secured Party can no longer be held accountable or liable for the face amount and all obligations are now discharged in its entirety.

This is Actual and Constructive Notice there is no controversy in this matter. The Analysis and Control Division of the IRS has already received the tendered Bonded Registered Bill of Exchange from the Secretary of the Treasury, and the full face amount is now tendered through Affiant's Personal UCC Contract Trust. The Undersigned, thanks you again for your acknowledgment of the current contract.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS/ NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL.

Mr. Goldstein, this matter has not been satisfied to my satisfaction. If you have any questions or concerns please do not hesitate to contact me so closure can be attained in this matter.

Thank you, I await your response in this matter,

Sincerely
By the Seal of,

Violet A. Hooghkirk © Trustee, Secured Party

Cc:  Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
      Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601

Evidence "C-1h"

# Violet Hooghkirk

## C/o 772 Barnaby Place – Wheeling, Illinois [60090]

### NOTICE AND DEMAND – ACTUAL AND CONSTRUCTIVE NOTICE

Attn: Isolene B. Jones – Loan Administration/Litigation Dept.            March 4, 2006
ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive
Jacksonville, Florida 32258

Re: tendered Bonded Bill of Exchange (Discharged) and undo enrichment.

Dear Isolene B. Jones,

I am in receipt of your letters dated February 6, 2006, and February 22, 2006.

The Undersigned has no record of sending various letters that you claim to have received. Please send copies of these various letters. There is no requirement to communicate anything regarding Chelsea Cove unless ABN AMRO Mortgage Group, Inc. can provide a contract signed by all parties regarding home owner association dues. The Undersigned is under no obligation to respond to legal nonsense and no validity of claim.

The undersigned has never authorized consent to anyone including ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and/or their Agents to "cure" the dues account which has already been prepaid and discharged in its entirety. "The association dues are prepaid in full with extreme prejudice through the year 2100 AD." by written acknowledgement. What has transpired between ABN AMRO and Chelsea Cove constitutes <u>undo enrichment</u>.

Where are you drawing your conclusion of your alleged statement "legal nonsense and no validity of claim" coming from? What you call "legal nonsense and no validity of claim" comes from the following agencies: Department of Justice, Department of the Treasury, the Federal Reserve Board, Federal Registry, the Office of the Comptroller of the Currency, the Technical Support Division of the IRS, Analysis and Control division of the IRS, and the Depository Trust Corporation among others. These agencies are the source for this "legal nonsense and no validity of claim" as stated in your letter February 6, 2006.

According to the FBC Regulations and *stare decisis* ABN AMRO cannot <u>lawfully</u> reject this instrument. It appears that your office has attempted in this instance to unlawfully and illegally usurp the authority that only resides in the Secretary of the Treasury. Federal Regulations and the Courts identify such actions as <u>FRAUD</u>. Financial Institutions are required to process <u>all</u> lawful negotiable instruments without prejudice, not selectively nor arbitrarily.

*Corporate ethical principals and adherence to regulations are continuously being monitored by the President's Corporate Fraud Task Force (CFTF). Therefore, I now demand ABN AMRO prepare a full report with all details and evidence for presentment to Robert McCallum, of the CFTF as set up by President George W. Bush, with all the pertinent facts and documentation explaining (thus exposing) these actions.* You are well acquainted with the details your agency is required to provide under the Federal Truth in Lending Regulations. The issuer was entitled to full-discloser in this matter within 24 hours. You have delayed and failed in your corporate responsibility as a fiduciary violating and damaging interests and rights of the issuer. These are actions upon which the President of the United States and Congress are focusing. CFTF monitors to see by such actions commercial entities are to be accountable and held fully responsible. Consequently prosecution and economic punishment can follow.

Individuals at ABN AMRO have obstructed proper processing. The CBC, UCC, FBC and high court decisions assert that these individuals can and will be held responsible for the <u>full face value of the document</u>. By such an unlawful act it is clear that these individuals now must bear the full financial responsibility themselves from which the Undersigned has been damaged. The Secured Party has the <u>right</u> and <u>authority</u> to have this obligation processed and lawfully discharged. Your agency must be accurate, trustworthy and honest in all your dealings as part of the <u>good faith principle</u>.

The Undersigned, Secured Party prepared a legal and lawful negotiable instrument, Bill of Exchange (now tendered), and presented it to ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and/or their Agents. The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments.* Those in responsible

Certified mail article no. 7003 2260 0007 6575 1377

## Evidence "C-1i"

positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument.

It appears that ABN AMRO Mortgage Group, Inc., LaSalle Bank N.A., and their Agents/ Officers have not taken the time to carefully read the instructions laid out within the Letter of Advice dated November 19, 2004, and May 25, 2005 You, ABN AMRO Mortgage Group, Inc., LaSalle Bank N.A., or their Agents/Officers have not ledger an equal credit and debit through their Treasury Tax and Loan Account in the amount stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange, a simple transaction to complete.

It is clear that ABN AMRO Mortgage Group, Inc., LaSalle Bank N.A., or their Agents/Officers are questioning the validity of the action that has been taken by the Secured Party to discharge the claim that ABN AMRO Mortgage Group, Inc., LaSalle Bank N.A., and their Agents/Officers has presented to the "Debtor." This is Actual and Constructive Notice that the Undersigned has filed a UCC claim with the Secretary of State and the claim from your office has been discharged with a Bonded Registered Bill of Exchange through the Secretary of the Treasury and the UCC Contract Trust at the IRS, in accordance with the Administration Procedure Act at 5 U.S.C. 706, and forwarded through to the Analysis and Control Division of the IRS Frankly, I am puzzled by your statement "legal nonsense and no validity of claim", and allegations that appear to contradict the recent Court Order signed by Judge William C. Johnson, Jr. December 27, 2002 in Volusia County 2001-31518-CICI. And, more recently, the jury decision in the Superior Court of California, County of Tulare in the case of Al Jenan over Bank of Sierra.

August 30, 2002 in the case of U.S. vs. Jerry Williamson, W-91-CR-38(6) USDC Waco, Texas Judge Walter S. Smith, Jr., granted full acceptance of the Bill of Exchange drawn on Williamson's UCC Contract Trust. The legal and lawful instructions in the Bonded Registered Bill of Exchange presented to and honored by the Secretary of the Treasury have now been approved by both state and federal courts in various states including California. The IRS received the Actual and Constructive Notice regarding that action and process in regard to the Undersigned's presentment.

The document the Undersigned presented is a class of negotiable instrument identified in Witkin-Negotiable Instruments, Vol. 3 as a Bill of Acceptance Time Draft. This document was legally and lawfully presented for processing not as an instrument for collection with the Bureau of Public Debt, but to be processed through the UCC Contract Trust at the Internal Revenue Service.

Bills of Exchange are used widely between countries, government agencies, corporations, and individuals. The Bill of Exchange Mr. Snow received and of which you were served Notice is drawn on the Undersigned's Personal and Numbered UCC Contract Trust. It is on file with the Analysis and Control Division of the IRS. Furthermore, this form is received by the IRS National Office, is on file with them and has not been dishonored. Therefore, any concern that this presentment is invalid or is not legal tender is laid to rest.

The Undersigned was required to present the Bonded Registered Bill of Exchange to the Drawee – The Secretary of Treasury. The "legal nonsense and no validity of claim" you are so called referring to in letter dated February 6, 2006. Only the Secretary can lawfully claim validity and/or negotiability. *The undersigned's Trust is not a Treasury Direct Account and is not under the administration of the Bureau of Public Debt.*

There is a substantial library of lawful documentation asserting and documenting that both the instrument and its instructions are valid, lawful and legal. The documentation is clear. This instrument is fully negotiable through the Secretary of the Treasury when it has been properly and correctly processed, signed, mailed and received by the identified Drawee (Acceptor) – The Secretary of the Treasury. This negotiable instrument and the process are valid.

Let it be noted that the Undersigned has already had other IRS tax claims processed and discharged through this very same UCC Contract Trust process. The IRS has made it clear that all such processing is done through their Fresno, California Center. Not one of these instruments has been dishonored by The Secretary of Treasury, now John W. Snow.

I direct your attention to numerous references in the Federal Reserve System, Bank Examiner's manuals, the Department of the Treasury approved manuals, Commercial Banking Codes including, but not limited to UCC 3-104(c), Witkin – Negotiable Instruments, Vol. 3, (including the 2003 Supplement) and Spencer v. Sterling Bank, 63 Cal Ap. 4th 1055 and Guaranty Trust Co. of NY v. Henwood et al, 59 S. Ct. 847.

Now, in regard to the Actual and Constructive Notice – Letter of Advice *stare – decisis,* and claim "Accepted for Value" dated November 19, 2004, and May 25, 2005 that was presented to you. The instructions are clearly

Evidence "C-1i"

defined in the document in accord with the UCC, CBC Regulations and court directed stipulations for acting upon this specific type of negotiable instrument. For more detail you may examine the ruling of the courts, specific sections of the UCC Article 3 and Witkin 2002 Supplement on Negotiable Instruments, Vol. 3 (the National Standard for negotiable instruments). In December of last 2002 Judge Mark in a U.S. Bankruptcy Court in Florida stated that the Bill of Exchange must be processed as instructed in the Letter of Advice. At that time Homecomings Financial's claim was dismissed and the judge declared they must process the document as instructed. A Florida state judge in July of 2002 year made a similar ruling dismissing an action by a mortgage lender (Bank One) attempting to sell real property in foreclosure. The judge noted the mortgage lender had received and must process the valid funds. Now another Florida Judge has issued a similar order. In September of 2002 a California judge ruled that the Bill of Exchange is to be treated the same as a check as documented in Witkin and the Negotiable Instrument Law.

To assist you in processing the Negotiable Instruments the Undersigned Secured Party has in her possession A Banker's Guide to Processing the Bonded Bill of Exchange if LaSalle Bank NA requests detail in processing this instrument. (This is described in an 11 step process titled SPECIAL BANKING SERVICES: Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Internal Revenue Service). Feel free to contact the Undersigned and request this document.

I am certain you are aware of the Title IV, Sec. 401 (Federal Reserve Act) and the U.S. Supreme Court decisions in Guaranty Trust Co. of New York v. Henwood, et al with Chemical Bank & Trust Co. v. Same, Nos. 384, 485 [307 U.S. 251], "Analysis of the terms of the Resolution (FN3) discloses first, the Congress declared certain types of contractual provisions against public policy in terms so broad as to include then existing contracts, as well as those hereafter to be made [307 U.S. 252]. In addition, future use of such proscribed provisions was expressly prohibited, whether actually contained in an obligation payable in money of the United States or separately 'made with respect thereto.' This proscription embraced 'every provision' purporting to give an obligee a right to require payment in (1) gold; (2) a particular kind of coin or currency of the United States money measured by gold or a particular kind of United States coin or currency."

"Having thus unmistakably stamped the illegality upon both outstanding and future contractual provisions designed to require payment by debtors in a frozen money value rather than in a dollar of legal tender current at date of payment, Congress-apparently to obviate any possible misunderstanding as to the breadth of its objective-added, with studied precision, a catchall second sentence sweeping 'every obligation', existing or future, 'payable in money of the United States,' irrespective [307 U.S. 253] of 'whether or not such provision is contained.'"

**"Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained in or made with respect thereto, shall be discharged upon payment...in any coin or currency which at the time of payment is legal tender for public and private debts." (HJR-192)**

An attorney I know suggests you do as a growing number of loan servicing offices have done. The Actual and Constructive Notice your office received included detailed instructions that your office was to follow. The Analysis and Control Division of the IRS from The Secretary of the Treasury has in its possession the required originals of the Bonded Registered Bill of Exchange and the claim stamped "Accepted For Value." You have been served Notice that the original documents were received at the Department of the Treasury and have been acknowledged by John W. Snow, Trustee, without dishonor in accordance with the The Administrative Procedures Act at 5 USC 706. Therefore, your office is required under Hallenbech vs. Leimert, 295 US 116 to ledger a credit to the account of the Undersigned in the amount of the stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange.

If your office pursues the Undersigned Secured Party in any manner including court be assured there are numerous Points and Authority and *stare decisis* clearly setting the precedent regarding the validity and required processing of the Bonded Registered Bill of Exchange that will be presented. Both state and federal courts have made themselves clear. Follow the instructions and settle the account.

ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and/or their Agents did not reject the negotiable instruments (now tendered) within the required 72 hours with full disclosure by ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and/or their Agents who are now mandated under Hallenbech vs. Leimert 295 US 116, 122 (1935), and can now be held personally liable under the Erie and Clearfield Doctrines. This is Actual and Constructive Notice To Cease and Desist Collection Activities immediately. (See Attached)

*Ignore or reject this adjustment then this is Notice and Demand that all Confidential information in this matter be presented to the authorized Treasury Data Integrity Board for determination as prescribed by law under Treasury Directive 25-06 and that a Comptroller of the Currency investigation be established under Title 5 USC 552(a)(d).*

Sincerely,

*Violet A. Hooghkirk* ©, Secured Party

Cc: Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
950 Pennsylvania Ave NW - Washington, D.C. 20530
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706

Certified mail article no. 7003 2260 0007 6575 1377
Page 3 of 4

Evidence "C-1i"

Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
                    1500 Pennsylvania Ave NW – Washington, D.C. 20224
Ira L. Hobbs – CIO – Treasury Data Integrity Board
                    1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
Brian W. Jones – CLC – USDOE – 400 Maryland Ave SW – Washington, D.C. 20202
Tom Goldstein – President - Chief Financial Officer – ABN AMRO Mortgage Group, Inc
                    7159 Corkland Drive – Jacksonville, Florida 32258
Thomas A. Rosiello – Registered Agent - ABN AMRO Mortgage Group, Inc.
                    135 South LaSalle Street - Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent –
                    135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
                    2600 W. Big Beaver Road - Troy, Michigan 48084-3326
<u>Tim Nuss</u> - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison
                    Chicago, Illinois 60661-6400 - (<u>no longer w/company or can't find</u>)
John Purtell - Manager - LaSalle Bank NA
                    135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA –
                    4747 W. Irving Park Road - Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
                    2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
                    4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. –
                    7159 Corklan Drive - Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
                    135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc. –
                    7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
                    1355 W. Dundee – Buffalo Grove, Illinois 60089
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. -
                    4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc.
                    7159 Corklan Drive - Jacksonville, Florida 32258
David Cantwell – President - Chelsea Cove Condominium Assoc.
                    1035 Garfield Ave - 624 Bridgeport – Wheeling, Illinois 60090
Steven R. Heuberger – Registered Agent - Board of Managers –
                    Chelsea Cove Condominium Assoc. - 1035 Garfield Ave - Libertyville, Illinois 60048
Jeffrey Meyers – Registered Agent - Secretary – Chelsea Cove Condominium –
                    775 Barnaby Place - Wheeling, Illinois 60090
Judge: Quinn Carolyn G. - Richard J Daley Center, Courtroom 2808
                    Clerk of the Circuit Court - 50 W. Washington Street - Chicago, Illinois 60602

Evidence "C-1i"



# Violet Hooghkirk

**C/o 772 Barnaby Place – Wheeling, Illinois [60090]**

**NOTICE AND DEMAND – ACTUAL AND CONSTRUCTIVE NOTICE**

Attn: Isolene B. Jones – Loan Administration/Litigation Dept.                    August 29, 2006
ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive
Jacksonville, Florida 32258

Re: Contract and Bank Fraud, undo enrichment, and
Bonded Bill of Exchange (discharged).

Attn: CEO or CFO

Dear Isolene B. Jones,

The Undersigned Secured Party is in receipt of your letter dated August 22, 2006.

There is no requirement to communicate to you regarding Chelsea Cove unless ABN AMRO can provide a contract signed by all parties regarding home owner association dues claimed by Chelsea Cove. The Undersigned is under no obligation to respond to such legal nonsense with no validity of claim.

The undersigned has never authorized or given consent to anyone at ABN AMRO, LaSalle Bank NA, and/or their Agents to "cure" ANY dues account in this matter which has already been settled, prepaid and discharged in its entirety under the current AGREEMENT/CONTRACT/CHECK (see attached current accounting and true bill invoice no 01560719061, statement no 3). By mutual written acknowledgement "The association dues are prepaid in full with extreme prejudice through the year 2100 AD." What has allegedly transpired and appears to be on going between ABN AMRO and Chelsea Cove constitutes <u>undo enrichment</u> is clearly <u>FRAUD</u>.

Employees at ABN AMRO, LaSalle Bank NA, and/or alleged agents thereof have ignored presentments of negotiable instruments (i.e. Credit Check, Voucher, Bills of Exchange). This has been done in violation of the Negotiable Instrument Act various Contract Law and Banking Regulations in that when a recipient rejects or questions such a document they are required by law to issue written notice to the presenter with <u>full disclosure</u> for the concern or the rejection within 24 hours. No such marked Notice was received by the Undersigned in the time required by law. Only the originating bank is lawfully qualified to determine if the instrument is negotiable and valid or not.

Also, I have received no documentation from ABN AMRO, LaSalle Bank NA, and/or Agents thereof as to full disclosure explanation why this instrument was deemed "invalid" or "non-negotiable." You have provided me NO supporting verification or reason whatsoever for any unsubstantiated conclusion and action even though my request for such verification was included in original documents you received from me. There has been no documentation received that would support the statement that it "is a worthless piece of paper" according to your letter dated March 8, 2005.

Bills of Exchange are used widely between countries, government agencies, corporations, and individuals. Both of the ignored Bills of Exchange was drawn on a validated and Numbered UCC Contract Trust Account. It is on file in the UCC section under the Analysis and Control Division of the IRS, not the <u>Bureau of Public Debt</u> <u>(BPD)</u>. That is a fact clearly stated in Both the Letter of Advice with instructions for proper processing of the Bills of Exchange. Therefore, any conclusion that this account is invalid or does not exist at the BPD is misread and misstated. In contrast, both of the Bills of Exchange (Bill of Acceptance – Time Draft) was to have been presented in timely fashion through the Secretary of Treasury, by your bank for disposition to the UCC Contract Trust Account at the IRS through their Technical Support Division. Only the Secretary of the Treasury can claim validity and/or negotiability, not you.

It is the Secured Party's obligation to inform employees at ABN AMRO, LaSalle Bank NA, and/or alleged agents thereof that the Undersigned has a <u>prior, perfected, superior claim</u> and holds a <u>vested interest</u> in the private property (see Claim of Lien UCC 9-334, and all associated documents), and duly discharged through Bonded Registered Bill of Exchange (now tendered) and honored by you with acknowledgement from John W. Snow (now Henry M. Paulson Jr.), Trustee, <u>in accordance with The Administrative Procedures Act 5 USC 706</u>, whereby the Undersigned is sole holder in due course. It appears that this matter is now in the hands of attorneys as alleged "litigants." They appear NOT to be familiar with <u>Federal Banking Regulations</u>.

The Undersigned has offered assistance under administrative law and is willing to present such (if requested) to resolve this matter amicably. To this day the Undersigned has not received ANY response from ABN AMRO, LaSalle Bank NA, and/or their Agents/Officers regarding this offer, and it appears Miss Jones have not followed this process with the issuer's **Bills of Exchange** accepting the Undersigned assistance. This is a simple credit/debit

Evidence "C-1j"

transaction for transferring credit from Affiant's personal UCC Contract Trust Account, through the TT&L account, to the Bank, and to the Claimants. The Claimants have nothing to lose by going through this process, as a result the Claimants will receive the credit that is stipulated on the **Bills of Exchange**. The Undersigned has in her possession (emphasis added) a document named "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" to assist each of the Claimants in processing the Negotiable Instruments (now tendered). (This is described in an 11 step process titled **SPECIAL BANKING SERVICES**: *Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Analysis and Control Division of the IRS. This transaction is in accordance with and mandated by the Administrative Procedures Act at 5 USC 706, Federal Banking Regulations, the Supreme Court decision in *Hallenbeck v. Leimert*, and the Erie and Clearfield doctrine (**by Congressional and Presidential approval**)

The Undersigned is also aware that some commercial entities are accepting these instruments as assets on their books, and then telling the presenter to continue their payments while keeping from the presenter that the entity profiteers from principal (asset) and interest (float) money through the bank and the TT&L process. At the same time they are informing the clients that their instrument has not been collected or "is a worthless piece of paper." Obviously, this denies the presenter his lawful and legal benefits. Such "double dipping" is clearly FRAUD, including aiding and abetting "undue enrichment." This scam has been and is occurring against their depositor's interest. The Undersigned (B of E) should have been processed similar to an ordinary check or time draft check. The unreturned original both Bills of Exchange bear the same implication: Corporate and Bank Fraud.

Corporate ethical principles and adherence to regulations are continually being closely monitored by the Corporate Fraud Task Force (CFTF) and also the Security and Exchange Commission. Therefore, the Undersigned requests that you provide me with all the pertinent facts and documentation supporting your action. You are well acquainted with the details your institution is required to provide under the Federal Truth in Lending Regulations. I was entitled to full-disclosure in this matter within 24 hours. You have not done this and now it is too late. You have delayed and failed in your corporate responsibility as a fiduciary violating and damaging your client's interest and rights. These are actions upon which the President of the United States and Congress are focusing. CFTF monitors compliance with existing laws, rules, and regulation and CEO's as well as subordinates are to be accountable and held fully responsible. Consequently, prosecution and economic sanctions can follow.

It appears on the face of the administrative record the alleged documentation the Undersigned has been receiving as sent by the employees at ABN AMRO, LaSalle Bank NA, and/or alleged agents thereof are attempting to commit Acts of Scienter (omitting knowledge), acting in Bad Faith, Fraud, Conspiracy, Undue Enrichment, Aiding and Abetting, and Willful, Wanton and Irreparable Harm with Malice Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts. These actions have been, and are encroaching on and violating the Constitutionally-Protected Right to private property, the right to contract including the Civil Rights of the Secured Party, whereby these actions run counter prior Supreme Court rulings and other *Stare Decisis*.

The Undersigned has a substantial amount of lawful documentation to assert that both instruments and its instructions you disregarded are valid, lawful, and legal. I know this instrument is fully negotiable when it has been properly and correctly processed, signed, mailed and processed through the Secretary of the Treasury. This negotiable instrument is valid and the process works when done correctly.

---

*Legal notes:

The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments. Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose.* Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument

Evidence "C-1j"

According to the FBC Regulations and *stare decisis* you cannot lawfully reject this instrument. It appears that your office has attempted in this instance to unlawfully and illegally usurp the authority that only resides in the Secretary of the Treasury. Federal Regulations and the Courts identify such actions as CRIMINAL CONVERSION AND FRAUD. You are required to process all lawful negotiable instruments without prejudice, not selectively or arbitrarily.

You Miss Jones, including individuals at ABN AMRO, LaSalle Bank NA, and/or Agents thereof have obstructed proper processing. The CBC, UCC, FBC, and SEC assert that you can and are to be held responsible for the full face value of the document. By such an unlawful act it is clear that, as a financial institution, you now must bear the full financial responsible yourself from which I have been injured. I have the right and authority confirmed by the current contract to have this obligation processed and lawfully discharged. A fiduciary such as your corporation should be accurate, trustworthy and honest in all your dealings as part of the good faith principle.

The Undersigned has not received any point for point rebutted of the Letter of Advice as required by your own rules and regulation. You will find no record of any TDA account for me and this document was never presented as a Treasury Security. Do not attempt to make this instrument what it is not. I never claimed herein any TDA account with the Bureau of Public Debt (BPD) as has been implied. This instrument is not a Treasury Security (see Letter of Advice) nor was it ever intended it to be submitted for collection at the Bureau of Public Debt as may have been alleged. It requires no rocket scientist to detect the difference. Ignorance is no defense. You either knew or should have known the difference.

Let it be noted that the Undersigned has already had other IRS tax claims processed and discharged through this very same UCC Contract Trust process. Not one of these instruments that I know of has been dishonored by the Secretary of Treasury. I am aware of many other similar instances of honored documents. When instruments like mine or similar are properly prepared and appropriately processed by a financial institution I know of no employee, executive who has been charged with breaking the law. If the instrument works regularly for some the same instrument works for all.

This is demand that you immediately credit and discharge the full value of the face amount of the Bill of Exchange. This is also demand that you now present to me a personally written, signed letter acknowledging the current contract also providing full disclosure for your rejection and/or inaction. Send this to me via Certified Mail from your CEO, CFO, or someone else of equal authority in your institution within three (3) working days from your receipt of this certified letter. You are already long overdue and in violation of Contract Law, Banking Regulation, and the Fair Debt Collection Practices Act. Governing agencies and I both expect you to follow the rules. DO NOT continue to stonewall the Undersigned Secured Party. All communication pertaining to this matter regarding this is to be in writing.

A lack of response on your part means acceptance and agreement, UCC 1-201 (16), exists as to all conditions and terms detailed in this Notice, UCC 1-103.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-308.

Enclosures:   Credit Statement (copy)

Sincerely, by the Seal of

*Violet A. Hooghkirk*
Violet A. Hooghkirk © Secured Party

Parties at interest:
Tom Goldstein – President - Chief Financial Officer – ABN AMRO Mortgage Group, Inc
7159 Corkland Drive – Jacksonville, Florida 32258
Thomas A. Rosiello – Registered Agent - ABN AMRO Mortgage Group, Inc.
135 South LaSalle Street - Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent –
135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison
Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
Certified mail article no. 7005 1820 0000 1880 9562
Page 3 of 4

Evidence "C-1j"

John Purtell - Manager - LaSalle Bank NA
    135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA –
    4747 W. Irving Park Road - Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
    2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
    4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. –
    7159 Corklan Drive - Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
    135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc. –
    7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
    1355 W. Dundee – Buffalo Grove, Illinois 60089
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. -
    4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc.
    7159 Corklan Drive - Jacksonville, Florida 32258


David Cantwell – President - Chelsea Cove Condominium Assoc.
    1035 Garfield Ave - 624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Registered Agent - Secretary – Chelsea Cove Condominium –
    775 Barnaby Place - Wheeling, Illinois 60090


Cc: Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
    950 Pennsylvania Ave NW - Washington, D.C. 20530
  Federal Trade Commission (FTC)
  Securities and Exchange Commission (SEC)
  Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
  Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
  J. Russell George – Acting Treasury Inspector General for Tax Administration
    1500 Pennsylvania Ave NW – Washington, D.C. 20224
  Ira L. Hobbs – CIO – Treasury Data Integrity Board
    1500 Pennsylvania Ave NW – Washington, D.C. 20224
  Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
  Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
  Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
  Brian W. Jones – CLC – USDOE – 400 Maryland Ave SW – Washington, D.C. 20202

Evidence "C-1j"

# Violet Hooghkirk

### C/o 772 Barnaby Place – Wheeling, Illinois [60090]

### NOTICE AND DEMAND – ACTUAL AND CONSTRUCTIVE NOTICE
#### NON-NEGOTIABLE

Claimant: Attn: Tom Goldstein – President/Chief Financial Officer        September 9, 2006
ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive
Jacksonville, Florida 32258

Attn: CEO or CFO

Re: Declaration of Agreement/Contract/Check, and
Bonded Bill of Exchange (discharged).

Dear Tom Goldstein,

It is the Undersigned Secured Party's obligation to inform you, Mr. Goldstein and employees at ABN AMRO and/or their Agents/Officers thereof that the Undersigned is in receipt of a current Declaration of AGREEMENT/CONTRACT/CHECK as stipulated between the Undersigned and ABN AMRO Re: loan 0009000194 (see attached). The Declaration of AGREEMENT/CONTRACT/CHECK as stipulated between the Undersigned and ABN AMRO has been perfected within the County of Cook, Recorder of Deeds, of Illinois IN FACT and that;

It is also the Secured Party's obligation to inform you, that the duly created, not dishonored, and acknowledgment of the current AGREEMENT/CONTRACT/CHECK as stipulated, under law and the right to contract the Secured Party can no longer be held accountable or liable for the face amount and all obligations are discharged in its entirety, and all claims have been settled in this matter AB INITIO, RES JUDICATTA, and *Stare Decisis* IN FACT and that;

The Undersigned has attempted to offer assistance under administrative law and is willing to present such (if requested) to resolve this matter amicably. To this day the Undersigned has not received ANY response from ABN AMRO, LaSalle Bank NA, and/or their Agents/Officers regarding this offer, and it appears Mr. Goldstein have not followed this process with the issuer's **Bills of Exchange** accepting the Undersigned assistance. This is a simple credit/debit transaction for transferring credit from Affiant's personal UCC Contract Trust Account, through the TT&L account, to the Bank, and to the Claimants. You have nothing to lose by going through this process; as a result you will receive the credit that is stipulated on the **Bills of Exchange**. The Undersigned has in her possession (emphasis added) a document named "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" to assist each of the Claimants in processing the Negotiable Instruments (now tendered). (This is described in an 11 step process titled **SPECIAL BANKING SERVICES**: *Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Analysis and Control Division of the IRS. This transaction is in accordance with and mandated by the Administrative Procedures Act at 5 USC 706, Federal Banking Regulations, the Supreme Court decision in *Hallenbeck v. Leimert*, and the Erie and Clearfield doctrine (by Congressional and Presidential approval) IN FACT and that;

----

*Legal notes:

The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments.* Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument IN FACT and that;

Evidence "C-1k"

Therefore, according to the preponderance of evidence in the myriad of administrative documents there is no controversy regarding the administrative record in this matter. ALL requirements of administrative law pertaining to this matter based on the AGREEMENT/CONTRACT/CHECK (as stipulated) and the Twenty Five (25) plus NOTICES OF DEFAULT a.k.a. "CONTRACTS BY DEFAULT" absent the timely dishonor of each of the Claimants, and/or their Agents/Officers claims and responses. The "STATUS AND DISCLOSURE AFFIDAVIT OF MATERIAL FACTS" as evidenced on the face of the administrative record NOW stands as Fact and Truth in Commerce, including ALL associated documents. The claims by each of the Claimants and/or their Agents/Officers have been lawfully and legally discharged. Affiant, as Secured Party has demonstrated this according to and under administrative law, *Stare Decisis*. Therefore, there was never and there is not now any controversy in this matter and it is settled AB INITIO, RES JUDICATTA, *Stare Decisis*. The claims and charges are NOW deemed dismissed in regard to any obligation with prejudice now and forever IN FACT.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-308.

Enclosures: Declaration of Agreement/Contract/Check as stipulated (copy)

Sincerely, by the Seal of

*Violet A. Hooghkirk*

Violet A. Hooghkirk⊙, Secured Party

Parties at interest:

Thomas A. Rosiello – Registered Agent - ABN AMRO Mortgage Group, Inc.
135 South LaSalle Street - Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent–135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO–2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison
Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
John Purtell - Manager - LaSalle Bank NA- 135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA - 4747 W. Irving Park Road - Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc.–7159 Corklan Drive - Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc. –
7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA-
1355 W. Dundee – Buffalo Grove, Illinois 60089
Damien Bazan – Collections Dept - ABN AMRO-4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc.
7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones ·  Loan Administration/Litigation Dept. - ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive - Jacksonville, Florida 32258
Cc: Robert McCallum of the, President's Corporate Fraud Task Force · DOJ
950 Pennsylvania Ave NW - Washington, D.C. 20530
Federal Trade Commission (FTC)
Securities and Exchange Commission (SEC)
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Ira L. Hobbs – CIO – Treasury Data Integrity Board
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
Brian W. Jones – CLC ·· USDOE – 400 Maryland Ave SW – Washington, D.C. 20202

Evidence "C-1k"

**From the Memo Desk of**
**Violet A. Hooghkirk - Secured Party**

Certified Mail Article No. _7004l350000⊇ 0399 567l_

LaSalle Bank NA                                              Violet A. Hooghkirk ©, Secured Party
Attn: Norm Bobbin – Chief Executive Officer    c/o 772 Barnaby Place
1355 W. Dundee Road                                     Wheeling, Illinois [60090]
Buffalo Grove, Illinois 60089

Re: Letter of Advice - Dated May 25, 2005
     Loan #206-07300418352
Dear Mr. Norm Bobbin,                                               December 2, 2005

        I am inquiring as to why there has been no response from LaSalle Bank NA, and you're Agents/ Officers regarding the Letter of Advice - Actual and Constructive Notice – *stare decisis*, and the claim "Accepted for Value" that was mailed and dated May 25, 2005 to your Chicago location branch LaSalle Bank NA in Chicago?

        I am resending a copy of what was send to the Chicago branch LaSalle NA – 135 - Dept. 8144 – Chicago, Illinois 60674-8144 so you are able to or your agents can process this tendered negotiable instrument through your banks Treasury Tax and Loan Account (See Attached). I am puzzled that your agency has not responded to the Letter of Advice regarding the Bonded Registered Bill of Exchange, which was previously sent which has already been tendered. I have tendered a lawful legal tender to discharge this whole claim which has not been responded to by your offices and/ or agents.

        Please be advised that since LaSalle Bank NA, and your Agents/Officers have failed to act upon this legal tender. See Certified Mail Article No. 7004 2510 0005 3326 2198 – original Letter of Advice previously mailed which is in your files and received. Under law Affiant is no longer to be held responsible or liable for the face amount claim and all obligation is now discharged.

        I would like to make sure that you understand that the Letter of Advice is now "**Void where prohibited by Law**" not rejected within 72 hours with full disclosure See HELLENBECK vs. LEIMERT, 296 U.S. 116. In addition, LaSalle Bank NA, and your Agents/Officers are now responsible for the full face amount as mandated under the Erie and Clearfield Doctrines. Please understand that the Analysis and Control Division of the IRS has already received the Bonded Registered Bill of Exchange from the Secretary of the Treasury, and the full face amount is now tendered through Affiant's Personal UCC Contract Trust.
        NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS/ NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL

                                        Sincerely
                                        By the Seal of,
                                        *Violet A. Hooghkirk*
                                        Violet A. Hooghkirk ©, Secured Party

Cc: Tom Goldstein – President - Chief Financial Officer – ABN AMRO Mortgage Group, Inc
            Mortgage Group, Inc – 7159 Corkland Drive – Jacksonville, Florida 32258

Evidence "C-1l"



Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc –
      135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Agent - 135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Robert McCallum of the, President's Corporate Fraud Task Force – Washington, D.C. 20530
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
      1500 Pennsylvania Ave NW – Washington, D.C. 20224
Ira L. Hobbs – CIO – Treasury Data Integrity Board
      1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
      2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc
      540 West Madison - Chicago, Illinois 60661-6400
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 -
      Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road
      Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
      Mortgage - 2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. -LaSalle Bank NA - 4747 W. Irving Park Road –
      Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. - 7159 Corklan Drive –
      Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
      135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc. –
      7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA - 355 W. Dundee –
      Buffalo Grove, Illinois 60089
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. - 242 N. Harlem Avenue
      Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc, - 7159 Corklan Drive –
      Jacksonville, Florida 32258

Evidence "C-1l"

# Violet Hooghkirk

### C/o 772 Barnaby Place – Wheeling, Illinois [60090]

### NOTICE AND DEMAND – ACTUAL AND CONSTRUCTIVE NOTICE
### NON-NEGOTIABLE

Claimant: Attn: Norm Bobbin – Chief Executive Officer                    September 10, 2006
LaSalle Bank NA
1355 W. Dundee
Buffalo Grove, Illinois 60089

Re: Declaration of Agreement/Contract/Check, and
Bonded Bill of Exchange (discharged).

Attn: CEO or CFO

Dear Norm Bobbin,

It is the Undersigned Secured Party's obligation to inform you, Mr. Bobbin and employees at LaSalle Bank NA and/or their Agents/Officers thereof that the Undersigned is in receipt of a current Declaration of AGREEMENT/CONTRACT/CHECK as stipulated between the Undersigned and LaSalle Bank NA Re: loan 20607300418532 (see attached). The Declaration of AGREEMENT/CONTRACT/CHECK as stipulated between the Undersigned and LaSalle Bank NA has been perfected within the County of Cook, Recorder of Deeds, of Illinois IN FACT and that;

It is also the Secured Party's obligation to inform you, that the duly created, not dishonored, and acknowledgment of the current AGREEMENT/CONTRACT/CHECK as stipulated, under law and the right to contract the Secured Party can no longer be held accountable or liable for the face amount and all obligations are discharged in its entirety, and all claims have been settled in this matter AB INITIO, RES JUDICATTA, and *Stare Decisis* IN FACT and that;

The Undersigned has offered assistance under administrative law and is willing to present such (if requested) to resolve this matter amicably. To this day the Undersigned has not received ANY response from LaSalle Bank NA, ABN AMRO, and/or their Agents/Officers regarding this offer, and it appears you have not followed this process with the issuer's **Bills of Exchange** accepting the Undersigned assistance. This is a simple credit/debit transaction for transferring credit from Affiant's personal UCC Contract Trust Account, through the TT&L account, to the Bank, and to the Claimants. You have nothing to lose by going through this process; as a result you will receive the credit that is stipulated on the **Bills of Exchange**. The Undersigned has in her possession (emphasis added) a document named "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" to assist each of the Claimants in processing the Negotiable Instruments (now tendered). (This is described in an 11 step process titled **SPECIAL BANKING SERVICES**: *Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Analysis and Control Division of the IRS. This transaction is in accordance with and mandated by the Administrative Procedures Act at 5 USC 706, Federal Banking Regulations, the Supreme Court decision in *Hallenbeck v. Leimert*, and the Erie and Clearfield doctrine (by **Congressional and Presidential approval**) IN FACT and that;

---

*Legal notes:
    The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments.* Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument IN FACT and that;

Evidence "C-1m"

Therefore, according to the preponderance of evidence in the myriad of administrative documents there is no controversy regarding the administrative record in this matter. ALL requirements of administrative law pertaining to this matter based on the AGREEMENT/CONTRACT/CHECK (as stipulated) and the Twenty Five (25) plus NOTICES OF DEFAULT a.k.a. "CONTRACTS BY DEFAULT" absent the timely dishonor of each of the Claimants, and/or their Agents/Officers claims and responses. The "STATUS AND DISCLOSURE AFFIDAVIT OF MATERIAL FACTS" as evidenced on the face of the administrative record NOW stands as Fact and Truth in Commerce, including ALL associated documents. The claims by each of the Claimants and/or their Agents/Officers have been lawfully and legally discharged. Affiant, as Secured Party has demonstrated this according to and under administrative law, *Stare Decisis*. Therefore, there was never and there is not now any controversy in this matter and it is settled AB INITIO, RES JUDICATTA, *Stare Decisis*. The claims and charges are NOW deemed dismissed in regard to any obligation with prejudice now and forever IN FACT.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-308.

Enclosures: Declaration of Agreement/Contract/Check as stipulated (copy)

*Violet A. Hooghkirk*

Sincerely, by the Seal of

Violet A. Hooghkirk ©, Secured Party

Parties at interest:
Tom Goldstein – President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive - Jacksonville, Florida 32258
Thomas A. Rosiello – Registered Agent - ABN AMRO Mortgage Group, Inc.
135 South LaSalle Street - Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent–135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO–2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison
Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
John Purtell - Manager - LaSalle Bank NA- 135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA– 4747 W. Irving Park Road - Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
2600 West Big Beaver Road - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc.–7159 Corklan Drive - Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc. –
7159 Corkland Drive - Jacksonville, Florida 32258
Damien Bazan – Collections Dept - ABN AMRO-4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations – ABN AMRO Mortgage, Inc.
7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones – Loan Administration/Litigation Dept. - ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive - Jacksonville, Florida 32258
Cc: Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
950 Pennsylvania Ave NW - Washington, D.C. 20530
Federal Trade Commission (FTC)
Securities and Exchange Commission (SEC)
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Ira L. Hobbs – CIO – Treasury Data Integrity Board
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg - 401 14th Street SW Room 548 - Washington, D.C. 20227
Brian W. Jones – CLC – USDOE – 400 Maryland Ave SW – Washington, D.C. 20202

Evidence "C-1m"

**From the Memo Desk of**
**Violet A. Hooghkirk**

To:    Chelsea Cove Condominium Assoc.
Attn: David Cantwell – President
1035 Garfield Ave
624 Bridgeport – Wheeling, Illinois 60090

Re:    Bill of Exchange (now tendered)

Dear Mr. Cantwell                                         Date: March 2, 2006

The Undersigned, Secured Party is inquiring as to why there has been no response from Chelsea Cove Condominium Assoc, and your Agents/Officers regarding the (two) Letter of Advice - Actual and Constructive Notice – *stare decisis*, and the claim "Accepted for Value" that your offices received on February 4, 2006, and February 18, 2006.

The Undersigned herein now inquires regarding the currently revised not dishonored agreement that the Secured Party has with Chelsea Cove Condominium Assoc, and/or your Agents/Officers. The Undersigned has received no acknowledgement or disclosure from Chelsea Cove Condominium Assoc, and/or your Agents/Officers, regarding this matter.

The Undersigned on or about December 28 2005 sent a current revised copy of the original agreement with receipt documenting the Undersigned has this in her possession. The receipt of the current not dishonored contract instrument has been acknowledged, accepted and endorsed. The Undersigned's current contract Instrument as of January 4, 2006, with acknowledgment receipt, states in part "The association dues are prepaid in full with extreme prejudice through the year of 2100 AD."

The Undersigned has not received no full disclosure from Chelsea Cove Condominium Assoc, and/or your Agents nor has received any evidence the Negotiable Instrument was ever processed through your bank's Treasury Tax and Loan Account. The Undersigned has tendered a lawful legal tender to discharge this entire claim.

The Undersigned has not received any acknowledgement from Chelsea Cove Condominium Assoc, and/or Agents/Officers that the Negotiable Instruments were ever processed. Chelsea Cove Condominium Assoc, through their bank is required to ledger an equal credit and debit through their Treasury Tax and Loan Account in the amount o the stamped claim and the amount stipulated on the Bonded Registered Bill of Exchange which is a debit instrument, (now tendered) (invoice no 01561229051, and 01560103061) as instructed clearly in the Letter of Advice to process and post Affiant's Silver Surety Bond as collateral in <u>accordance with 31 CFR part 203 to access their Treasury Tax and Loan Account</u>. The documents have been received by the Secretary of the Treasury, honored by John W. Snow, <u>in accordance with the Administrative Procedure Act at 5 U.S.C. 706, and forwarded to the Analysis and Control Division of the IRS.</u>

If Chelsea Cove Condominium Assoc, and/or your Agents/Officers, have already processed the Negotiable Instrument through their Treasury Tax and Loan Account please send acknowledgement receipt to the Undersigned, Secured Party that the full amount has

Evidence "C-1n"

been credited and debited in the proper account from the Secured Party's Personal <u>UCC Contract Trust</u>. The amount stipulated on the instrument received by Chelsea Cove Condominium Assoc, and/or your Agents/Officers was the full amount of the claim that was stipulated on each Bill of Exchange (now tendered).

The Undersigned Secured Party has in her possession <u>A Banker's Guide to Processing the Bonded Bill of Exchange</u>. To assist, if Chelsea Cove Condominium Assoc, and/or your Agents/Officers requests detail, in processing the Bill of Exchange (now tendered) (as described in an 11 step process titled Special Banking Services: <u>Bankers Guide to handling customer's UCC contract trust account redemption documents for transmittal through the Secretary of the Treasury to the Internal Revenue Service</u>) please contact the Undersigned so this detail and arrangements to process the Negotiable Instrument can be provided.

The Negotiable Instrument was not rejected within the required 72 hours with full disclosure. Each Letter of Advice clearly states **"Void where prohibited by Law."** Chelsea Cove Condominium Assoc, and/or your Agents/Officers are now mandated under <u>HELLENBECK vs. LEIMERT</u>, 296 U.S. 116, 122, and can be held personally liable for the entire amount of the discharge under the <u>Erie and Clearfield Doctrines</u>. Under law the Undersigned, Secured Party can no longer be held accountable or liable for the face amount and all obligations are now discharged in their entirety.

This is Actual and Constructive Notice there is no controversy in this matter. The Analysis and Control Division of the IRS has already received each tendered Bonded Registered Bill of Exchange from the Secretary of the Treasury, and the full face amount is now tendered through Affiant's Personal <u>UCC Contract Trust</u>. The Undersigned thanks you again for your acknowledgment of the current contract.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS/ NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL.

Mr. Cantwell, this matter has not been acknowledged and satisfied to my satisfaction. If you have any questions or concerns please do not hesitate to contact me so closure can be attained in this matter.

YOU, AND/OR YOUR AGENTS HAVE TEN (10) DAYS IN WHICH TO REBUT POINT-FOR-POINT, FROM RECEIPT OF THIS CORRESPONDENCE, UCC 1-204. A LACK OF RESPONSE FROM YOU, AND/OR YOUR AGENTS MEANS ASSENT TO THIS CORRESPONDENCE AND A FAULT, UCC1-201(16) EXISTS CREATING FRAUD THROUGH MATERIAL MISPRESENTATION WHICH VITIATES ALL FORMS, CONTRACTS, AGREEMENTS, ETC. EXPRESSED OR IMPLIED, FROM THE BEGINNING, UCC 1-103.

Thank you, I await your response in this matter.

Sincerely - By The Seal of,

*Violet A. Hooghkirk*

Violet A. Hooghkirk©, Trustee, Secured Party
Barnway Trust
C/o 772 Barnaby Place
Wheeling, Illinois |60090]

Evidence "C-1n"

Cc: Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
        950 Pennsylvania Ave NW - Washington, D.C. 20530
   Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
   Lisa Madigan - Attorney General –
        100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
   J. Russell George – Acting Treasury Inspector General for Tax Administration
        1500 Pennsylvania Ave NW – Washington, D.C. 20224
   Ira L. Hobbs – CIO – Treasury Data Integrity Board
        1500 Pennsylvania Ave NW – Washington, D.C. 20224
   Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
   Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
   Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
   Steven R. Heuberger – Registered Agent - Board of Managers –
        Chelsea Cove Condominium Assoc. - 1035 Garfield Ave - Libertyville, Illinois 60048
  Jeffrey Meyers – Registered Agent - Secretary – Chelsea Cove Condominium –
        775 Barnaby Place - Wheeling, Illinois 60090

Evidence "C-1n"

**AFFIDAVIT**
**NOTICE**

State of Illinois          )
County of Cook          )

Notice to the Agents:

David Cantwell – President - Chelsea Cove Condominium Association
624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium –
775 Barnaby Place - Wheeling, Illinois 60090

Re: Unwarranted, unjust correspondences, statement(s) of account alleging payment owed from a third party intervener.

## Statement of Facts

1. Affiant has made the Agents aware Affiant on May 13, 2005, October 19, 2005, December 6, 2005 and December 29, 2005 filed and recorded 4 UCC 1 Financing Statements with the Secretary of the State of Illinois UCC Div.; Affiant has updated her records of the original UCC 1 Financing Statement vested interest. Most recent Commercial Transaction #10514428 FS. See <u>Diversified Metal Products vs. T-Bow Company Trust, IRS, et al 93-405-E-EJL et al, 1993</u>. Affiant has a prior, perfected, superior claim and vested interest of said property, whereby Affiant is holder in due course. The State and Federal Courts have ruled that the first to file a UCC 1 has priority.

2. Affiant has made the Agents aware Affiant on May 18, 2005 perfected Affiant's UCC claim by filing and recording a <u>(Claim of Lien (UCC 9-334)</u> in the County of Cook, of Illinois in which Affiant holds a perfected interest, and holds the highest claim. (Doc# 0513849062)

3. Affiant has made the Agents aware Affiant on January 5, 2006 has updated her records of the original UCC 1 vested interest; Affiant perfected the UCC 1 and UCC Addendum claim by filing and recording Affiant's claim with the County of Cook, of Illinois. (Doc# 0600555133 and 0600555136)

4. Affiant has made the Agents aware Affiant on or about December 28, 2005 sent a current revised instrument/agreement that Affiant has with the Agents (pre-dated January 4, 2006) of the original agreement that Affiant has in her possession. Affiant On January 9, 2006 picked up a copy of the current revised instrument/agreement from Affiant's Bank. The instrument/agreement had been <u>accepted and endorsed</u> as of <u>January 4, 2006</u>. Affiant now has the revised instrument/agreement with full acknowledgement receipt. (all claims have been prepaid) Affiant has in her possession acknowledgement of the deposited funds within Chelsea Cove Condominium's account. (all claims have been prepaid) As result of the current, not dishonored, agreement with Chelsea Cove Condominium Assoc. all have been acknowledged as prepaid.

5. Affiant has made the Agents aware as a result of the negotiated instrument the association dues are prepaid in full <u>with extreme prejudice through the year of 2100 AD</u>. Under law the Affiant, Secured Party can no longer be held accountable or liable for the face amount and all obligations have been discharged in their entirety.

6. Affiant has made the Agents aware Affiant received on two separate occasions from the Agents who made a public offering to VIOLET A. HOOGHKIRK. Agents submitted two claims, the first dated December 5, 2005 in the amount of $2,923.00, and second was the assessed payment book totaling in the amount of $2,625.36.

7. Affiant has made the Agents aware Affiant on January 6, 2006 under administrative law sent a legal and lawful Bonded Registered Bill of Exchange in accord with HJR-192 to the Secretary of the Treasury in the amount of $2,923.00. On January 11, 2006 the Secretary of the Treasury received Affiant's Bonded Registered Bill of Exchange, dated January 3, 2006. (now tendered) without dishonor, the claim "Accepted for Value" (Invoice no 01561229051) and honored by John W. Snow, <u>in accordance with the Administration Procedure Act at 5 U.S.C. 706, and forwarded to the Analysis and Control Division</u>

Evidence "C-1o"

of the IRS to be processed and discharged through Affiant's <u>Personal UCC Contract Trust</u>. Certified mail article no 7005 1820 0000 1882 5944.

8. Affiant has made the Agents aware Affiant on January 23, 2006 under administrative law sent a legal and lawful Bonded Registered Bill of Exchange in accord with HJR-192 to the Secretary of the Treasury in the amount of $2,625.36. On January 30, 2006 the Secretary of the Treasury received Affiant's Bonded Registered Bill of Exchange, dated January 3, 2006. (now tendered) without dishonor, the claim "Accepted for Value" (Invoice no 01560103061) and honored by John W. Snow, <u>in accordance with the Administration Procedure Act at 5 U.S.C. 706, and forwarded to the Analysis and Control Division of the IRS</u> to be processed and discharged through Affiant's <u>Personal UCC Contract Trust</u>. Certified mail article no 7005 1820 0000 1882 7993.

9. Affiant has made the Agents aware according to each of the Letter of Advices both received on Febuary 18, 2006, and Febuary 24, 2006 the Agents received under administrative law dated, January 17, 2006, and February 13, 2006 with instructions clearly identified to process the negotiable instruments through the Agents Treasury Tax and Loan Account. If each was not retuned within the 72 hours rule Agents would be mandated under <u>Hallenbeck vs. Leimert</u>, 295 US 116 (1935), and personally liable under the <u>Erie and Clearfield Doctrines</u>. Certified mail article no 7005 1820 0000 1882 8112, and 5968.

10. Affiant has made the Agents aware each Agent, and/or Co-Parties was noticed by Notice of Default by and through each of the points above 1 thru 9. Each Agent, and/or Co-Parties entered into a perfected Contract by Tacit Procuration. Thus it was a STATUTE STAPLE, UCC CONFIRMATORY WRITING. The claims by each of the Agents have been lawfully and legally tendered, and discharged.

11. According to administrative law, *Stare Decisis*, and through the "Contract by Default's" surrounding this matter Affiant has not failed to state a claim within the numerous correspondences that have been sent to Chelsea Cove Condominium Association as evidenced on the commercial registry at the Illinois Secretary of State in the form of UCC 1 and its amendments. Affiant is holder in due course.

12. Within and according to the administrative law regarding the Notice of Default's surrounding this matter Chelsea Cove Condominium Association, and/or their Agents are estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE" by and through their Tacit Procuration.

13. Affiant has been receiving unwarranted, unjust correspondences from a third party intervener Williamson Management, statements of account alleging payment on behalf of Chelsea Cove Condominium Assoc. and/or their Agents. Affiant has made it clear according to and under administrative law and per agreement as of January 4, 2006 (see attached) and per UCC 3 Assignment the assessed claims have already been fully, and legally discharged, and Pre-paid in Full, and discharged in their entirety. Affiant returned each of the statements received stamped <u>Paid in Full</u> across document. <u>In accordance with the conditions of the contract as revised</u>.

## CAVEAT

**NOTICE:** This is Actual and Constructive Notice to Cease and Desist immediately from sending any more statement(s) of account alleging payment owed. If not, this is Notice and Demand you are hereby given Title 15 U.S.C. sec 1692 establishes fair debt collection practices; sub-section (e) of said statue establishes "false or misleading representations" include the false representation of the "charter" or legal status of any debt. It also makes the threat to take "any action" that can not legally be taken as a "defective practice." It is now my obligation to remind you, and/or your Agents; you are already in "default" by "Contract by Default's" and have acted in bad faith and with now "unclean hands."

## Verification

14. The Undersigned Affiant, Violet A. Hooghkirk ©, Secured Party, certifies on Affiant's commercial liability that Affiant has read this Affidavit and issues the same with intent and understanding of purpose and does solemnly swear, declare and state that the statements, allegations, demands and contents contained herein are true, correct, and complete, not misleading, the truth, the whole truth and nothing but the truth.

Evidence "C-1o"

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL

FURTHER AFFIANT SAITH NOT

Date: May 10, 2006                Signed,
                                  By The Seal Of

                                  *Violet A. Hooghkirk*

                                  Violet A. Hooghkirk ©, Trustee, Secured Party
                                  Barnway Trust
                                  C/o 772 Barnaby Place
                                  Wheeling, Illinois [60090]

Cc: Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
              950 Pennsylvania Ave NW - Washington, D.C. 20530
     Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
     Lisa Madigan - Attorney General –
              100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
     J. Russell George – Acting Treasury Inspector General for Tax Administration
              1500 Pennsylvania Ave NW – Washington, D.C. 20224
     Chief information Officer – Treasury Data Integrity Board
              1500 Pennsylvania Ave NW – Washington, D.C. 20224
     Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
     Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
     Richard L. Gregg – Commissioner of the financial Management Service of the Department of
              The Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

Evidence "C-1o"

To: Chelsea Cove
    c/o Williamson Management          Subject:  Contract and Bank Fraud
    215 William St
    Bensenville, Illinois 60467

Attn: CEO or CFO                     Date: *July 23, 06*

Employees at Chelsea Cove or alleged agents thereof have ignored presentments of negotiable instruments (i.e. Credit Check, Voucher, <u>Bill of Exchange</u>).  This has been done in violation of the Negotiable Instruments Act various Contract Law and banking regulations in that when a recipient rejects or questions such a document they are required by law to issue written notice to the presenter with <u>full explanation</u> for the concern or the rejection within 24 hours.  No such Notice was postmarked and mailed to presenter in the time required by law.  Only the originating bank is lawfully qualified to determine if the instrument is negotiable and valid or not.  Furthermore, by mutual acceptance the Assessment and associated fees are now paid through 2100.

Also, I have received no explanation from Chelsea Cove for any actions as to why this instrument was deemed "invalid" or "non-negotiable." You have provided me no supporting verification or reason whatsoever for any unsubstantiated conclusion and actions even though my request for such verification was included in original documents you received from me.

Bills of Exchange are used widely between countries, government agencies, corporations, and individuals. The ignored Bill of Exchange was drawn on a validated and Numbered UCC Contract Trust Account.  It is on file in the UCC Section under the Analysis and Control Division of the IRS, <u>not the Bureau of Public Debt (BPD)</u>.  That is a fact clearly stated in the Letter of Advice with instructions for proper processing of the Bill of Exchange.  Therefore, any conclusion that this account is invalid or doesn't exist at the BPD is misread and misstated.  In contrast, the Bill of Exchange (Bill of Acceptance -- Time Draft) was to have been presented in timely fashion through the Secretary of Treasury, by your bank for disposition to the UCC Contract Trust Account at the IRS through their Technical Support Division. Only the Secretary of the Treasury can lawfully claim validity and/or negotiability, not you.

I am also aware that some commercial entities are accepting these instruments as assets on their books, and then telling the presenter to continue their payments while the entity profiteers from principal (asset) and <u>interest</u> (float) money through the bank and the TT&L process. At the same time they are informing the clients that their instrument is no good. Obviously, this denies the presenter his lawful benefits. Such "double-dipping" is clearly FRAUD. This scam has and is occurring against their depositor's interests.  My instrument (B of E) should have been processed similar to an ordinary check or time draft check. Your unreturned original Bill of Exchange carries the same implication: Corporate and Bank Fraud.

Corporate ethical principles and adherence to regulations are now being closely

**Evidence "C-1p"**

monitored by the Corporate Fraud Task Force (CFTF) as well as the Securities and Exchange Commission. Therefore, I request that you provide me with all the pertinent facts and documentation supporting your action. You are well acquainted with the details your institution is required to provide under the Federal Truth in Lending Regulations. I was entitled to full-disclosure in this matter within 24 hours. You have not done this and now it is too late. You have delayed and failed in your corporate responsibility as a fiduciary violating and damaging your client's interests and rights. These are actions upon which the President of the United States and Congress are focusing. CFTF is to monitor compliance with existing laws, rules, and regulations and CEO's as well as subordinates are to be accountable and held fully responsible. Consequential, prosecution, and economic punishment can follow.

I have a substantial amount of lawful documentation to assert that both the instrument and its instructions you disregarded are valid, lawful and legal. I know this instrument is fully negotiable when it has been properly and correctly processed, signed, mailed and processed through the Secretary of the Treasury. This negotiable instrument is valid and the process works when done correctly.

According to the FBC Regulations and *stare decisis* you cannot <u>lawfully</u> reject this instrument. It appears that you have attempted in this instance to unlawfully and illegally usurp the authority that only resides in the Secretary of the Treasury. Federal Regulations and the Courts identify such actions as CRIMINAL CONVERSION AND <u>FRAUD</u>. You are required to process <u>all</u> negotiable instruments not selectively nor arbitrarily.

You have obstructed proper processing. The CBC, UCC, FBC and SEC assert that you can and are to be held responsible for the <u>full face value of the document</u>. By such an unlawful act it is clear that, as the financial institution, you now must bear the full financial responsibility yourself from which I have been damaged. I have the <u>right</u> and <u>authority</u> confirmed by the current contract to have this obligation processed and lawfully discharged. A fiduciary such as your corporation should be accurate, trustworthy and honest in all your dealings as part of the <u>good faith principle</u>.

You have not rebutted my letter of advice point for point as required by your own rules and regulations. You will find no record of any TDA account for me and this document was never presented as a Treasury Security. Don't try to make this instrument what it is not. I do not claim herein any TDA account with the Bureau of Public Debt (BPD) as has been implied. This instrument is not a Treasury Security. (see Letter of Advice) nor was it ever intended it to be submitted for <u>Collection</u> at the <u>Bureau of Public Debt</u> as may have alleged. Is this why you've provided no material written decision yourself? It requires no rocket scientist to detect the difference. Ignorance is no defense. You either knew or should have known the difference.

Let it be noted that I already have had IRS tax claims processed and discharged through this very same UCC Contract Trust Account process. Not one of these instruments that I know of has been dishonored by The Secretary of Treasury. I am aware of many other similar instances of honored documents. When instruments like mine or similar are properly prepared and appropriately processed by a financial institution I know of no

Evidence "C-1p"

employee, or executive who has been charged with breaking any law. If the instrument works regularly for some the same instrument works for all.

I make demand that you immediately credit and discharge the full value of the face amount of the Bill of Exchange yourself. I also make demand that you <u>now</u> present to me a personally written, signed letter acknowledging the current contract also providing full disclosure for your rejection and/or inaction. Send this to me via <u>Certified Mail</u> from your CEO, CFO, or someone else of equal authority in your institution within three (3) working days from your receipt of this certified letter. You are already long overdue and in violation of contract law and banking regulations. You either knew or should have known the applicable rules. The governing agencies and I both expect you to follow the rules. Do not continue to stonewall me. All communication regarding this is to be in writing.

Enclosures:    Credit Statement (Original)
               Billing Statement (copy)
               Claimant's Statement

                                     Sincerely,

                                     *Violet A. Hooghkirk*

                                     Violet A. Hooghkirk Drawer, Secured Party

cc:    Federal Trade Commission (FTC)
       Corporate Fraud Task Force
       Securities and Exchange Commission (SEC)

cirtified Mail artical NO.
# 7005 1820 0000 1880 9449

Evidence "C-1p"

## Violet A. Hooghkirk, Secured Party

C/o 772 Barnaby Place – Wheeling, Illinois [60090]

### NOTICE AND DEMAND
### ACTUAL AND CONSTRUCTIVE NOTICE

To:    Chelsea Cove

Re: Contract and Bank Fraud and undue enrichment

Attn:  CEO or CFO

July 27, 2006

The Undersigned Secured Party is requesting a detailed and correctly itemized accounting, including all credits from the current **AGREEMENT/CONTRACT/CHECK**, (as stipulated) referenced under the current contract per agreement as of January 4, 2006 and UCC 3 Assignment receipt.

The claims in this matter have not been satisfied to the Secured Party's satisfaction. The Negotiable Instruments in this matter have not been properly processed. The Undersigned Secured Party has satisfied the requirements of administrative law in this matter based on the numerous Notices of Default a.k.a. "Contracts by Default" absent the timely dishonor of Chelsea Cove, and/or their Agents/Officers claim and response.

Copies of the Negotiable Instruments including other numerous substantial documents of real importance, value, and validity herein have already been presented as evidence for investigation and disposition to:
Lisa Madigan - Attorney General,
Robert McCallum of the, President's corporate Fraud Task Force,
Federal Trade Commission (FTC),
Securities and Exchange Commission (SEC)

Should you, and/or your Agents/Officers have any questions or concerns please do not hesitate to contact the Undersigned so closure can be attained in this matter. Thank you, I await your response in this matter.

By The Seal Of

*Violet A. Hooghkirk*

Violet A. Hooghkirk © Secured Party

Parties at interest:
    David Cantwell – President - Chelsea Cove Condominium Association
        624 Bridgeport – Wheeling, Illinois 60090
    Jeffrey Meyers – Secretary – Chelsea Cove Condominium –
        775 Barnaby Place - Wheeling, Illinois 60090
    Tom Goldstein – President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc
        7159 Corkland Drive - Jacksonville, Florida 32258
    Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
        1355 W. Dundee – Buffalo Grove, Illinois 60089

Evidence "C-1q"

Thomas A. Rosiello – Secretary – ABN AMRO Mortgage Group, Inc
135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent – ABN AMRO Mortgage Group, Inc
135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603

**Cc:** Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
950 Pennsylvania Ave NW - Washington, D.C. 20530
Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General –
100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
Federal Trade Commission (FTC),
Securities and Exchange Commission (SEC)
J. Russell George – Acting Treasury Inspector General for Tax Administration
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief information Officer – Treasury Data Integrity Board
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – Commissioner of the financial Management Service of the Department of
The Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

Legal notes:
The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments.* Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument.

The Secured party is offering assistance to **Chelsea Cove (Williamson Management)**, and/or their Agents/Officers and its co-parties to resolve this matter amicably. A document named "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" to assist you in processing the Negotiable Instrument(s). (This is described in an 11 step process titled SPECIAL BANKING SERVICES: Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Internal Revenue Service) The Undersigned awaits for your response from this receipt for this transaction to commence. Thank you.

Evidence "C-1q"

# Violet Hooghkirk

### C/o 772 Barnaby Place – Wheeling, Illinois [60090]

### NOTICE AND DEMAND – ACTUAL AND CONSTRUCTIVE NOTICE
#### NON-NEGOTIABLE

Claimant: Attn: David Cantwell – President                                    September 6, 2006
Chelsea Cove
624 Bridgeport
Wheeling, Illinois 60090

                                    Re: Declaration of Agreement/Contract/Check, and
Attn: CEO or CFO                               Bonded Bill of Exchange (discharged).

Dear David Cantwell,

It is the Undersigned Secured Party's obligation to inform you, Mr. Cantwell and employees at Chelsea Cove and/or their Agents/Officers thereof that the Undersigned is in receipt of a current Declaration of AGREEMENT/CONTRACT/CHECK as stipulated between the Undersigned and Chelsea Cove Re: association dues which are paid through the year 2100 AD. (See attached) The current Declaration of AGREEMENT/CONTRACT/CHECK as stipulated between the Undersigned and Chelsea Cove has been perfected within the County of Cook, Recorder of Deeds, of Illinois <u>IN FACT</u> and that;

It is also the Secured Party's obligation to inform you, that the duly created, not dishonored, and acknowledgment of the current AGREEMENT/CONTRACT/CHECK as stipulated, under law and the right to contract the Secured Party can no longer be held accountable or liable for the face amount and all obligations are discharged in its entirety through the year 2100 AD, and all claims have been settled in this matter AB INITIO, RES JUDICATTA, and *Stare Decisis* <u>IN FACT</u> and that;

The Undersigned has offered assistance under administrative law and is willing to present such (if requested) to resolve this matter amicably. To this day the Undersigned has not received ANY response from Chelsea Cove, and/or their Agents/Officers regarding this offer, and it appears you have not followed this process with the issuer's **Bills of Exchange** accepting the Undersigned assistance. This is a simple credit/debit transaction for transferring credit from Affiant's personal UCC Contract Trust Account, through the TT&L account, to the Bank, and to the Claimants. You have nothing to lose by going through this process; as a result you will receive the credit that is stipulated on the **Bills of Exchange**. The Undersigned has in her possession (emphasis added) a document named "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" to assist each of the Claimants in processing the Negotiable Instruments (now tendered). (<u>This is described in an 11 step process titled **SPECIAL BANKING SERVICES**</u>: *Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the <u>Secretary of the Treasury</u> to the <u>Analysis and Control Division of the IRS</u>. This transaction is in <u>accordance with and mandated by the Administrative Procedures Act at 5 USC 706</u>, <u>Federal Banking Regulations</u>, the Supreme Court decision in <u>*Hallenbeck v. Leimert*</u>, and the <u>Erie and Clearfield doctrine</u> (**by Congressional and Presidential approval**) <u>IN FACT</u> and that;

---

*Legal notes:

The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and support the Secretary's authority and the validity of these instruments.* <u>Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose.</u> Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, <u>Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument</u> <u>IN FACT</u> and that;

Evidence "C-1r"



Therefore, according to the preponderance of evidence in the myriad of administrative documents there is no controversy regarding the administrative record in this matter. ALL requirements of administrative law pertaining to this matter based on the AGREEMENT/CONTRACT/CHECK (as stipulated) and the <u>Twenty Five (25)</u> plus NOTICES OF DEFAULT a.k.a. "CONTRACTS BY DEFAULT" absent the timely dishonor of each of the Claimants, and/or their Agents/Officers claims and responses. The "STATUS AND DISCLOSURE AFFIDAVIT OF MATERIAL FACTS" as evidenced on the face of the administrative record NOW stands as <u>Fact and Truth in Commerce</u>, including ALL associated documents. The claims by each of the Claimants and/or their Agents/Officers have been lawfully and legally discharged. Affiant, as Secured Party has demonstrated this according to and under administrative law, *Stare Decisis.* Therefore, there was never and there is not now any controversy in this matter and it is settled AB INITIO, RES JUDICATTA, *Stare Decisis.* The claims and charges are NOW deemed dismissed in regard to any obligation with prejudice now and forever <u>IN FACT</u>.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-308.

   Enclosures: Declaration of Agreement/Contract/Check as stipulated (copy)

                    Sincerely, by the Seal of
                    *Violet A. Hooghkirk*
                    Violet A. Hooghkirk ©, Secured Party


Parties at interest:
        David Cantwell – President, Chelsea Cove –
                624 Bridgeport -Wheeling, Illinois 60090
        Jeffrey Meyers – Secretary – Chelsea Cove Condominium
                775 Barnaby Place - Wheeling, Illinois 60090


Cc: Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
                950 Pennsylvania Ave NW - Washington, D.C. 20530
    Federal Trade Commission (FTC)
    Securities and Exchange Commission (SEC)
    Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor · Chicago, Illinois 60601
    J. Russell George – Acting Treasury Inspector General for Tax Administration
                1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Ira L. Hobbs – CIO -- Treasury Data Integrity Board
                1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
    Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
    Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
    Brian W. Jones – CLC -- USDOE – 400 Maryland Ave SW – Washington, D.C. 20202

Evidence "C-1r"

**Violet A. Hooghkirk,**
**Secured Party – Creditor** (Drawer)
**NOTICE**

David Cantwell – President (Drawee)            Violet A. Hooghkirk, Secured Party
Chelsea Cove Condominium Association, Inc     C/o 772 Barnaby Place
624 Bridgeport                                Wheeling, Illinois [60090]
Wheeling, Illinois 60090

Date: March 8, 2007

Re: Association fees of 2007 (now tendered) through Bill of Exchange.

Attn: David Cantwell – President, and Employees at Chelsea Cove and/or their agents thereof,

Frankly, I am puzzled. The Undersigned Secured Party did not receive a rejected response within the required seventy-two (72) hours with full disclosure from the Employees at Chelsea Cove and/or their agents/officers thereof, who were in receipt of the **Bill of Exchange**, subsequently which now has satisfied the association fees for 2007. The Employees at Chelsea Cove and/or agents/officers were to adjust this account dollar for dollar in accordance with Public Policy within the required three (3) day period, Reg. Z-Truth in Lending, 15 USC and 12 CFR 226.1 et. Seq. and release the Order/Property to the Secured Party immediately thereafter.

The association fees for 2007 have been discharged under Public Policy with Exempt Exchange Item #1009 and acknowledgement has been received from Henry M. Paulson, Jr. and Mr. Juan Carlos Mendez Torres – Trustees, without dishonor in accordance with the Administrative Procedures Act at 5 USC 706. Notice of Pre-authorized Transfer by the Undersigned is on file with the UCC Contract Trust. The Employees at Chelsea Cove and/or their agents/officers made a separate public offering to the Undersigned in regards to the (association fees of 2007). The Undersigned acknowledged this, accepted for value the public offering, presented the **Bill of Exchange** dated January 11, 2007 (Invoice 01560111071), which is a separate set-off amount, and action taken, by the subsequent public offering made by the Employees at Chelsea Cove and/or their agents/officers to the Undersigned. In fact, the association dues remain prepaid in full by tacit procuration agreement with extreme prejudice through the year of 2100 AD," (as stipulated between the parties).

The Undersigned Secured Party by law is required to inform the Employees at Chelsea Cove and/or agents/officers, and the claim made by the Chelsea Cove, and presented to Undersigned is now discharged with tender in good faith under the *Good Faith Principal* as full satisfaction, in *accordance with law HJR-192*, and *Public Law Chapter 48 at 112 and 73-10* of June 5, 1933. The Employees at Chelsea Cove and/or their agents/officers have accepted the **Bill of Exchange** presented by the Undersigned (Drawer's), which said **Bill of Exchange** discharged the association fees for 2007 in its entirety. Therefore, according to law the Undersigned can no longer be held liable for the claims by Chelsea Cove. The separate set-off claim is fully discharged.

NOTICE: this is Notice to the Employees at Chelsea Cove and/or their agents/officers thereof, under law and *Stare Decisis*, the Employees at Chelsea Cove and/or their agents/officers are mandated under *Hallenbeck v. Leimert*, 295 US 116, 122 (1935), to now be held personally liable for the debt under the *Erie and Clearfield Doctrines*, regarding this matter.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS/ NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL

By The Seal of,

*Violet A. Hooghkirk*

Violet A. Hooghkirk© Trustee, Secured Party Creditor
Barnway Trust
C/o 772 Barnaby Place - Wheeling, Illinois [60090]

Certified Mail Article No. 7005 1820 0000 1881 0438
Page 1 of 2

Evidence "C-1s"

Parties at interest:
    Jeffrey Meyers – Secretary – Chelsea Cove Condominium
        775 Barnaby Place - Wheeling, Illinois 60090

Cc: Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
        950 Pennsylvania Ave NW - Washington, D.C. 20530
    Merri Jo Gillette – Regional Director – Securities and Exchange Commission (SEC)
        Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604

    Federal Trade Commission (FTC) CRC – 240
        600 Pennsylvania Avenue NW - Washington, D.C. 20580
    Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    Lisa Madigan - Attorney General
        100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
    William G. Holland – Auditor General - 740 E. Ash Street - Springfield, Illinois 62703
    J. Russell George – Acting Treasury Inspector General for Tax Administration
        1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Chief Information Officer – Treasury Data Integrity Board
        1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
    Chief Special Procedure Handling Office – IRS
        P.O. Box 245 Bensalem, Pennsylvania 19020
    Donald Korb – IRS CLC – 1111 Constitution Ave NW – Washington, D.C. 20224
    Mr. Ken Papaj – Acting Commissioner of the financial Management Service of the
        Department of The Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

    Legal notes:
The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments.* Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument
    The Secured party is offering assistance to **Chelsea Cove (Williamson Management)**, and/or their Agents/Officers and its co-parties to resolve this matter amicably. A document named "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" to assist you in processing the Negotiable Instrument(s). (This is described in an 11 step process titled SPECIAL BANKING SERVICES: of Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Internal Revenue Service) The Undersigned awaits for your response from this receipt for this transaction to commence.

Evidence "C-1s"

**Violet A. Hooghkirk,**
**Secured Party - Creditor (Drawer)**

**NOTICE**

Attn: Tom Goldstein - President/Chief Financial Officer (Drawee)
ABN AMRO Mortgage Group Inc.
7159 Corkland Drive
Jacksonville, Florida 32258

Date: May 29, 2007

Re: Alleged Judgment of October 19, 2006 (now tendered) through Bill of Exchange

Attn: Tom Goldstein – President, and the Employees at ABN AMRO and/or their agents thereof,

Frankly, I am puzzled. The Undersigned Secured Party did not receive a rejected response within the required seventy-two (72) hours with full disclosure from the employees at ABN AMRO, including but not limited to LaSalle Bank NA, and/or their agents/officers thereof, who were in receipt of a **Bill of Exchange**, subsequently which now has satisfied the questionable Judgment of October 19, 2006. The employees at ABN AMRO, LaSalle Bank NA and/or their agents/officers were to adjust this account dollar for dollar in accordance with Public Policy within the required three (3) day period, Reg. Z-Truth in Lending, 15 USC and 12 CFR 226.1 et. Seq. and release the Order/Property to the Secured Party immediately thereafter.

The questionable Judgment of October 19, 2006 have been discharged under Public Policy with Exempt Exchange Item #1009 and acknowledgement has been received from Henry M. Paulson, Jr. and Mr. Juan Carlos Mendez Torres – Trustees, without dishonor in accordance with the ***Administrative Procedures Act at 5 USC 706***. Notice of Pre-authorized Transfer by the Undersigned is on file with the UCC Contract Trust. The employees at ABM AMRO, LaSalle Bank NA and/or their agents/officers made a separate public offering to the Undersigned in regards to the questionable Judgment of October 19, 2006. The Undersigned acknowledged this, accepted for value the public offering, presented the **Bill of Exchange** dated April 16, 2007 (Invoice 01560416071), which is a separate set-off amount, and action taken, by the subsequent public offering made by the employees at ABM AMRO, and LaSalle Bank NA and/or their agents/officers to the Undersigned.

The Undersigned Secured Party by law is required to inform the employees at ABM AMRO, and LaSalle Bank NA and/or agents/officers, and the claim made by the ABM AMRO, and LaSalle Bank NA, and presented to Undersigned is now discharged with tender in good faith under the ***Good Faith Principal*** as full satisfaction, in *accordance with law HJR-192*, and *Public Law Chapter 48 at 112 and 73-10* of June 5, 1933. The employees at ABM AMRO, and LaSalle Bank NA, and/or their agents/officers have now accepted the **Bill of Exchange** presented by the Undersigned (Drawer's), which said **Bill of Exchange** now discharged the questionable Judgment of October 19, 2006 in its entirety. Therefore, according to law, and *Stare Decisis* the Undersigned can no longer be held liable for the claims by ABM AMRO, and LaSalle Bank NA. The separate set-off claim is fully discharged in its entirety.

**NOTICE:** this is Notice to the employees at ABM AMRO, and LaSalle Bank NA, and/or their agents/officers thereof, under law and *Stare Decisis*, the employees at ABM AMRO, and LaSalle Bank NA, and/or their agents/officers are mandated under *Hallenbeck v. Leimert*, 295 US 116, 122 (1935), to now be held personally liable for the debt under the *Erie and Clearfield Doctrines*, regarding this matter.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS/ NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL

By The Seal of,

*Violet A. Hooghkirk*

Violet A. Hooghkirk ⊙ Trustee, Secured Party - Creditor
Barnway Trust
C/o 772 Barnaby Place - Wheeling, Illinois [60090]

Evidence "C-1t"

Parties at interest:

Thomas A. Rosicllo–Secretary/Registered Agent–ABN AMRO 135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent – ABN AMRO-135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Tim Nuss - Manager - ABN AMRO –
          540 West Madison – Chicago, Illinois 60661-6400 – (no longer w/company or can't find)
Colleen Riddell -Loan Admin -Special Services Dept. ABN AMRO -2600 West Big Beaver Road - Troy, Michigan 48084
Elena L. Enuscu – Legal Admin Assistant – ABN AMRO - 135 S. LaSalle Street - Chicago, Illinois 60603-0135
Shaun - Supervisor - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Beth P. Ponder - Vice President, Customer Relations-ABN AMRO-7159 Corkland Drive - Jacksonville, Florida 32258
Damien Bazan –Collections Department -ABN AMRO - 4242 N. Harlem Avenue - Norridge, Illinois 60706
Customer Service - Manager - ABN AMRO - 2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Merilyn Rogers – Customer Relations - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones - Loan Admin/Litigation - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA - 1355 W. Dundee – Buffalo Grove, Illinois 60089
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road - Chicago, Illinois 60641
Marie Shiffman - Collections Equity Dept.-LaSalle Bank NA-4747 W. Irving Park Road - Chicago, Illinois 60641
David Cantwell-President -Chelsea Cove Condominium Assoc.-624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium Assoc. - 775 Barnaby Place - Wheeling, Illinois 60090
Cc: Dorothy Brown - Clerk of the Court/Richard J. Daley Center Floor 10 Room 1001-50 W. Washington St Chicago, Illinois 60602
   Timothy Evans – Judge – Richard J. Daley Center/Clerk of the Circuit Court
          Floor 26 Room 2600 50 W. Washington Street Chicago, Illinois 60602
   Carolyn G. Quinn – Judge – Richard J. Daley Center/ Clerk of the Circuit Court – Room 2808
          50 W. Washington Street Chicago, Illinois 60602
   Thomas A. Roseillo Attn: Codilis & Associates, P.C. – Secretary/ Registered Agent – LaSalle Bank NA
          135 South LaSalle Street- Chicago, Illinois 60603
   Melvin Carter - Deputy Council - Clerk of the Circuit Court/Richard J. Daley Center floor 10 Room 1003
          50 W. Washington St Chicago, Illinois
   Ronald Wade - Manager, Evictions Dept 6th Floor Rm 602 - Clerk of the Circuit Court-50 West Washington Street-Chicago, Illinois 60602
   Thomas J. Dart - Sheriff-Richard J. Daley Center Business Office 703 Floor 7 - 50 W Washington Street-Chicago, Illinois 60602

Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
          950 Pennsylvania Ave NW - Washington, D.C. 20530
Merri Jo Gillette – Regional Director - Securities and Exchange Commission (SEC)
          Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604
Federal Trade Commission (FTC) CRC – 240 - 600 Pennsylvania Avenue NW - Washington, D.C. 20580
Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General - 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
William G. Holland - Auditor General - 740 E. Ash Street - Springfield, Illinois 62703
J. Russell George – Acting Treasury Inspector General for Tax Administration
          1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board- 1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Chief Special Procedure Handling Office – IRS - P.O. Box 245 Bensalem, Pennsylvania 19020
Donald Korb – IRS CLC – 1111 Constitution Ave NW – Washington, D.C. 20224
Mr. Ken Papaj – Acting Commissioner of the financial Management Service of the
          Department of The Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

   Legal notes:
The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments.* Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument

   The Secured party is offering assistance to ABM AMRO, and LaSalle Bank NA and/or their agents/officers, and its co-parties to resolve this matter amicably. A document named "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" to assist you in processing the Negotiable Instrument(s). (This is described in an 11 step process titled SPECIAL BANKING SERVICES: of Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Internal Revenue Service) The Undersigned awaits for your response from this receipt for this transaction to commence.

Evidence "C-1t"

**Violet A. Hooghkirk**
**Secured Party - Creditor**

Certified Mail Article No. 7004 1160 0006 3713 2078

Lasalle Bank NA
Attn: Michael Jinga, Manager
4747 W. Irving Park Road
Chicago, Illinois 60641

Violet A. Hooghkirk, Secured Party
c/o 772 Barnaby Place
Wheeling, Illinois [60090]

ABN Amro Mortgage Group, Inc.
Attn: Customer Service, Manager
2600 W. Big Beaver Road
Troy, Michigan 48084-3326

Re: Legal Procedure.

May 24, 2005

To the above agents, and Cc's,

     I have taken an Administrative legal procedure action with the Secretary of State and perfected it through the County and I am required by law to serve you with notice, and/ or any other parties at interest including, but limited to Carbon Copies (Cc) next page.

Please keep this in your file records.

     (See Attached).

1) Barnway Trust, cover data sheet w/certified copy, (4pgs)
2) Quit Claim Deed, and Statement by Grantor and Grantee with Deceased Joint Tenancy Affidavit, (4pgs)
3) Claim of Lien, and Financing Statement UCC 1, Registered with the State, and County. (3pgs)

     Sincerely
     By the Seal of,

     *Violet A. Hooghkirk*

Violet A. Hooghkirk ©, Secured Party

Evidence "D-1"

Cc: ABN Amro Mortgage Group, Inc.
    Attn: Tom Goldstein, President
    7159 Corkland Drive
    Jacksonville, Florida 32258
    Certified Mail Article No. 7004 2510 0005 3325 1079

    LaSalle Bank NA
    Attn: John Purtell, Manager
    135 S. Lasalle Street Dept 8144
    Chicago, Illinois 60674-8144
    Certified Mail Article No. 7004 2510 0005 3325 1086

    ABN Amro Mortgage Group, Inc.
    Attn: Elena L. Enuscu, Legal Administrative Assistant
    135 S. Lasalle Street
    Chicago, Illinois 60603-0135
    Certified Mail Article No. 7004 2510 0005 3325 1093

    ABN Amro Mortgage Group, Inc.
    Attn: Tim Nuss, Manager
    540 West Madison
    Chicago, Illinois 60661-6400
    Certified Mail Article No. 7004 2510 0005 3325 8108

    ABN Amro Mortgage Group, Inc.
    Attn: Customer Service, Manager
    2600 W. Big Beaver Road
    Troy, Michigan 48084-3326
    Certified Mail Article No. 7004 2510 0005 3325 8122

    ABN Amro Mortgage Group, Inc.
    Attn: Beth P. Ponder - Vice President, Customer Relations
    7159 Corkland Drive
    Jacksonville, Florida 32258
    Certified Mail Article No. 7004 2510 0005 3325 8139

    Lasalle Bank NA
    Attn: Marie Shiffman - Collections Equity Dept.
    4747 W. Irving Park Road
    Chicago, Illinois 60641
    Certified Mail Article No. 7004 2510 0005 3325 8146

Evidence "D-1"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2005 MAY 13 PM 4: 30

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

VIOLET A. HOOGHKIRK
C/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60090]

UCU105/16/05:05:5803:
20.00 CK01
SOSIL 13:03   9830847 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LASALLE BANK NA | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4747 W. IRVING PARK ROAD | CHICAGO | IL | 60641 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 36-6923484 | | LASALLE BANK CORPORATION | USA | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ABM AMRO MORTGAGE GROUP, INC | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2600 W. BIG BEAVER ROAD | TROY | MI | 48084-3326 | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 36-3744610 | | DELAWARE CORPORATION | MICHIGAN | ☒ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| HOOGHKIRK | VIOLET | ALBERTA | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O 772 BARNABY PLACE | WHEELING | ILLINOIS | [60090] | USA |

4. This FINANCING STATEMENT covers the following collateral:

THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION:

ANY DEBTORS NAMED HEREIN, AND/ OR THIRD PARTY CLAIMANTS MUST REDEEM FULL VESTED INTEREST OF THE SECURED PARTY.

AMOUNT OF: ONE HUNDRED AND NINETY THREE THOUSAND, THREE HUNDRED AND TWENTY SIX 00/100 ($193, 326. 00), ALL INVENTORY FIXTURES, PRODUCTS, IMPROVEMENTS, MAINTENANCE, AND OTHER EXPENDITURES, LOCATED AT 772 BARNABY PLACE - WHEELING, ILLINOIS 60090.

5. ALTERNATIVE DESIGNATION (if applicable) LESSEE/LESSOR CONSIGNEE/CONSIGNOR BAILEE/BAILOR SELLER/BUYER AG. LIEN NON-UCC FILING

Secured Party: *Violet Alberta Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

*Violet Alberta Hooghkirk*

Evidence "D-1"

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR | **LASALLE BANK NA** | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **BARNWAY TRUST** | | | |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 2400 E. MAIN STREET, SUITE 013-294 | SAINT CHARLES | IL | 60174-4241 | USA |

| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | IRREVOABLE TRUST | ILLINOIS | |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)    ☒ NONE

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

LEGAL DESCRIPTION:
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 225604309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS, INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/OR 03-03-400-061-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE – WHEELING, ILLINOIS 60090

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Evidence "D-1"



RECORDED REQUESTED BY
AND WHEN RECORDED MAIL TO:

)
)
)
)
)

Violet A. Hooghkirk ©, Secured Party
C/o 2400 E. Main Street Suite 013-294
Saint Charles, Illinois [60174-4241]

)
)
)

Doc#: 0513849062
Eugene "Gene" Moore  Fee: $28.00
Cook County Recorder of Deeds
Date: 05/18/2005 02:51 PM  Pg: 1 of 3

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# CLAIM OF LIEN
## (UCC 9-334)

The undersigned, Violet A. Hooghkirk ©, Secured Party, referred to in this Claim of Lien as the Secured Party Claimant, claims a lien for the labor, services, maintenance, equipment and/ or materials described below, furnished for a work of improvement and maintenance upon the property registered with the State with address at: Commonly known as C/o 772 Barnaby Place, wheeling Illinois [60090],

LEGAL DESCRIPTION:

UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 225604309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/ OR 03-03-400-062-1021.

As described in UCC filing No. 9830847 FS, This property is complete with all the improvements and amenities described in the attached UCC Financing Statement(s) with accompanying description.

After deducting all just credits and offsets, the sum of:
One Hundred and Ninety Three Thousand, Three Hundred and Twenty Six 00/100 ($193, 326. 00), together with interest thereon at the rate of Ten percent (10%) per annum from (Date of original UCC filing) is due Secured Party Claimant for the following labor, services, maintenance, equipment and/or materials furnished by Secured Party Claimant: Nineteen (19) years of the service, maintenance, upkeep, improvements including, but not limited to materials and labors plus additional investments.

The name of the entity Barnway Trust including, but not limited to,
LaSalle Bank NA, and ABM Amro Mortgage Group Inc, to whom Secured Party Claimant furnished the labor, services, maintenance, equipment and/ or materials is Barnway Trust.

The name and address of the reputed owner(s) is: Barnway Trust – C/o 2400 E. Main Street Suite 013-294 – Saint Charles, Illinois [60174-4241].
ME THIS 18 DAY OF May 2005

WITNESS MY HAND AND OFFICIAL SEAL

_____
NOTARY PUBLIC

Name of Secured Party Claimant: Violet A. Hooghkirk ©, Secured Party

By _Violet A. Hooghkirk_

## VERIFICATION

I, the undersigned declare: I am the Secured Party Claimant named in the foregoing Claim of Lien; I am authorized to make this Verification for the Claimant; I have read the forgoing Claim of Lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the Illinois Republic that the forgoing is true and correct.

_5-18-05_
(Date of Signature)

_____
(Signature of the individual who verifies that the contents of the Claim of Lien are true)

"OFFICIAL SEAL"
SONIA S. SMITH
Notary Public, State of Illinois
My Commission Expires 11/10/08

Evidence "D-1"

From the Memo Desk of
**Violet A. Hooghkirk**

Certified Mail Article No 7004 1160 0006 3714 5597.

Richard J. Daley Plaza Center
Eviction Dept. 7th Floor Room 703
Attn: Sergeant Koeller.
50 West Washington Street
Chicago, Illinois 60602

Violet A. Hooghkirk ©, Secured Party
C/o 772 Barnaby Place
Wheeling, Illinois [60090]

Re: Filing and informational Purposes Only.

Dear Sergeant Koeller and Eviction Dept Officers,        August 30, 2005

I am sending you the following files; they are just for filing, and informational purposes only thank you. Please file the following:

1) Financing Statement UCC 1, and the Addendum, recorded vested Interest with the Secretary of the State UCC Div.,

2) The perfected Claim of Lien recorded in Cook County (UCC 9-334),

3) Copyright, Trademark or Trade-Name, Tracer Flag No 01560830051.

Again, thank you sincerely for taking the time out.

Sincerely yours,

*Violet A. Hooghkirk*
Violet A. Hooghkirk ©, Secured Party

Evidence "D-1a"