File Date: _Dec 12, 2007_

Case No: _07 cv 6975_

ATTACHMENT # _2_

EXHIBIT _____

TAB (DESCRIPTION) _Evidence "D-Ib"_

**From the Memo Desk of**
**Violet A. Hooghkirk**

Certified mail Article No *7004 1160 0006 3714 2688*

ABN AMRO Mortgage Group, Inc                    Violet A. Hooghkirk ©, Secured Party
Attn: Tom Goldstein,                            c/o 772 Barnaby Place
President - Chief Financial Officer             Wheeling, Illinois [60090]
7159 Corkland Drive
Jacksonville, Florida 32258

Re: UCC Financing Statement (UCC 1).

Dear Tom Goldstein and Agents                         Date: October 20, 2005

It is my obligation to inform ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and their Agents/Officers that I have completed a Legal Procedure, and I am required by law to notify all interested Parties, Co-Parties and Agents/Officers in this Commercial Transaction (See Attached).

Please include this in my/ your records, and file in your company. Members Number, Loan Number #0009000194.

*This commercial transaction filing is that negative or non-negative information supplied to your office can only be posted with the prior written consent of the Undersigned Secured Party. Please take note of this.*

Enclosed herein please find a copy on the above mentioned file, regarding of materials.

Sincerely,
By the seal of,

*Violet A. Hooghkirk*
Violet A. Hooghkirk ©, Secured Party
- Creditor

Cc: Robert McCallum of the, President's Corporate Fraud Task Force --
        Washington, D.C. 20530
    Lisa Madigan - Attorney General -- 500 S. Second St. -- Springfield, Illinois 62706
    Lisa Madigan - Attorney General -- 100 W. Randolph Street, 12th Floor --
        Chicago, Illinois 60601
    Thomas A. Rosiello -- Secretary - ABN AMRO Mortgage Group, Inc
        135 South LaSalle Street -- Chicago, Illinois 60603

Evidence "D-1b"



Carol L. Tenyak – Agent - 135 South LaSalle Street, Suite 925 –
            Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
            2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN Amro Mortgage Group, Inc
            540 West Madison - Chicago, Illinois 60661-6400
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 -
            Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road
            Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro Mortgage
            2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
            4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
            7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
            135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
            Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA - 1355 W. Dundee Road
            Buffalo Grove, Illinois 60089
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. –
            4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc. -
            7159 Corklan Drive - Jacksonville, Florida 32258

Evidence "D-1b"

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

> VIOLET A. HOOGHKIRK
> C/o 772 BARNABY PLACE
> WHEELING, ILLINOIS [60090]

RECEIVED
SECRETARY OF STATE
UNIFORM COMMERCIAL CODE DIV.

2005 OCT 19  AM 11:44

UCU110/20/05:04:9862:
20.00 MU
SOSIL 11:42  10289718 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LASALLE BANK NA | | | | |
| **1b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **1c. MAILING ADDRESS** 4747 W. IRVING PARK ROAD | CITY CHICAGO | | STATE IL | POSTAL CODE 60641 | COUNTRY USA |

| 1d. TAX ID #: SSN OR EIN 36-6923484 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LASALLE BANK CORPORATION | 1f. JURISDICTION OF ORGANIZATION ILLINOIS | 1g. ORGANIZATIONAL ID #, if any |  ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP, INC | | | | |
| **2b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **2c. MAILING ADDRESS** 2600 W. BIG BEAVER ROAD | CITY TROY | | STATE MI | POSTAL CODE 48084-3326 | COUNTRY USA |

| 2d. TAX ID #: SSN OR EIN 36-3744610 | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION DELAWARE CORPORATION | 2f. JURISDICTION OF ORGANIZATION MICHIGAN | 2g. ORGANIZATIONAL ID #, if any | ☒ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **3b. INDIVIDUAL'S LAST NAME** HOOGHKIRK | FIRST NAME VIOLET | | MIDDLE NAME ALBERTA | SUFFIX |
| **3c. MAILING ADDRESS** C/O 772 BARNABY PLACE | CITY WHEELING | | STATE ILLINOIS | POSTAL CODE [60090] | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION:

ANY DEBTORS NAMED HEREIN, AND/ OR THIRD PARTY CLAIMANTS MUST REDEEM FULL VESTED INTEREST OF THE SECURED PARTY INCLUDING, BUT LIMITED TO: THE FIRST UCC 1, AND ADDENDUM FILING COMMERCIAL TRANSACTION# 9830847 FS; WITH THE ACCRUED INTEREST , AND THE AMOUNT OF THE NEW ACKNOWLEDGED INTEREST-BEARING ESCROW ACCOUNT.

AMOUNT OF: TWO HUNDRED THOUSAND AND ONE, SEVEN HUNDRED AND SIXTY FOUR DOLLARS AND 35/100 ($201,764.35 ), ALL INVENTORY FIXTURES, PRODUCTS, IMPROVEMENTS, MAINTENANCE, AND OTHER EXPENDITURES, LOCATED AT C/o 772 BARNABY PLACE - WHEELING, ILLINOIS [60090].

| 5. ALTERNATIVE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

Secured Party: _Violet Alberta Hooghkirk_

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Evidence "D-1b"

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

9a. ORGANIZATION'S NAME
**LASALLE BANK NA**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one name (11a or 11b) - do not abbreviate or combine names**

OR

11a. ORGANIZATION'S NAME
**BARNWAY TRUST**

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 2400 E. MAIN STREET, SUITE 013-294 | SAINT CHARLES | IL | 60174-4241 | USA |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | IRREVOABLE TRUST | ILLINOIS | [X] NONE |

**12. [ ] ADDITIONAL SECURED PARTY'S or [X] ASSIGNOR S/P'S    NAME - insert only one name (12a or 12b)**

OR

12a. ORGANIZATION'S NAME

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13. This FINANCING STATEMENT covers [ ] timber to be cut or [ ] as-extracted collateral, or is filed as a [ ] fixture filing.**

**16. Additional collateral description:**

**14. Description of real estate:**

LEGAL DESCRIPTION:
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER I, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 225684399 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. INCLUDING, BUT NOT LIMITED TO PINS 03-03-400-063-1021, AND/ OR 03-03-400-062-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE – WHEELING, ILLINOIS 60090

**15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a [X] Trust or [ ] Trustee acting with respect to property held in trust or [ ] Decedent's Estate

**18. Check only if applicable and check only one box.**
[X] Debtor is a TRANSMITTING UTILITY
[ ] Filed in connection with a Manufactured-Home Transaction — effective 30 years
[ ] Filed in connection with a Public-Finance Transaction — effective 30 years

Evidence "D-1b"

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

| 9a. ORGANIZATION'S NAME |
|---|
| **LASALLE BANK NA** |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (11a or 11b) - do not abbreviate or combine names

OR

| 11a. ORGANIZATION'S NAME |
|---|
| **ABN AMRO MORTGAGE GROUP, INC.** |

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **7159 CORKLAND DRIVE** | **JACKSONVILLE** | **FL** | **32258** | **USA** |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | **DELAWARE CORPORATION** | **FLORIDA** | **363744610** ☐ NONE |

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S** NAME - Insert only one name (12a or 12b)

OR

| 12a. ORGANIZATION'S NAME |
|---|
| |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**LEGAL DESCRIPTION:**
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 22564309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-062-1021, AND/OR 03-03-400-062-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE – WHEELING, ILLINOIS 60090

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Evidence "D-1b"

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME
**LASALLE BANK NA**

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME
**ABN AMRO MORTGAGE GROUP, INC.**

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 135 SOUTH LASALLE STREET | CHICAGO | IL | 60603 | USA |

| 11d. TAX ID #. SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 36-3744610 | | DELAWARE CORPORATION | ILLINOIS | ☒ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

**LEGAL DESCRIPTION:**
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER I, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 3, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATS THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 22568309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS, INCLUDING, BUT NOT LIMITED TO PINS 03-03-400-063-1021, AND/OR 03-03-400-063-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE - WHEELING, ILLINOIS 60090

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Evidence "D-1b"

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| **LASALLE BANK NA** | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

OR

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **ABN AMRO MORTGAGE GROUP INC.** | | | | |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |
| **4242 N. HARLEM AVENUE** | **NORRIDGE** | | **IL** / **60706-1204** | **USA** |
| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION **DELAWARE CORPORATION** | 11f. JURISDICTION OF ORGANIZATION **ILLINOIS** | 11g. ORGANIZATIONAL ID #, if any **363744610**    ☐ NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S **NAME** - insert only one name (12a or 12b)

OR

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**LEGAL DESCRIPTION:**
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLAT THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "E" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 22560499 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS, INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/ OR 03-03-400-062-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE – WHEELING, ILLINOIS 60090

**15.** Name and address of a RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

Evidence "D-1b"

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME |
|---|
| **LASALLE BANK NA** |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
|---|
| **LASALLE BANK NA** |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1355 W. DUNDEE ROAD** | **BUFFALO GROVE** | **IL** | **60089** | **USA** |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION LASALLE BANK CORPORATION | 11f. JURISDICTION OF ORGANIZATION **ILLINOIS** | 11g. ORGANIZATIONAL ID #, if any **360884183** | NONE |
|---|---|---|---|---|---|

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
|---|
| |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**LEGAL DESCRIPTION:**
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER I, AS DELINEATED ON A SURVEY OF A PART OF LOT I OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATS THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 22569309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS, INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/ OR 03-03-400-063-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE – WHEELING, ILLINOIS 60090

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

Evidence "D-1b"

**From the Memo Desk of**
**Violet A. Hooghkirk**

Certified mail Article No 7003 2260 0007 6575 1687

ABN AMRO Mortgage Group, Inc                        Violet A. Hooghkirk ©, Secured Party
Attn: Tom Goldstein,                                c/o 772 Barnaby Place
President - Chief Financial Officer                 Wheeling, Illinois [60090]
7159 Corkland Drive
Jacksonville, Florida 32258

Re: UCC Financing Statement (UCC 1).

Dear Tom Goldstein and Agents                       Date: December 9, 2005

　　　　It is my obligation to inform **ABN AMRO Mortgage Group, Inc,** LaSalle Bank
NA, and their Agents/Officers that on December 6, 2005 Affiant recorded a vested
interest, and the total value received by the claimants including, but not limited to: the
Tendered Negotiable Instrument (Tendered Bonded Registered Bill of Exchange). I am
required by law to notify all interested Parties, Co-Parties and Agents/Officers in this
Commercial Transaction (See Attached).

　　　　Please include this in my/ your records, and file in your company. Members
Number, Loan Number #0009000194.

　　　　*This commercial transaction filing is that negative or non-negative information*
*supplied to your office can only be posted* __*with the prior written consent of the*__
__*Undersigned Secured Party*__*,* Please take note of this.

　　　　Enclosed herein please find a copy on the above mentioned file, regarding of
materials.

　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　By the seal of,

　　　　　　　　　　　　　　　　*Violet A. Hooghkirk*
　　　　　　　　　　　　　　　　Violet A. Hooghkirk ©, Secured Party
　　　　　　　　　　　　　　　　- Creditor

Cc: Robert McCallum of the, President's Corporate Fraud Task Force –
　　　　　　　　Washington, D.C. 20530
　　　Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
　　　Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor –
　　　　　　　　Chicago, Illinois 60601
　　　Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc

Evidence "D-1c"

135 South LaSalle Street -- Chicago, Illinois 60603
Carol L. Tenyak -- Agent - 135 South LaSalle Street, Suite 925 --
    Chicago, Illinois 60603
J. Russell George -- Acting Treasury Inspector General for Tax Administration
    1500 Pennsylvania Ave NW -- Washington, D.C. 20224
Ira L. Hobbs -- CIO -- Treasury Data Integrity Board
    1500 Pennsylvania Ave NW -- Washington, D.C. 20224
Kevin Brown -- CSB/IRS SPH Office -- 5000 Ellin Rd -- Lanham, Maryland 20706
Robert Cloonan -- IRS -- P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg -- 401 14th Street SW Room 548 - Washington, D.C. 20227
Customer Service - Manager - ABN AMRO Mortgage Group, Inc --
    2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN Amro Mortgage Group, Inc
    540 West Madison - Chicago, Illinois 60661-6400
John Purtell - Manager - LaSalle Bank NA -- 135 S. LaSalle Street Dept 8144 -
    Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA -- 4747 W. Irving Park Road
    Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro Mortgage
    2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman -- Collections Equity Dept. - LaSalle Bank NA
    4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
    7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Elena L. Enuscu - Legal Administrative Assistant -- ABN AMRO Mortgage
    135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
    Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin -- Chief Executive Officer - LaSalle Bank NA - 1355 W. Dundee Road
    Buffalo Grove, Illinois 60089
Damien Bazan -- Collections Department - ABN AMRO Mortgage, Inc. --
    4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers -- Customer Relations - ABN AMRO Mortgage, Inc. -
    7159 Corklan Drive - Jacksonville, Florida 32258

Evidence "D-1c"

**From the Memo Desk of**
**Violet A. Hooghkirk**


Certified Mail Article No _7003 2260 0007 6575 1094_


LaSalle Bank NA                          Violet A. Hooghkirk ©, Secured Party
Attn: Norm Bobbin,                       c/o 772 Barnaby Place
Chief Executive Officer                  Wheeling, Illinois [60090]
1355 W. Dundee Road
Buffalo Grove, Illinois 60089

Re: UCC Financing Statement (UCC 1).


Dear Norm Bobbin and Agents                  Date: December 9, 2005

It is my obligation to inform LaSalle Bank NA, ABN AMRO Mortgage Group, Inc., and their Agents/Officers that on December 6, 2005 Affiant recorded a vested interest, and the total value received by the claimants including, but not limited to: the Tendered Negotiable Instrument (Tendered Bonded Registered Bill of Exchange). I am required by law to notify all interested Parties, Co-Parties and Agents/Officers of this Commercial Transaction. (Refer to previous sent letter regarding of Attachments), dated December 9, 2005 Certified mail Article No 7003 2260 0007 6575 1087.

Please include this in my/ your records, and file in your company. Members Number, Loan Number #206-07300418352.

*This commercial transaction filing is that negative or non-negative information supplied to your office can only be posted with the prior written consent of the Undersigned Secured Party, Please take note of this.*

Enclosed herein please find a copy on the above mentioned file, regarding of materials.


                                        Sincerely,
                                        By the seal of,

                                        _Violet A. Hooghkirk_
                                        Violet A. Hooghkirk ©, Secured Party
                                        - Creditor

Cc: Robert McCallum of the, President's Corporate Fraud Task Force –
             Washington, D.C. 20530
     Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
     Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor –
             Chicago, Illinois 60601

Evidence "D-1c"

Tom Goldstein – President - Chief Financial Officer – ABN AMRO Mortgage Group, Inc
      Mortgage Group, Inc – 7159 Corkland Drive – Jacksonville, Florida 32258
Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc
      135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Agent - 135 South LaSalle Street, Suite 925 –
      Chicago, Illinois 60603
J. Russell George – Acting Treasury Inspector General for Tax Administration
      1500 Pennsylvania Ave NW – Washington, D.C. 20224
Ira L. Hobbs – CIO – Treasury Data Integrity Board
      1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
      2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN Amro Mortgage Group, Inc
      540 West Madison - Chicago, Illinois 60661-6400
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 -
      Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road
      Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro Mortgage
      2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
      4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
      7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
      135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
      Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. –
      4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc. -
      7159 Corklan Drive - Jacksonville, Florida 32258

Evidence "D-1c"

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
VIOLET A. HOOGHKIRK
C/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60090]
```

2005 DEC -6 AM 9:09

UCU112/07/05:01:3551:
20.00 MU
SOSIL 09:48  10435110 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LASALLE BANK NA | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4747 W. IRVING PARK ROAD | CHICAGO | IL | 60641 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 36-6923484 | | LASALLE BANK CORPORATION | ILLINOIS | ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP, INC | | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2600 W. BIG BEAVER ROAD | TROY | MI | 48084-3326 | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 36-3744610 | | DELAWARE CORPORATION | MICHIGAN | ☒ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | HOOGHKIRK | VIOLET | ALBERTA | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 772 BARNABY PLACE | WHEELING | ILLINOIS | [60090] | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION:

THE STATE AND FEDERAL COURTS HAVE RULED (THE FIRST TO FILE A UCC HAS PRIORITY)

ANY DEBTORS NAMED HEREIN, AND/OR THIRD PARTY CLAIMANTS MUST REDEEM FULL VESTED INTEREST OF THE SECURED PARTY INCLUDING, BUT NOT LIMITED TO: THE FIRST UCC 1, AND ADDENDUM FILING COMMERCIAL TRANSACTION# 9830847 FS; WITH THE ACCRUED INTEREST, AND THE AMOUNT OF THE NEW ACKNOWLEGDED INTEREST-BEARING ESCROW ACCOUNT.

THE TOTAL VALUE RECEIVED BY THE CLAIMANTS, INCLUDING, BUT NOT LIMITED TO: THE TENDERED NEGOTIABLE INSTRUMENT, AND VESTED INTEREST THE AMOUNT OF: THREE HUNDRED AND TWO THOUSAND, NINE HUNDRED AND SIXTEEN DOLLARS AND 87/100 ($302,916.87)

ALL INVENTORY FIXTURES, PRODUCTS, IMPROVEMENTS, MAINTENANCE, AND OTHER EXPENDITURES, LOCATED AT C/o 772 BARNABY PLACE - WHEELING, ILLINOIS [60090]

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

Secured Party: *Violet Alberta Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

*Violet Alberta Hooghkirk*

Evidence "D-1c"

**From the Memo Desk of**
**Violet A. Hooghkirk**

Certified mail Article No _700 5 1820 0000 1882 7955_

ABN AMRO Mortgage Group, Inc                    Violet A. Hooghkirk ©, Trustee,
Attn: Tom Goldstein,                            Secured Party – Barnway Trust
President - Chief Financial Officer             c/o 772 Barnaby Place
7159 Corkland Drive                             Wheeling, Illinois [60090]
Jacksonville, Florida 32258

Re: UCC Financing Statement (UCC 1).

Dear Tom Goldstein and Agents                            Date: January 9, 2006

    I am required by law to inform **ABN AMRO Mortgage Group, Inc**, LaSalle Bank NA, and their Agents/Officers that on December 29, 2005. The Undersigned, Secured Party updated her records with the recorded and perfected vested interest of the Undersigned with the State and the County. The State and Federal Courts have ruled the first to file a UCC 1 has priority.

    I am required by law, also to notify all interested Parties, Co-Parties and Agents/Officers in this Commercial matter. (See Attached). The total value received by the claimants including, but not limited to: the (Two) Tendered Negotiable Instruments the (Tendered Bonded Registered Bill of Exchange), including any and all additional expenses arising from this matter.

    Please include this in my/ your records, and file in your company. Members Number, Loan Number #0009000194.

    *This commercial transaction filing is that negative or non-negative information supplied to your office can only be posted with the prior written consent of the Undersigned Secured Party,* Please take note of this.

    Enclosed herein please find a copy on the above mentioned file, regarding of materials.

Sincerely,
By the seal of,
*Violet A. Hooghkirk*
Violet A. Hooghkirk ©, Trustee,
Secured Party - Creditor

Cc: Robert McCallum of the, President's Corporate Fraud Task Force –
        Washington, D.C. 20530
    Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor –
        Chicago, Illinois 60601

Evidence "D-1d"

Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc
        135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent - 135 South LaSalle Street, Suite 925 –
        Chicago, Illinois 60603
J. Russell George – Acting Treasury Inspector General for Tax Administration
        1500 Pennsylvania Ave NW – Washington, D.C. 20224
Ira L. Hobbs – CIO – Treasury Data Integrity Board
        1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
        2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN Amro Mortgage Group, Inc - 540 West Madison –
        Chicago, Illinois 60661-6400 (no longer w/company or can't locate)
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 -
        Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road
        Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro Mortgage
        2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
        4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
        7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
        135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
        Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA - 1355 W. Dundee Road
        Buffalo Grove, Illinois 60089
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. –
        4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc. -
        7159 Corklan Drive - Jacksonville, Florida 32258

Evidence "D-1d"

**From the Memo Desk of**
**Violet A. Hooghkirk**

Certified Mail Article No _7005 1820 0000 1882 7962_

LaSalle Bank NA                                    Violet A. Hooghkirk ©, Secured Party
Attn: Norm Bobbin,                                c/o 772 Barnaby Place
Chief Executive Officer                           Wheeling, Illinois [60090]
1355 W. Dundee Road
Buffalo Grove, Illinois 60089

Re: UCC Financing Statement (UCC 1).


Dear Norm Bobbin and Agents                       Date: January 9, 2006

     It is my obligation to inform LaSalle Bank NA, **ABN AMRO** Mortgage Group, Inc, and their Agents/Officers that on December 29, 2005. The Undersigned, Secured Party updated her records and recorded and perfected the Undersigns vested interest with the State and the County. The State and Federal Courts have ruled the first to file a UCC 1 has priority.

     I am required by law to notify all interested Parties, Co-Parties and Agents/Officers in this Commercial matter. (See Attached). The total value received by the claimants including, but not limited to: the (Two) Tendered Negotiable Instruments the (Tendered Bonded Registered Bill of Exchange), including any and all additional expenses arising from this matter. (Refer to the previous sent letter regarding of Attachments), dated January 9, 2006 Certified mail Article No 7005 1820 0000 1882 7955.

     Please include this in my/ your records, and file in your company. Members Number, Loan Number #206-07300418352.

     ***This commercial transaction filing is that negative or non-negative information supplied to your office can only be posted <u>with the prior written consent of the Undersigned Secured Party</u>,*** Please take note of this.

     Enclosed herein please find a copy on the above mentioned file, regarding of materials.

Sincerely,
By the seal of,

*Violet A. Hooghkirk*

Violet A. Hooghkirk ©, Secured Party
- Creditor

Cc: Robert McCallum of the, President's Corporate Fraud Task Force –
       Washington, D.C. 20530
    Lisa Madigan - Attorney General ~ 500 S. Second St. – Springfield, Illinois 62706
    Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor –

Evidence "D-1d"

Chicago, Illinois 60601

Tom Goldstein – President - Chief Financial Officer – ABN AMRO Mortgage Group, Inc
      Mortgage Group, Inc – 7159 Corkland Drive – Jacksonville, Florida 32258

Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc
      135 South LaSalle Street – Chicago, Illinois 60603

Carol L. Tenyak – Agent - 135 South LaSalle Street, Suite 925 --
      Chicago, Illinois 60603

J. Russell George – Acting Treasury Inspector General for Tax Administration
      1500 Pennsylvania Ave NW – Washington, D.C. 20224

Ira L. Hobbs – CIO – Treasury Data Integrity Board
      1500 Pennsylvania Ave NW – Washington, D.C. 20224

Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706

Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020

Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227

Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
      2600 W. Big Beaver Road - Troy, Michigan 48084-3326

Tim Nuss - Manager - ABN Amro Mortgage Group, Inc - 540 West Madison –
      Chicago, Illinois 60661-6400 (no longer w/company or can't locate)

John Purtell - Manager - LaSalle Bank NA -- 135 S. LaSalle Street Dept 8144 -
      Chicago, Illinois 60674-8144

Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road
      Chicago, Illinois 60641

Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro Mortgage
      2600 West Big Beaver Read - Troy, Michigan 48084-3318

Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
      4747 W. Irving Park Road - Chicago, Illinois 60641

Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
      7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.

Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
      135 S. LaSalle Street - Chicago, Illinois 60603-0135

Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
      Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258

Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. –
      4242 N. Harlem Avenue - Norridge, Illinois 60706-1204

Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc. -
      7159 Corklan Drive - Jacksonville, Florida 32258

Evidence "D-1d"

**From the Memo Desk of**
**Violet A. Hooghkirk**

To:     Chelsea Cove Condominium Assoc.
        Attn: Steven R. Heuberger – Board of Managers
        1035 Garfield Ave
        Libertyville, Illinois 60048

                        Re:     See Attached

Dear Mr. Heuberger or your Agents

                        Date: January 4, 2006

The Undersigned, Secured Party has read the terms of the original agreement in it's entirety within the <u>Declaration of Condominium ownership</u> and of <u>easements, restrictions and covenants for Chelsea Cove Condominium</u> (Doc No. 22604309), including the Amendment to the <u>Declaration of Condominium ownership</u>... (26 717 790) and nowhere in your rules does it make any reference that Chelsea Cove Condominium – Board of Managers has and/or have any authority to make such a demand of possession, as stated in the letter dated December 19, 2005.

I am required by law to notify and inform you that the Undersigned has completed a Legal Procedure, please include this in your files (See Attachment). The Undersigned has recorded a vested interest and perfected the claim/lien with the State and County (Documents, Verified, Acknowledged and Recorded).

The State and the Federal Courts have ruled that the first to file a UCC has priority. Before Chelsea Cove Condominium or any of their Agents can take possession of the Undersigned's unit first Chelsea Cove Condominium, or their Agents must satisfy and pay the Undersigned, Secured Party's claim that is stipulated on the Claim of Lien, Billing Statement(s) and the total vested interest on the UCC 1 (10514428 FS and Doc# 0600555133) Financing Statement recorded showing the amount of $310,508.74.

The Undersigned has in her possession acknowledgement the deposit within your account. As a result the Undersigned is now in receipt of a "declaration of a contract agreement with Chelsea Cove Condominium Assoc." from Presenter - Secured Party for the condominium Located at c/o 772 Barnaby Place – Wheeling, Illinois [60090], which in part states "The association dues are prepaid in full with extreme prejudice through the year of 2100 AD." Under law the Undersigned, Secured Party can no longer be held accountable or liable for the face amount and all obligations are now discharged in its entirety.

Thank you for your prompt acknowledgement in this matter.

                    Sincerely - By The Seal of,

                    _Violet A. Hooghkirk_
                    Violet A. Hooghkirk ©, Secured Party
                    Without Prejudice – UCC 1-308
                    C/o 772 Barnaby Place
                    Wheeling, Illinois [60090]

Cc: Lisa Madigan - Attorney General
        100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
    Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706

Evidence "D-1d"

William G. Holland Auditor General – 740 E. Ash St. -- Springfield, Illinois 62703
David Cantwell – President - Chelsea Cove Condominium –
        624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium –
        775 Barnaby Place - Wheeling, Illinois 60090

Evidence "D-1d"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2005 DEC 29 PM 4: 30

UCU112/30/05:10:7071:
20.00 MU
SDSTI  09:18  10514423 FS

Doc#: 0600555133 Fee: $46.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 01/05/2006 02:27 PM Pg: 1 of 1

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

VIOLET A. HOOGHKIRK
C/o 772 BARNABY PLACE
WHEELING, ILLINOIS [60090]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LASALLE BANK NA | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4747 W. IRVING PARK ROAD | CHICAGO | IL | 60641 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 36-6923484 | | LASALLE BANK CORPORATION | ILLINOIS | [X] NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP, INC | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2600 W. BIG BEAVER ROAD | TROY | MI | 48084-3326 | USA |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 36-3744610 | | DELAWARE CORPORATION | MICHIGAN | [X] NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HOOGHKIRK | VIOLET | ALBERTA | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 772 BARNABY PLACE | WHEELING | ILLINOIS | [60090] | USA |

4. This FINANCING STATEMENT covers the following collateral:

THIS IS THE ENTRY OF THE DEBTOR IN THE COMMERCIAL REGISTRY AS A TRANSMITTING UTILITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME AS PUBLIC NOTICE OF A COMMERCIAL TRANSACTION:

THE STATE AND FEDERAL COURTS HAVE RULED (THE FIRST TO FILE A UCC HAS PRIORITY)

ANY DEBTORS NAMED HEREIN, AND/ OR THIRD PARTY CLAIMANTS MUST REDEEM FULL VESTED INTEREST OF THE SECURED PARTY INCLUDING, BUT NOT LIMITED TO: THE FIRST UCC 1, AND ADDENDUM FILING, COMMERCIAL TRANSACTION# 9630847 FS; WITH THE ACCRUED INTEREST, ANY AND ALL ADDITIONAL EXPENSES AND VESTED INTEREST, AND THE AMOUNT OF THE NEW ACKNOWLEGDED INTEREST-BEARING ESCROW ACCOUNT,

THE TOTAL VALUE RECEIVED BY THE CLAIMANTS, INCLUDING, BUT NOT LIMITED TO: THE (TWO) TENDERED NEGOTIABLE INSTRUMENTS, AND VESTED INTEREST IN THE AMOUNT OF: THREE HUNDRED AND TEN THOUSAND, FIVE HUNDRED AND EIGHT DOLLARS AND 74/100 ($310,508.74).

ALL INVENTORY FIXTURES, PRODUCTS, IMPROVEMENTS, MAINTENANCE, AND OTHER EXPENDITURES, LOCATED AT C/o 772 BARNABY PLACE - WHEELING, ILLINOIS [60090]

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

Secured Party: *Violet Alberta Hooghkirk*

*Violet Alberta Hooghkirk*

Evidence "D-1d"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.
2005 DEC 29 PM 4:30



Doc#:  0600555134  Fee: $26.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 01/05/2006 02:28 PM  Pg:  1 of 1

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **LASALLE BANK NA** | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME,SUFFIX |
| | | | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only *one* name (11a or 11b) - do not abbreviate or combine names

| | 11a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | **ABN AMRO MORTGAGE GROUP, INC.** | | | | | |
| | 11b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | | |
| 11c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| **7159 CORKLAND DRIVE** | | **JACKSONVILLE** | | **FL** | **32258** | **USA** |
| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION **DELAWARE CORPORATION** | 11f. JURISDICTION OF ORGANIZATION **FLORIDA** | 11g. ORGANIZATIONAL ID #, if any **363744610** | | ☐ NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S  NAME - insert only *one* name (12a or 12b)

| | 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 12c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**LEGAL DESCRIPTION:**
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLAT THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 225604309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/ OR 03-03-400-062-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE - WHEELING, ILLINOIS 60090

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check *only* if applicable and check *only* one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check *only* if applicable and check *only* one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# Evidence "D-1d"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. COD'

**UCC FINANCING STATEMENT ADDENDUM**    2005 DEC 29 PM 4

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

Doc#: 0600555135 Fee: $26.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 01/05/2006 02:28 PM Pg: 1 of 1

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | **LASALLE BANK NA** | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **LASALLE BANK NA** | | | |
| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1355 W. DUNDEE ROAD** | **BUFFALO GROVE** | **IL** | **60089** | **USA** |

| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION LASALLE BANK CORPORATION | 11f. JURISDICTION OF ORGANIZATION **ILLINOIS** | 11g. ORGANIZATIONAL ID #, if any **360884183** | ☐ NONE |
|---|---|---|---|---|---|

**12.** ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

| | 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**16. Additional collateral description:**

**14.** Description of real estate:

LEGAL DESCRIPTION:
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 1, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205348 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 225694309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/OR 03-03-800-062-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE WHEELING, ILLINOIS 60090

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Evidence "D-1d"



RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV
'05 DEC 29 PM 4: 30

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

Doc#:  0600555136 Fee: $26.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 01/05/2006 02:28 PM  Pg:  1 of 1

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| **LASALLE BANK NA** | | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **CHELSEA COVE CONDOMINIUM ASSOCIATION, INC.** | | | |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **624 BRIDGEPORT** | **WHEELING** | **IL** | **60090** | **USA** |

| 11d. TAX ID #.  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORPORATION-NOT-FOR-PROFIT | **ILLINOIS** | 52200326 | NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

LEGAL DESCRIPTION:
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205360 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 225664509 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS, INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/ OR 03-03-400-042-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE WHEELING, ILLINOIS 60090

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# Evidence "D-1d"

From the Desk of
## Violet A. Hooghkirk

Date:   May 5, 2007
To:     ABN AMRO Mortgage Group, Inc, **Claimants**
Attn:   Tom Goldstein,
        President, Chief Financial Officer
        7159 Corkland Drive
        Jacksonville, Florida 32258

Re: UCC 1 Vested Interest, Prior, and Superior Claim (See Attached)

Dear Tom Goldstein, the Employees at ABN AMRO, LaSalle NA and/or alleged agents thereof,

The Undersigned Secured Party is required by law to inform the Employees at ABN AMRO, LaSalle NA, and/or alleged agents thereof, that on April 30, 2007 the Secured Party updated her records with the recorded and perfected vested interest of the Undersigned with the State. The property commonly known as and located at 772 Barnaby Place - Wheeling, Illinois [60090] (PIN #03-03-400-063-1021) is subject to a prior and superior claim, currently in the amount of **$4,536,236.57**. The Prior and Superior Claim must be redeemed with full and complete remuneration to the Secured Party herein, prior to any attempt to take possession of this property the Claimants must redeem the Secured Party's Vested Interest. The property is contingent on Violet A. Hooghkirk's, Secured Party Vested Interest, <u>IN FACT</u> and that;. The State and Federal Courts have ruled the first to file a UCC 1 has priority.

The Undersigned is required by law, also to notify all interested Parties, Co-Parties in this Commercial matter, the total value received by the claimants including, but not limited to the five (5) tendered Negotiable Instruments, which has satisfied both mortgages in their entirety, including any and all additional expenses arising from this matter.

Please include this in my/ your records, and file in your company. Members Number, Loan Number #0009000194, and 206-07300418352.

*This commercial transaction filing is that negative or non-negative information supplied to your office can only be posted <u>with the prior written consent of the Undersigned Secured Party</u>,* Please take note of this.
Thanks for taking the time out in this matter.

                                        Sincerely
                                        By the seal of,
                                        *Violet A. Hooghkirk*
                                        Violet A. Hooghkirk @/Trustee, Secured Party
                                        - Creditor - Barnway Trust
                                        C/o 772 Barnaby Place - Wheeling, Illinois [60090]

To: Parties at interest
    Thomas A. Rosiello–Secretary/Registered Agent-ABN AMRO 135 South LaSalle Street – Chicago, Illinois 60603
    Carol L. Tenyak – Registered Agent - ABN AMRO-135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
    <u>Tim Nuss</u> - Manager - ABN AMRO - 540 West Madison – Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
    Colleen Riddell -Loan Admin -Special Services Dept. ABN AMRO -2600 West Big Beaver Read - Troy, Michigan 48084
    Elena L. Enuscu – Legal Admin Assistant – ABN AMRO - 135 S. LaSalle Street - Chicago, Illinois 60603-0135
    Shaun - Supervisor - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
    Beth P. Ponder - Vice President, Customer Relations-ABN AMRO-7159 Corkland Drive - Jacksonville, Florida 32258

Evidence "D-1e"

From the Desk of
## Violet A. Hooghkirk

Date:   May 6, 2007
To:     Chicago Title & Trust Company, **Claimants**
Attn:   Raymond R. Quirk,
        President, Registered Agent
        601 Riverside Ave – Jacksonville, Florida 32204

Re: UCC 1 Vested Interest, Prior, and Superior Claim (See Attached)

Dear Raymond R. Quirk, the Employees at Chicago Title & Trust Company and/or alleged agents thereof,

It appears you are attempting to make yourself Raymond R. Quirk of including but not limited to Chicago Title & Trust Company, and/or your agents/officer a party to this action regarding Loan#0009000194, and 206-07300418352. You are merely a third party interloper. The Undersigned Secured Party is required by law to inform the Employees at Chicago Title & Trust Company and/or alleged agents thereof, that on April 30, 2007 the Secured Party updated her records with the recorded and perfected vested interest of the Undersigned with the State.

The property commonly known as and located at 772 Barnaby Place - Wheeling, Illinois [60090] (PIN #03-03-400-063-1021) is subject to a prior and superior claim, currently in the amount of **$4,536,236.57.** The Prior and Superior Claim must be redeemed with full and complete remuneration to the Secured Party herein, prior to any attempt to take possession of this property the Claimants must redeem the Secured Party's Vested Interest. The property is contingent on Violet A. Hooghkirk's, Secured Party Vested Interest. The State and Federal Courts have ruled the first to file a UCC 1 has priority.

The Undersigned is required by law, also to notify and inform you regarding this commercial matter, that the total value received by ABN AMRO, and LaSalle Bank NA, the claimants including, but not limited to the five (5) tendered Negotiable Instruments, which has satisfied both mortgages in their entirety. Therefore, the Undersigned is no longer liable for the claims including any and all additional expenses arising from this matter. The claims are fully discharged.

Please include this in your records, and file with your company.

*This commercial transaction filing is that negative or non-negative information supplied to your office can only be posted **with the prior written consent of the Undersigned Secured Party.***
Please take note of this.
Thanks for taking the time out in this matter.

Sincerely By the seal of,

*Violet A. Hooghkirk*
Violet A. Hooghkirk©, Trustee, Secured Party
- Creditor - Barnway Trust
C/o 772 Barnaby Place - Wheeling, Illinois [60090]

Parties at interest, Claimants:
Tom Goldstein – President/Chief Financial Officer - ABN AMRO-7159 Corkland Drive - Jacksonville, Florida 32258
Thomas A. Rosiello–Secretary/Registered Agent-ABN AMRO 135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent - ABN AMRO-135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Tim Nuss - Manager - ABN AMRO - 540 West Madison – Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
Colleen Riddell -Loan Admin -Special Services Dept. ABN AMRO -2600 West Big Beaver Read - Troy, Michigan 48084
Elena L. Enuscu – Legal Admin Assistant – ABN AMRO - 135 S. LaSalle Street - Chicago, Illinois 60603-0135
Shaun - Supervisor - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Beth P. Ponder - Vice President, Customer Relations-ABN AMRO-7159 Corkland Drive - Jacksonville, Florida 32258
Certified mail Article No 7005 1820 0000 1881 1797

Evidence "D-1e"

Damien Bazan –Collections Department -ABN AMRO - 4242 N. Harlem Avenue - Norridge, Illinois 60706
Customer Service - Manager - ABN AMRO - 2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Merilyn Rogers – Customer Relations - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones - Loan Admin/Litigation - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA - 1355 W. Dundee – Buffalo Grove, Illinois 60089
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road - Chicago, Illinois 60641
Marie Shiffman - Collections Equity Dept.-LaSalle Bank NA-4747 W. Irving Park Road - Chicago, Illinois 60641
David Cantwell-President -Chelsea Cove Condominium Assoc.-624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium Assoc. - 775 Barnaby Place - Wheeling, Illinois 60090
Nancy Vallone - CEO- The Judicial Sales Corporation-One South Wacker Dr. - 24th Floor - Chicago, Illinois 60606
August R Butera-President /registered agent-Judicial Sales Corporation-9208 S Central PK-Ever Green Park, Illinois 60805
Peter J Birnbaum-Secretary/registered agent-Judicial Sales Corporation 33 N Dearborn 2nd FL Chicago, Illinois 60602
Henry L Shuluff-registered agent-Judicial Sales Corporation-One South Wacker Dr.-24th Floor-Chicago, Illinois 60606
  C T Corporation System, Registered Agent - Chicago Title & Trust Company - 208 SO LaSalle St, suite 814 – Chicago, Illinois 60604
Todd C. Johnson Same, Secretary/Registered Agent - Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204


Cc:
Robert McCallum of the, President's Corporate Fraud Task Force – DOJ - 950 Pennsylvania Ave NW - Washington, D.C. 20530
Merri Jo Gillette – Regional Director - Securities and Exchange Commission (SEC)
                    Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604
Federal Trade Commission (FTC) CRC – 240 - 600 Pennsylvania Avenue NW - Washington, D.C. 20580
Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
William G. Holland - Auditor General - 740 E. Ash Street - Springfield, Illinois 62703
J. Russell George – Treasury Inspector General for Tax Administration - 1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board -1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Chief Special Procedure Handling Office – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Mr. Ken Papaj – Acting Commissioner of the Financial Management Service of the Department of The
                    Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

Evidence "D-1e"

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

2007 APR 30  PM 4:30

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

**VIOLET A. HOOGHKIRK**
**C/o 772 BARNABY PLACE**
**WHEELING, ILLINOIS [60090]**

UCU104/30/07:01:3298:
20.00 CK01
SOSIС 10:47  12054769 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
**LASALLE BANK NA**

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1355 W. DUNDEE ROAD** | **BUFFALO GROVE** | **IL** | **60089** | **USA** |

| 1d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | **CORPORATION** | **ILLINOIS** | **360884183** | NONE. |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME
**CHICAGO TITLE AND TRUST COMPANY**

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **601 RIVERSIDE AVE** | **JACKSONVILLE** | **FL** | **32204** | |

| 2d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | **CORPORATION** | **FLORIDA** | **05459958** | NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **HOOGHKIRK** | **VIOLET** | **ALBERTA** | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **C/O 772 BARNABY PLACE** | **WHEELING** | **ILL** | **60090** | **USA** |

4. This FINANCING STATEMENT covers the following collateral:

-- NOTICE OF PRIOR AND SUPERIOR CLAIM/LIEN - ACCOUNTING AND TRUE BILL/NOTICE OF BILLING STATEMENT
-- BOTH STATE AND FEDERAL COURTS HAVE RULED (THE FIRST TO FILE A UCC HAS PRIORITY)
-- THE CLAIMS OF EACH RESPONDENT AND/OR ANY THIRD PARTY ARE NOW SUBORDINATE AND INFERIOR TO THE
CLAIM OF THE SECURED PARTY AND ARE ESTOPPED FROM MAKING ANY FUTURE CLAIMS AGAINST THE SECURED
PARTY UNTIL THE FULL AMOUNT OF THE COMMERCIAL CLAIM HEREIN HAS BEEN REDEEMED WITH FULL AND
COMPLETE REMUNERATION TO VIOLET A. HOOGHKIRK, SECURED PARTY INCLUDING, BUT NOT LIMITED TO: THE
ORIGINAL UCC 1, AND ADDENDUM FILING COMMERCIAL TRANSACTION#9830847FS (STATE FILING) AND PERFECTED ON
THE COUNTY AS CLAIM OF LIEN (UCC 9-334) 0513849062, THE ACCRUED INTEREST, AND THE AMOUNT OF THE CURRENT
ACKNOWLEGDED INTEREST-BEARING ESCROW ACCOUNT.

-- THE TOTAL VALUE RECEIVED BY THE CLAIMANTS, INCLUDING, BUT NOT LIMITED TO: THE FIVE TENDERED
NEGOTIABLE INSTRUMENTS, AND VESTED INTEREST IN THE AMOUNT OF $4,536,236.57.
-- ALL INVENTORY FIXTURES, PRODUCTS, IMPROVEMENTS, MAINTENANCE, AND OTHER EXPENDITURES. LOCATED AT
C/o 772 BARNABY PLACE - WHEELING, ILLINOIS [60090]

| 5. ALTERNATIVE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

Secured Party: *Violet Alberta Hooghkirk*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Evidence "D-1e"

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

**LASALLE BANK NA**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

**ABN AMRO MORTGAGE GROUP, INC.**

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7159 CORKLAND DRIVE | JACKSONVILLE | FL | 32258 | USA |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION DELAWARE CORPORATION | 11f. JURISDICTION OF ORGANIZATION FLORIDA | 11g. ORGANIZATIONAL ID #, if any 363744610 | NONE |
|---|---|---|---|---|---|

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

LEGAL DESCRIPTION:
UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 22604309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS.
INCLUDING, BUT NOT LIMITED TO: PIN# 03-03-400-063-1021, AND/OR 03-03-400-063-1021, AND COMMONLY KNOWN AS 772 BARNABY PLACE – WHEELING, ILLINOIS 60090

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description.

– ANY ATTEMPTED SALE OR PURCHASE OF THIS PROPERTY IS CONTINGENT ON VIOLET A. HOOGHKIRK'S, SECURED PARTY VESTED INTEREST CURRENTLY IN THE AMOUNT OF $4,536,236.57 WITH FULL AND COMPLETE REMUNERATION TO THE SECURED PARTY. THE SECURED PARTY HEREIN HOLDS A PRIOR, SUPERIOR (UCC 1) 9830847FS RECORDED WITH THE STATE OF ILLINOIS, PERFECTED CLAIM RECORDED VESTED INTEREST CLAIM OF LIEN (UCC 9-334) 0513849062 WITH THE COOK COUNTY RECORDER OF DEEDS THE PROPERTY IS SECURED AND PROTECTED UNDER THE CURRENT UCC FILINGS AND COUNTY RECORDINGS. THE PROPERTY DESCRIBED HEREIN IS EXEMPT FROM ANY THIRD PARTY CLAIM LEVY/LIEN, AND IS PRE-PAID, PREFERRED STOCK. THE SECURED PARTY IS THE SUPERIOR LIEN HOLDER, AND IS HOLDER IN DUE COURSE OF SAID PROPERTY, AND HOLDS THE BOND #VAH040244/ 0425832052 IN ACCORDANCE WITH 31 CFR PART 203.
-- CAVEAT/NOTICE: IF SAID PROPERTY IDENTIFIED HEREIN IS EXCHANGE, SOLD, TENDERED OR IN ANY MANNER DISPOSED OF WITHOUT DUE COMPENSATION OF THE VESTED INTEREST WITH FULL AND COMPLETE REMUNERATION TO VIOLET A. HOOGHKIRK, SECURED PARTY, AND THOSE FOUND IN TRESSPASS WILL CONSTITUTE IN FACT CRIMINAL CONVERSION FRAUD, AND WILL BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW.

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

Evidence "D-1e"



Doc#: 0625149163 Fee: $58.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 09/08/2006 03:05 PM Pg: 1 of 18

RECORDING REQUESTED BY:
    Violet A. Hooghkirk ©, Secured Party

AND WHEN RECORDED MAIL TO:

**Name and Address: Violet A. Hooghkirk, Secured Party**
**Mailing Location:   C/o 772 Barnaby Place**
                **Wheeling, Illinois [60090]**

Use the above mailing location EXACTLY AS PRINTED

SPACE HERE ABOVE FOR RECORDERS USE

# DECLARATION OF SECURED PARTY
### VERIFIED SPECIAL APPEARANCE ON THE ADMINISTRATIVE RECORD ON

## DECLARATION OF AGREEMENT/CONTRACT/CHECK
### AS STIPULATED AND ACCEPTED BETWEEN THE PARTIES

**ACTUAL AND CONSTRUCTIVE NOTICE** - NON-NEGOTIABLE

06th day of the month September, in the year two thousand and Six, Anno Domini,

**Re:** AGREEMENT/CONTRACT/CHECK (as stipulated and accepted between Secured Party and ABN AMRO), per agreement/UCC 3 Assignment receipt. (AGREEMENT/CONTRACT/CHECK no 7241, 7498, 7493, 7486, 7487, 7494, 7495, 7644, 7691 and UCC 3 8810147 AS) The property registered with the State, and County with address at: Commonly known as C/o 772 Barnaby Place – Wheeling, Illinois [60090],

LEGAL DESCRIPTION:

    UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 225604309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/OR 03-03-400-062-1021.

As described in UCC filing No. 9830847 FS, and Claim of Lien (UCC 9-334) Doc #0513849062, this property is complete with all the improvements and amenities described in the UCC Financing Statement(s) with accompanying description and all associated documents. These filings were in place prior to any adversarial or hostile presentment(s). The State and the Federal Courts have both ruled that the first to file a UCC has priority. See *United Tobacco Warehouse vs. Wells* 490 SW 2d 152 (1973) and *Diversified Metal Products vs. T-Bow Company Trust, IRS, et al* USDC 93-405-E-EJL IN FACT and that;

The Secured Party holds the BOND pursuant to the Uniform Commercial Code in accordance with 31 CFR Part 203 IN FACT.

## AFFIDAVIT of FACT and TRUTH

The Undersigned Affiant, Violet A. Hooghkirk ©, Secured Party, hereinafter "Affiant" does solemnly swear, declare and state as follows:

1.    Affiant is competent to state to the matters set forth herein.
2.    Affiant has personal knowledge of the facts stated herein.
3.    All the facts stated herein are true, correct, and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

Evidence "E-1"

## Plain Statement of Facts and
### Declarations of relevant and material facts are as follows

4. Affiant presented and sent a revised current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and ABN AMRO) on or about these dates *December 12, 2004, January 26, 2005, February 11, 2005, March 23, 2005, April 20, 2005, May 31, 2005*, and *June 3, 2005*, of the original agreement that Affiant holds in her possession. (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "A"** IN FACT and that;

5. Affiant is in possession of a current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and ABN AMRO) as deposited that ABN AMRO, and/or their Agents/Officers has acknowledged that credits were to be placed into a interest bearing-escrow account as of the deposited dates as stipulated within the **AGREEMENT/CONTRACT/CHECK** (current) which is documented in *December 20, 2004, January 27, 2005, February 15, 2005, March 24, 2005, April 21, 2005, June 06, 2005*, and *June 24, 2005* Attached **Exhibits "A"** IN FACT and that;

6. Affiant on *December 20, 2004, January 27, 2005, February 15, 2005, March 24, 2005, April 21, 2005*, and *May 03, 2005*, picked up a copy of the revised current **AGREEMENT/CONTRACT/CHECK** from Affiant's Bank. The instruments had been accepted and endorsed as of the dates regarding points #4, and #5 above. Affiant now holds a current and executed **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and ABN AMRO) with acknowledgement and receipt. (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "A"** IN FACT and that;

7. Affiant holds in her possession acknowledgement of the deposited funds within ABN AMRO, and/or their Agents/Officers account. As result of the current, and duly created and executed not dishonored current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and ABN AMRO). Therefore, credits were to be placed into an interest-bearing escrow account resulting from the newly revised (current) not dishonored **AGREEMENT/CONTRACT/CHECK** with ABN AMRO, and/or their Agents/Officers. (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "A"** IN FACT and that;

8. Affiant holds in her possession a current and executed **AGREEMENT/CONTRACT/CHECK**. On the front of the current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and ABN AMRO) Re: 0009000194 which states "Negotiating this instrument constitutes full satisfaction and accord to this counter offer/contract, which I/we have read, which is endorsed hereunder with full knowledge of the negotiator of this instrument and is valid as the final agreement in spite of what may have been agreed to previously. Negotiating this instrument acknowledges this account was paid on time, and in full constituting resolution of all bona fide disputes between the mortgagee, mortgagor and the payor herein connection with mortgage/loan, as of December 5, 2004. The nature of the dispute and all parties hereto with knowledge of same, shall remain bound by an oath of irrevocable confidelaity, the breach of which by mortgagor or payor herein, being the only contingency hereof, capable of revoking this contract." On the back of the current instrument states "Contract has been read & is entered into under the right to contract [Art. 1 Sec. 10 US Constitution, & UCC 3-311] with the full knowledge of the negotiator of this contract and is valid as the last agreement, not withstanding what may have been agreed to previously. 0009000194 was paid in full on December 5, 2004. It is also agreed that all resulting overpayment of principal shall go into the interest- bearing escrow account." As a result Affiant is now in receipt of a current Declaration of an **AGREEMENT/CONTRACT/CHECK** with ABN AMRO, and/or their Agents/Officers from Presenter - Secured Party for the condominium unit located at and known as 772 Barnaby Place – Wheeling, Illinois [60090]. Affiant notes that all claims have been fully discharged as acknowledged by ABN AMRO as stipulated. (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "A"** IN FACT and that;

9. Affiant presented and sent a revised current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and ABN AMRO) on or about *July 19, 2005*, of the original agreement that Affiant holds in her possession. (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "B"** IN FACT and that;

10. Affiant is in possession of an current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and ABN AMRO) that ABN AMRO, and/or their Agents/Officers has acknowledged, Affiant notes that all claims have been fully discharged in this matter as of the deposited date as stipulated within the **AGREEMENT/CONTRACT/CHECK** (current) which is documented in *July 20, 2005* See Attached **Exhibit "B"** IN FACT and that;

Evidence "E-1"

11. Affiant on July 20, 2005, picked up a copy of the revised current **AGREEMENT/CONTRACT/CHECK** from Affiant's Bank. The instruments have been accepted and endorsed as of the dates regarding points #10, and #11 above. Affiant now holds a current and executed **AGREEMENT/CONTRACT/CHECK'S** (as stipulated and accepted between Affiant and ABN AMRO) with acknowledgement and receipt. (all claims have been fully discharged in this matter) (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "B"** IN FACT and that;

12. Affiant holds in her possession acknowledgement of the deposited funds within ABN AMRO, and/or their Agents/Officers account. As result of the current, and duly created and executed not dishonored current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and ABN AMRO). (Documents sent, verified, Acknowledged, and received) IN FACT and that;

13. Affiant holds in her possession a current and executed **AGREEMENT/CONTRACT/CHECK**. On the front and back of the current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and ABN AMRO) which states "Endorsement of this Instrument acknowledges full discharge of this claim." As a result Affiant is now in receipt of a current Declaration of an **AGREEMENT/CONTRACT/CHECK** with ABN AMRO, and/or their Agents/Officers from Presenter - Secured Party for the condominium unit located at and known as 772 Barnaby Place – Wheeling, Illinois [60090]. Affiant notes that all claims have been fully discharged as acknowledged by ABN AMRO. (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "A"** IN FACT and that;

14. As a result of the current and duly executed **AGREEMENT/CONTRACT/CHECK** (as stipulated) the mortgage dues Re: loan 0009000194 are fully discharged and finale in its entirety in accordance with the current **AGREEMENT/CONTRACT/CHECK** (as stipulated). Under law Affiant Secured Party can no longer be held accountable or liable for the face amount and all obligations are now discharged in its entirety. (all claims have been fully discharged in this matter as stipulated) (Documents sent, verified, Acknowledged, and received) IN FACT and that;

15. Affiant holds acknowledgement regarding points #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, and #14, by Certified return mail, as established by the following of named documents in point #16 between the Parties, and all associated documents thereof in lieu of the current **AGREEMENT/CONTRACT/CHECK** (as stipulated).

16. Affiant has not received any other response or rebuttal point-for-point regarding the duly, created current **AGREEMENT/CONTRACT/CHECK,** (as stipulated) and Respondents are in default a.k.a. **"Contracts by Default"** as established by the following named documents are: **Affidavit of Truth** dated *June 14, 2005* (in default), **Correspondence** dated *June 22, 2006* (in default), **Affidavit of Truth** dated *August 4, 2005* (in default), **Notice of Billing Statement** (invoice 01560524051, statement no 1) dated *August 5, 2005* (in default), **Second Notice of Billing Statement** (statement no 2) dated *September 15, 2005* (in default), **Notice of Default** dated September 4, 2005, **Third and Finale Notice of Billing Statement** (statement no 3) dated *October 25, 2005* (in default), **Notice of Default** dated *November 7, 2005*, **Affidavit of Truth** dated *October 10, 2005* (in default), **Notice of Default** dated *November 27, 2005*, **Notice of Default** dated *December 9, 2005*, **Correspondence** dated *January 12, 2006* (in default), **Notice of Billing Statement** (statement no 4) dated *January 20, 2006* (in default), **Affidavit of Truth (supplement)** dated *January 28, 2006* (in default), **Affidavit of Truth (supplement)** dated *February 1, 2006* (in default), **Second Notice of Billing Statement** (statement no 5) dated *February 26, 2006* (in default), **Notice of Default** dated *March 13, 2006*, **Notice of Default** dated *March 14, 2006*, **Third and Finale Notice of Billing Statement** (statement no 6) dated *April 9, 2006* (in default), **Status and Disclosure Affidavit of Material Facts** dated *May 10, 2006* (in default), **Notice of Default** dated *May 16, 2006*, and **Declaration of Secured Party** Re: Notice of Default dated *June 28, 2006* perfected on the County of Cook, Recorder of Deeds, of Illinois Doc#0621649071. Each document was a STATUTE STAPLE, UCC CONFIRMATORY WRITING. Each Respondent was estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE" by and through their Tacit Procuration, and the these documents are now Fact and Truth in Commerce IN FACT and that;

**NOTICE:** Any additional charges of alleged Late fees by ABN AMRO, and/or their Agents/Officers or by anyone in their stead including but not limited to any alleged attorney fees can not be applied in this matter because the current **AGREEMENT/CONTRACT/CHECK** clearly accepts and acknowledges the mortgage Re: loan 0009000194 has been discharged in its entirety as stipulated within the current **AGREEMENT/CONTRACT/CHECK** thereof for

Evidence "E-1"

the premises in the Village of Wheeling, County of Cook, commonly known as 772 Barnaby Place, Wheeling, Illinois 60090 IN FACT and that;

**LEGAL NOTICE:** Employees at ABN AMRO, and/or their Agents/Officers and Other Co-Parties alleged thereof, are hereby furthered Noticed that each has received Notice of Default, and therefore, should they make any adversarial and/or hostile presentment(s) in any court of competent jurisdiction, or anyone in their stead written or oral, are subject to the provisions of F.R.C.P. RULE 9(h), leading to the Supplements of the Rules of Admiralty, which provide for those who are found in Trespass after a Default are subject to a Certificate of Exigency, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest IN FACT and that;

**VERIFICATION:** I verify that a true copy of this Declaration of Secured Party, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7005 1820 0000 1880 9692, Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, the Undersigned Affiant, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1)

Sealed on or about this _8_ day of the month _Sept_ , in the Year of Our Lord Two Thousand and Six,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL/ NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

    This   Declaration   of   Secured   Party   on   the   Administrative   Record,   with   Declaration   of AGREEMENT/CONTRACT/CHECK (as Stipulated) when recorded, serves as public notice to all that may have concern that the above described property is secured and protected under the UCC filing No. 9830847 FS, and 9166858FS, Claim of Lien (UCC 9-334) Doc #0513849062, and the current AGREEMENT/CONTRACT/CHECK (as Stipulated) Contract no 7691, and UCC 3 8810147 AS. Therefore, Secured Party is the superior lien holder of all the relevant certified, registered, and associated documents are in the private possession of Violet A. Hooghkirk, Secured Party.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-308.

Date: September 06, 2006          Signed, By The Seal Of
                                  Affiant: _Violet A. Hooghkirk_
                                  Violet A. Hooghkirk ©, Trustee, Secured Party
                                  Barnway Trust
                                  C/o 772 Barnaby Place - Wheeling, Illinois [60090]
                                  Invoking U.C.C. 1-308 Without Prejudice

---

**Illinois State**                )
                                   ) solemnly affirming
**Cook County**                    ) and subscribing
                                   )
On _September 8, 2006_
The date set forth herein, the Declaration of Secured Party on the Administrative Record, with Declaration of AGREEMENT/CONTRACT/CHECK (as Stipulated) was sworn and signed in my presence by Violet A. Hooghkirk, Secured Party, known to me.

Witness my hand and official seal:

_____
Notary Public in and for said State
My Commission expires: _10-21-09_

OFFICIAL SEAL
MARIA DERUZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-21-2009

Violet A. Hooghkirk, Secured Party, deposes and says that: I am the Declarant in the foregoing Declaration of Secured Party with Declaration of AGREEMENT/CONTRACT/CHECK (as Stipulated), which is part of and attached to this Affidavit of Fact and Truth that I have read and know the contents thereof, and that the matters therein stated are true to my knowledge; and do state that the above court cites are true.

Evidence "E-1"

## PROOF OF SERVICE

I, the Affiant/Undersigned, hereby certifies, and declares under penalties of perjury as provided by law under the laws of the united States of America Title 28 USC 1746 (1) that this Affidavit of Fact and Truth, and other document(s) to which it relates has been served upon the above-referenced addressee(es) Respondents(s) **by placing a copy of the same in the U.S. Mail Box Located at 250 West Dundee road – Wheeling Illinois 60090,** first class postage prepaid on or about on _____ day of _____

_____          _____
Signature                               Print Name

**Parties at interest**

     Tom Goldstein – President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
         7159 Corkland Drive – Jacksonville, Florida 32258
     Norm Bobbin – Chief Executive Officer - LaSalle Bank NA –
         1355 W. Dundee – Buffalo Grove, Illinois 60089 -
     Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc
         135 South LaSalle Street – Chicago, Illinois 60603
     Carol L. Tenyak – Registered Agent – ABN AMRO Mortgage Group, Inc
         135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
     Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
         2600 W. Big Beaver Road - Troy, Michigan 48084-3326
     <u>Tim Nuss</u> - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison
         Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
     John Purtell - Manager - LaSalle Bank NA
         135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
     Michael Jinga - Manager - LaSalle Bank NA –
         4747 W. Irving Park Road - Chicago, Illinois 60641
     Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
         2600 West Big Beaver Read - Troy, Michigan 48084-3318
     Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
         4747 W. Irving Park Road - Chicago, Illinois 60641
     Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. –
         7159 Corklan Drive - Jacksonville, Florida 32258
     Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
         135 S. LaSalle Street - Chicago, Illinois 60603-0135
     Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc. –
         7159 Corkland Drive - Jacksonville, Florida 32258
     Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
         1355 W. Dundee – Buffalo Grove, Illinois 60089
     Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. -
         4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
     Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc.
         7159 Corklan Drive - Jacksonville, Florida 32258
     Isolene B. Jones - Loan Administration/Litigation Dept. - ABN AMRO Mortgage Group, Inc.
         7159 Corkland Drive - Jacksonville, Florida 32258

Cc:   Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
         950 Pennsylvania Ave NW - Washington, D.C. 20530
     Federal Trade Commission (FTC),
     Securities and Exchange Commission (SEC)
     Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
     Lisa Madigan - Attorney General - 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
     J. Russell George - Acting Treasury Inspector General for Tax Administration
         1500 Pennsylvania Ave NW – Washington, D.C. 20224
     Chief Information Officer – Treasury Data Integrity Board
         1500 Pennsylvania Ave NW – Washington, D.C. 20224
     Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
     Chief Special Procedure Handling Office – IRS - P.O. Box 245 Bensalem, Pennsylvania 19020
     Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
     David Cantwell – President, Chelsea Cove –
         624 Bridgeport -Wheeling, Illinois 60090
     Jeffrey Meyers – Secretary – Chelsea Cove Condominium
         775 Barnaby Place - Wheeling, Illinois 60090

Evidence "E-1"



Date:12-20-2004 Sequence:166961240 Account:1600336351 Amount:$826.61 Serial:7241

15 016859 1246 2
1 202 2604 19
919
0211144995
12202004
0710-0030-1
ENT=0271  TRC=0189  >071000505<
                    LASALLE BANK  >071000505<
                       2004121744402800269
                    E-56      EASN126 PKT3

Evidence "E-1"

7498

**VIOLET A. HOOGHKIRK**
772 BARNABY PLACE
WHEELING, IL  60090

2-250/710

DATE _1-26-05_

PAY TO THE
ORDER OF _ABN AMRO Mortgage_    $ _858.21_

_____ DOLLARS

**CORUS** BANK
CHICAGO, IL 80614

FOR _0009000194_    _Violet A. Hooghkirk_

⑆007498⑆ ⑆071002503⑆ 1600336351⑆    ⑈000008582⑈

Date:01-27-2005 Sequence:197546960 Account:1600336351 Amount:$858.21 Serial:7498

2 0197546960 2
01272005 10
005

  0910782043
  01272005
  0710-0030-1
  ENT=0512 TRC=0518 >071000505<
           LASALLE BANK >071000505<
             20050126430242902
  E-56        EASN909 PKT3.

Evidence "E-1"

7493

VIOLET A. HOOGHKIRK
772 BARNABY PLACE
WHEELING, IL  60090

2-250/710

DATE 2-11-05

PAY TO THE
ORDER OF  ABN AMRO Mortgage Group  $ 826.61

Eight Hundred Twenty Six Dollars and 61/100 DOLLARS

**CORUS** BANK

CHICAGO, IL 60614

FOR 0009000134

Violet A. Hooghkirk

⑆002493⑆ ⑆071002503⑆ 1600336351⑆ ⑈00000826641⑈

Date:02-15-2005  Sequence:941455650  Account:1600336351  Amount:$826.61  Serial:7493

---

⑆ 00941455650 ⑆
0514884254
02152005
0710-0030-1
ENT=0215 TRC=0219 PK=20

>071000505<
LASALLE BANK >071000505<
⑆0500⑉144100205394
E-129   EASN887 PKT3

Evidence "E-1"

7486

**VIOLET A. HOOGHKIRK**
772 BARNABY PLACE
WHEELING, IL 60090

2-250/710

DATE 3-23-05

PAY TO THE
ORDER OF _A B N AMRO Mortgage_ | $ 858. 21

_Eight Hundred Fifty Eight Dollars and 21/100_ DOLLARS

**CORUS** BANK
CHICAGO, IL 60614

FOR 0007 000 194                          Violet A. Hooghkirk

⑈007486⑈ ⑆0710025031⑆ 1600336351⑈          00000858 21

Date:03-24-2005 Sequence:245203990 Account:1600336351 Amount:9858.21 Serial:7486

5 024520303B 2
302420305 IO
G11

1016195001
03242005
0710-0030-1
ENT=0503 TRC=0507 PQ710000505<
            LASALLE BANK >071000505<
            20050323430181B674
        E-71    CASH067 PRT3

Evidence "E-1"

7487

**VIOLET A. HOOGHKIRK**
772 BARNABY PLACE
WHEELING, IL  60090

2-250/710

DATE 4-20-05

PAY TO THE
ORDER OF  ABN AROM Mortgage Group                    $ 858.21

Eight Hundred Fifty Eight Dollars and 21/  DOLLARS

**CORUS** BANK
CHICAGO, IL 60614

FOR 000 9000 191                              Violet A. Hooghkirk

⑈007487⑈ ⑊071002503⑊ 1600336351⑈              ⑊00000085821⑈

Date:04-21-2005 Sequence:267951640 Account:1600336351 Amount:$858.21 Serial:7487

```
5 0267951640 2
04212005 10
```

```
1414077013
04212005
0710-0030-1
ENT=0001 TRC=0029  PKSROLLE BANK >071000505<
                   >071000505<
                   200504204302029662 .
              E-76     EASN1316 PKT3
```

Evidence "E-1"

7494

**VIOLET A. HOOGHKIRK**
772 BARNABY PLACE
WHEELING, IL 60090

2-250/710

DATE 5-31-05

PAY TO THE
ORDER OF _ABN AMRO Mortgage Group Inc._ | $ 858.21

_Eight Hundred Fifty Eight Dollar and_ 21/100 ——— DOLLARS

**CORUS** BANK
CHICAGO, IL 60614

FOR 0009008194

_Violet A. Hooghkirk_

⑆007494⑆ ⑈071002503⑈ 1600336351⑆ ⑆00000858.21⑆

Date:06-03-2005  Sequence:304397250  Account:1600336351  Amount:$858.21  Serial:7494

2 0364397250 2
06032005 10
009

3411772491
06032005 —
0710-0030-1
ENT=0371 TRC=0358 >071000505<
LASALLE BANK —
2005060241003P6658
E-75    EASN165 PKT3

Evidence "E-1"

7495

VIOLET A. HOOGHKIRK
772 BARNABY PLACE
WHEELING, IL 60090

2-250/710

DATE 6-3-05

PAY TO THE
ORDER OF ___ABN AMRO Mortgage Group Inc.___ | $ 826.61

___Eight Hundred Twenty Six Dollars and 61/100___ DOLLARS

**CORUS** BANK
CHICAGO, IL 60614

FOR N009000194

Violet A. Hooghkirk

⑈007495⑈ ⑆071002503⑆ 1600336351⑈ ⑈000008 2661⑈

Date:06-03-2005  Sequence:304397260  Account:1600336351  Amount:$826.61  Serial:7495

2 N304397260 Z
G6632005 10
000

1411772492
06032005
0710-0030-1
ENT=0371  TRC=0358  PK=504  >071000505<
                     LASALLE BANK -
                        20050602410030665̄9
              E-75    EASN166 PKT3

Evidence "E-1"



7875 0101 000900019Ч 0205 00008562L 000008266L 9

**Evidence "E-1"**

X _____

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

**Corus Bank**

Chicago, IL 60614

VIOLET A. HOOGHKIRK
772 Barnaby Place
WHEELING, IL 60090

7644

Date July 18 2005

PAY TO THE
ORDER OF _ABN AMRO Mortgage Group Inc_      $ 858.21

_Eight Hundred Fifty Eight Dollars 21/100_ **DOLLARS**

For _0009000194_                    _Violet A. Hooghkirk_

⑆000073144⑉ ⑆0490023036⑆ 1600336351⑈   ⑆000008582⑈

Date:07-20-2005  Sequence:346957740  Account:1600336351  Amount:$858.21  Serial:7644

1317673402
07202005
0710-0030-1
ENT=0690  TRC=0713  PK=20.
           >071000595<
           LASALLE BANK -
           2005071941001413417
E-84       EASN635 PKT3

Evidence "E-1"

 **LaSalle Bank**
ABN AMRO

```
021    01701   08502
MTG PMT LATE          $31.60
14:09:01           JUL 19/2005
ACCT#               0009000194
```

**Thank you.**
The transaction for which this receipt is issued is accepted
subject to the provisions contained in the Account Agreement
and applicable law. Total subject to item verification.
Member FDIC.
www.lasallebank.com
LaSalle Bank N.A. • Form No:096-RB21556 JUN 04

 **LaSalle Bank**
ABN AMRO

```
021    01701   08501
MTG PMT REG          $826.61
14:08:16           JUL 19/2005
ACCT#               0009000194
```

**Thank you.**
The transaction for which this receipt is issued is accepted
subject to the provisions contained in the Account Agreement
and applicable law. Total subject to item verification.
Member FDIC.
www.lasallebank.com
LaSalle Bank N.A. • Form No:096-RB21556 JUN 04

Evidence "E-1"



⑊007644⑊ ⑈601700 2503⑈ 1600336351⑊



| LOAN NUMBER | DUE DATE | TOTAL PAYMENT | IF RECEIVED AFTER | TATL PAYMENT |
|---|---|---|---|---|
| 0009000194 | 07/01/05 | $826.61 | 07/16 | $858.21 |

ROBERT L HOOGHKIRK
VIOLET HOOGHKIRK
CN7644A

ABN AMRO MORTGAGE
8201 INNOVATION WAY
CHICAGO IL 60682-0082

ADDITIONAL PRINCIPAL

ADDITIONAL ESCROW

LATE CHARGE

TOTAL    858.21

7875 0101 0009000194 0705 000085821 000082661 8

Evidence "E-1"

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Evidence "E-1"

Doc#: 0625149162 Fee: $34.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 09/08/2006 03:04 PM Pg: 1 of 6

RECORDING REQUESTED BY:
    Violet A. Hooghkirk ©, Secured Party

AND WHEN RECORDED MAIL TO:

**Name and Address: Violet A. Hooghkirk, Secured Party**
**Mailing Location:**    **C/o 772 Barnaby Place**
                **Wheeling, Illinois [60090]**

Use the above mailing location **EXACTLY AS PRINTED**               **SPACE HERE ABOVE FOR RECORDERS USE**

# DECLARATION OF SECURED PARTY
## VERIFIED SPECIAL APPEARANCE ON THE ADMINISTRATIVE RECORD ON

## DECLARATION OF AGREEMENT/CONTRACT/CHECK
### AS STIPULATED AND ACCEPTED BETWEEN THE PARTIES

#### ACTUAL AND CONSTRUCTIVE NOTICE - NON-NEGOTIABLE
05th day of the month September, in the year two thousand and Six, Anno Domini,

**Re:** AGREEMENT/CONTRACT/CHECK (as stipulated and accepted between Secured Party and LaSalle Bank NA), per agreement/UCC 3 Assignment receipt. (AGREEMENT/CONTRACT/CHECK no 7621, and UCC 3 8810146 AS) The property registered with the State, and County with address at: Commonly known as C/o 772 Barnaby Place – Wheeling, Illinois [60090],
LEGAL DESCRIPTION:
    UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 225604309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/OR 03-03-400-062-1021.

As described in UCC filing No. 9830847 FS, and Claim of Lien (UCC 9-334) Doc #0513849062, this property is complete with all the improvements and amenities described in the UCC Financing Statement(s) with accompanying description and all associated documents. These filings were in place prior to any adversarial or hostile presentment(s). The State and the Federal Courts have both ruled that the first to file a UCC has priority. See _United Tobacco Warehouse vs. Wells_ 490 SW 2d 152 (1973) and _Diversified Metal Products vs. T-Bow Company Trust, IRS, et al_ USDC 93-405-E-EJL IN FACT and that;

The Secured Party holds the BOND pursuant to the Uniform Commercial Code in accordance with 31 CFR Part 203 IN FACT.

## AFFIDAVIT of FACT and TRUTH

The Undersigned Affiant, Violet A. Hooghkirk ©, Secured Party, hereinafter "Affiant" does solemnly swear, declare and state as follows:
1. Affiant is competent to state to the matters set forth herein.
2. Affiant has personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

Evidence "E-1a"



Plain Statement of Facts and
Declarations of relevant and material facts are as follows

4. Affiant presented and sent a revised current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and LaSalle Bank NA) on or about *November 4, 2005*, of the original agreement that Affiant holds in her possession. (Documents sent, verified, Acknowledged, and received) Attached **Exhibit "A"** IN FACT and that;

5. Affiant is in possession of a current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and LaSalle Bank NA) that LaSalle Bank NA, and/or their Agents/Officers has acknowledged, Affiant notes that all claims have been fully discharged in this matter as of the deposited date as stipulated within the current **AGREEMENT/CONTRACT/CHECK** which is documented in *November 07, 2005* Attached **Exhibit "A"** IN FACT and that;

6. Affiant on or about November 7, 2005, picked up a copy of the revised current **AGREEMENT/CONTRACT/CHECK** from Affiant's Bank. The instrument had been accepted and endorsed as of the date regarding points #4, and #5 above. Affiant now holds a current and executed **AGREEMENT/CONTRACT/CHECK'S** (as stipulated and accepted between Affiant and LaSalle Bank NA) with acknowledgement and receipt. (all claims have been fully discharged in this matter) (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "A"** IN FACT and that;

7. Affiant holds in her possession acknowledgement of the deposited funds within LaSalle Bank NA, and/or their Agents/Officers account. As result of the current, and duly created and executed not dishonored current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and LaSalle Bank NA). (Documents sent, verified, Acknowledged, and received) IN FACT and that;

8. Affiant holds in her possession a current and executed **AGREEMENT/CONTRACT/CHECK**. On the front of the current **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and LaSalle Bank NA) Re: 20607300418532 which states "Signing acknowledgment that this claim is paid in full." On the back of the current instrument states "Endorsement acknowledges full discharge of this claim." As a result Affiant is now in receipt of a current Declaration of an **AGREEMENT/CONTRACT/CHECK** with LaSalle Bank NA, and/or their Agents/Officers from Presenter - Secured Party for the condominium unit located at and known at 772 Barnaby Place – Wheeling, Illinois [60090]. Affiant notes that all claims have been fully discharged as acknowledged by LaSalle Bank NA. (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "A"** IN FACT and that;

9. As a result of the current and duly executed **AGREEMENT/CONTRACT/CHECK** (as stipulated) the mortgage dues Re: loan 20607300418532 are fully discharged and finale in its entirety in accordance with the current **AGREEMENT/CONTRACT/CHECK** (as stipulated). Under law Affiant Secured Party can no longer be held accountable or liable for the face amount and all obligations are now discharged in its entirety. (all claims have been fully discharged in this matter as stipulated) (Documents sent, verified, Acknowledged, and received) IN FACT and that;

10. Affiant holds acknowledgement regarding points #4, #5, #6, #7, #8, and #9, by Certified return mail, as established by the following of named documents in point #11 between the Parties, and all associated documents thereof in lieu of the current **AGREEMENT/CONTRACT/CHECK** (as stipulated).

11. Affiant has not received any other response or rebuttal point-for-point regarding the duly, created current **AGREEMENT/CONTRACT/CHECK,** (as stipulated) and Respondents are in default a.k.a. "**Contracts by Default**" as established by the following named documents are: **Notice of Billing Statement** (invoice 01560524051, statement no 1) dated *August 5, 2005* (in default), **Second Notice of Billing Statement** (statement no 2) dated *September 15, 2005* (in default), **Third and Finale Notice of Billing Statement** (statement no 3) dated *October 25, 2005* (in default), **Notice of Default** dated *November 27, 2005*, **Correspondence** dated *January 9, 2006* (in default), **Notice of Billing Statement** (statement no 4) dated *January 20, 2006* (in default), **Affidavit of Truth** dated *January 29, 2006* (in default), **Second Notice of Billing Statement** (statement no 5) dated *February 26, 2006* (in default), **Notice of Default** dated *March 1, 2006*, **Notice of Default** dated *March 15, 2006*, **Third and Finale Notice of Billing Statement** (statement no 6) dated *April 9, 2006* (in default), **Status and Disclosure Affidavit of Material Facts** dated *May 10, 2006* (now in default), **Notice of Default** dated *May 16, 2006*, **Declaration of Secured Party Re: Notice of Default** dated *June 28, 2006* perfected on the County Cook, Recorder of Deeds, of Illinois Doc#0621649071. Each document was a STATUTE STAPLE, UCC CONFIRMATORY WRITING. Each Respondent was estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by

Evidence "E-1a"

"ESTOPPEL BY ACQUIESCENCE" by and through their Tacit Procuration, and the these documents are now Fact and Truth in Commerce IN FACT and that;

**NOTICE:** Any additional charges of alleged Late fees by LaSalle Bank NA, and/or their Agents/Officers or by anyone in their stead including but not limited to any alleged attorney fees can not be applied in this matter because the current **AGREEMENT/CONTRACT/CHECK** clearly accepts and acknowledges the mortgage Re: loan 20607300418532 has been discharged in its entirety as stipulated within the current **AGREEMENT/CONTRACT/CHECK** thereof for the premises in the Village of Wheeling, County of Cook, commonly known as 772 Barnaby Place, Wheeling, Illinois 60090 IN FACT and that;

**LEGAL NOTICE:** Employees at LaSalle Bank NA, and/or their Agents/Officers and Other Co-Parties alleged thereof, are hereby furthered Noticed that each has received Notice of Default, and therefore, should they make any adversarial and/or hostile presentment(s) in any court of competent jurisdiction, or anyone in their stead written or oral, are subject to the provisions of F.R.C.P. RULE 9(h), leading to the Supplements of the Rules of Admiralty, which provide for those who are found in Trespass after a Default are subject to a Certificate of Exigency, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest IN FACT and that;

**VERIFICATION:** I verify that a true copy of this Declaration of Secured Party, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7005 1820 0000 1880 9708, Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, the Undersigned Affiant, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1)

Sealed on or about this _8_ day of the month _Sept_ , in the Year of Our Lord Two Thousand and Six,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL/ NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

This Declaration of Secured Party on the Administrative Record, with Declaration of **AGREEMENT/CONTRACT/CHECK** (as Stipulated) when recorded, serves as public notice to all that may have concern that the above described property is secured and protected under the UCC filing No. 9830847 FS, and 9166858FS, Claim of Lien (UCC 9-334) Doc #0513849062, and the current **AGREEMENT/CONTRACT/CHECK** (as Stipulated) Contract no 7621, and UCC 3 8810146 AS. Therefore, Secured Party is the superior lien holder of all the relevant certified, registered, and associated documents are in the private possession of Violet A. Hooghkirk, Secured Party.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-308.

Date: September 6, 2006

Signed, By The Seal Of
Affiant: _Violet A. Hooghkirk_

Violet A. Hooghkirk ©, Trustee, Secured Party
Barnway Trust
C/o 772 Barnaby Place - Wheeling, Illinois [60090]
Invoking U.C.C. 1-308 Without Prejudice

**Illinois State**          )
                             ) solemnly affirming
**Cook County**             ) and subscribing
                             )

On _September 8, 2006_
The date set forth herein, the Declaration of Secured Party on the Administrative Record, with Declaration of **AGREEMENT/CONTRACT/CHECK** (as Stipulated) was sworn and signed in my presence by Violet A. Hooghkirk, Secured Party, known to me.

OFFICIAL SEAL
MARIE DERUZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-21-2009

Violet A. Hooghkirk, Secured Party, deposes and says that: I am the Declarant in the foregoing Declaration of Secured Party with Declaration of **AGREEMENT/CONTRACT/CHECK** (as Stipulated), which is part of and attached to this Affidavit of Fact and Truth that I have read and know the contents thereof, and that the matters therein stated are true to my knowledge; and do state that the above court cites are true.

Witness my hand and official seal:

Notary Public in and for said State

My Commission expires: _10-21-09_

Evidence "E-1a"

## PROOF OF SERVICE

I, the Affiant/Undersigned, hereby certifies, and declares under penalties of perjury as provided by law under the laws of the united States of America Title 28 USC 1746 (1) that this Affidavit of Fact and Truth, and other document(s) to which it relates has been served upon the above-referenced addressee(es) Respondents(s) **by placing a copy of the same in the U.S. Mail Box Located at 250 West Dundee road – Wheeling, Illinois 60090,** first class postage prepaid on or about on ___8___ day of _SePTeMBer_ 2006

_____          _____
Signature                                          Print Name

Parties at interest

Tom Goldstein – President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA –
1355 W. Dundee – Buffalo Grove, Illinois 60089 -
Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc
135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent - ABN AMRO Mortgage Group, Inc
135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison
Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
John Purtell - Manager - LaSalle Bank NA
135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA –
4747 W. Irving Park Road - Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. –
7159 Corklan Drive - Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage Group, Inc. –
135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage Group, Inc. –
7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin - Chief Executive Officer - LaSalle Bank NA
1355 W. Dundee – Buffalo Grove, Illinois 60089
Damien Bazan    Collections Department - ABN AMRO Mortgage, Inc. -
4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc.
7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones – Loan Administration/Litigation Dept. - ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive - Jacksonville, Florida 32258

Cc:  Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
950 Pennsylvania Ave NW - Washington, D.C. 20530
Federal Trade Commission (FTC),
Securities and Exchange Commission (SEC)
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General - 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Chief Special Procedure Handling Office – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
David Cantwell – President, Chelsea Cove –
624 Bridgeport -Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium
775 Barnaby Place - Wheeling, Illinois 60090

Evidence "E-1a"

7621

VIOLET A. HOOGHKIRK
772 BARNABY PLACE
WHEELING, IL 60090

2-290/710

DATE *11-4-05*

PAY TO THE
ORDER OF *La Salle Bank NA*     $ *69.92*

*Sixty Nine Dollars and 92/100*     DOLLARS

**CORUS** BANK
CHICAGO, IL 60614

FOR *206073 00418352*     *Violet A. Hooghkirk*
*Signing Acknowledgment that this claim is*
*Paid in full* ⑈007621⑈ ⑈071002503⑈ 1600336351⑈ ⑈0000006992⑈

Date:11-07-2005  Sequence:145750850  Account:1600336351  Amount:$69.92  Serial:7621

12 014575W350 2
1315013018
11072005
0710-0030-1
ENT=0401 TRC=0482 PK=20
>071000505<
LASALLE BANK -
20051104440346 4827
E-99      EASN1104 PKT3

Evidence "E-1a"



**LaSalle Bank**
ABN AMRO

```
021    01713  02901
EL PMT              $72.13
10:43:14        AUG 22-2005
ACCT#           7300418352
```

**Thank you.**
The transaction for which this receipt is issued is accepted
subject to the provisions contained in the Account Agreement
and applicable law. Total subject to item verification.
Member FDIC
www.lasallebank.com
LaSalle Bank N.A. • Form No:096-RB21556  JUN 04

Evidence "E-1a"

Doc#:   0624455106 Fee: $36.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 09/01/2006 12:18 PM Pg: 1 of 7

RECORDING REQUESTED BY:
    Violet A. Hooghkirk ©, Secured Party

AND WHEN RECORDED MAIL TO:

**Name and Address:**   **Violet A. Hooghkirk, Secured Party**
**Mailing Location:**     **C/o 772 Barnaby Place**
                       **Wheeling, Illinois [60090]**

Use the above mailing location **EXACTLY AS PRINTED**

                                           **SPACE HERE ABOVE FOR RECORDERS USE**

# DECLARATION OF SECURED PARTY
### VERIFIED SPECIAL APPEARANCE ON THE ADMINISTRATIVE RECORD ON

## DECLARATION OF AGREEMENT/CONTRACT/CHECK
### AS STIPULATED AND ACCEPTED BETWEEN THE PARTIES and

**ACTUAL AND CONSTRUCTIVE NOTICE - NON-NEGOTIABLE**

21st day of the month August, in the year two thousand and Six, Anno Domini,

**Re:** AGREEMENT/CONTRACT/CHECK (as stipulated and accepted between Secured Party and Chelsea Cove) pre dated January 4, 2006, per agreement/UCC 3 Assignment receipt. (Contract no 7691, and UCC 3 8795354 AS) The property registered with the State, and County with address at: Commonly known as C/o 772 Barnaby Place Wheeling, Illinois [60090],

LEGAL DESCRIPTION:
      UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10, TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 225604309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-063-1021, AND/OR 03-03-400-062-1021.

As described in UCC filing No. 9830847 FS, and Claim of Lien (UCC 9-334) Doc #0513849062, this property is complete with all the improvements and amenities described in the UCC Financing Statement(s) with accompanying description and all associated documents. These filings were in place prior to any adversarial or hostile presentment(s). The State and the Federal Courts have both ruled that the first to file a UCC has priority. See *United Tobacco Warehouse vs. Wells* 490 SW 2d 152 (1973) and *Diversified Metal Products vs. T-Bow Company Trust, IRS, et al* USDC 93-405-E-EJL IN FACT and that;

The Secured Party holds the BOND pursuant to the Uniform Commercial Code in accordance with 31 CFR Part 203 IN FACT.

## AFFIDAVIT of FACT and TRUTH

The Undersigned Affiant, Violet A. Hooghkirk ©, Secured Party, hereinafter "Affiant" does solemnly swear, declare and state as follows:
1.   Affiant is competent to state to the matters set forth herein.
2.   Affiant has personal knowledge of the facts stated herein.
3.   All the facts stated herein are true, correct, and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

Evidence "E-1b"

Plain Statement of Facts and
Declarations of relevant and material facts are as follows

4. Affiant on or about December 28, 2005 presented and sent a newly revised (now current) **AGREEMENT/CONTRACT/CHECK** (pre-dated January 4, 2006) of the original agreement that Affiant holds in her possession. (Documents sent, verified, Acknowledged, and received) See Attached **Exhibit "A"** IN FACT and that;

5. Affiant on January 9, 2006 picked up a copy of the revised (now current) **AGREEMENT/CONTRACT/CHECK** from Affiant's Bank. The instrument had been accepted and endorsed as of January 4, 2006. Affiant now holds a current and executed **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and Chelsea Cove) with acknowledgement and receipt. (all claims have been prepaid) (Documents sent, verified, Acknowledged, and received) IN FACT and that;

6. Affiant holds in her possession acknowledgement of the deposited funds within Chelsea Cove Condominium's account. (all claims have been prepaid) As result of the current, and duly created with now an executed not dishonored, **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and Chelsea Cove). All claims have been acknowledged as prepaid. (Documents sent, verified, Acknowledged, and received) IN FACT and that;

7. Affiant holds in her possession a current and executed **AGREEMENT/CONTRACT/CHECK**. On the front of the **AGREEMENT/CONTRACT/CHECK** (as stipulated and accepted between Affiant and Chelsea Cove) which states "Negotiating this Instrument acknowledges a declaration of a contact agreement with 'Chelsea Cove Condominium Assoc.' from Presenter - Secured Party – Creditor for the condominium Located at c/o 772 Barnaby Place – Wheeling, Illinois [60090]. The association dues are prepaid in full with extreme prejudice through the year of 2100 AD, in accordance with the original agreement from Chelsea Cove Condominium Assoc. of declaration of condominium ownership (Doc No. 22604309) as amended (26 717 790). Wherefore any interest arising out of this Instrument will take care of any increases in dues, including any and all attorney fees with extreme prejudice. This contract is binding on all parties and their successors, and is the last agreement - Endorsement acknowledges full Discharge of this Claim" on the back which states "Endorsement acknowledges full Discharge of this Claim." As a result Affiant is now in receipt of a declaration of an **AGREEMENT/CONTRACT/CHECK** with Chelsea Cove Condominium Assoc. from Presenter - Secured Party for the condominium Located at 772 Barnaby Place – Wheeling, Illinois [60090]. Affiant notes that all claims have been prepaid as acknowledged by Chelsea Cove. (Documents sent, verified, Acknowledged, and received) IN FACT and that;

8. As a result of the current and duly executed **AGREEMENT/CONTRACT/CHECK** (as stipulated) the association dues are prepaid in full with extreme prejudice through the year of 2100 AD. Under law the Affiant, Secured Party can no longer be held accountable or liable for the face amount and all obligations are now discharged in their entirety through the year 2100 AD. (all claims have been prepaid) (Documents sent, verified, Acknowledged, and received) IN FACT and that;

9. Affiant holds acknowledgement regarding points #4, #5, #6, #7, and #8 by Certified return mail, as established by the following of named documents in point #10 between the Parties, and all associated documents thereof in lieu of the current **AGREEMENT/CONTRACT/CHECK** (as stipulated).

10. Affiant has not received any other response or rebuttal point-for-point regarding the duly, created current **AGREEMENT/CONTRACT/CHECK** (as stipulated) and Respondents are now in default a.k.a. "Contracts by Default" as established by the following named documents are: Correspondence dated January 4, 2006 (now in default), AFFIDAVIT OF TRUTH, dated January 18, 2006 (now in default), NOTICE OF DEFAULT dated February 15, 2006, NOTICE OF DEFAULT dated February 20, 2006, and AFFIDAVIT NOTICE dated May 10, 2006, each document was a STATUTE STAPLE, UCC CONFIRMATORY WRITING. Each Respondent was estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE" by and through their Tacit Procuration, and the these documents are now Fact and Truth in Commerce IN FACT and that;

11. Affiant in accordance with the current **AGREEMENT/CONTRACT/CHECK** (as stipulated) on or about July 25, 2006 received acknowledgment which Affiant holds in her possession showing on the face of the record clarification of compliance by the "Financial Transaction" Report dated July 25, 2006 by Chelsea Cove, and/or their Agents/Officers and other Co Parties, including but not limited to Chelsea Cove Board of Managers. See Attached **Exhibit "B"**

Evidence "E-1b"

**NOTICE:** Any additional charges of alleged Late fees by Chelsea Cove (Williamson Management, and/or Tressler, Soderstrom, Maloney & Priess LLC, who are merely third party interveners) any alleged attorney fees do not apply in this matter since the current contract acknowledges credit for the proportionate share of the expenses of administration, maintenance, and repair on the common elements for the premises in the Village of Wheeling, County of Cook, commonly known as 772 Barnaby Place, Wheeling, Illinois 60090 through the year 2100 AD <u>IN FACT</u> and that;

**LEGAL NOTICE:** Employees at Chelsea Cove or alleged agents thereof, are hereby furthered Noticed that each has received Notice of Default, and therefore, should they make any adversarial and/or hostile presentment(s) in any court of competent jurisdiction, or anyone in their stead written or oral, are subject to the provisions of <u>F.R.C.P. RULE 9(h), leading to the Supplements of the Rules of Admiralty</u>, which provide for those who are found in Trespass after a Default are subject to a Certificate of Exigency, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest <u>IN FACT</u> and that;

**VERIFICATION:** I verify that a true copy of this Declaration of Secured Party, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7005 1820 0000 1880 9548, Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, the Undersigned Affiant, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1)

Sealed on or about this __9__ day of the month ____/____ , in the Year of Our Lord Two Thousand and Six,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL/ NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

    This Declaration of Secured Party on the Administrative Record, with Declaration of AGREEMENT/CONTRACT/CHECK (as Stipulated) when recorded, serves as public notice to all that may have concern that the above described property is secured and protected under the UCC filing No. 9830847 FS, and 9166858FS, Claim of Lien (UCC 9-334) Doc #0513849062, and the current AGREEMENT/CONTRACT/CHECK (as Stipulated) Contract no 7691, and UCC 3 8795354 AS. Therefore, Secured Party is the superior lien holder of all the relevant certified, registered, and associated documents are in the private possession of Violet A. Hooghkirk, Secured Party.

    Date: August 21, 2006      Signed, By The Seal Of
                            Affiant: _Violet N. Hooghkirk_
                              Violet A. Hooghkirk @ Trustee, Secured Party
                              Barnway Trust
                              C/o 772 Barnaby Place - Wheeling, Illinois [60090]
                              Invoking U.C.C. 1-308 Without Prejudice

| | | |
|---|---|---|
| **Illinois State** | ) | |
| | ) solemnly affirming | |
| **Cook County** | ) and subscribing | |
| | ) | |

On ___SEPTEMBER___ 1, 2006

The date set forth herein, the Declaration of Secured Party on the Administrative Record, with Declaration of AGREEMENT/CONTRACT/CHECK (as Stipulated) was sworn and signed in my presence by Violet A. Hooghkirk, Secured Party, known to me.

Violet A. Hooghkirk, Secured Party, deposes and says that: I am the Declarant in the foregoing Declaration of Secured Party with Declaration of AGREEMENT/CONTRACT/CHECK (as Stipulated), which is part of and attached to this Affidavit of Fact and Truth that I have read and know the contents thereof, and that the matters therein stated are true to my knowledge; and do state that the above court cites are true.

Witness my hand and official seal:

_____ - ILLINOIS
Notary Public in and for said State

My Commission expires: __01/02/07__

"OFFICIAL SEAL"
BARBARA STOPA
Notary Public, State of Illinois
My Commission Expires 01/02/07

# Evidence "E-1b"

## PROOF OF SERVICE

I, the Affiant/Undersigned, hereby certifies, and declares under penalties of perjury as provided by law under the laws of the united States of America Title 28 USC 1746 (1) that this _Affidavit of Fact and Truth_, and other document(s) to which it relates has been served upon the above-referenced addressee(es) Respondents(s) **by placing a copy of the same in the U.S. Mail Box Located at 250 West Dundee road – Wheeling Illinois 60090,** first class postage prepaid on or about on _Sept_ day of _____ _Sept 1_ ,2006

_MS_

| | |
|---|---|
| Signature | Print Name |

**Parties at interest**

David Cantwell – President, Chelsea Cove –
  624 Bridgeport -Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium
  775 Barnaby Place - Wheeling, Illinois 60090

Cc: Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
  950 Pennsylvania Ave NW - Washington, D.C. 20530
Federal Trade Commission (FTC),
Securities and Exchange Commission (SEC)
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General - 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
  1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board
  1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Chief Special Procedure Handling Office – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227

Tom Goldstein – President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
  7159 Corkland Drive – Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
  1355 W. Dundee – Buffalo Grove, Illinois 60089 -
Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc
  135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent – ABN AMRO Mortgage Group, Inc
  135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603

Evidence "E-1b"

**Corus Bank**

Chicago, IL 60614

Violet A. Hooghkirk
C/o 772 Burnaby Place
Wheeling, Illinois [60090]

7691

Date 1-4-06

PAY TO THE ORDER OF _Chelsea Cove Assoc._                    $ 740.00

_Seven Hundred Forty Dollars_                               **DOLLARS**

Negotiating this Instrument acknowledges a declaration of a contact agreement with "Chelsea Cove Condominium Assoc." from Presenter – Secured Party – Creditor for the condominium located at c/o 772 Burnaby Place – Wheeling, Illinois [60090]. The association dues are prepaid in full with extreme prejudice through the year of 2100 AD. In accordance with the original agreement from Chelsea Cove Condominium Assoc. of declaration of condominium ownership (Doc. No. 22604302) as amended (26 717 700). Wherefore any interest arising out of this instrument will take care of any increases in dues, including any and all attorney fees with extreme prejudice. This contract is binding on all parties and their successors, and is the last agreement - Endorsement acknowledges full Discharge of this Claim.

For: _association fee_                    _Violet A. Hooghkirk_

⑈00 7691⑈  ⑈07 100 2503⑈  1600 33635 1⑈

⑈07 100 2503⑈                    ⑈00000 74000⑈

Date:01-05-2006 Sequence:809278060 Account:1600336351 Amount:$740.00 Serial:7691

JPMORGAN CHASE BANK, N.A.
> 074989962 < PUTAWAY
01/04/2006  4420611508 2734

PAY TO THE ORDER OF
AMERICAN NATIONAL BANK
AND TRUST COMPANY OF CHICAGO
CHICAGO, ILLINOIS 60690
FOR DEPOSIT ONLY
CHELSEA COVE
CONDOMINIUM ASSOCIATION

Evidence "E-1b"



07/20/2005

CHELSEA COVE CONDOMINIUM ASSOCIATION
FINANCIAL TRANSACTIONS - 07/25/06

772 BARNABY PLACE
VIOLET HOOGHKIRK

Unit ID: BAR772
STATUS: 06 - Mort Foreclosure
START DATE: 01/01/06

| TRN DATE | PAYMT AMT | CHECK # | DEP DT | CODE | DESCRIPTION | AMOUNT | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 010106 | | APPLY CHARGES | | A1 | ASSESSMENT | 172.16 | 3885.15 |
| 010106 | | | | C1 | WATER INCOME | 31.41 | 3916.56 |
| 010106 | | | | C2 | SCAVENGER INCOM | 15.21 | 3931.77 |
| 010406 | 740.00 | 7691 | 010406 | A1 | ASSESSMENT | (396.90) | 3191.77 |
| 010406 | | | | 01 | Late Fees | (60.00) | |
| 010406 | | | | 05 | Attorney Fees | (50.00) | |
| 010406 | | | | C1 | WATER INCOME | (157.05) | |
| 010406 | | | | C2 | SCAVENGER INCOM | (76.05) | |
| ------ | | | | | | | |
| 020106 | | APPLY CHARGES | | A1 | ASSESSMENT | 172.16 | 3363.93 |
| 020106 | | | | C1 | WATER INCOME | 31.41 | 3395.34 |
| 020106 | | | | C2 | SCAVENGER INCOM | 15.21 | 3410.55 |
| 021506 | | APPLY LATE FEE | | 01 | Late Fees | 15.00 | 3425.55 |
| 022806 | | EXPENSE ADJ | | 01 | Late Fees | (15.00) | 3410.55 |
| 022806 | CORRECTION PER RB | | | | | | |
| 022806 | 4150.55 | 3821 | 022806 | A1 | ASSESSMENT | (2927.32) | (740.00) |
| 022806 | | | | 01 | Late Fees | (250.00) | |
| 022806 | | | | 05 | Attorney Fees | (828.67) | |
| 022806 | | | | 09 | EXPENSE CHARGES | (91.32) | |
| 022806 | | | | C1 | WATER INCOME | (62.82) | |
| 022806 | | | | C2 | SCAVENGER INCOM | (30.62) | |
| ------ | | | | | | | |
| 030106 | | APPLY CHARGES | | A1 | ASSESSMENT | 172.16 | (567.84) |
| 030106 | | | | C1 | WATER INCOME | 31.41 | (536.43) |
| 030106 | | | | C2 | SCAVENGER INCOM | 15.21 | (521.22) |
| 031506 | | APPLY LATE FEE | | 01 | Late Fees | 15.00 | (506.22) |
| ------ | | | | | | | |
| 040106 | | APPLY CHARGES | | A1 | ASSESSMENT | 172.16 | (334.06) |
| 040106 | | | | C1 | WATER INCOME | 31.41 | (302.65) |
| 040106 | | | | C2 | SCAVENGER INCOM | 15.21 | (287.44) |
| 041506 | | APPLY LATE FEE | | 01 | Late Fees | 15.00 | (272.44) |
| ------ | | | | | | | |
| 050106 | | APPLY CHARGES | | A1 | ASSESSMENT | 172.16 | (100.28) |
| 050106 | | | | C1 | WATER INCOME | 31.41 | (68.87) |
| 050106 | | | | C2 | SCAVENGER INCOM | 15.21 | (53.66) |
| 051506 | | APPLY LATE FEE | | 01 | Late Fees | 15.00 | (38.66) |
| ------ | | | | | | | |
| 060106 | | APPLY CHARGES | | A1 | ASSESSMENT | 172.16 | 133.50 |
| 060106 | | | | C1 | WATER INCOME | 31.41 | 164.91 |
| 060106 | | | | C2 | SCAVENGER INCOM | 15.21 | 180.12 |
| 061506 | | APPLY LATE FEE | | 01 | Late Fees | 15.00 | 195.12 |
| ------ | | | | | | | |
| 070106 | | APPLY CHARGES | | A1 | ASSESSMENT | 172.16 | 367.28 |
| 070106 | | | | C1 | WATER INCOME | 31.41 | 398.69 |

1

Evidence "E-1b"

07/20/2006

## CHELSEA COVE CONDOMINIUM ASSOCIATION
### FINANCIAL TRANSACTIONS - 07/25/06

772 BARNABY PLACE
VIOLET BOOGHEKIRK

Unit ID: BAR772
STATUS: 06 - Mort Foreclosure
START DATE: 01/01/06

| TRN DATE | PAYMENT/TRAN DESCR PAYMT AMT CHECK # | DEP DT | CHARGES/PAYMENT DISTR CODE DESCRIPTION | AMOUNT | BALANCE DUE |
|---|---|---|---|---|---|
| 070106 | | | C2 SCAVENGER INCOM | 15.21 | 413.90 |
| 070506 | EXPENSE ADJ | | 08 Attorney Fees | 50.00 | 463.90 |
| 071506 | APPLY LATE FEE | | 01 Late Fees | 15.00 | 478.90 |



**Evidence "E-1b"**

Certified Mail Article No. 7006 2760 0003 2530 7770

# Violet A. Hooghkirk (Drawer)

### C/o 772 Barnaby Place – Wheeling, Illinois [60090]

Attn: Tom Goldstein – President/Chief Financial Officer (Drawee)          March 7, 2007
ABN AMRO Mortgage Group, Inc.
7159 Corkland Drive – Jacksonville, Florida 32258
National/Illinois File Number 56336796          Re: (see attached) letter dated December 20, 2006

Attn: CEO or CFO, and the employees at ABN AMRO and/or agents/officers thereof,

    The Undersigned Secured Party is supplying the President/Chief Financial Officer (Drawee) of ABN AMRO, and the employees at ABN AMRO and/or agents/officers thereof, a communication from the "Department of the Treasury Financial Management Service" dated December 20, 2006 (see attachment) in order for employees at ABN AMRO and/or agents/officers thereof, to process the Bonded Registered Bills of Exchange (invoice 01561119041, and 01560525051) that the Undersigned (Drawer) presented in good faith under the **Good Faith Principle**.

    The Internal Revenue Service has its own bank account, called a *"Treasury Tax and Loan Account,"* or (TTL), in every banking/financial institution that deals in *Federal Reserve Notes*. It has also been verified that IRS levies are effected from the *"Special Procedures Function Department (or Office)"* via simple fax (***Bill of Exchange***) instructing the particular bank, savings and loan, credit union, brokerage house, *etc.*, to debit the depositor's/taxpayer's account and credit the TTL.

    According to this communication is only a four (4) step procedure through the Treasury Tax and Loan program, as you can clearly notice it is a simple credit and debit transaction. Follow the four (4) step procedure of instructions herein through your banks Treasury Tax and Loan (TTL), and post the Undersigned's Silver Surety Bond as collateral in accordance with 31 CFR Part 203 "Obligations issued and fully insured or guaranteed by the United States Government or a United States Government agency." In short settle the account in this matter.

    To resolve this matter amicably the Undersigned has in her possession a Banker's compiled Manual *"A Banker's Guide to Processing the Bonded Registered Bill of Exchange"* (emphasis added) to assist the employees at ABN AMRO/LaSalle Bank NA in processing the **Bills of Exchange** (now tendered). This is described in an eleven (11) step, six-page process titled *SPECIAL BANKING SERVICES*: "Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Analysis and Control Division of the IRS." This transaction is *in accordance with and mandated by the Administrative Procedures Act at. 5 USC 706*, Federal Banking Regulations, the Supreme Court decision in Hallenbeck v. Leimert, and the *Erie and Clearfield doctrines* (**by Congressional and Presidential approval**). The claims are bonded and under the mandates of Article VII of the Bill of Rights of the Constitution of the united States of America. If you need assistance please contact the Undersigned in writing.

    The document the Undersigned presented is a class of *negotiable instrument* identified in Witkin-Negotiable Instruments, Vol. 3 as a Bill of Acceptance Time Draft. This document was legally and lawfully presented for processing not as an instrument for collection with the Bureau of Public Debt, but to be processed through the UCC Contract Trust using the bank's TT&L account.

    If your office pursues the Undersigned Secured Party in any manner including court be assured there are numerous Points and Authority and *stare decisis* clearly setting the precedent regarding the validity and required processing of the Bonded Registered Bill of Exchange that will be presented. Both state and federal courts have made themselves clear. Follow the instructions and settle the account.

Sincerely,

*Violet A. Hooghkirk*
Violet A. Hooghkirk, Secured Party

Parties at Interest (Claimants):
   Norm Bobbin -- Chief Executive Officer - LaSalle Bank NA – 1355 W. Dundee – Buffalo Grove, Illinois 60089
   Thomas A. Rosiello – Secretary – ABN AMRO - 135 South LaSalle Street – Chicago, Illinois 60603
   Carol L. Tenyak – Registered Agent -- 135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
   Customer Service - Manager - ABN AMRO – 2600 W. Big Beaver Road – Troy, Michigan 48084-3326
   Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison
                   Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
   John Purtell - Manager - LaSalle Bank NA - 135 S. LaSalle Street Dept 8144 – Chicago, Illinois 60674-8144

Evidence "F-1"

Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road - Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN AMRO
                   2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA - 4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc.– 7159 Corklan Drive - Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assist – ABN AMRO – 135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO - 7159 Corkland Drive - Jacksonville, Florida 32258
Damien Bazan – Collections Dept - ABN AMRO - 4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones – Loan Administration/Litigation Dept.-ABN AMRO - 7159 Corkland Drive - Jacksonville, Florida 32258

David Cantwell – President, Chelsea Cove – 624 Bridgeport -Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium - 775 Barnaby Place - Wheeling, Illinois 60090

Cc: Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
                   950 Pennsylvania Ave NW - Washington, D.C. 20530
    Merri Jo Gillette – Regional Director - Securities and Exchange Commission (SEC)
    Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604
    Federal Trade Commission (FTC) CRC – 240 - 600 Pennsylvania Avenue NW - Washington, D.C. 20580
    Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
    J. Russell George – Acting Treasury Inspector General for Tax Administration
                   1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Ira L. Hobbs – CIO – Treasury Data Integrity Board - 1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
    Chief Special Procedure Handling Office – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
    Richard L. Gregg - Commissioner of the financial Management Service of the Department of
                   The Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

Evidence "F-1"



DEPARTMENT OF THE TREASURY
BUREAU OF THE PUBLIC DEBT
WASHINGTON, DC 20239
December 20, 2005

This letter is in response to your letter dated October 10, 2005 and our subsequent phone conversation of December 16, 2005 in which you requested confirmation of certain procedures that operate under your Investment Program, Tax and Loan Program.

Listed below in italics are the procedures from your letter. I have reviewed your list of procedures and found them to be generally accurate with the following as clarifications:

*Procedure 1: When the bank posts a credit to the Treasury Tax and Loan Account, that transaction is promptly reflected on the TT&L management system computer screens and followed up with a confirmation response to the bank. An acknowledgement is received from Fedwire and the transaction will be reflected on the bank's Treasury Investment Program (TIP) activity statement.*

*Procedure 2: When funds are being made available to the bank through the Treasury Tax and Loan Account, the confirmation is transmitted to the bank. No special confirmation will be provided, however, transaction will be reflected on the bank's TIP activity statement.*

*Procedure 3: When the bank provides additional collateral either in general or for a specific transaction that posted collateral, addition would always be promptly acknowledged and reflected on the TT&L screens. If the collateral is acceptable, we understand there will be no special response or confirmation from the TT&L rehabilitation. Collateral transactions are reflected in the TIP account as soon as possible, but timing can vary by hours depending on the kind of security being pledged and with whom it is held. If collateral is acceptable, TIP does not send any communication to the bank.*

*Procedure 4: When a Remittance Credit and Debit entry is posted, that transaction immediately appears on the bank's computer on the TT&L computer screens. Again, if acceptable it is promptly acknowledged, there will be no special response or confirmations from the TT&L rehabilitation. No special confirmation will be provided, however, transactions will be reflected on the bank's TIP activity statement.*



Evidence "F-1"

## 5. Flow of Documents

A quick review of the processing steps reveals a good deal of document flow. This document flow is necessary for the successful completion of the process. The figure below shows the flow of documents in detail. Documents include:

- Original and copies of both sides of the Green Card return receipt
- Original and copies of Claim stamped "Accepted For Value"
- Original and copies of the Bonded Bill of Exchange
- Copies of the Silver Surety Bond and its certification
- Original Actual and Constructive Notice – Letter of Instructions
- The Bank's credit/debit TT&L account transaction (see Step 5 above)

As shown in the Document Flow Diagram below, these documents move between:

- The Secured Party
- The Secretary of the Treasury (currently John W. Snow)
- The Bank
- The IRS Office of Special Procedure Handling (currently Kevin M. Brown)
- The Chief of Special Procedure Handling at the office of the regional administrators of the Bank's TT&L account

Additional information and document flow occurs behind the scenes, especially among IRS entities.



**Figure 2. Required Flow of Documents**

Evidence "F-1a"

Certified Mail Article  .  7005 1160 0003 6066 6238

RECORDING REQUESTED BY:
Violet A. Hooghkirk ©, Secured Party

AND WHEN RECORDED MAIL TO:

**Name and Address: Violet A. Hooghkirk, Secured Party**
**Mailing Location:      C/o 772 Barnaby Place**
                        **Wheeling, Illinois [60090]**

Use the above mailing location EXACTLY AS PRINTED

Doc#:  0621649071 Fee: $162.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 08/04/2006 01:56 PM Pg: 1 of 31

SPACE HERE ABOVE FOR RECORDERS USE

## DECLARATION OF SECURED PARTY
### VERIFIED SPECIAL APPEARANCE
### ON THE ADMINISTRATIVE RECORD

### NOTICE OF DEFAULT, AND ASSENT, DEMAND, AND SECOND NOTICE OF RIGHTS
#### ACTUAL AND CONSTRUCTIVE NOTICE - NON-NEGOTIABLE

28th day of the month June, in the year two thousand and Six, Anno Domini.

**Re:** Status and Disclosure Affidavit of Material Facts, with Points and Authority *Stare Decisis*, and Accounting and
True Bill dated May 10, 2006 (Invoice no 01560509061). The property registered with the State, and County
with address at: Commonly known as C/o 772 Barnaby Place – Wheeling, Illinois [60090],
LEGAL DESCRIPTION:
     UNIT 94-A IN CHELSEA COVE CONDOMINIUM NUMBER 1, AS DELINEATED ON A SURVEY OF A PART OF
LOT 1 OF CHELSEA COVE SUBDIVISION BEING A PART OF LOTS 5, 6, AND 7 TAKEN AS A TRACT, IN OWNERS
DIVISION OF BUFFALO CREEK FARM, BEING A SUBDIVISION OF PART OF SECTION 2, 3, 4, 9, AND 10,
TOWNSHIP 42 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLATE
THEREOF RECORDED JANUARY 31, 1973 AS DOCUMENT 22205368 IN COOK COUNTY, ILLINOIS, WHICH
SURVEY IS ATTACHED AS EXHIBIT "B" TO DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT
225604309 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN
THE COMMON ELEMENTS, IN COOK COUNTY, ILLINOIS. INCLUDING, BUT NOT LIMITED TO PIN# 03-03-400-
063-1021, AND/OR 03-03-400-062-1021.

As described in UCC filing No. 9830847 FS, and Claim of Lien (UCC 9-334) Doc #0513849062 This property is
complete with all the improvements and amenities described in the UCC Financing Statement(s) with accompanying
description and all associated documents. These filings were in place prior to any adversarial or hostile
presentment(s). See *United Tobacco Warehouse vs. Wells* 490 SW 2d 152 (1973)

### NOTICE OF DEFAULT AND ASSENT

On the 5th day of the month June, in the year two thousand and Six Tom Goldstein – President/Chief Financial Officer,
including, but not limited to: ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and/or their Agents/Officers,
other Co Parties Thomas A. Rosiello – Registered Secretary, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak –
Registered Agent, Customer Service – Manager, Tim Nuss – Manager, John Purtell – Manager, Michael Jinga – Manager,
Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu –
Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Damien Bazan – Collections Department,
Merilyn Rogers – Customer Relations, and Isolene B. Jones - Loan Admin/litigation, received a 26 page notarized document
called "**Status and Disclosure Affidavit of Material Facts**", attached with it was "**Points and Authority Stare
Decisis**", and "**Accounting and True Bill**" all part of the same evidence from Presenter Secured Party – Creditor.
Each Respondent(s), and/ or their Agents, other Co Parties had Ten (10) days, exclusive of the day of receipt to
respond to the statements, claims and inquiries or ask for extended time in writing IN FACT and that;

**ACCOUNTING AND TRUE BILL** was given to each Respondent(s) this was a Notice of Billing Statement an
**ACTUAL AND CONSTRUCTIVE NOTICE - NON-NEGOTIABLE** with an updated itemization of the vested interest,
perfected claim and the amount Due through May 17, 2006, and to execute any claim on the property, the Billing
Statement is now due and payable in the amount of $329,518.79. The Secured Party Affiant reserves the right to
amend and correct and adjust the Accounting and True Bill IN FACT and that;

**NOTICE** was given to each Respondent(s) as stated in relative part "Failure to respond will constitute as an
operation of law, the admission of Respondent(s) by TACIT PROCURATION to the statements, claims and

## Evidence "G-1"

ANSWERS to inquiries shall be deemed RES JUDICATTA, *STARE DECISIS*. Failure to respond will constitute PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. This is a perfected Contract and it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING." and all associated documents IN FACT and that;

Affiant did not receive any rebuttal or response point for point, nor did Affiant receive any response for extended time in writing regarding the **Status and Disclosure Affidavit of Material Facts** dated May 10, 2006 on any point(s) or their item(s) from the Respondent(s). The **Status and Disclosure Affidavit of Material Facts** now stands as Fact and Truth in Commerce, a.k.a. "CONTRACT BY DEFAULT" and Affiant remains holder in due course of said real property IN FACT and that; Each Respondent, and/ or their Agents, Co Parties did not invoke the Fifth and Sixth Amendment's of the Constitution for the United States of America. However, each were under Public Law 93-579; FOIA (5 USC 552); PA (5USC 552a) and U.C.C. 1-103.6, as administrative demands were made, with NOTICE, DEMAND AND CAVEAT, PRIOR TO RESPONSE. Certified Mail Article No 7005 0390 0002 8012 0768. See Attachments IN FACT and that;

DEMAND was, respectfully made to the named individual(s), Tom Goldstein – President/Chief Financial Officer, including, but not limited to: ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and/or their Agents/Officers, Co Parties Thomas A. Rosiello – Registered Secretary, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak – Registered Agent, Customer Service – Manager, Tim Nuss – Manager, John Purtell – Manager, Michael Jinga – Manager, Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Damien Bazan – Collections Department, Merilyn Rogers – Customer Relations, and Isolene B. Jones - Loan Admin/litigation, to provide DISCLOSURE regarding his/her/its actions IN FACT and that;

Said named corporation/individual(s) Tom Goldstein – President/Chief Financial Officer, including, but not limited to: ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and/or their Agents/Officers, Co Parties Thomas A. Rosiello – Registered Secretary, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak – Registered Agent, Customer Service – Manager, Tim Nuss – Manager, John Purtell  - Manager, Michael Jinga – Manager, Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Damien Bazan – Collections Department, Merilyn Rogers – Customer Relations, and Isolene B. Jones - Loan Admin/litigation, FAILED TO RESPOND and/or FAILED to provide ANY information or disclosure documents required by LAW, and demanded by the respondents notice and the questions IN FACT and that;

By failure to do so, NOW and FOREVER each Respondent and their offices have yield to Estoppel, Waiver fraud, etc., under U.C.C. 1-103, 1-103,6 *nemo debet bis vexari pro una et eaden Causa,* and such willful refusal may subject each Respondent to Civil Liabilities or Criminal punishment [Translation: No one should be twice harassed for the same cause.] IN FACT.

**CONTRACT BY DEFAULT:** This is a perfected Contract by Tacit Procuration it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING. Each Respondent is estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE" by and through Tacit Procuration and all associated documents which is conclusive evidence that the Affiant is the superior lien holder. Affiant remains holder in due course of the current CLAIM/AGREEMENT/CONTRACT/CHECK (as stipulated and accepted between Affiant and Respondent(s)). Affiant holds the BOND pursuant to the Uniform Commercial Code in accordance with 31 CFR Part 203 IN FACT and that;

Affiant has demonstrated and according to and within administrative law, *Stare Decisis*, Therefore, there was never and there is not now any controversy and this matter is settled AB INITIO, RES JUDICATTA, *Stare Decisis*, and this matter is NOW deemed dismissed in regard to any obligation with prejudice now and forever IN FACT and that;

**ACCOUNTING AND TRUE BILL:** The vested interest to date as amended as of June 28, 2006 in the amount of **$329,518.79**, is now Fact and Truth in Commerce IN FACT and that; * this amount is due before anyone can take possession of property from the Secured Party.

**Total * This Total Due and Now Payable**            **$329,518.79**
*To execute and/or implement any claim on the property, this **Accounting and True Bill** under the Contract by Default is now due and payable IN FACT and that;

# Evidence "G-1"

**EACH RESPONDENT IS HEREBY NOTICED:** have received Notice of Default, and therefore, should they make any adversarial and/or hostile presentment(s) in any court of competent jurisdiction, or anyone in their stead written or oral, are subject to the provisions of <u>F.R.C.P. RULE 9(h)</u>, leading to the <u>Supplements of the Rules of Admiralty,</u> which provides for those who are found in Trespass after a Default are subject to a Certificate of Exigency, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest <u>IN FACT</u> and that;

**EACH RESPONDENT IS HEREBY NOTICED AND DEMANDED:** To desist and refrain from taking any further action in the above reference matter without liability therefore (cf. liability for personal damages, <u>Pulliam v. Allen,</u> 104 set. 1970, 1979), except to restore the Secured Party to his/her former status, and that I have secured rights, privileges, privacy and immunities and each is so protected is valued at no less than one million dollars each, DEMAND IS FURTHER MADE to all governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc., (cf. Title 18 USC 241 142; Title 42 USC, 1983, Biv<u>ins v. Officials and agents,</u> 403 US 388 (1971), <u>Dykes v. Hosemann,</u> 743 F2d 1488, (11 CA Dec. 1984).

**NOTICE OF LIEN:** Violation and/or invasion of any above denominated rights per violative, shall act as a lien upon the nonexempt property of each presentee as follows: Nonexempt household goods; and real estate; and future earnings; and other personal property.

**VERIFICATION:** I verify that a true copy of this Notice of Default, and Demand, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7005 1160 0003 6066 6238, Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, the Undersigned Affiant, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1)

Sealed on or about this _4^{Th}_ day of the month _august_, in the Year of Our Lord Two Thousand and Six,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL/ NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

This Declaration of Secured Party on the Administrative Record, with Notice of Default and Assent when recorded, serves as public notice to all that may have concern that the above described property is secured and protected under the UCC filing No. 9830847 FS, and 9166858FS, Claim of Lien (UCC 9-334) Doc #0513849062. Therefore, Secured Party is the superior lien holder of All the relevant certified, registered, and associated documents are in the private possession of Violet A. Hooghkirk, Secured Party.

Date: June 28, 2006

Signed, By The Seal Of
Affiant: _Violet A. Hooghbird_

Violet A. Hooghkirk ©, Trustee, Secured Party
Barnway Trust
C/o 772 Barnaby Place - Wheeling, Illinois [60090]
Invoking U.C.C. 1-308 Without Prejudice

| | |
|---|---|
| Illinois State ) <br> ) solemnly affirming <br> Cook County ) and subscribing <br> ) <br> On _July 22_, _2006_ <br> The date set forth herein, the Declaration of Secured Party on the Administrative Record, with Notice of Default and Assent was sworn and signed in my presence by Violet A. Hooghkirk, Secured Party, known to me. | Violet A. Hooghkirk, Secured Party, deposes and says that: I am the declarant in the foregoing Declaration of Secured Party; the 26 Pg Status and Disclosure Affidavit of Material Facts (Invoice no 01560509061), which is part of and attached to this Notice of Default and Assent that I have read and know the contents thereof, and that the matters therein stated are true to my knowledge; and do state that the above court cites are true. |

Witness my hand and official seal:

_____ —Illinois
Notary Public in and for said State

My Commission expires: _7/22/07_

"OFFICIAL SEAL"
Barbara Sacks
Notary Public, State of Illinois
My Commission Exp. 07/22/2007

Evidence "G-1"

## PROOF OF SERVICE

I, the Affiant/Undersigned, hereby certifies, and declares under penalties of perjury as provided by law under the laws of the united States of America Title 28 USC 1746 (1) that this Notice of Default and Assent, and other document(s) to which it relates has been served upon the above-referenced addressee(es) Respondents(s) **by placing a copy of the same in the U.S. Mail Box Located at 250 West Dundee road – Wheeling Illinois, 60090,** first class postage prepaid on or about on ___4/11___ day of ___august___ .2006

_____          _____
Signature                                    Print Name

**Parties at interest**

Tom Goldstein -- President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
        7159 Corkland Drive – Jacksonville, Florida 32258

Norm Bobbin – Chief Executive Officer - LaSalle Bank NA · 1355 W. Dundee – Buffalo Grove, Illinois 60089 -

Thomas A. Rosiello — Secretary - ABN AMRO Mortgage Group, Inc
        135 South LaSalle Street – Chicago, Illinois 60603

Carol L. Tenyak – Registered Agent · ABN AMRO Mortgage Group, Inc
        135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603

Customer Service - Manager - ABN AMRO Mortgage Group, Inc --
        2600 W. Big Beaver Road - Troy, Michigan 48084-3326

Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison –
        Chicago, Illinois 60661-6400 - (no longer w/company or can't find)

John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144

Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road - Chicago, Illinois 60641

Colleen Riddell - Loan Administration - Special Services Dept. ABN AMRO Mortgage
        2600 West Big Beaver Read - Troy, Michigan 48084-3318

Marie Shiffman - Collections Equity Dept. - LaSalle Bank NA
        4747 W. Irving Park Road - Chicago, Illinois 60641

Shaun - Supervisor · ABN AMRO Mortgage Group, Inc.
        7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.

Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
        135 S. LaSalle Street - Chicago, Illinois 60603-0135

Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
        Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258

Damien Bazan - Collections Department - ABN AMRO Mortgage, Inc. -
        4242 N. Harlem Avenue - Norridge, Illinois 60706-1204

Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc. -
        7159 Corklan Drive - Jacksonville, Florida 32258

Isolene B. Jones - Loan Admin/Litigation - ABN AMRO Mortgage Group, Inc.
        7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.


Cc:  Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
            950 Pennsylvania Ave NW - Washington, D.C. 20530
    Lisa Madigan - Attorney General – 500 S. Second St. · Springfield, Illinois 62706
    Lisa Madigan - Attorney General - 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
    J. Russell George – Acting Treasury Inspector General for Tax Administration
            1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Chief Information Officer · Treasury Data Integrity Board
            1500 Pennsylvania Ave NW – Washington, D.C. 20224
    Kevin Brown · CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
    Chief Special Procedure Handling Office – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
    Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227

Evidence "G-1"

## Status and Disclosure Affidavit of Material Facts

This affidavit of material facts frames my relationship to the United States under the laws of the united States of America in accordance with Title 28 USC 1746 (1) as the Undersigned Secured Party understand them and is intended to satisfy requirements of statements required by VARIOUS United States Codes. It complies with the "substantial authority standard" (26 CFR § 1.6662-4(d) and the "good faith and reasonable cause standard" (26 CFR § 1.6664-4(a). It also satisfies requirements of state law, Federal Rules of Civil Procedure and Federal Rules of Evidence and therefore qualifies as testimony. For purposes of examination authorized by 26 U.S.C. § 7602, et seq., this affidavit qualifies as testimony authorized by § 7602(a)(3). Authority cites following fact statements, i.e., code sections, regulations, delegation orders, etc., are included merely to clarify statement application, not advance conclusions of law. I have personal knowledge of facts set forth herein regarding Rule 43(e), F.R.Civ.P. & Rule 602, F.R.Evid. Fact statements apply to (period of time covered in the Affidavit) inclusive.

To Respondent(s):

Tom Goldstein – President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
    7159 Corkland Drive - Jacksonville, Florida 32258

Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
    1355 W. Dundee – Buffalo Grove, Illinois 60089

Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc
    135 South LaSalle Street – Chicago, Illinois 60603

Carol L. Tenyak – Registered Agent – ABN AMRO Mortgage Group, Inc
    135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603

Customer Service - Manager - ABN AMRO Mortgage Group, Inc
    2600 W. Big Beaver Road - Troy, Michigan 48084-3326

Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison –
    Chicago, Illinois 60661-6400 - (no longer w/company or can't find)

John Purtell - Manager - LaSalle Bank NA –
    135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144

Michael Jinga - Manager - LaSalle Bank NA –
    4747 W. Irving Park Road - Chicago, Illinois 60641

Colleen Riddell - Loan Administration/Special Services Dept.- ABN AMRO Mortgage Group, Inc.
    2600 West Big Beaver Read - Troy, Michigan 48084-3318

Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
    4747 W. Irving Park Road - Chicago, Illinois 60641

Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
    7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.

Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
    135 S. LaSalle Street - Chicago, Illinois 60603-0135

Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
    Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258

Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. –
    4242 N. Harlem Avenue - Norridge, Illinois 60706-1204

Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc. -
    7159 Corklan Drive - Jacksonville, Florida 32258

Isolene B. Jones - Loan Admin/Litigation - ABN AMRO Mortgage Group, Inc.
    7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.

**Evidence "G-1"**

**DEFINITIONS**

The term "Affiant" means Violet A. Hooghkirk, living flesh and blood actual man, non-legal fiction creditor and secured party, injured party, Undersigned, Declarant.

The term "Respondent" means those opposing parties in this instant action as they appear in fiction, Stramineus homo, Commercial Strawman, person, individual.

The term "VIOLET A. HOOGHKIRK" means non-living entity, Stramineus homo, Commercial Strawman, artificial entity, legal fiction, VIOLET A. HOOGHKIRK, ▓▓▓▓▓▓.

The term "VIOLET A. HOOGHKIRK" means non-living entity, Commercial Strawman, artificial entity, legal fiction.

## STATEMENT OF FACTS

1.  Affiant has made the Respondent(s) aware; Affiant on October 13, 2004 under administrative law filed a legal and lawful Financing Statement (UCC 1), and a Silver Surety Bond Commercial Transaction 9166858 FS with the Secretary of the State of Illinois UCC Div. establishing Affiant's position. The Silver Surety Bond is in accordance with 31 CFR Part 203. Affiant recorded her Silver Surety Bond in the County of Cook, of Illinois Doc# 0425832052. Affiant is the Secured Party over a Personal and Numbered UCC Contract Trust, at the Analysis and Control Division of the IRS; Affiant is holder in due course.
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

2.  Affiant has made the Respondent(s) aware, Affiant already had other IRS tax claims processed and discharged through this very same UCC Contract Trust process under administrative law. To Affiant's knowledge not one of these instruments has been dishonored by The Secretary of Treasury, (currently John W. Snow).
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

3.  Affiant has made the Respondent(s) aware, Affiant received on two separate occasions from the Respondent(s) who made a public offering to VIOLET A. HOOGHKIRK, and ROBERT L. HOOGHKIRK, which ROBERT L. HOOGHKIRK who is deceased. Respondent(s) submitted two claims, the first dated October 25, 2004 Re: loan no 00900194 in the amount of $97,775.77, and the second dated April 8, 2005 Re: loan no 206-07300418352 in the amount of $6,187.40.
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

4.  Affiant has made the Respondent(s) aware, Affiant on December 2, 2004 under administrative law sent a legal and lawful Bonded Registered Bill of Exchange in accord with HJR-192 to the Secretary of the Treasury in the amount of $97,775.77 including, but not limited to other claims attached. On December 9, 2004 the Secretary of the Treasury received Affiant's Bonded Registered Bill of Exchange, dated November 19, 2004. (now tendered) without dishonor, claim "Accepted for Value" (Invoice no 01561119041) and honored by John W. Snow, in accordance with the Administration Procedure Act at 5 U.S.C. 706, and forwarded to the Analysis and Control Division of the IRS to be processed and discharged through Affiant's Personal UCC Contract Trust. Certified mail article no 7004 1350 0002 0399 5398.
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

5.  Affiant has made the Respondent(s) aware, Affiant on May 28, 2005 under administrative law sent a legal and lawful Bonded Registered Bill of Exchange in accord with HJR-192 to the Secretary of the Treasury in

**Evidence "G-1"**

the amount of $6,187.40. On June 2, 2005 the Secretary of the Treasury received Affiant's Bonded Registered Bill of Exchange, dated May 25, 2005. (now tendered) without dishonor, the claim "Accepted for Value" (Invoice no 01560525051) and honored by John W. Snow, in accordance with the Administration Procedure Act at 5 U.S.C. 706, and forwarded to the Analysis and Control Division of the IRS to be processed and discharged through Affiant's Personal UCC Contract Trust. Certified mail article no 7004 2510 0005 3326 2143.

**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

6.  Affiant has made the Respondent(s) aware; Affiant on May 16, 2005 under administrative law recorded and filed a Quitclaim Deed Doc#0513649131, along with Statement by Grantor and Grantee in County of Cook, Illinois State.
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

7.  Affiant has made the Respondent(s) aware, Affiant under administrative law created a Contract for and Declaration of: BARNWAY TRUST, an Irrevocable Trust.
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

8.  Affiant has made the Respondent(s) aware, Affiant on May 13, 2005 under administrative law filed and recorded a legal and lawful Financing Statement with the Secretary of the State, of Illinois UCC Div. Affiant recorded her vested interest in the amount of $193,326.00. Commercial Transaction #9830847 FS. See Diversified Metal Products vs. T-Bow Company Trust, IRS 93-405-E-EJL et al, 1993. The State and Federal Courts have ruled that the first to file a UCC 1 has priority; Affiant is now holder in due course.
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

9.  Affiant has made the Respondent(s) aware, Affiant on May 18, 2005 under administrative law perfected Affiant's UCC claim by filing and recording a Claim of Lien (UCC 9-334) in the County of Cook, Illinois State. Affiant has a perfected her vested interest, and holds the highest claim (Doc# 0513849062), Affiant is holder in due course.
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

10. Affiant has made the Respondent(s) aware, by correspondence under administrative law by offering assistance to the Respondent(s), named "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" to assist the Respondent(s) in processing the Negotiable Instruments. (This is described in an 11 step process titled SPECIAL BANKING SERVICES: Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Internal Revenue Service) The claims in this matter have been satisfied. Had the Respondent(s) contacted the Affiant for details there would have been no concerns regarding the resolution in this matter. Certified mail article no 7005 1820 0000 1882 5982.
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

11. Affiant has made the Respondent(s) aware, Affiant has a substantial library of lawful documentation asserting and documenting that both the instrument and its instructions are valid, lawful and legal. The documentation is clear. These instruments are fully negotiable through the Secretary of the Treasury when it has been properly and correctly processed, signed, mailed and received by the identified Drawee (Acceptor) – The Secretary of the Treasury. These negotiable instruments and the process are valid.
    **ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

Evidence "G-1"

12. Affiant has made the Respondent(s) aware, that Affiant was required to present the Bonded Registered Bill of Exchange to the Drawee – The Secretary of Treasury. Only the Secretary can lawfully claim validity and/or negotiability. *The undersigned's Trust is not a Treasury Direct Account and is not under the administration of the Bureau of Public Debt.*
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

13. Affiant has made the Respondent(s) aware, that Affiant prepared a legal and lawful negotiable instrument, Bill of Exchange (now tendered), and presented it to Respondent(s), and/or their Agents/Officers. The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments.* Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

14. Affiant has made the Respondent(s) aware; the document Affiant presented is a class of negotiable instrument identified in Witkin-Negotiable Instruments, Vol. 3 as a Bill of Acceptance Time Draft. This document was legally and lawfully presented for processing not as an instrument for collection with the Bureau of Public Debt, but to be processed through the UCC Contract Trust at the Internal Revenue Service.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

15. Affiant has made the Respondent(s) aware, that Bills of Exchange are used widely between countries, government agencies, corporations, and individuals. The Bill of Exchange Mr. Snow received and of which the Respondent(s) were served Notice is drawn on the Undersigned's Personal and Numbered UCC Contract Trust. It is on file with the Analysis and Control Division of the IRS. Furthermore, this form is received by the IRS National Office, is on file with them and has not been dishonored. Therefore, any concern that this presentment is invalid or is not legal tender is laid to rest.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

16. Affiant has made the Respondent(s) aware, to their attention to numerous references in the Federal Reserve System, Bank Examiner's manuals, the Department of the Treasury approved manuals, Commercial Banking Codes including, but not limited to UCC 3-104(c), Witkin – Negotiable Instruments, Vol. 3, (including the 2003 Supplement) and Spencer v. Sterling Bank, 63 Cal Ap. 4th 1055 and Guaranty Trust Co. of NY v. Henwood et al, 59 S. Ct. 847.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under

Evidence "G-1"

penalty of perjury, true, correct, complete and not misleading]

17. Affiant has made the Respondent(s) aware within the Actual and Constructive Notice – Letter of Advice *stare – decisis*, and claim "Accepted for Value" dated November 19, 2004, and May 25, 2005 that was presented to Respondent(s). The instructions are clearly defined in the document in accord with the UCC, CBC Regulations and court directed stipulations for acting upon this specific type of negotiable instrument. For more detail you may examine the ruling of the courts, specific sections of the UCC Article 3 and Witkin 2002 Supplement on Negotiable Instruments, Vol. 3 (the National Standard for negotiable instruments). In December of last 2002 Judge Mark in a U.S. Bankruptcy Court in Florida stated that the Bill of Exchange must be processed as instructed in the Letter of Advice. At that time Homecomings Financial's claim was dismissed and the judge declared they must process the document as instructed. A Florida state judge in July of 2002 year made a similar ruling dismissing an action by a mortgage lender (Bank One) attempting to sell real property in foreclosure. The judge noted the mortgage lender had received and must process the valid funds. Now another Florida Judge has issued a similar order. In September of 2002 a California judge ruled that the Bill of Exchange is to be treated the same as a check as documented in Witkin and the Negotiable Instrument Law.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

18. Affiant has made the Respondent(s) aware of the Title IV, Sec. 401 (Federal Reserve Act) and the U.S. Supreme Court decisions in Guaranty Trust Co. of New York v. Henwood, et al with Chemical Bank & Trust Co. v. Same, Nos. 384, 485 [307 U.S. 251], "Analysis of the terms of the Resolution (FN3) discloses first, the Congress declared certain types of contractual provisions against public policy in terms so broad as to include then existing contracts, as well as those hereafter to be made [307 U.S. 252]. In addition, future use of such proscribed provisions was expressly prohibited, whether actually contained in an obligation payable in money of the United States or separately 'made with respect thereto.' This proscription embraced 'every provision' purporting to give an obligee a right to require payment in (1) gold; (2) a particular kind of coin or currency of the United States money measured by gold or a particular kind of United States coin or currency."
"Having thus unmistakably stamped the illegality upon both outstanding and future contractual provisions designed to require payment by debtors in a frozen money value rather than in a dollar of legal tender current at date of payment, Congress-apparently to obviate any possible misunderstanding as to the breadth of its objective-added, with studied precision, a catchall second sentence sweeping 'every obligation', existing or future, 'payable in money of the United States,' irrespective [307 U.S. 253] of 'whether or not such provision is contained.'" **"Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained in or made with respect thereto, shall be discharged upon payment...in any coin or currency which at the time of payment is legal tender for public and private debts." (HJR-192)**
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

19. Affiant has made the Respondent(s) aware there are enough Related Points and Authority - *stare decisis*, supporting the use of Bills of Exchange as legal tender and negotiable instruments for discharge of private and public debt. (See the section of Related Points and Authority - *stare decisis*)
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

20. Affiant has made the Respondent(s) aware, Affiant on September 9, 2005 under administrative law sent a filing and informational only correspondence, dated August 30, 2005 to Sergeant Koeller – Eviction Dept 7th floor room 703 – Richard J. Daley Plaza Center. On September 12, 2005 the Eviction Department received the filing and informational correspondence. Regarding Affiant's perfected claim, and vested interest that Affiant filed and recorded. Certified mail article no 7004 1160 0006 3714 5597.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

21. Affiant has made the Respondent(s) aware, that Affiant received correspondence dated September 14, 2005

Evidence "G-1"

from Consumer Advocate Charitable Ministries.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

22. Affiant has made the Respondent(s) aware; Affiant has in her possession a legal and lawful Bonded Notice By Affidavit for Notice of Consequence for Infringement of <u>Copyright, Trademark or Trade-Name</u> that carries a <u>Security 15 USC United States Securities and Exchange Commission</u> Tracer Flag and not a point of law. Affiant has a commercial unlimited security interest and <u>common law right in and to my Copyright, Trademark and Trade-Name without prejudice, UCC 1-308. See United States Codes 15 USC § 1125, and 18 USC § 3571.</u>
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

23. Affiant has made the Respondent(s) aware, Affiant on October 19, 2005 under administrative law filed and recorded a legal and lawful Financing Statement with the Secretary of the State, of Illinois UCC Div. Affiant updated her records regarding the original Financing Statement (UCC 1) vested interest now in the amount of $201,764.35. Commercial Transaction # 10289718 FS. See <u>Diversified Metal Products vs. T-Bow Company Trust, IRS 93-405-E-EJL et al, 1993.</u> The State and Federal Courts have ruled that the first to file a UCC 1 has priority. Affiant is holder in due course.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

24. Affiant has made the Respondent(s) aware, Affiant on December 6, 2005 under administrative law filed and recorded a legal and lawful Financing Statement with the Secretary of the State, of Illinois UCC Div. Affiant updated her records regarding the original Financing Statement (UCC 1) vested interest now in the amount of $302,916.87. Commercial Transaction # 10435110 FS. See <u>Diversified Metal Products vs. T-Bow Company Trust, IRS 93-405-E-EJL et al, 1993.</u> The State and Federal Courts have ruled that the first to file a UCC 1 has priority. Affiant is holder in due course.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

25. Affiant has made the Respondent(s) aware, Affiant on December 6, 2005 under administrative law filed a legal and lawful UCC 11 520873 RQ with the Secretary of the State. The record shows no claims against VIOLET A. HOGHKIRK from any party, as stated on the document file stamped "nothing on file."
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

26. Affiant has made the Respondent(s) aware; Affiant on December 29, 2005 under administrative law filed and recorded a legal and lawful Financing Statement with the Secretary of the State, of Illinois UCC Div. Affiant updated her records regarding the original Financing Statement (UCC 1) vested interest, additional expenses, and acknowledged interest-bearing escrow account now in the amount of $310,508.74. Commercial Transaction # 10514428 FS. See <u>Diversified Metal Products vs. T-Bow Company Trust, IRS 93-405-E-EJL et al, 1993.</u> The State and Federal Courts have ruled that the first to file a UCC 1 has priority. Affiant is holder in due course.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

27. Affiant has made the Respondent(s) aware; Affiant on January 5, 2006 under administrative law filed and recorded a legal and lawful Financing Statement (UCC 1) and Financing Statement Addendum of the original UCC 1 vested interest as amended. Affiant updated her perfected, and vested interest claim in the amount of $310,508.74. Affiant established her vested interest that was approved by the Secretary of the State UCC Div., whereby filing and recording Affiant's claim with the County of Cook, Illinois. (Doc# 0600555133 and 0600555135) Affiant is holder in due course.

**Evidence "G-1"**



ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

28. Affiant has made the Respondent(s) aware, Affiant is no longer held accountable or liable for the face amount claims from the Respondent(s) and all obligations are now discharged in their entirety.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

29. Affiant has made the Respondent(s) aware, Affiant received a copy of correspondence dated March 3, 2006 from a Civil Rights Task Force, Investigations Dept, an Affidavit of Truth regarding of an alleged "order" not served returned to the Clerk of the Circuit Court, and/or their Agents/Officers.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

30. Affiant has made the Respondent(s) aware, Affiant on March 9, 2006 sent to the Respondent(s) a Notice and Demand - Cease Desist Collection Activities Prior to Validation of Purported Debt, dated March 7, 2006. The Respondent(s), and/or their Agents, and according to the **Fair Debt Collection Practices Act**, Respondent(s), and/or their Agents are in violation of various sections of the **Fair Debt Collection Practices Act**. Each Respondent(s) had 10 days to respond. Certified mail article no 7003 2260 0007 6575 1384.

A. Affiant has made the Respondent(s) aware of 15 U.S.C., Sec. 1692 (e) states that a "false, deceptive, and misleading presentation, in connection with the collection of any debt" includes the false representation of the character or legal status of any debt, It further identifies as a deceptive practice any threat to take any action which cannot be legally taken.

B. Affiant has made the Respondent(s) aware, that the Respondent(s) have obstructed proper processing. The CBC, UCC, FBC and high court decisions assert that these individuals can and will be held responsible for the full face value of the document. By such an unlawful act it is clear that these individuals now must bear the full financial responsibility themselves from which the Undersigned has been damaged. The Secured Party has the right and authority to have this obligation processed and lawfully discharged. Your agency must be accurate, trustworthy and honest in all your dealings as part of the good faith principle.

C. Affiant has made the Respondent(s) aware, the documentation that the Respondent(s), and/or their Agents/Officers has sent out; letters dated March 8, 2005, June 21, 2005, July 6, 2005, July 28, 2005, August 24, 2005, September 2, 2005, September 12, 2005, September 21, 2005, September 28, 2005, September 30, 2005, October 11, 2005 October 12, 2005, October 20, 2005, November 4, 2005, December 5, 2005, December 5, 2005, December 16, 2005, January 31, 2006, February 6, 2006, and February 22, 2006 contains false, deceptive and misleading representation, and allegations intended to intentionally pervert the truth for the purpose of inducing one, in reliance upon such, to part with property belonging to them and to surrender certain substantive legal and statutory rights. ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and/or their Agents/Officers are mandated by HALLENBECK vs. LEIMERT 295 US 116, 122 (1935), and can now be held personally liable under the Erie and Clearfield Doctrines, the Undersigned can not be held no longer accountable or liable for the face amount claims and all obligations are now discharged without dishonor in their entirety. To act upon this documentation would divest one of his/her property and their prerogative rights, resulting in a legal injury.

D. Affiant has made the Respondent(s) aware of Pursuant to 15 U.S.C., Sec. 1692 (g)(4) **Validation of Debts**. If the Respondent(s), and/or their Agents/Officers have evidence to validate their claim based on the numerous Notices of Default's absent the timely dishonor, and if The Respondent(s), and/or their Agents/Officers, the documentation does not constitute fraudulent misrepresentation and that one owes this alleged debt, this is a demand that within (10) days, you provide such validation and supporting evidence to substantiate your claim. Until the requirements of the **Fair Debt Practices Act** have been met and your claim is validated, you have no jurisdiction to continue any collection activities.

E. Affiant has made the Respondent(s) aware they are now instructed to carefully respect the Undersigned

Evidence "G-1"



Secured Party's legal and lawful rights in this matter. As a result of the numerous Notices of Default's any future mail will be considered fraudulent. See In Public Clearing House v. Coyne, 194 U.S. 497, 506-508, this Court said: "such printed matter or merchandise as may seem objectionable to local policy." All documentation in this matter from this time forward will be forwarded over to: Lisa Madigan - Attorney General for investigation and disposition.

F. Affiant has made the Respondent(s) aware that the Notice and Demand - Cease Desist Collection Activities Prior to Validation of Purported Debt is a Constructive Notice that, absent the validation of ABN AMRO Mortgage Group, Inc., LaSalle Bank NA, and/or their Agents/Officers claim within (10) days, you must Cease and Desist immediately any collection activity now and forever, from any and all collection action, and are hereby prohibited from contacting me through the mail, by telephone, in person, at my home, or at work. You are further prohibited from contacting my bank, my employer or any third party. Each and every attempt of such contact, in violation of this act, will constitute harassment, defamation of character and will subject your agency and/or board including any and all agents in his/her/their capacity, who take part in such harassment and defamation to liability for actual damages, as well as statutory damages up to $ 10,000.00 for each and every violation plus a further liability for legal fees to be paid to any counsel which I may retain. Furthermore, absent such validation of your claim, you are prohibited from filing any notice of lien and/or levy and are also barred from reporting any derogatory credit information to any Credit Reporting Agency regarding this disputed purported debt.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

31. Affiant has made the Respondent(s) aware, Affiant on March 20, 2006 sent a letter to Lisa Madigan, Office of the Attorney General, and William G. Holland - Auditor General of Illinois. On March 27, 2006 Lisa Madigan, Office of the Attorney General received Affiants correspondence and provided the documentation that she has satisfied the requirements of administrative law in this matter based on the numerous Notices of Default's absent the timely dishonor of Respondent(s), and/or their Agents/Officers claim and response. The Respondent(s), and/or their Agents, and according to the **Fair Debt Collection Practices Act**, Respondent(s), and/or their Agents are in violation of various sections of the **Fair Debt Collection Practices Act.** Certified mail article no 7003 2260 0007 6575 1469.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

32. Affiant's files and numerous documentation within this matter is on file with Lisa Madigan, Office of the Attorney General, and William G. Holland - Auditor General of Illinois.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

33. The Respondent(s) correspondences are in this matter on file with Lisa Madigan, Office of the Attorney General, of Illinois under file number 2006-CONSC-00147651.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

34. Affiant on March 21, 2006 sent a letter to Respondent(s). On March 22, 2006 Respondent(s) received under administrative law, dated January 11, 2006. Affiant was going through Affiant's files and noticed did have a 1099 for 2005 statement in the files, Re: loan no 206-07300418352. Certified mail article no 7003 2260 0007 6575 1391.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

35. It is well settled in administrative law and numerous Court decisions have ruled that the judiciary may not interfere with administrative law, see the following:
Λ. "It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is

Invoice No 01560509061      Certified Mail Article No 7005 0390 0002 8012 0768
Status and Disclosure Affidavit of Material Facts
Page 8 of 26

Evidence "G-1"

enforcing administrative law they are described as mere "extensions of the administrative agency for superior reviewing purposes" as a ministerial clerk for an agency..." 30 Cal.596; 167 Cal 762. And;

B.  "A judge ceases to sit as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency. Additionally, courts are prohibited from their substituting their judgments for that of the agency." AISI v. U.S., 568 F.2d 284. And;

C.  "Judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis., ADMIN. LAW, Ch.1 (CTP. Westa 1965 Ed.)

D.  "...their supposed "courts" becoming thus a court of `limited jurisdiction' as a mere extension of the involved agency for mere superior reviewing purposes." K.C. Davis, ADMIN. LAW, P. 95, (CTP, 6 Ed. Westâ 1977) FRC v. G.E., 281 U.S. 464; Keller v P.E., 261 U.S.428. And;

E.  A so-called Municipal or District court that is not a constitutional court is a legislative tribunal. In speaking on this subject in relation to the Constitution for the united States of America, the supreme Court said: "The term "District Courts of the United States," without an addition expressing a wider connotation, has its historic significance. It describes the constitutional courts created under Article III of the Constitution. Courts of the Territories are legislative courts, properly speaking, and are not District Courts of the United States." Mookini v. United States, 303 US201, 205, 58 Sct. 543, 82 Led. 748 (1938).

F.  Wherein the court stated the first to file "UCC" was ruled has priority even though it was not the first to perfect "within the county." As stated in United Tobacco Warehouse vs. Wells 490 SW 2d 152 (1973) (Court of Appeal)

G.  United States attorneys Betty Richardson and Richard word answer in claim the Court with the following response "The United States claims priority to the interpleaded fund in such amount remaining after satisfaction of the claims of competing claimants (UCC) to the fund who are entitled to priority over the United States" as stated in Diversified Metal Products vs. T-Bow Company Trust, IRS, et al USDC 93-405-E-EJL -- Justice (1993)

Respondent(s) had every right under Administrative Law to file a UCC Financing Statement as did the Undersigned Affiant; however, there is none on file for the Respondent(s).
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

36. Affiant has made the Respondent(s) aware; Affiant has not failed to state a claim within the numerous correspondences that have been sent to the Respondent(s) upon which relief can be granted as evidenced on the commercial registry at the Illinois Secretary of State in the form of UCC 1 and its amendments. Affiant is holder in due course. See Diversified Metal Products vs. T-Bow Company Trust, IRS 93-405-E-EJL et al, 1993., and United Tobacco Warehouse vs. Wells 490 SW 2d 152 (1973) (Court of Appeal)
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

37. It appears the Respondent(s), and/or their Agents/Officers, and Co-Parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

38. Any immunity, whether Absolute or Limited, is not protective in any acts of Bad Faith against VIOLET A. HOOGHKIRK and that Am Jur 2nd, Volume 17 (A) Clause #298 applies. NO IMMUNITIES WILL PROTECT A PERSON WHO ACTS IN BAD FAITH.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

Evidence "G-1"

39. Any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and is an attempt to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

40. Respondent(s), and/or their Agents/Officers, and Co-Parties have unilaterally created unsupported, commercial documents to deprive Affiant of property by a fraudulent presumption of pledge.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

41. Affiant is afforded no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value in accordance with Public Policy. Public Law 73-10.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

42. Affiant has made the Respondent(s) aware; Affiant on March 9, 2006 sent a letter to Respondent(s), and/or their Agents/Officers. On March 13, 2006 Respondent(s) received under administrative law a Notice and Demand – Actual and Constructive Notice, dated March 4, 2006, explaining that Affiant has never authorized consent to anyone including the Respondent(s), and/or their Agents/Officers, and Co-Parties to "cure" the dues account which has already been prepaid and discharged in its entirety. The association dues are prepaid in full with extreme prejudice through the year 2100 AD." by written acknowledgement. What has transpired between ABN AMRO and Chelsea Cove constitutes undo enrichment, and for Chelsea Cove Condominium Assoc., unjust enrichment.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

43. Affiant has never received from Respondent(s), and/or their Agents/Officers and its co-parties any Claim and/or a signed Demand for Claim under penalty of perjury, true, correct, complete and not misleading.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

44. If the Respondent(s), and/or their Agents/Officers and its co-parties discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Affiant with a point by point description of any such errors and omissions within ten (10) days of receiving this Status and Disclosure Affidavit of Material Facts by Certified Mail or forever admit the lawful execution of this Status and Disclosure Affidavit of Material Facts as a matter of the public record.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

45. If additional time is required for responding, a request must be received by the Affiant at the address of the Notary within the ten (10) days allotted or be forever subject to estoppel and barred from contesting under the doctrine or maxim of Collateral Estoppel.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

46. Affiant has made the Respondent(s) aware that there is no controversy regarding the administrative record in this matter. All requirements of administrative law pertaining to this matter based on the numerous Notices of Default's absent the timely dishonor of each of the Respondent(s), and/or their Agents/Officers claims and responses, the claims by each of the Respondent(s) and/or their Agents/Officers have been lawfully and legally discharged. Therefore, the law and *stare decisis* make it clear these claims and charges are dismissed with prejudice.
**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

Evidence "G-1"

47. Affiant has made the Respondent(s) aware that corporate ethical principals and adherence to regulations are now being monitored by the Corporate Fraud Task Force (CFTF). Therefore, I am directing the issuer to prepare a full report with all details and evidence for presentment to Robert McCallum, of the CFTF set up by President George W. Bush, with all the pertinent facts and documentation exposing the Respondent(s) actions. Respondent(s) are well acquainted with the details your agency is required to provide under the Federal Truth in Lending Regulations. The issuer was entitled to full-discloser in this matter within 24 hours. Respondent(s) have delayed and failed in their corporate responsibility as a fiduciary violating and damaging interests and rights of the issuer. These are actions upon which the President of the United States and Congress are focusing. CFTF is to monitor to see that such actions are to be accountable and held fully responsible. Consequently prosecution and economic punishment can follow.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

48. Affiant has made the Respondent(s) aware as an operation of law Affiant is required to exhaust her administrative remedies. Within this Administrative Remedy within this Status and Disclosure Affidavit of Material Facts - Administrative document - another step towards exhausting has been mailed as identified in this Proof of Service. (See below)
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

49. Affiant has made the Respondent(s) aware as with any administrative process, Respondent(s) may controvert (Rebut) the statements and/or claims made by Affiant by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by Respondent(s) with evidence in support.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

50. Affiant has made the Respondent(s) aware that each Respondent will be in agreement and admit to all statements and claims made by Affiant by TACIT PROCURATION (simply remaining silent).
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

51. Affiant has made the Respondent(s) aware of ESTOPEL BY ACQUIESCIENCE: In the event each Respondent admits the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, *STARE DECISIS* and COLLATERAL ESTOPPEL. Respondent(s) cannot argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

52. Affiant has made the Respondent(s) aware, based on the numerous Notices of Default's absent the timely dishonor of each of the Respondent(s), and/or their Agents/Officers claims and responses including the acceptance by the Respondent(s) through their tacit agreement, By failure to do so, NOW and FOREVER each Respondent and their offices have yield to Estoppel, Waiver fraud, etc., under U.C.C. 1-103, 1-103,6 *nemo debet bis vexari pro una et eaden Causa,* and such willful refusal may subject each Respondent to Civil Liabilities or Criminal punishment.
ANSWER: [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

53. Affiant has made the Respondent(s) aware, according to, and under Business Organization, in accordance with 805 ILCS 5/ Business Corporation Act of 1983 (805 ILCS 5/1.80) (from Ch. 32, par. 1.80) (I) "'Registered office' means that office maintained by the corporation in this State, the address of which is on

Invoice No 01560509061      Certified Mail Article No 7005 0390 0002 8012 0768
**Status and Disclosure Affidavit of Material Facts**
Page 11 of 26

Evidence "G-1"

file in the office of the Secretary of State, at which any process, notice or demand required or permitted by law may be served upon the registered agent of the corporation."

**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

54. Affiant has made the Respondent(s) aware of their assent and agreement through their Tacit Procuration and based on the numerous Notices of Default absent the timely dishonor of each of the Respondent(s) claims and responses. Each and every Notice of Default that Affiant has with the Respondent(s), including, but not limited to other Respondent(s) not mentioned in this Status and Disclosure Affidavit of Material Facts constitutes a <u>Contract by Default</u>, and each Notice of Default is a perfected Contract by Tacit Procuration. It is a STATUTE STAPLE, UCC CONFIRMATORY WRITING. The Respondent(s) through their tacit procuration; constituted a PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. Affiant is holder in due course regarding the administrative record in this matter, therefore, the law and *stare decisis* make it clear these claims and charges are dismissed with prejudice, and each Notice of Default is <u>Fact and Truth in Commerce</u>.

**ANSWER:** [I have read and understand the foregoing Statement of Fact, as in accordance with the law, under penalty of perjury, true, correct, complete and not misleading]

Declarations of relevant and material facts* are as follows:

1. Respondent(s) admits on November 23, 2004, and December 6, 2004 Respondent(s) received under administrative law a legal procedure correspondence, dated October 15, 2004, and October 25, 2004. Certified mail article no 7004 1350 0002 0399 5169, and 5367. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

2. Respondent(s) admits on November 18, 2004 Respondent(s) received under administrative law a legal procedure correspondence, dated October 15, 2004. Certified mail article no 7004 1350 0002 0399 5091. Ref: loan no 206-07300418352 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

3. Respondent(s) admits on December 6, 2004 Respondent(s) received under administrative law a Letter of Advice, and Points and Authority – *stare decisis*, and claim "Accepted for Value" dated November 19, 2004. (Invoice no 01561119041) With instructions clearly identified to process the negotiable instrument through the Respondent(s) Treasury Tax and Loan Account , if not retuned within the 72 hours rule Respondent(s) would be mandated under <u>Hallenbeck vs. Leimert</u>, 295 US 116 (1935), and personally liable under the <u>Erie and Clearfield Doctrines</u>. Certified mail article no 7004 1350 0002 0399 5367. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

4. Respondent(s) admits on March 7, 2005, and on March 15, 2005 received under administrative law a faxed of Sixteen (16) documents fax no (TX/RX No 1244) with a cover fax letter, dated March 6, 2005, and February 10, 2005. Certified mail article no 7003 2260 0007 6575 1605. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

5. Respondent(s) admits on May 29, 2005 Respondent(s) received under administrative law a Letter of Advice, and Points and Authority – *stare decisis*, and claim "Accepted for Value" dated May 25, 2005. (Invoice no 01560525051) With instructions clearly identified to process the negotiable instrument through the Respondent(s) Treasury Tax and Loan Account, if not retuned within the 72 hours rule Respondent(s) would be mandated under <u>Hallenbeck vs. Leimert</u>, 295 US 116 (1935), and personally liable under the <u>Erie and Clearfield Doctrines</u>. Certified mail article no 7004 2510 0005 3326 2198. Ref: loan no 206-07300418352 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

6. Respondent(s) admits on June 30, 2005, and July 7, 2005 Respondent(s) received under administrative law a

Evidence "G-1"



Two (2) page Points and Authority, dated June 29, 2005, documenting the use of the Bonded Registered Bill of Exchange. This document explained that those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Certified mail article no 7004 2510 0005 3325 1093, 7005 0390 0004 2805 0537, and 0544. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

7. Respondent(s) admits on June 29, 2005, June 30, 2005, July 1, 2005, and July 5, 2005 Respondent(s) received under administrative law a legal procedure correspondence, dated May 24, 2005. (with copies) documenting a vested interest recorded on a financing Statement (UCC 1) with the Secretary of the State UCC Div. of Illinois, a perfected Claim recorded on a Claim of Lien (UCC 9-334) with the County of Cook, of Illinois, a Quitclaim Deed also filed in County of Cook, Illinois, and a Contract for and Declaration of: BARNWAY TRUST. Certified mail article no 7004 1160 0006 3713 2078, 7004 2510 0005 3325 1079, 1086, 1093, 8108, 8122, 8139, and 8146. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

7a. Respondent(s) admits on June 17, 2005, June 20, 2005, June 26, 2005, and June 27, 2005 Respondent(s) received under administrative law an Affidavit of Truth with exhibits, dated June 14, 2005, documenting the negotiable instrument that Affiant has in her possession a copy of a current revised not dishonored agreement/contract that the Secured Party has with the Respondent(s), and/or their Agents/Officers have entered into. Each Respondent(s) had 10 days to respond. (now in default point #15) Certified mail article no 7003 2260 0007 6575 1872, 1889, 1896, 1902, and 1919. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

8. Respondent(s) admits on December 20, 2004, January 27, 2005, February 15, 2005, March 24, 2005, April 21, 2005, June 3, 2005, June 3, 2005, and, July 20, 2005 the Respondent(s), or their Agents/Officers under administrative law Respondent(s) have accepted and endorsed each of the negotiable instruments without dishonor, and deposited them with full acknowledgment. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

9. Respondent(s) admits as a result of the deposited negotiable instruments and full acknowledgment by the Respondent(s) under administrative law of the current agreement total credits were to be placed into an interest-bearing escrow account as of the deposited dates, December 20, 2004, January 27, 2005, February 15, 2005, March 24, 2005, April 21, 2005, June 3, 2005, June 3, 2005, and, July 20, 2005. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

10. Respondent(s) admits on July 20, 2005 Respondent(s) received under administrative law and have accepted and endorsed with Affiant's current instrument, as last payment in full with acknowledgment, and receipt. On the front and back of the Instrument which states "Endorsement of this Instrument acknowledges full discharge of this claim." The loan of 00900194 is now paid full. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

11. Respondent(s) admits on July 27, 2005 Respondent(s) received under administrative law a Two (2) page Points and Authority, dated July 15, 2005, documenting the use of the Bonded Registered Bill of Exchange. This document explained that those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Certified mail article no 7005 0390 0004 2805 0582, 7005 0390 0004 2805 0605, and 7005 0390 0004 2805 0599. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

**Evidence "G-1"**

12. Respondent(s) admits on July 5, 2005 Respondent(s) received under administrative law a correspondence regarding future communication be put in writing, dated June 22, 2005. Certified mail article no 7004 2510 0005 3325 8153. Ref: loan no 00900194 (now discharged)

**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

13. Respondent(s) admits on August 12, 2005, August 15, 2005, and August 16, 2005 Respondent(s) received under administrative law a Notice of Billing Statement, dated August 5, 2005 that included the acknowledged interest-bearing escrow account and deposited the dates in the amount of $200,096.88. As by tacit procuration "To expedite any claim on the property, this billing statement is now due and payable." Account Invoice no 01560524051. (Statement no 01) Certified mail article no 7004 2510 0005 3326 2082, 7005 0390 0004 2805 0650, 0643, 0629, and 0636. Ref: loan no 00900194 (discharged)

**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

14. Respondent(s) admits on September 22, 2005 Respondent(s) received through administrative law a Second Notice of Billing Statement, dated September 15, 2005 that included the acknowledged interest-bearing escrow account and deposited the dates, and accrued interest to date in the amount of $201,764.35. As by tacit procuration "To expedite any claim on the property, this billing statement is now due and payable." Account Invoice no 01560524051. (Statement no 02) Certified mail article no 7004 1160 0006 3714 5603. Ref: loan no 00900194 (discharged)

**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

15. Respondent(s) admits on September 20, 2005, and September 22, 2005 Respondent(s) received through administrative law a Notice of Default, and Assent, Demand, and Second Notice of Rights, dated September 4, 2005, regarding point #7a (now in default) as the Affidavit of Truth, dated June 14, 2006 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7004 1160 0006 3714 2558, 7003 2260 0007 6575 1872, 1896, 1889, 1902, and 1919. Ref: loan no 00900194 (discharged)

**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

16. Respondent(s) admits on September 27, 2005 Respondent(s) received under administrative law a Three (3) Page Points and Authorities – *stare decisis*, dated September 18, 2005, documenting the use of the Bonded Registered Bill of Exchange. This document explained that those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Certified mail article no 7004 2510 0005 3325 1062. Ref: loan no 00900194 (discharged)

**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

17. Respondent(s) admits on September 29, 2005 Respondent(s) received under administrative law a correspondence, dated September 19, 2005, letting the Respondent(s) know that Robert McCallum of the President's Corporate Fraud Task Force is now monitoring such wrongful activity. Certified mail article no 1160 0006 3714 2565, and 2572. Ref: loan no 00900194 (discharged)

**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

18. Respondent(s) admits on October 4, 2005 Respondent(s) received under administrative law a Two (2) page Points and Authorities – *stare decisis*, dated September 27, 2005, documenting the use of the Bonded Registered Bill of Exchange. This document explained that those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Certified mail article no 7005 0390 0004 2805 0759, and 7005 1820 0000 1877 7526. Ref: loan no 00900194 (discharged)

**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

Evidence "G-1"

19. Respondent(s) admits on October 7, 2005 Respondent(s) received under administrative law a Notice By Affidavit for Notice of Consequence for Infringement of Copyright, Trademark or Trade-Name, dated September 28, 2005, to cease and desist immediately from further usage of Affiant's Copyright, Trademark or Trade-Name. **U.S.S.E.C. Tracer Flag** (Invoice No 01560918051) Certified mail article no 7005 0390 0004 2805 0766. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

20. Respondent(s) admits on October 7, 2005 Respondent(s) received under administrative law has accepted and endorsed Affiant's current instrument, as last payment in full with acknowledgment, and receipt. On the front the Instrument states "Signing acknowledgment that this claim is paid full" and on the back of the Instrument which states "Endorsement of this Instrument acknowledges full discharge of this claim." The alleged loan of 206-07300418352 is now paid full. Ref: loan no 206-07300418352 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

21. Respondent(s) admits on October 19, 2005, and October 20, 2005(s) Respondent(s) received under administrative law an Affidavit of Truth, dated August 4, 2005, along with 140 plus attached exhibits from "A" through "LL." Each Respondent(s) had 10 days to respond. (now in default point # 25) Certified mail article no 0390 0004 2805 0773, 0780, 0797, 0803, 7004 1160 0006 3714 2589, 2596. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

22. Respondent(s) admits on October 27, 2005 Respondent(s) received under administrative law a legal procedure correspondence, dated October 20, 2005, with a copy documenting a vested interest recorded on a financing Statement (UCC 1) with the Secretary of the State UCC Div. of Illinois. Certified mail article no 1160 0006 3714 2688, and 2664. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

23. Respondent(s) admits on November 7, 2005 Respondent(s) received under administrative law a Three (3) Page Points and Authorities – *stare decisis*, dated October 8, 2005, documenting the use of the Bonded Registered Bill of Exchange. This document explained that those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. (now tendered) Certified mail article no 7004 1350 0002 0399 5558, 5565, and 7004 1160 0006 3714 2480. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

24. Respondent(s) admits on November 7, 2005 Respondent(s) received under administrative law a Third and Final Notice of Billing Statement, dated October 25, 2005 that included the acknowledged interest-bearing escrow account and deposited the dates, and accrued interest to date in the amount of $203,445.72. As by tacit procuration "To execute any claim on the property, this billing statement is now due and payable." Account Invoice no 01560524051. (Statement no 03) Certified mail article no 7004 1160 0006 3714 2749. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

25. Respondent(s) admits on November 21, 2005 Respondent(s) received under administrative law a Notice of Default, and Assent, Demand, and Second Notice of Rights, dated November 7, 2005, regarding point #21 now in default as the Affidavit of Truth, dated August 4, 2005 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7004 1350 0002 0399 5589, 7005 1820 0000 1873 8091, and 7005 0390 0004 2805 7482. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

Evidence "G-1"

26. Respondent(s) admits on December 12, 2005 Respondent(s) received under administrative law a correspondence inquiring as to why there has been no response regarding loan no 206-07300418352, dated December 2, 2005. (now in default point #46) Certified mail article no 7004 1350 0002 0399 5671. Ref: loan no 206-07300418352 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

27. Respondent(s) admits on December 13, 2005 Respondent(s) received under administrative law a Notice of Default, and Assent, Demand, and Second Notice of Rights, dated November 27, 2005, regarding point(s) # 13, 14, and 24 now in default as the Three (3) Notice of Billing Statements (Statement no 01, 02 and 03) was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7004 1350 0002 0399 5688, and 7003 2260 0007 6575 1049. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

28. Respondent(s) admits on December 16, 2005 Respondent(s) received under administrative law a legal procedure correspondence, dated December 9, 2005, with a copy documenting a vested interest recorded on a financing Statement (UCC 1) with the Secretary of the State UCC Div. of Illinois. Certified mail article no 7003 2260 0007 6575 1094, and 7005 2260 0004 2805 0834. Ref: loan no 206-07300418352 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

29. Respondent(s) admits on December 19, 2005 Respondent(s) received under administrative law a legal procedure correspondence, dated December 9, 2005, with a copy documenting a vested interest recorded on a financing Statement (UCC 1) with the Secretary of the State UCC Div. of Illinois. Certified mail article no 7003 2260 0007 6575 1087, and 7003 2260 0007 6575 1155. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

30. Respondent(s) admits on January 3, 2006 Respondent(s) received under administrative law a correspondence, dated December 27, 2005. Certified mail article no 7005 1820 0000 1882 5883. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

31. Respondent(s) admits on January 6, 2006 Judge Quinn, Carolyn G., received under administrative law an Affidavit of Truth, dated January 3, 2006, regarding "an alleged letter with appearance in style to a court document," and "Affiant has no knowledge about any such alleged case nor has never been served papers in this regard." Certified mail article no 7005 1820 0000 1882 5920. Ref: an alleged case.
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

32. Respondent(s) admits on January 9, 2006 Respondent(s) received under administrative law a correspondence, dated December 27, 2005. Certified mail article no 7005 1820 0000 1882 5890. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

33. Respondent(s) admits on January 26, 2006 Respondent(s) received under administrative law a correspondence, dated January 13, 2005. Certified mail article no 7005 1820 0000 1882 5999. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

34. Respondent(s) admits on January 26, 2006 Judge Quinn, Carolyn G., received under administrative law a thank you correspondence, dated January 19, 2006, regarding "the Undersigned has never been served regarding this matter." Certified mail article no 7005 1820 0000 1882 7986. Ref: an alleged case.
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

Invoice No 01560509061      Certified Mail Article No 7005 0390 0002 8012 0768
**Status and Disclosure Affidavit of Material Facts**
Page 16 of 26

Evidence "G-1"

35. Respondent(s) admits on or about January 28, 2006 Respondent(s) received under administrative law a legal procedure correspondence, dated January 9, 2006, with a copy documenting a vested interest recorded on a financing Statement (UCC 1) with the Secretary of the State UCC Div. of Illinois, and files with the County of Cook. Certified mail article no 7003 1820 0000 1882 7962, and 7005 0390 0004 2805 0865. Ref: loan no 206-07300418352 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

36. Respondent(s) admits on January 30, 2006 Respondent(s) received under administrative law a correspondence, dated January 9, 2006, regarding acknowledged agreement, and the tendered Bonded Registered Bill of Exchange. As stated in the correspondence Affiant is offering assistance to the Respondent(s) if they contact the Affiant on how to process the negotiable instruments through the Respondent(s) Treasury Tax and Loan account. Re: loan no 206-07300418352. (now in default point #49) Certified mail article no 7005 0390 0004 2805 0858. Ref: loan no 206-07300418352 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

37. Respondent(s) admits on January 30, 2006 Respondent(s) received under administrative law a correspondence, dated January 12, 2005, regarding acknowledged agreement, and the tendered Bonded Registered Bill of Exchange. As stated in the correspondence Affiant is offering assistance to the Respondent(s) if they contact the Affiant on how to process the negotiable instruments through the Respondent(s) Treasury Tax and Loan account. Re: loan no 00900194. (now in default point # 50) Certified mail article no 7005 1820 0000 1882 5982. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

38. Respondent(s) admits if the Respondent(s) under administrative law would have contacted Affiant for assistance and for Affiant to assist the Respondent(s) in processing the Negotiable Instrument, by using the "A Banker's Guide to Processing the Bonded Registered Bill of Exchange" The claims in this matter have been satisfied, if the Respondent(s) would contacted the Affiant. (This is described in an 11 step process titled SPECIAL BANKING SERVICES: Banker's Guide to handling customer's UCC Contract Trust Account Redemption documents for transmittal through the Secretary of the Treasury to the Internal Revenue Service) Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

39. Respondent(s) admits on February 2, 2006 Respondent(s) received under administrative law a legal procedure correspondence, dated January 9, 2006, with a copy documenting a vested interest recorded on a financing Statement (UCC 1) with the Secretary of the State UCC Div. of Illinois. Certified mail article no 7005 1820 0000 1882 7955, and 7005 0390 0004 2805 0872. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

40. Respondent(s) admits on February 2, 2006 Respondent(s) received under administrative law a Actual and Constructive Notice – Non-Negotiable, Notice of Billing Statement, dated January 20, 2006. That included both the tendered Bills of Exchange Re: loan no 00900194 (discharged), and loan no 206-07300418352 (discharged), also the acknowledged interest-bearing escrow account and deposited the dates, the accrued interest to date, and additional applicable expenses in the amount of $315,903.08. By tacit procuration, "To execute any claim on the property, this billing statement is now due and payable." Account Invoice no 01560524051. (Statement no 04) Certified mail article no 7005 1820 0000 1882 8013, and 7005 0390 0004 2805 0889. Ref: loan no 00900194, 206-07300418352 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

41. Respondent(s) admits on February 23, 2006 Respondent(s) received under administrative law a Affidavit of Truth, dated January 29, 2006. Each Respondent(s) had 10 days to respond. (now in default point #60) Certified

Evidence "G-1"

mail article no 7005 1820 0000 1882 8099 and 7005 0390 0004 2805 0971. Ref: loan no 206-07300418352 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

42. Respondent(s) admits on February 23, 2006 Judge Quinn, Carolyn G., received under administrative law a correspondence, dated February 2, 2006, regarding an ex-parte communication Affiant received from Respondent(s), and "it seems to fall into the same category." Certified mail article no 7005 1820 0000 1882 8105. Ref: an alleged case.
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

43. Respondent(s) admits on February 27, 2006 Respondent(s) received under administrative law a Notice of Default, Demand, and Second Notice of Rights, dated February 3, 2006, regarding point #32 now in default as the correspondence, dated December 27, 2005 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 1820 0000 1882 8044, and 7005 0390 0004 2805 0957. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

44. Respondent(s) admits on March 1, 2006 Respondent(s) received under administrative law a Notice of Default, Demand, and Second Notice of Rights, dated February 4, 2006, regarding point #23 now in default as the correspondence, dated October 8, 2005 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 1820 0000 1882 8068, and 7004 1350 0002 0399 5701. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

45. Respondent(s) admits on March 1, 2006 Respondent(s) received under administrative law a Affidavit of Truth (supplement), dated January 28, 2006. Each Respondent(s) had 10 days to respond. (now in default point #57) Certified mail article no 7005 1820 0000 1882 8082, and 8136. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

46. Respondent(s) admits on March 1, 2006 Respondent(s) received under administrative law a Notice of Default, Demand, and Second Notice of Rights, dated February 4, 2006, regarding point #26 now in default as the correspondence, dated December 2, 2005 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 1820 0000 1882 8051. Ref: loan no 206-07300418352 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

47. Respondent(s) admits on or about March 6, 2006 Affiant, received under administrative law an Affidavit of Truth, dated March 3, 2006. "from a Civil Rights Task Force, Investigations Dept, an Affidavit of Truth regarding of an alleged "order" not served returned to the Clerk of the Circuit Court, and/or their Agents/Officers." Ref: an alleged case.
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

48. Respondent(s) admits on March 6, 2006 Judge Quinn, Carolyn G., received under administrative law an Affidavit of Truth, dated February 28, 2006. As by tacit procuration "Affiant has become aware of an alleged court order declaring that certain UCC filings have been declared null and void and of none affect" and "It is well settled in administrative law and numerous Court decisions have ruled that the judiciary may not interfere with administrative law." Judge Quinn, Carolyn G. had 10 days to respond. (now in default point #56) Certified mail article no 7005 1820 0000 1882 7511. Ref: an alleged case.
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

49. Respondent(s) admits on March 7, 2006 Respondent(s) received under administrative law a Notice of Default, Demand, and Second Notice of Rights, dated March 1, 2006, regarding point #35 now in default as the

Evidence "G-1"

correspondence, dated January 9, 2006 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 1820 0000 1882 7481. Ref: loan no 206-07300418352 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

50. Respondent(s) admits on or about March 10, 2006 Respondent(s) received under administrative law a Notice of Default, Demand, and Second Notice of Rights, dated February 26, 2006, regarding point #37 now in default as the correspondence, dated January 12, 2006 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 1820 0000 1882 7467. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

51. Respondent(s) admits on or about March 10, 2006 Respondent(s) received under administrative law a Notice of Default, Demand, and Second Notice of Rights, dated February 26, 2006, regarding point #33 now in default as the correspondence, dated January 13, 2006 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 1820 0000 1882 7474. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

52. Respondent(s) admits on or about March 10, 2006 Respondent(s) received under administrative law an Actual and Constructive Notice – Non-Negotiable, Second Notice of Billing Statement, dated February 26, 2006. This included both the tendered Bills of Exchange Re: loan no 00900194 (discharged), and loan no 206-07300418352 (discharged), also the acknowledged interest-bearing escrow account and deposited dates, the accrued interest to date, and additional applicable expenses, including, but not limited to: two additional tendered negotiable instruments in the amount of $322,814.56. As by tacit procuration "To execute any claim on the property, this billing statement is now due and payable." Account Invoice no 01560524051. (Statement no 05) Certified mail article no 7005 1820 0000 1882 7504. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

53. Respondent(s) admits on March 17, 2006 Respondent(s) received under administrative law a Notice of Filing with Surety bond, and Notice of filing to include in and to Augment the record, Declaration of Secured Party with Points and Authorities – stare decisis (with Caveat), dated/file stamped March 2, 2006. Each Respondent(s) had 10 days to respond. (now in default point #58) USPS receipt dated March 9, 2006, and Certified mail article no 7005 1820 0000 1880 8954.
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

54. Respondent(s) admits on March 13, 2006 Respondent(s) received under administrative law a Notice and Demand – Actual and Constructive Notice, Two (2) page Points and Authority, dated March 4, 2006. This explained and documenting the use of the Bonded Registered Bill of Exchange. This document explained that those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. It also stated this is Actual and Constructive Notice To Cease and Desist Collection Activities immediately. (now in default #65) Certified mail article no 7003 2260 0007 6575 1377. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

55. Respondent(s) admits on March 13, 2006 Respondent(s) received under administrative law a Notice and Demand - Cease Desist Collection Activities Prior to Validation of Purported Debt, dated March 7, 2006. Each Respondent(s) had 10 days to respond. (now in default point #63) Certified mail article no 7003 2260 0007 6575 1384. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

56. Respondent(s) admits on March 23, 2006 Judge Quinn, Carolyn G., received under administrative law a Verified Special Appearance on the Administrative Record Re: Notice of Default, and Assent, Demand, and

Evidence "G-1"

Second Notice of Rights, dated March 19, 2006. This is regarding point #48 now in default as the Affidavit of Truth, dated February 28, 2006 was accepted by the Judge Quinn, Carolyn G. through her tacit agreement. Certified mail article no 7005 1820 0000 1880 9425. Ref: an alleged case.
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

57. Respondent(s) admits on March 24, 2006 Respondent(s) received under administrative law a Notice of Default, and Assent, Demand, and Second Notice of Rights, dated March 13, 2006. This is regarding point #45 now in default as the Affidavit of Truth (supplement), dated January 28, 2006 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7003 2260 0007 6575 1438. Ref: loan no 00900194 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

58. Respondent(s) admits on March 27, 2006 Respondent(s) received under administrative law a Verified Special Appearance on the Administrative Record Re: Notice of Default, and Assent, Demand, and Second Notice of Rights, dated March 23, 2006. This is regarding point #45 now in default as the Notice of filing to include in and to Augment the record, Declaration of Secured Party with Points and Authorities – *stare decisis* (with Caveat), dated/file stamped March 2, 2006 and was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 1820 0000 1880 9432.
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

59. Respondent(s) admits on March 27, 2006 Lisa Madigan, Office of the Attorney General, of Illinois received under administrative law an investigation and disposition correspondence, dated March 11, 2006. The Secured Party has satisfied the requirements of administrative law in this matter, and sent documents as evidence to: Lisa Madigan - Attorney General for investigation and disposition. Affiant informed Lisa Madigan that the Respondent(s) are in violation of various sections of the **Fair Debt Collection Practices Act.** (Refer to document for details) Respondent(s) and they are in violation of and can be held personally liable under the Erie and Clearfield Doctrines. Certified mail article no 7003 2260 0007 6575 1469. Ref: loan no 00900194, and 206-07300418352.
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

60. Respondent(s) admits on March 12, 2006 Respondent(s) received under administrative law a Notice of Default, and Assent, Demand, and Second Notice of Rights, dated March 15, 2006. This was regarding point #41 now in default as the Affidavit of Truth, dated January 29, 2006 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7003 2260 0007 6575 1452. Ref: loan no 206-07300418352 (discharged)
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

61. Respondent(s) admits on March 27, 2006, and on or about March 10, 2006 Respondent(s) received under administrative law a Notice of Filing with Surety bond, and Notice of filing to include in and to Augment the record, Declaration of Secured Party with Points and Authorities – *stare decisis* (with Caveat), dated/file stamped March 24, 2006. Each Respondent(s) had 10 days to respond. (now in default point #66) Certified mail article no 7005 1820 0000 1880 9432.
**ANSWER:** [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

62. Respondent(s) admits on April 14, 2006 Judge Quinn, Carolyn G., received under administrative law an Affidavit Notice, dated April 2, 2006. This was regarding an Affidavit of Truth dated February 28, 2006 had been submitted to the court, and received on March 6, 2006 which was not responded by the court through their tacit agreement. (now in default) "Regardless of any failure to appear by any litigant, it does not authorize and give license to practitioners of the law to alter legislative statutes with impunity." And "Affiant is returning the alleged Court Orders of March 28, 2006, the maxims of law and *stare decisis* make it clear that these alleged Orders of March 28, 2006 is null, void and without effect in there entirety." Certified mail article no 7005 0390 0002 8012 0607, and DHL Tracking No. 21559945142. Ref: an alleged case.

**Evidence "G-1"**


ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

63. Respondent(s) admits on April 18, 2006 Respondent(s) received under administrative law a Notice of Default, Demand, and Second Notice of Rights, dated April 15, 2006. This is regarding point #55 now in default as the Notice and Demand - Cease Desist Collection Activities Prior to Validation of Purported Debt, dated March 7, 2006 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 0390 0002 8012 0676. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

64. Respondent(s) admits on April 18, 2006 Respondent(s) received under administrative law an Actual and Constructive Notice – Non-Negotiable, Third and Final Notice of Billing Statement, dated April 9, 2006. This included both the tendered Bills of Exchange Re: loan no 00900194 (discharged), and loan no 206-07300418352 (discharged), also the acknowledged interest-bearing escrow account and deposited dates, the accrued interest to date, and additional applicable expenses, including, but not limited to: two additional tendered negotiable instruments in the amount of $326,288.32. As by tacit procuration "To execute any claim on the property, this billing statement is now due and payable." Account Invoice no 01560524051. (Statement no 06) Certified mail article no 7005 0390 0002 8012 0621. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

65. Respondent(s) admits on April 18, 2006 Respondent(s) received under administrative law a Notice of Default, Demand, and Second Notice of Rights, dated April 14, 2006. This was regarding point #54 now in default as the Notice and Demand - Actual and Constructive Notice, and to Cease Desist Collection Activities immediately, dated March 4, 2006 was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 0390 0002 8012 0669. Ref: loan no 00900194 (discharged)
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

66. Respondent(s) admits on April 17, 2006 Respondent(s) received under administrative law a Verified Special Appearance on the Administrative Record Re: Notice of Default, and Assent, Demand, and Second Notice of Rights, dated April 16, 2006. This is regarding point #61 now in default as the Notice of filing to include in and to Augment the record, Declaration of Secured Party with Points and Authorities – *stare decisis* (with Caveat), dated/file stamped March 24, 2006, and was accepted by the Respondent(s) through their tacit agreement. Certified mail article no 7005 0390 0002 8012 0683. Ref: an alleged case.
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

67. Respondent(s) admits on April 28, 2006 Quinn, Carolyn G., received under administrative law a written notice of request for clarification to Judge: Quinn Carolyn G., and Clerk of the Circuit Court, dated April 24, 2006. This is regarding an alleged order. Affiant received an alleged order dated April 18. 2006 regarding "any and all documents filed with the court to date by Hooghkirk that the name Heuberger as a Plaintiff in this action are stricken" from Judge: Quinn Carolyn G. Certified mail article no 7004 1160 0006 3713 2023. Ref: an alleged case.
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

68. Respondent(s) admits on May 10, 2006 (s) Respondent(s) received under administrative law a packet consisting of a Notice of Appeal and Notice of Stay, dated/file stamped April 14, 2006, Notice of Filing Notice of Appeal, dated/file stamped April 21, 2006, Record on Appeal request form, dated/file stamped April, and Docketing Statement along with posted Surety bond, dated/file stamped April 28, 2006. This is regarding two an alleged orders of March 28, 2006 through a third party intervener, including, but not limited to Judge Quinn, Carolyn G. for the Respondent(s) Claimants-Appellees in these alleged court orders declaring certain of Affiants contractual administrative documents of administrative law to be "*null, void and without effect*" by the lower court without any basis in law or fact. USPS dated receipt May 8, 2006, Certified mail article nos. 7005 1820 0000 1820 9104, and 9272. Ref: an alleged case.
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

Invoice No 01560509061     Certified Mail Article No 7005 0390 0002 8012 0768
**Status and Disclosure Affidavit of Material Facts**
Page 21 of 26

Evidence "G-1"

69. Respondent(s) admits on or about May 22, 2006 Judge Quinn, Carolyn G. received under administrative law a Verified Special Appearance on the Administrative Record Re: Notice of Default, and Assent, Demand, and Second Notice of Rights, dated May 15, 2006. This is regarding point #67 now in default as the written request for clarification, dated April 24, 2006, and was accepted by Judge Quinn, Carolyn G. through her tacit procuration. Certified mail article no 7005 0390 0002 8012 0799.
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

70. Respondent(s) admits on or about May 22, 2006 Respondent(s) received under administrative law a Notice and Demand, dated May 13, 2006. Federal law requires all related Confidential Commercial Information including the unprocessed documents (both Bill of Exchanges, now tendered) and instruments held by Respondent(s) and/or their Agents/Officers. Respondent(s), and/or their Agents/Officers must now present all their Confidential Commercial Information in the claim that has been discharged is to be presented to the authorized Treasury Data Integrity Board for determination as prescribed by law. (See Treasury Directive 25-06 and 16-14) Certified mail article no 7005 0390 0002 8012 0775.
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

71. Respondent(s) admits on or about May 22, 2006 Respondent(s) received under administrative law a Notice of Default, Demand and Second Notice of Rights, dated May 16, 2006. This is regarding point #40, #52, and #64 now in default. The Notice of Default is now a perfected Contract by Tacit Procuration it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING. The Respondent(s) through their tacit procuration; constituted a PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. Affiant is holder in due course of said real property. The Three Billing Statements (Account Invoice no 01560524051 Re: Statements 04, 05, and 06) so far in the amount of **$326,288.32**, is now Fact and Truth in Commerce. To execute and/or implement any claim on the property, the Billing Statement under the Contract by Default is now due and payable. Certified mail article no 7005 0390 0002 8012 0805.
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

* Third party communication from Codilis & Associates, P.C. (third party intervener) available upon request.
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

* Third party communication from Chelsea Cove Condominium Assoc. available upon request.
ANSWER: [Admittance/Acknowledgment becomes a point of fact and truth in commerce if no answer is provided]

**NOTICE:** EACH RESPONDENT HAS TEN (10) DAYS IN WHICH TO REBUT THIS STATUS AND DISCLOSURE AFFIDAVIT OF MATERIAL FACTS POINT-FOR-POINT, FROM RECEIPT OF THIS AFFIDAVIT, UCC 1-204. A LACK OF RESPONSE FROM EACH RESPONDENT MEANS ASSENT TO THIS STATUS AND DISCLOSURE AFFIDAVIT OF MATERIAL FACTS, TACIT PROCURATION AND A FAULT, UCC1-201(16) EXISTS CREATING FRAUD THROUGH MATERIAL MISPRESENTATION WHICH VITIATES ALL FORMS, CONTRACTS, AGREEMENTS, ETC. EXPRESSED OR IMPLIED, FROM THE BEGINNING, UCC 1-103.

### Related Points and Authorities including *stare decisis* supporting the use of Bills of Exchange as legal tender and negotiable instruments for discharge of private and public debt

- 73rd Congressional Session – Chs 48, 49
- United Tobacco Warehouse vs. Wells 490 SW 2d 152 (1973)
- UCC Section 9333(a), CCP 488.010, CCP 153 subparagraph 3, Sec. 1106(1)
- California Bank Code 484(a)
- Public Policy HJR – 192

Invoice No 01560509061                    Certified Mail Article No 7005 0390 0002 8012 0768
                    Status and Disclosure Affidavit of Material Facts
                    Page 22 of 26

Evidence "G-1"

- <u>Guaranty Trust of New York vs. Henwood, et al</u> 59 S CT 847 (1933) FN3 NOS 384, 485
- Public Law 73-10 as codified in the Henwood case
- USC Title 12, Section 95(A)(1)(a) Section 411
- The Foreign Sovereign Immunity Act
- Commercial Federal Banking Codes – Regulation J, Section 210.2(k)
- Witkin -- Negotiable Instruments, Vol. III and Supplements
- UCC Article III and Supplements
- <u>Spencer vs. Sterling Bank</u> 63 Cal Ap 4th 1055
- UCC 3-103, 3-104(c), 3-603 and 604
- Internal Revenue Code – Johnson vs. So. California Edison Co. (2002)
- Internal Revenue Code Vol. III 2002 6311(b)(c) d (1)(d)(2)
- Internal Revenue Code Subsection 6311 Publication (b)1 98-469
- Internal Revenue Regulation 2002 Reg Sec. 403.58 (acceptable forms of payment)
- <u>Bank One vs. Ward, Fugate et al</u>, 7th Judicial Circuit Court, Florida – Div. 31; Case No. 2001-31518 Ci Ci Subsection (b)(2)
- <u>United /State vs. Loran Troescher</u>, US District Court, Central District of California – Judge Steven V. Wilson Case No. 93-5736 (1993) Court Order filed December 1997
- The Consolidate Annual Financial Report (CAFR) Bureau
- Bureau of Engraving has acknowledged along with CAFR documents verifying that Federal Reserve Notes are Bonded Instruments backed by Certificates of Live Birth; The same Bond Serial Numbers that appear on each FRN are found on the back of Certificates of Live Birth and Social Security Cards.
- USC Title 15, Section 1666 1; Section 170 Truth in Lending
- Congressional Record Vol. 123, pages 633-635 (1975)
- <u>Diversified Metal Products vs. T-Bow Company Trust, IRS, et al</u> USDC 93-405-E-EJL – Justice Department Answer by DOJ attorneys Betty Richardson and Richard Ward.
- UCC cites on Collection – Witkin - Negotiable Instruments, Vol. III, pages 326-354 and pages 355-399.
- <u>MKL Pre-Press Electronics/MKL Computer Media Supplies, Inc. vs. LA Crosse Litho Supply, LLC</u>, First District (4th Division) No. 5-05-0786 (2005)
- <u>Steven Koules vs. Euro-American Arbitrage, Inc.</u> Second District No. 2-97-0145 (1998)
- USC Title 12, Section 630,343,342,85,1831d, 373
- California Financial Code – Sections 3350-3369, 3500-3548, 14750-14768, 1220-1239, 5100-5124, 16430-16431
- New York State Consolidated Laws – Article XIII-B, Section 6409.III
- Revised Code of Washington RCW 4.16.270, 484.050, RCW 30.08.140, RCW 5.52.040, RCW 30.08.150, RCW 30.42.120, RCW 31.45.070, RCW 32.05.140, RCW 32.20, RCW 48.11.080, RCW 33.12.010, RCW 32.20.220
- <u>Hallenbeck vs. Leimert</u>, 295 US 116 (1935)
- <u>Hopp vs. Chow</u>, California Superior Court – Case No. SVC 39732 (2002)
- <u>United States vs. Jerry Williamson</u> W91-CR-38(6)
- Numerous "Accepted for Value" references with the Office of Management and Budget, Office of the Comptroller of the Currency and the Department of the Treasury Financial Management Service.

## NOTICE

These statements and the ANSWER contained herein may be used by the Undersigned Secured Party, if necessary in any court of competent jurisdiction.

Invoice No 01560509061       Certified Mail Article No 7005 0390 0002 8012 0768
**Status and Disclosure Affidavit of Material Facts**
Page 23 of 26

Evidence "G-1"

## ACCOUNTING AND TRUE BILL
### Notice of Billing Statement
Updated itemization of the vested interest, perfected claim and the amount Due through
May 17, 2006
### ACTUAL AND CONSTRUCTIVE NOTICE - NON-NEGOTIABLE

- Affiants prior, perfected, superior claim and vested Interest as described on UCC filing No. 9830847 FS recorded on May 13, 2005, and Claim of Lien (UCC 9-334) and now perfected, superior claim (Doc# 0513849062) recorded on May 18, 2005 in the amount of     **$193,326.00**

- Acknowledged Interest-bearing escrow account and deposited on

| | |
|---|---:|
| December 20, 2004 | **826.61+** |
| January 27, 2005 | **$858.21+** |
| February 15, 2005 | **$826.61+** |
| March 24, 2005 | **$858.21+** |
| April 21, 2005 | **$858.21+** |
| May 03, 2005 | **$858.21+** |
| June 03, 2005 | **$826.61+** |
| July 20, 2005 | **$858.21+** |

- Accrued interest as of September 15, 2005     **$1,667.47+**

- Affiants prior, perfected, superior claim and amended vested interest as described on UCC filing No. 10289718 FS as of and recorded on September 19, 2005 in the amount of     **($201,764.35)**

- Accrued interest as of October 25, 2005     **$1,681.37+**

- The Undersigned Secured Party has not received any payments by the Claimants, or their Agents/Officers yet. As of December 13, 2005, Claimants received Notice of Default, Assent, Demand, and Second Notice of Rights by and through their tacit procuration regarding of the three Billing Statements no: #1, #2, and #3. This amount has not been paid as of October 25, 2005     **($203,445.72)**

- Accrued interest as of November 25, 2005     **$1,695.38+**

- (tendered) Negotiable Instrument dated November 19, 2004 (Invoice No.01561119041) which was not returned within the required 72 hours with full disclosure Documents Sent, Verified, Acknowledged, and Received Claim "Accepted for Value" in the amount of     **$97,775.77+**

- Affiants prior, perfected, superior claim and amended vested interest as described on UCC filing No. 10435110 FS as of and recorded on December 6, 2005 in the amount of     **($302,916.87)**

- Additional applicable expenses as of December 29, 2005 in the amount of     **$1,404.47+**

- (tendered) Negotiable Instrument dated May 25, 2005 (Invoice No.01560525051) which was not returned within the required 72 hours with full disclosure Documents Sent, Verified, Acknowledged, and Received Claim "Accepted for Value" in the amount of     **$6,187.40+**

- Affiants prior, perfected, superior claim and amended vested interest as described on UCC filing No. 10514428 FS as of and recorded on December 29, 2005 in the amount of     **($310,508.74)**

- Accrued interest as of December 25, 2005     **$1,709.10+**

- Accrued interest as of January 26, 2006     **$1,709.65+**

- Additional applicable expenses as of January 26, 2006     **$280.21+**

- The Undersigned Secured Party has not received any payments by the Claimants, or their Agents/Officers yet. As of December 13, 2005, Claimants received Notice of Default, Assent, Demand, and Second Notice of Rights regarding of the three (3) Billing Statements. This amount has not been paid as of January 26, 2006     **($314,207.70)**

- Additional accrued interest as of February 26, 2006     **$2,618.40+**

- Additional applicable expenses as of February 26, 2006     **$440.10+**

- (tendered) Negotiable Instrument dated January 3, 2006 (Invoice No.01561229051) which was not returned within the required 72 hours with full disclosure. Documents Sent, Verified, Acknowledged, and Received Claim "Accepted for Value" in the amount of     **$2,923.00+**

Invoice No 01560509061            Certified Mail Article No 7005 0390 0002 8012 0768
**Status and Disclosure Affidavit of Material Facts**
Page 24 of 26

Evidence "G-1"

- (tendered) Negotiable Instrument dated January 3, 2006 (Invoice No. 01560103061) which was not returned within the required 72 hours with full disclosure. Documents Sent, Verified, Acknowledged, and Received Claim "Accepted for Value" in the amount of **$2,625.36+**
- The Undersigned Secured Party has not received any payments by any of the Claimants, or their Agents/Officers yet, regarding statement no: #4 and #5.

| | |
|---|---:|
| This amount has not been paid as of February 26, 2006 | **($322,814.56)** |
| - Additional accrued interest as of March 26, 2006 | **$2,690.12+** |
| - Additional applicable expenses as of March 26, 2006 | **$783.64+** |

- The Undersigned Secured Party has not received any payments by any of the Claimants, or their Agents/Officers yet, regarding statement no: #4, #5, and #6. (Now in default)  **($326,288.32)**

| | |
|---|---:|
| - Current additional accrued interest as of April 26, 2006 | **$2,719.06+** |
| - Current additional applicable expenses as of May 17, 2006 | **$511.41+** |
| **Total * This Total Due and Now Payable** | **$329,518.79** |

*To execute any claim on the property, this Billing Statement is now due and payable.

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

"The Secured Party Affiant reserves the right to amend and correct and adjust the accounting and True Bill"

## NOTICE TO RESPOND

Affiant grants Respondent(s) Ten (10) days, exclusive of the day of receipt to respond to the statements, claims and inquiries above. Failure to respond will constitute as an operation of law, the admission of Respondent(s) by TACIT PROCURATION to the statements, claims and ANSWERS to inquires shall be deemed RES JUDICATTA, *STARE DECISIS*. Failure to respond will constitute PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. This is a perfected Contract and it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING.

It is also mandatory that if Respondent(s) responds to the foregoing, it must be by delivering to Affiants this NOTICE of **Status and Disclosure Affidavit of Material Facts** and to Affiant's mailing location exactly as shown below:

> Violet A. Hooghkirk ©, Secured Party
> C/o 772 Barnaby Place
> Wheeling, Illinois [60090]

That it is mandatory that Respondent(s) sign and certify in the presence of a notary "under penalty of perjury under the laws of the United States of America" under 28 USC §1746 (1), all ANSWERS or any other correspondence in response to Affiant's Notice of Administrative Remedy, so that Affiant can know that Affiant's is dealing with the Respondent and that Respondent is held to only those ANSWERS that are true, correct, complete, and not misleading and further; any facts alleged in Respondent's response must be on first hand knowledge in affidavit form, properly sworn and subscribed to.

**EACH RESPONDENT IS HEREBY NOTICED AND DEMANDED:** To desist and refrain from taking any further action in the above reference matter without liability therefore (cf. liability for personal damages, Pulliam v. Allen, 104 set. 1970, 1979), except to the respond to this Status and Disclosure Affidavit of Material Facts ONLY and restore the Secured Party to his/her former status. That I have secured rights, privileges, privacy and immunities and each is so protected is valued at no less than one million dollars each, DEMAND IS FURTHER MADE to all governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc., (cf. Title 18 USC 241 142; Title 42 USC, 1983, Bivins v. Officials and agents, 403 US 388 (1971), Dykes v. Hosemann, 743 F2d 1488, (11 CA Dec. 1984).

## Evidence "G-1"

## Verification

The Undersigned Affiant, Violet A. Hooghkirk © – Secured Party, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1) on Affiant's commercial liability that Affiant has read this Status and Disclosure Affidavit of Material Facts and issues the same with intent and understanding of purpose and does solemnly certify, declare and state under the laws of the united States of America Title 28 USC 1746 (1) that the statements, allegations, demands and contents contained herein are true, correct, accurate, and complete, not misleading, the truth, the whole truth and nothing but the truth, so help me God.

Date: May 10, 2006          Signed,

By The Seal Of

*Violet A. Hooghkirk*

Violet A. Hooghkirk ©, Trustee, Secured Party
Barnway Trust
C/o 772 Barnaby Place
Wheeling, Illinois [60090]

## Notary Public

On the date set out below, the foregoing Status & Disclosure Affidavit of Material Facts was sworn and signed in my presence by Violet A. Hooghkirk, Secured Party, known to me.

My commission expires  10-18-09

*Birgit Longo*                        8-18-06

Notary Public                          Date

SEAL:

> "OFFICIAL SEAL"
> BIRGIT LONGO
> Notary Public, State of Illinois
> My Commission Expires

## PROOF OF SERVICE

I, the Affiant/Undersigned, hereby certifies, and declares under penalties of perjury as provided by law under the laws of the united States of America Title 28 USC 1746 (1) that this <u>Status and Disclosure Affidavit of Material Facts</u>, and other document(s) to which it relates has been served upon the above-referenced addressee(es) Respondents(s) by **placing a copy of the same in the U.S. Mail Box Located at 250 West Dundee road – Wheeling Illinois 60090**, first class postage prepaid on or about on  18 day of  May  ,2006

_____          _____
Signature                                  Print Name

Cc:  Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
          950 Pennsylvania Ave NW - Washington, D.C. 20530
     Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
     Lisa Madigan - Attorney General –
          100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
     J. Russell George – Acting Treasury Inspector General for Tax Administration
          1500 Pennsylvania Ave NW – Washington, D.C. 20224
     Ira L. Hobbs – CIO – Treasury Data Integrity Board
          1500 Pennsylvania Ave NW – Washington, D.C. 20224
     Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
     Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
     Richard L. Gregg – Commissioner of the financial Management Service of the Department of
          The Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

Evidence "G-1"

## Status & Disclosure Affidavit of Material Facts

This affidavit of material facts frames my relationship to the United States under the laws of the united States of America in accordance with Title 28 USC 1746 (1) as I understand them and is intended to satisfy requirements of statements required by VARIOUS United States Codes. It complies with the "substantial authority standard" (26 CFR § 1.6662-4(d)) and the "good faith and reasonable cause standard" (26 CFR § 1.6664-4(a)). It also satisfies requirements of state law, Federal Rules of Civil Procedure and Federal Rules of Evidence and therefore qualifies as testimony. For purposes of examination authorized by 26 U.S.C. §§ 7602, et seq., this affidavit qualifies as testimony authorized by § 7602(a)(3). Authority cites following fact statements, i.e., code sections, regulations, delegation orders, etc., are included merely to clarify statement application, not advance conclusions of law. I have personal knowledge of facts set forth herein regarding Rule 43(e), F.R.Civ.P. & Rule 602, F.R.Evid. Fact statements apply to (period of time covered in the Affidavit) inclusive.

Declarations of relevant and material fact are as follows:

1. My name is Barton Albert Buhtz; I am a living, moral being endowed with unalienable rights to life, liberty and property, and all substantive rights secured by the Constitution of the united States of America and the Constitution of the State of California.

2. I am a Citizen of the Republic of California, which is a State of the Union.

3. My abode and dwelling is geographically located in the Republic of California, which is a State of the Union.

4. I am an investigative reporter and a Consumer Advocate and have been designated as an expert witness by the Federal Public Defender's office in the state of Maryland.

5. I have contacted and have had detailed conversations with various individuals at the Department of the Treasury, 1500 Pennsylvania Ave NW, Washington, D.C. and with individuals at the UCC Contract Trust section of the Analysis and Control Division of the IRS located at 1111 Constitution Ave NW, including, but not limited to Room 1120 in Washington, D.C.

6. That in the course of my investigation I discussed matters regarding the use of a Bill of Exchange with LaTanya Y. Wilson and learned from her that the Bill of Exchange is directed to Room 1120 at the IRS building, 1111 Constitution Ave NW, Washington, D.C.

7. LaTanya Y. Wilson gave me the direct phone number to Dolores Douglas at the UCC Contract Trust section in the IRS building.

8. On a number of occasions I talked both with Dolores Douglas and Tom Sommerville in the analysis and Control Division of the IRS. It was Dolores Douglas who told me that the UCC filings directed to her office from the Executive Secretary office of LaTanya Y. Wilson to her office were identified as UCC Contract Trusts.

9. Tom Sommerville at the UCC Contract Trust section brought to my attention the letter by LaTanya Y. Wilson that she had faxed over to their office December 22, 2002 and that Mr. Sommerville faxed to me January 15, 2003. In the copy of that

Evidence "G-1a"

letter from LaTanya Y. Wilson it clearly states, "Upon receipt of a Bill of Exchange document, our office is responsible for sending the document to the following office: INTERNAL REVENUE SERVICE – 1111 Constitution Ave, NW, Rm 1120 – Washington DC."

Under penalties of perjury, under the laws of the united States of America, I attest that to the best of my present knowledge, understanding, and belief all matters of fact set out above are accurate and true, so help me God. [USC Title 28 § 1746(1)]

Date: _January 25, 2007_

Barton Albert Buhtz
c/o 8050 La Berthon St.
Sunland, California [91040]

## ACKNOWLEDGMENT

SUBSCRIBED TO AND CERTIFIED before me this _25_ day of January, A. D. 2007, a Notary, that Barton Albert Buhtz, personally appeared and is known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

Seal:

Notary Public in and for said State _California_  County of _Los Angeles_

My Commission expires _June 27, 2008_

MARTHA M. LONSDALE-EMBY
COMM. #1497412
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. June 27, 2008

Evidence "G-1a"

*Dept. of Justice*
*Tax Div. Seven West*

April 27, [redacted]

OR, CI, 017
Tom McMahon
2-3007

Dear [redacted]

Your letter dated April [redacted] was received in our office on [redacted]. You requested information on the following items:

1. The name of the Division or Department, in which the Bills of Exchange are being held, filed or assigned.
2. The UCC Contract number assigned to each Bill of Exchange and/or any identification information.
3. Detailed instructions for the most expedient and proper way in which the Bills of Exchange shall be exchanged for the benefit of the Fiduciaries.

For your general information, all letters addressed to the Secretary of Treasury sent by any member of the public is referred or routed to our office. Most of the letters that we receive are matters concerning Tax Policy. Upon receipt of a Bill of Exchange document, our office is responsible for sending the document to the following office:

**INTERNAL REVENUE SERVICE**
[redacted]
1111 Constitution Ave., NW, Rm. 1120
Washington DC
Telephone: [redacted]

From there, we were instructed that the documents should be sent to your state of filing, and more specifically the main IRS administrative office within that state. I have sent your request for information [redacted] to the IRS office mentioned above. If you have any further questions, please contact them.

I hope this information has been helpful.

Sincerely,

La Tanya Y. Wilson
Review Analyst
Office of Public Correspondence

TOTAL P.01

Evidence "G-1a"