File Date: _Dec 12, 2007_____

Case No: _____07cv 6975_____

ATTACHMENT # _____5_____


EXHIBIT _____


TAB (DESCRIPTION)
_Evidence " K-1m"_____

To Respondent(s):
    Tressler, Soderstrom, Maloney & Priess LLP
    Attn: Lara A. Anderson, Attorney, and
    Linda J. Greever, Paralegal
    305 West Briarcliff Road Suite 201
    Bolingbrook, Illinois 60440

From;
    Violet A. Hooghkirk ©, Trustee,
    Secured Party – Barnway Trust
    C/o 772 Barnaby place
    Wheeling, Illinois [60090]

## NOTICE OF DEFAULT, AND ASSENT, DEMAND, and SECOND NOTICE OF RIGHTS

8th day of the month September, in the year two thousand and six, Anno Domini,

**Re**: Affidavit of Obligation dated July 29, 2006.        Date: September 8, 2006

## NOTICE OF DEFAULT and ASSENT

On the 8th day of the month August, in the year two thousand and six Tressler, Soderstrom, Maloney & Priess LLC, including but lot limited to Lara A. Anderson, Attorney, and Linda J. Greever, Paralegal received Affidavit of Obligation dated July 29, 2006 from Presenter Secured Party – Creditor. Each Respondent had Ten (10) days to respond. Lara A. Anderson - Attorney, and Linda J. Greever – Paralegal on behalf of and including Tressler, Soderstrom, Maloney & Priess who are third party interlopers, and said named third parties are hereby fired from the beginning to now and forward. Affiant has no written contract with said third party intervener and is now in default. Affiant did not receive any rebuttal point-for-point regarding the Affidavit of Obligation therefore now stands as <u>Fact Truth in Commerce</u>. Each Respondent, and/ or their Agents did not invoke the Fifth and sixth Amendment's of the Constitution for the United States of America. However, each were under Public Law 93-579; FOIA (5 USC 552); PA (5USC 552a) and U.C.C. 1-103.6, as administrative demands were made, with NOTICE, DEMAND AND CAVEAT, PRIOR TO RESPONSE.

DEMAND was, respectfully made to the named individual(s), Tressler, Soderstrom, Maloney & Priess LLC, including but lot limited to Lara A. Anderson, Attorney, and Linda J. Greever, Paralegal to provide DISCLOSURE regarding his/her/its actions.

Said named corporation/individual(s) Tressler, Soderstrom, Maloney & Priess LLC, including but lot limited to Lara A. Anderson, Attorney, and Linda J. Greever, Paralegal <u>FAILED TO RESPOND</u> and/or <u>FAILED</u> to provide <u>ANY</u> information or disclosure documents required by LAW, and demanded by the respondents notice and the questions.

By failure to do so, NOW and FOREVER each Respondent and their offices have yield to Estoppel, Waiver fraud, etc., under U.C.C. 1-103, 1-103,6 *nemo debet bis vexari pro una et eaden Causa,* and such willful refusal may subject each Respondent to Civil Liabilities or Criminal punishment.

**CONTRACT BY DEFAULT:** This is a perfected Contract by Tacit Procuration it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING. Each Respondent is estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE" by and through Tacit Procuration and all associated documents which is conclusive evidence that the Affiant is the superior lien holder <u>IN FACT</u> and that;

**NOTICE:** Affiant remains holder in due course of the CLAIM/AGREEMENT/CONTRACT/CHECK (as stipulated) through the year 2100 AD, and all associated documents IN FACT and that; Affiant remains holder of the duly discharged claims through **BONDED REGISTERED BILL OF EXCHANGE** and honored by each Respondent at Chelsea Cove with acknowledgement from John W. Snow, Trustee <u>in accordance with The Administrative Procedures Act 5 USC 706</u>. Affiant holds the BOND pursuant to the Uniform Commercial Code in <u>accordance with 31 CFR Part 203</u> <u>IN FACT</u> and that;

Affiant has demonstrated and according to and within administrative law, *Stare Decisis,* Therefore, there was never and there is not now any controversy, and this matter is settled AB INITIO, RES

Evidence "K-1m"

JUDICATTA, *Stare Decisis,* and this matter is NOW deemed discharged in regard to any obligation with prejudice now and forever <u>IN FACT</u> and that;

**EACH RESPONDENT IS HEREBY NOTICED AND DEMANDED:** To desist and refrain from taking any further action in the above reference matter without liability therefore (cf. liability for personal damages, Pulliam v. Allen, 104 set. 1970, 1979), except to restore the Secured Party to his/her former status, and that I have secured rights, privileges, privacy and immunities and each is so protected is valued at no less than one million dollars each, DEMAND IS FURTHER MADE to all governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc., (cf. Title 18 USC 241 142; Title 42 USC, 1983, <u>Bivins v. Officials and agents,</u> 403 US 388 (1971), Dykes v. Hosemann, 743 F2d 1488, (11 CA Dec. 1984).

**NOTICE OF LIEN:** Violation and/or invasion of any above denominated rights per violative, shall act as a lien upon the nonexempt property of each presentee as follows: Nonexempt household goods; and real estate; and future earnings; and other personal property.

**VERIFICATION:** I verify that a true copy of this Notice of Default, and Demand, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7005 1820 0000 1880 9715, Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, the Undersigned Affiant, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1)

Sealed on or about this 8th day of the month September, in the Year of Our Lord Two Thousand and Six,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Affiant: *Violet A. Houghbinks,*
Invoking U.C.C. 1-308 Without Prejudice

Parties at interest:

David Cantwell – President - Chelsea Cove Condominium –
624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium –
775 Barnaby Place - Wheeling, Illinois 60090

Cc: Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
950 Pennsylvania Ave NW - Washington, D.C. 20530
Federal Trade Commission (FTC),
Securities and Exchange Commission (SEC)
Lisa Madigan - Attorney General   500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General
100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
William G. Holland, Auditor General   740 E. Ash St. – Springfield, Illinois 62703
J. Russell George – Acting Treasury Inspector General for Tax Administration
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Chief Special Procedure Handling – IRS - P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227

Evidence "K-1m"

# Violet A. Hooghkirk
C/o 772 Barnaby Place – Wheeling, Illinois [60090]
**AFFIDAVIT OF OBLIGATION**

Tressler, Soderstrom, Maloney & Priess LLC, **Respondents**
Attn: Lara A. Anderson, Attorney, and
    Linda J. Greever, Paralegal
305 West Briarcliff Road Suite 201
Bolingbrook, Illinois 60440

## ALL PARTIES ARE HEREBY PUT ON NOTICE

I am the Secured Party authorized to speak for and respond on behalf VIOLET A. HOOGHKIRK and, frankly, I am puzzled. I have reviewed all of the alleged documents sent by Tressler, Soderstrom, Maloney & Priess LLC, **Respondents** in this matter and I cannot find any agreement signed by VIOLET A. HOOGHKIRK with Tressler, Soderstrom, Maloney & Priess LLC, **Respondents** by agreement. I find ONE agreement with Chelsea Cove Condominium Assoc., but nowhere is the name Tressler, Soderstrom, Maloney & Priess LLC, identified or listed on the record IN FACT and that;

The **AGREEMENT/CONTRACT/CHECK**, (as stipulated) is paid through the year 2100 AD, whereby the Secured Party is sole holder in due course, and the claims by Chelsea Cove Condominium Assoc. have been duly discharged through Bonded Registered Bill of Exchange with acknowledgement from John W. Snow, Trustee in accordance with The Administrative Procedures Act 5 USC 706, and that;

The federal and state Codes of Civil Procedure Sections that are applicable in this matter make it clear that any third party who takes any collection action in a matter is required to be a first or second party of record. According to the alleged documents received by the Secured Party neither Tressler, Soderstrom, Maloney & Priess LLC, including but not limited to Lara A. Anderson, Attorney, and Linda J. Greever, Paralegal, **Respondents** are not in compliance.

Therefore, this Actual and Constructive Notice that each are required by law to provide me your specific written and certified Delegation of Authority and your written acceptance by signed Agreement signed by *all parties* that Tressler, Soderstrom, Maloney & Priess LLC, including but not limited to Lara A. Anderson, Attorney, and Linda J. Greever, Paralegal, **Respondents** are a first or second party to any agreement. As the Secured Party I have no record of ever signing any agreement with Tressler, Soderstrom, Maloney & Priess LLC, including but not limited to Lara A. Anderson, Attorney, and Linda J. Greever, Paralegal, **Respondents**.

NOTICE: it is not true that Tressler, Soderstrom, Maloney & Priess LLC, **Respondents** or any other third party is authorized, hired or licensed to represent CLAIMANTS herein, in any contract with the Secured Party nor ever contracted to have represented CLAIMANTS with CLAIMANT'S understanding with knowledgeable, voluntary and intentional consent or license to Respondents to represent Claimants herein, and; whereby, if any acts and actions of said third parties have risen to the level perceived by any court as representation of CLAIMANT by any attorney including the above cited Respondents who are third party interlopers, said named third parties are hereby fired from the beginning to now and forward.

EACH RESPONDENT HAS TEN (10) DAYS IN WHICH TO REBUT THIS AFFIDAVIT, FROM RECEIPT OF THIS CERTIFIED MAIL, UCC 1-204. A LACK OF RESPONSE ON THE PART

Evidence "K-1m"

OF EACH MEANS ASSENT TO THIS AFFIDAVIT AND A FAULT, UCC1-201(16) EXISTS CREATING FRAUD THROUGH MATERIAL MISPRESENTATION WHICH VITIATES ALL FORMS, CONTRACTS, AGREEMENTS, ETC. EXPRESSED OR IMPLIED, FROM THE BEGINNING, UCC 1-103.

Date: July 29, 2006

*Violet A. Hooghkirk*

Violet A. Hooghkirk @ Secured Party for Alleged Debtors

Enclosures: Secured Party's Notice of Default and Assent, dated July 28, 2006 (copy)
Third Party Intervener alleged statement dated 25, 2006

Parties at interest:

David Cantwell – President - Chelsea Cove Condominium –
624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium –
775 Barnaby Place - Wheeling, Illinois 60090

Cc: Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
950 Pennsylvania Ave NW - Washington, D.C. 20530
Lisa Madigan - Attorney General – 500 S. Second St.   Springfield, Illinois 62706
Lisa Madigan - Attorney General
100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
William G. Holland, Auditor General – 740 E. Ash St. – Springfield, Illinois 62703
J. Russell George – Acting Treasury Inspector General for Tax Administration
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Chief Special Procedure Handling – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227

Evidence "K-1m"



**TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP**
ATTORNEYS AT LAW

305 West Briarcliff Road
Suite 201
Bolingbrook, IL 60440
630/759-0800
Fax 630/759-8504
www.tsmp.com

Lara A. Anderson
(630) 759-0800
landerson@tsmp.com

## VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED AND U.S. FIRST CLASS MAIL

July 25, 2006

Violet A. Hooghkirk          Barnway Trust
772 Barnaby Place            772 Barnaby Place
Wheeling, Illinois 60090     Wheeling, Illinois 60090

RE:   Chelsea Cove Condominium Association (the "Association")

| Amount Owed: | | |
|---|---|---|
| Assessments: | $305.66 |
| Water | $ 62.82 |
| Scavenger | $ 30.42 |
| Late Fees | $ 30.00 |
| Attorney Fees | $ 50.00 |
| **Total** | **$478.90** |

Dear Ms. Hooghkirk and Gentlemen:

As we indicated in previous correspondence, we represent the Chelsea Cove Condominium Association (the "Association"). This letter is an attempt to collect a debt under the Fair Debt Collection Practices Act. Any information obtained will be used for that purpose.

Per your request, we have verified that you owe the Association $478.90 as of July 15, 2006. Enclosed is an itemization of your account that we received from the Association.

As we previously indicated, a tract search has been ordered to verify your ownership and the name of all lenders as a prerequisite to filing a Lien against your property. As stated in the Association's Declaration, all costs for the tract search, lien and further legal action will be added to your account.

CHICAGO, ILLINOIS          LOS ANGELES, CALIFORNIA          ORANGE COUNTY, CALIFORNIA
WHEATON, ILLINOIS          NEWARK, NEW JERSEY          NEW YORK, NEW YORK

Evidence "K-1m"

July 25, 2006
Page 2 of 2

We intend to proceed to collect the amount that the Association claims you owe by proceeding with a 31-day Notice and Demand for Possession. The amount you owe should be sent to Tressler, Soderstrom, Maloney & Priess, LLP, **made payable to your Association in the form of a certified check, cashier's check or money order. DO NOT SEND PERSONAL CHECKS.**

If you have any questions, please do not hesitate to contact my Paralegal, Linda J. Greever.

Very truly yours,

Lara A. Anderson
LAA:bms
cc:    Williamson Management

106784

Evidence "K-1m"



To Respondent(s):  
    Fisher and Shapiro, LLC (National/Illinois file 01602977)  
    Attn: Jamie G Zelvin - Registered Agent  
    4201 Lake Cook Rd  
    Northbrook, Illinois 60062

From: (Affiant)  
    Violet A. Hooghkirk, Secured Party  
    C/o 772 Barnaby Place  
    Wheeling, Illinois [60090]

## NOTICE OF DEFAULT, DEMAND, and SECOND NOTICE OF RIGHTS

15th day of the month October, in the year two thousand and seven, Anno Domini,

**Re**: Cease and Desist Collection Activities Prior to Validation of Purported Debt dated May 27, 2007

Date: October 15, 2007

## NOTICE OF DEFAULT and ASSENT

On the 4th day of the month June, in the year two thousand and seven, said Fisher and Shapiro, LLC including but not limited to CEO and/or CFO, and Jamie G Zelvin - Registered Agent, and/or co-parties, agents/officers thereof, **Respondents**, received a <u>Notice and Demand</u> to **Cease and Desist Collection Activities Prior to Validation of Purported Debt** dated May 27, 2007 from Presenter Secured Party – Creditor. The Undersigned Secured Party did not receive any response or rebuttal Point-For-Point within the time as stipulated. The **Notice and Demand** to **Cease and Desist Collection Activities Prior to Validation of Purported Debt** now stands as <u>Fact and Truth in Commerce</u>, in its entirety a.k.a. "CONTRACT BY DEFAULT." Each Respondent(s), and/or their agents, other co parties herein had ten (10) days, exclusive of the day of receipt to rebut point-for-point. Each Respondent herein are now in **Default and Assent**. Each Respondent, and/ or their agents did not invoke the Fifth and Sixth Amendment's of the Constitution for the United States of America. However, each were under Public Law 93-579; FOIA (5 USC 552); PA (5USC 552a) and U.C.C. 1-103.6, as administrative demands were made, with NOTICE, DEMAND AND CAVEAT, PRIOR TO RESPONSE, Re: Certified mail article #7006 2760 0003 2526 5001, <u>IN FACT</u> and that;

**ACCOUNTING AND TRUE BILL:** Re: the *misuse and violation of the Undersigned Secured Party's common law right in and to the Copyright, Trademark or Trade-Name without prejudice, <u>UCC 1-308. See United States Codes 15 USC § 1125, and 18 USC § 3571</u>, and the Claim of *harassed, violated, and defamed, as well as impose statutory damages on the Undersigned Secured Party, which now stands as <u>Fact Truth in Commerce</u> by default, agreement and through tacit procuration, in the amount of      **Total * $45,000.00**  
- Both State and Federal Courts have ruled the first to file a UCC 1 has priority. See <u>United Tobacco Warehouse vs. Wells</u> 490 SW 2d 152 (1973) and <u>Diversified Metal Products vs. T-Bow Company Trust, IRS, et al</u> USDC 93-405-E-EJL. See *Accounting and True Bill/Notice of Billing Statement.

| | |
|---|---|
| - Secured Party's Vested Interest (Superior) Claim/Lien in the amount of | $4,536,236.57 |
| - Third Party Claimants (subordinate) Claim of May 30, 2007 in the amount of | - $124,000.00 |
| **Total ** This Total Due and Now Payable** | $4,412,236.57 |

According to the books of the Secured Party and the remaining set-off <u>**still on the record/books**</u>, this **Accounting and True Bill/Notice of Billing Statement** is now due and payable. The Undersigned Party's property is exempt from any third party Claim Levy/Lien, and is Pre-paid, Preferred Stock. The Secured Party is the superior lien holder, and is holder in due course of the true quit title.

DEMAND was, respectfully made to the named individual(s), said Fisher and Shapiro, LLC including but not limited to CEO and/or CFO, and Jamie G Zelvin - Registered Agent, and/or co-parties, agents/officers thereof **Respondents,** to provide DISCLOSURE regarding his/her/its actions <u>IN FACT</u> and that;

Said named corporation/individual(s) said Fisher and Shapiro, LLC including but not limited to CEO and/or CFO, and Jamie G Zelvin - Registered Agent, and/or co-parties, agents/officers thereof **Respondents,** <u>FAILED TO RESPOND</u> and/or <u>FAILED</u> to provide <u>ANY</u> information or disclosure documents required by LAW, and demanded by the respondents notice and the questions, <u>IN FACT</u> and that;

**Evidence "K-1n"**

By failure to do so, NOW and FOREVER each Respondent and their offices have yield to Estoppel, Waiver fraud, etc., under U.C.C. 1-103, 1-103,6 *nemo debet bis vexari pro una et eaden Causa,* and such willful refusal may subject each Respondent to Civil Liabilities or Criminal punishment. [Translation: No one should be twice harassed for the same cause.] IN FACT and that;

**CONTRACT BY DEFAULT:** This is a perfected Contract by Tacit Procuration it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING. Each Respondent is estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE" by and through Tacit Procuration and all associated documents which is conclusive evidence that the Undersigned, Secured Party is the superior lien holder, IN FACT.

**EACH RESPONDENT IS HEREBY NOTICED AND DEMANDED:** To desist and refrain from taking any further action in the above reference matter without liability therefore (cf. liability for personal damages, Pulliam v. Allen, 104 set. 1970, 1979), except to restore the Secured Party to his/her former status, and that I have secured rights, privileges, privacy and immunities and each is so protected is valued at no less than one million dollars each, DEMAND IS FURTHER MADE to all governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc., (cf. Title 18 USC 241 142; Title 42 USC, 1983, Bivins v. Officials and agents, 403 US 388 (1971), Dykes v. Hosemann, 743 F2d 1488, (11 CA Dec. 1984).

**NOTICE OF LIEN:** Violation and/or invasion of any above denominated rights per violative, shall act as a lien upon the nonexempt property of each presentee as follows: Nonexempt household goods; and real estate; and future earnings; and other personal property.

**VERIFICATION:** I verify that a true copy of this Notice of Default, and Demand, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7007 0710 0003 3904 2803, Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, the Undersigned Affiant, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1).

Sealed on or about this 16th day of the month October, in the Year of Our Lord Two Thousand and Seven,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL/ NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Affiant: *Violet N. Hooghkirk*,

Invoking U.C.C. 1-308 Without Prejudice

## Notary Public

On the date set out below, the foregoing Notice of Default was sworn and signed in my presence by Violet A. Hooghkirk, known to me. BY ILLinois DRiVERS License

My commission expires 01-06-2009

Notary Public

SEAL:

"OFFICIAL SEAL"
CHERYL FIELD
Notary Public, State of Illinois
My Commission Expires 01/06/09

October 16, 2007
Date

Cc: Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
William G. Holland, Auditor General – 740 E. Ash St. – Springfield, Illinois 62703

Raymond R. Quirk, President/ Registered Agent-Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204
C T Corporation System, Registered Agent - Chicago Title & Trust Company - 208 SO LaSalle St, suite 814 – Chicago, Illinois 60604
Todd C. Johnson Same, Secretary/Registered Agent - Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204
Thomas J. Dart - Sheriff-Richard J. Daley Center Business Office 703 Floor 7 - 50 W Washington Street-Chicago, Illinois 60602

**Evidence "K-1n"**



**NOTICE AND DEMAND – ACTUAL AND CONSTRUCTICE NOTICE**
Certified Mail Article No. 7006 2760 0003 2526 5001

Fisher and Shapiro, LLC (National/Illinois file 01602977)      Violet A. Hooghkirk, Secured Party
Attn: Jamie G Zelvin - Registered Agent                        C/o 772 Barnaby Place
4201 Lake Cook Rd                                              Wheeling, Illinois [60090]
Northbrook, Illinois 60062

Re: Notice of Prior and Superior Claim/Lien

**CEASE AND DESIST COLLECTION ACTIVITIES PRIOR TO VALIDATION OF PURPORTED DEBT**

*In accordance with The Administrative Procedures Act 5 USC 706*, the claims in this matter have been lawfully and fully discharged, with acknowledgement from Henry M. Paulson Jr., and Juan Carlos Mendez Torres, Trustees, Secretary of the Treasury without dishonor, duly discharged through Bonded Registered Bill of Exchange. Therefore, there is no controversy.

According to the **preponderance of evidence** by the Undersigned Secured Party that contradicts the unsupported facts and evidence to your questionable document of April 12, 2007, within the administrative documents presented herein and declared under penalties of perjury as provided by law under the laws of the united States of America Title 28 USC 1746(1) clearly refute the subordinate and inferior claims made against the Secured Party.

The property commonly known as and located at 772 Barnaby Place - Wheeling, Illinois [60090] (PIN #03-03-400-063-1021) IN FACT is *subject to a prior and superior claim/lien*, currently in the amount of **$4,536,236.57**. The prior and superior claim must be redeemed with full and complete remuneration to the Secured Party herein prior to any attempt to take possession of this property. Before any adversarial or hostile presentment(s) and/or third party can take possession, those parties **must redeem the Secured Party's Vested Interest**. The property is contingent on Violet A. Hooghkirk's, Secured Party Vested Interest. Both State and Federal Courts have ruled the first to file a UCC 1 has priority. See *United Tobacco Warehouse vs. Wells* 490 SW 2d 152 (1973) and *Diversified Metal Products vs. T-Bow Company Trust, IRS, et al* USDC 93-405-E-EJL. See the below **\* Accounting and True Bill/Notice of Billing Statement.**

- Secured Party's Vested Interest (Superior) Claim/Lien in the amount of                **$4,536,236.57**
- Third Party Claimants (subordinate) Claim of April 3, 2007 in the amount of           **- $124,000.00**
   Total \* This Total Due and Now Payable                                              **$4,412,236.57**

According to the books of the Secured Party and the remaining set-off *still on the record/books*, this **\* Accounting and True Bill/Notice of Billing Statement** is now due and payable.

The property described herein (see attached packet courtesy copy) is secured and protected under the current UCC filings and county recordings. The property described is exempt from any third party Claim Levy/Lien, and is Pre-paid, Preferred Stock. The Secured Party is the superior lien holder, and is holder in due course of said property, and holds the Bond #VAH040244/ 0425832052 in accordance with *UCC - 8-511(b) and 31 CFR Part 203*.

The Undersigned Secured Party directs your attention to 15 U.S.C., Sec. 1692 (e) that states that a "false, deceptive, and misleading presentation, in connection with the collection of any debt" includes the false representation of the character or legal status of any debt, It further identifies as a deceptive practice any threat to take any action which cannot be legally taken.

The Undersigned Secured Party simply rejects your offer to contract, you are merely a Third Party Intervener; each agents are in violation of and can be held personally liable under the *Erie and Clearfield Doctrines*. The Secured Party also directs your attention to the questionable court styled alleged document dated/stamped April 12, 2007, and it appears that the employees at Fisher and Shapiro, LLC, including but not limited to Jamie G Zelvin - registered agent and/or your agents/officers thereof, are attempting to make themselves a party to this action regarding this matter, where there is now controversy.

In fact the questionable document of April 12, 2007 from Fisher and Shapiro, LLC, including but not limited to Jamie G Zelvin - registered agent, and/or your agents/officers thereof, have sent omits information which should have been disclosed, such vital citations, disclosing the agency's jurisdictional and statutory authority. Your Notice further contains false, deceptive and misleading representation, and allegations intended to intentionally pervert the truth for the purpose of inducing one, in reliance upon such, to part with property belonging to them and to surrender certain substantive legal and statutory rights. To act upon this Notice would divest one of his/her property and their prerogative rights, resulting in a legal injury.

This is Constructive Notice that, absent the validation of this claim, See 15 U.S.C., Sec. 1692 (g)(4) within (10) days, each must cease and desist any collection activity and is hereby prohibited from contacting the Undersigned Secured Party through the mail, by telephone, in person, at my home, or at work. Each is further prohibited from

**Evidence "K-1n"**

contacting the bank, employer or any third party connected to the Undersigned. Each and every attempt of such contact, in violation of this act, will constitute harassment, defamation of character and will subject this agency and/or board including any and all agents in his/her/their capacity, who take part in such harassment and defamation to liability for actual damages, as well as statutory damages up to $10,000.00 for each and every violation plus a further liability for legal fees to be paid to any counsel which the Undersigned may retain. Furthermore, absent such validation of this claim, each is prohibited from filing any notice of lien and/or levy and are also barred from reporting any derogatory credit information to any Credit Reporting Agency regarding this disputed purported debt.

Fisher and Shapiro, LLC  and/or alleged agents thereof, have already harassed, violated, and defamed, as well as impose statutory damages on the Undersigned Secured Party, in the amount of            **Total:      $10,000.00+

Finally, pursuant to the **Fair Debt Collection Practices Act, Title 15, U.S.C., Sec. 1692 (g)(8)**, as you are merely an "agency" or "board" acting on behalf of someone else, this is a Demand that you provide the name of the original "principal" or "holder in due course" for whom Fisher and Shapiro, LLC and/or agents/officers are attempting to collect this debt, IN FACT.

The Undersigned hereby attests that, to the best of the knowledge and belief of the Undersigned the above information is true correct and complete in accordance with Title 28 Sec. 1746(1).

## CEASE AND DESIST USE AND/OR USAGE OF COPYRIGHT, TRADEMARK OR TRADE-NAME

The Undersigned Secured Party is in receipt of a Bonded *Notice by Affidavit for Notice of Consequence for Infringement of Copyright, Trademark or Trade-Name*. (See Attached Notice) The Secured Party has a commercial unlimited security interest and common law right in and to the Copyright, Trademark or Trade-Name without prejudice, UCC 1-308. See United States Codes 15 USC § 1125, and 18 USC § 3571.

Therefore, this is **Notice and Demand - Actual and Constructive Notice** to the employees at Fisher and Shapiro, LLC and/or alleged agents thereof, who are purported to be in possession of a file with documentation in regards to the Undersigned Secured Party.

According to the acceptance of the Debtor's collateral for securing contractual obligation in the favor of the Secured Party, the documentation that is in your possession has already been bonded with a Silver Surety Bond (Performance Bond) in accordance with CFR 31 at Part 203, accepted for value. This property is exempt from Levy/Lien. Copy of a filed UCC-1 Financing Statement that both state and federal courts now acknowledge holds a prior superior claim to this report.

The Secured Party and the alleged Debtor has not given consent or approval for the employees at Fisher and Shapiro, LLC and/or alleged agents thereof, any authorized permission to use and/or the usage of the Copyright, Trademark or Trade-Name of the Undersigned.

Therefore, the employees at Fisher and Shapiro, LLC and/or alleged agents thereof are to **Cease and Desist** immediately from further use and/or usage of the Copyright, Trademark or Trade-Name of the Undersigned, from the beginning to now and forward.

NOTICE AND DEMAND: In each and every violation per use and/or usage without the Secured Parties written consent there will be a $5,000.00 amount attached towards per use and/or usage of the Copyright, Trademark or Trade-Name therein, and the amount will very depending on the circumstances thereon.

The employees at Fisher and Shapiro, LLC and/or alleged agents thereof have already misused and violated the Undersigned Secured Party's common law right in and to the Copyright, Trademark or Trade-Name without prejudice, UCC 1-308. See United States Codes 15 USC § 1125, and 18 USC § 3571, Seven (7) times/occurrences, in the amount of
                                                                              **Total:      $35,000.00+
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS / NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL
(U.S.S.E.C.) Tracer Flag Invoice Number 01560525071 - (United States Securities and Exchange Commission)

**Each Respondent herein has ten (10) days to rebut point-for-point these violation amounts.
A lack of response on the part of each means an acceptance and agreement, UCC 1-201 (16), exists as to the conditions and terms detailed in this Notice, UCC 1-103.

Date: May 27, 2007                          By the seal of,

                                            *Violet A. Hooghkirk*
                                            Violet A. Hooghkirk ©, Secured Party

**Parties at interest:**
Raymond R. Quirk, President/ Registered Agent-Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204
C T Corporation System, Registered Agent - Chicago Title & Trust Company - 208 SO LaSalle St, suite 814 – Chicago, Illinois 60604
Todd C. Johnson Same, Secretary/Registered Agent - Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204
Thomas J. Dart - Sheriff-Richard J. Daley Center Business Office 703 Floor 7 - 50 W Washington Street-Chicago, Illinois 60602
Cc:  Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
William G. Holland, Auditor General – 740 E. Ash St. – Springfield, Illinois 62703
Clerk of the Supreme Court - The Illinois Supreme Court - 200 East Capital Avenue - Springfield, Illinois 62706 (Case No 104542)

**Evidence "K-1n"**

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

### RICHARD J. DALEY CENTER, CHICAGO, IL. 60602

## THOMAS J. DART

#### SHERIFF

DATE MAY      17 2007

SHERIFF'S NUMBER: 117737-001Z

HOOGHKORK, VIOLET
0000772    BARNABY                PL
WHEELING                , IL. 60090

DEAR OCCUPANT,

YOU SHOULD KNOW THAT A JUDGE HAS ORDERED YOU TO MOVE OUT OF YOUR APARTMENT
OR HOUSE AND SURRENDER POSSESSION OF THE PREMISES TO THE OWNER.
THE ADDITIONAL TIME THE JUDGE HAS GIVEN YOU TO MOVE OUT HAS NOW PASSED AND THE
JUDGE HAS ORDERED THE SHERIFF OF COOK COUNTY TO EVICT YOU.

YOU MAY STILL VOLUNTARILY LEAVE THE PREMISES IMMEDIATELY, OTHERWISE,
THE SHERIFF MUST FORCIBLY EVICT YOU.  THE EVICTION WILL BE DONE ANYTIME AFTER
TWENTY-FOUR (24) HOURS FROM THE DATE OF THIS LETTER AS THE SCHEDULE PERMITS.

PLEASE GIVE THIS YOUR SERIOUS CONSIDERATION AND DO NOT FORCE US TO EVICT YOU.

RESPECTFULLY YOURS,

EVICTION DEPARTMENT

Evidence "K-1n"

# YOU ARE BEING EVICTED



## IF YOU NEED SHELTER CONTACT ANY OF THE FOLLOWING AGENCIES FOR ASSISTANCE

| | | |
|---|---|---|
| City of Chicago Services | 311 | http://egov.cityofchicago.org/city/webportal/home.do |
| Catholic Charities | 312.655.7700 | www.catholiccharities.net |
| US Department of Housing & Development (HUD) | 312.353.6950 312.353.6236 | www.hud.gov |
| Illinois Housing & Development Authority (IHDA) | 312.663.5447 312.742.8500 | www.ihda.org |
| Illinois Department of Human Services | 1.800.843.6154 | www.hfs.illinois.gov |
| Illinois Department on Aging | 312.814.2630 217.785.3356 | www.state.il.us/aging |
| Veteran Association | 312.569.8387 | www.va.gov |

Evidence "K-1n"

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

ABN AMRO MORTGAGE GROUP, INC.

Plaintiff,

-v.-

VIOLET HOOGHKIRK A/K/A VIOLET A.
HOOGHKIRK A/K/A VIOLET ALBERTA
HOOGHKIRK, et al

Defendant

Assoc. Judge Carolyn Quinn

05 CH 19333                    APR 1 2 2007

JUDGE QUINN                    Circuit Court - 1880

ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND
ORDER OF POSSESSION

This cause comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of
Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned
above and described as:

UNIT 94-A TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON
ELEMENTS IN CHELSEA COVE CONDOMINIUM AS DELINEATED AND DEFINED IN THE
DECLARATION RECORDED AS DOCUMENT NO. 22604309, AS AMENDED FROM TIME TO
TIME, OF PART SECTIONS 2,3,4,9 AND 10, TOWNSHIP 42 NORTH, RANGE 11, EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 772 BARNABY PLACE, UNIT 94A, Wheeling, IL 60090

Property Index No. 03-03-400-063-1021.

Due notice of said motion having been given, the Court having examined said report and being fully
advised in the premises, FINDS:

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That the Judicial Sales Corporation, hereinafter "Sales Officer," has in every respect
proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by
the Sales Officer are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and
Distribution;

**Evidence "K-1n"**

Order Approving Report of Sale

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That the proceeds of said sale were more that sufficient to satisfy Plaintiff's judgment and there remains a surplus of $ 39.57. Said surplus will be turned over to the Clerk of the Circuit Court of Cook County, Illinois immediately after the entry of this order and held by the clerk pending court order.

That upon request by the successful bidder or its assigns and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Selling Officer shall execute and deliver to the successful bidder or assignee a deed sufficient to convey title.

IT IS FURTHER ORDERED:

That the successful bidder, or its assigns, is entitled to and shall have possession of the premises as of a date 30 days (        ) after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15 – 1701;

That the Sheriff of Cook County is directed to evict and dispossess VIOLET HOOGHKIRK A/K/A VIOLET A.  HOOGHKIRK A/K/A VIOLET ALBERTA HOOGHKIRK, RICHARD HOOGHKIRK , STEVEN HOOGHKIRK from the premises commonly known as 772 BARNABY PLACE, UNIT 94A, Wheeling, IL, 60090

The Sheriff cannot evict until 30 days after the entry of this order.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

When mailing a copy of this Order Approving Sale, counsel for plaintiff shall notify the mortgagor, in a cover letter, of the existence of the surplus funds. The cover letter shall specify that the funds may be obtained upon presentation to the Presiding Judge (Room 2403) of a Petition for Turnover of Surplus Funds. A copy of the current Petition shall be included in the mailing.

Date: _____    ENTER:    Assoc. Judge Carolyn Quinn

APR 1 2 2007

_____
Judge Circuit Court - 1880

CODILIS & ASSOCIATES, P.C.
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, IL 60527
(630) 794-5300
Attorney File No. 14-05-D041
Attorney ARDC No. 00468002
Attorney Code. 21762

Case Number: 05 CH 19333

Fisher and Shapiro, LLC
180 N. LaSalle Street
Suite 2316
Chicago, IL 60601

Evidence "K-1n"

# Violet A. Hooghkirk
C/o 772 Barnaby Place – Wheeling, Illinois [60090]
## AFFIDAVIT OF OBLIGATION

Fisher and Shapiro, LLC, **Respondents**
Attn: Jamie G Zelvin - Registered Agent
4201 Lake Cook Rd
Northbrook, Illinois 60062

## ALL PARTIES ARE HEREBY PUT ON NOTICE

I am the Secured Party authorized to speak for and respond on behalf VIOLET A. HOOGHKIRK and, frankly, I am puzzled. I have reviewed all of the documents sent by Fisher and Shapiro, LLC, **Respondents** in this matter and I cannot find any agreement signed by VIOLET A. HOOGHKIRK with Fisher and Shapiro, LLC, **Respondents** by agreement. I find ONE agreement with ABN AMRO. ABN AMRO accepted the undersigned Secured Party's Bonded Registered Bill of Exchange in discharge both of the mortgages in their entirety, with an acknowledgement from the Secretary of the Treasury, Henry M. Paulson Jr., and Juan Carlos Mendez Torres Trustees, _in accordance with The Administrative Procedures Act 5 USC 706._ Nowhere is the name Fisher and Shapiro, LLC, **Respondents** identified or listed on the record.

The federal and State Codes of Civil Procedure Sections that are applicable in this matter make it clear that any third party who takes any collection action in a matter is required to be a first or second party of record. According to the documents received by the Secured Party neither Fisher and Shapiro, LLC, including but not limited to Jamie G Zelvin - Registered Agent, **Respondents** are not in compliance.

Therefore, this Actual and Constructive Notice that you are required by law to provide me your specific written and certified Delegation of Authority and your written acceptance by signed Agreement signed by _all parties_ that employees at Fisher and Shapiro, LLC, including but not limited to Jamie G Zelvin - Registered Agent, **Respondents** are a first or second party to any agreement. As the Secured Party I have no record of ever signing any agreement with Fisher and Shapiro, LLC, including but not limited to Jamie G Zelvin - Registered Agent, **Respondents.**

NOTICE: it is not true that Fisher and Shapiro, LLC, including but not limited to Jamie G Zelvin - Registered Agent, **Respondents** or any other third party is authorized, hired or licensed to represent CLAIMANTS herein, in any contract with the Secured Party nor ever contracted to have represented CLAIMANTS with CLAIMANT'S understanding with knowledgeable, voluntary and intentional consent or license to Respondents to represent Claimants herein, and; whereby, if any acts and actions of said third parties have risen to the level perceived by any court as representation of CLAIMANT by any attorney including the above cited Respondents who are third party interlopers, said named third parties are hereby fired from the beginning to now and forward.

RESPONDENT(S) HAS TEN (10) DAYS IN WHICH TO REBUT THIS AFFIDAVIT, FROM RECEIPT OF THIS CERTIFIED MAIL, UCC 1-204. A LACK OF RESPONSE ON THE PART OF EACH MEANS ASSENT TO THIS AFFIDAVIT AND A FAULT, UCC1-201(16) EXISTS CREATING FRAUD THROUGH MATERIAL MISPRESENTATION WHICH VITIATES ALL FORMS, CONTRACTS, AGREEMENTS, ETC. EXPRESSED OR IMPLIED, FROM THE BEGINNING, UCC 1-103.

Date October 15, 2007, 2007

_Violet A. Hooghkirk_
Violet A. Hooghkirk  ©,  Secured
Party for Alleged Debtor

Cc: Lisa Madigun - Attorney General · 500 S. Second St. – Springfield, Illinois 62706
 William G. Holland, Auditor General · 740 E. Ash St. – Springfield, Illinois 62703

Raymond R. Quirk, President/ Registered Agent-Chicago Title & Trust Company · 601 Riverside Ave – Jacksonville, Florida 32204
C T Corporation System, Registered Agent · Chicago Title & Trust Company · 208 SO LaSalle St, suite 814 – Chicago, Illinois 60604
Todd C. Johnson Same, Secretary/Registered Agent · Chicago Title & Trust Company · 601 Riverside Ave – Jacksonville, Florida 32204
Thomas J. Dart · Sheriff-Richard J. Daley Center Business Office 703 Floor 7 - 50 W Washington Street-Chicago, Illinois 60602
Fisher and Shapiro – 180 N. LaSalle Street - Suite 2316 Chicago, Illinois 60601

Certified Mail Article No.7007 0710 0003 3904 2810
Page 1 of 1

## Evidence "K-1o"

File No.:    LP-07562

## DEMAND FOR POSSESSION

**To**:   Violet Hooghkirk A.KA. Violet A. Hooghkirk A.K.A Violet Alberta
Hooghkirk; Richard Hooghkirk; Steven Hooghkirk and Unknown
Occupants

CHICAGO TITLE & TRUST AS SUCCESSOR TRUSTEE TO LASALLE BANK
LAND TRUST #130966 DATED 03/10/03 hereby demands immediate
possession of the following described premises:

### 772 BARNABY PLACE, UNIT # 94A, WHEELING, IL 60090

**This law firm is attempting to collect a debt and any information obtained
will be used for that purpose.**

Amount Claimed:  $0.00

Dated: October 8, 2007

By:
_____
One of Plaintiffs Attorneys

Fisher and Shapiro, LLC
Eviction Department
180 N. LaSalle, Suite 2316
Chicago, IL 60601
Attorney No: 42168

Evidence "K-1o"

Account Invoice No: # 01560524051
Statement No: 17
Dated: November 6, 2007

## ACCOUNTING AND TRUE BILL/ THIRD AND FINAL NOTICE OF BILLING STATEMENT
Notice of updated itemization of the Prior, Superior, and perfected claim/lien vested interest, and the
amount Due through November 30, 2007

### ACTUAL AND CONSTRUCTIVE NOTICE - NON-NEGOTIABLE
### NOT SUBJECT TO NEGOTIABILITY

Re: Property commonly known as and located at 772 Barnaby Place - Wheeling, Illinois [60090]
(PIN #03-03-400-063-1021)

**Attn:** All Parties at Interest **Claimant-Respondents** and/or alleged agents thereof,

- Vested Interest as described on UCC filing No. 9830847 FS recorded on May 13, 2005, and Claim of
Lien (UCC 9-334) now perfected and a superior claim (Doc #0513849062) recorded on May 18, 2005
(holder in due course) in the amount of          **Sub Total: $193,326.00**
- Acknowledged current Interest-bearing escrow account and deposited on
December 20, 2004          **$826.61+**
January 27, 2005          **$858.21+**
February 15, 2005          **$826.61+**
March 24, 2005          **$858.21+**
April 21, 2005          **$858.21+**
May 03, 2005          **$858.21+**
June 03, 2005          **$826.61+**
July 20, 2005          **$858.21+**
- Accrued interest as of September 15, 2005          **$1,667.47+**
- Amended vested interest as described on UCC filing No. 10289718 FS as of and recorded on September
19, 2005 in the amount of          **Sub Total: $201,764.35**
- Accrued interest as of October 25, 2005          **$1,681.37+**
- The Undersigned Secured Party has not received any payments by the Claimants, or their agents/officers
yet. As of December 13, 2005, Claimants received Notice of Default, Assent, Demand, and Second
Notice of Rights regarding of the three (3) Billing Statements. This amount has not been paid as of
October 25, 2005          **Sub Total: $203,445.72**
- Accrued interest as of November 25, 2005          **$1,695.38+**
- (tendered) **Negotiable Instrument dated November 19, 2004 (Invoice No.01561119041) which was
not returned within the required 72 hours with full disclosure. Documents sent, verified, acknowledged,
and received. Claim "Accepted for Value" account Lone no. #00900194 discharged in the amount of
**$97,775.77+**
- Updated vested interest as described on UCC filing No. 10435110 FS as of and recorded on December
6, 2005 in the amount of          **Sub Total: $302,916.87**
- Additional applicable expenses as of December 29, 2005 in the amount of          **$1,404.47+**
- (tendered) **Negotiable Instrument dated May 25, 2005 (Invoice No.01560525051) which was not
returned within the required 72 hours with full disclosure Documents sent, verified, acknowledged, and
received claim "Accepted for Value" account Lone no. #206-07300418352 discharged in the amount of
**$6,187.40+**
- Amended vested interest as described on UCC filing No. 10514428 FS as of and recorded on December
29, 2005 in the amount of          **Sub Total: $310,508.74**
- Accrued interest as of December 25, 2005          **$1,709.10+**
- Accrued interest as of January 26, 2006          **$1,709.65+**
- Additional applicable expenses as of January 26, 2006          **$280.21+**
- The Undersigned Secured Party has not received any payments by Claimants, or their Agents/Officers
yet. As of December 13, 2005, Claimants received Notice of Default, Assent, Demand, and Second
Notice of Rights regarding of the three (3) Billing Statements. This amount has not been paid as of
January 26, 2006          **Sub Total: $314,207.70**
- Additional accrued interest as of February 26, 2006          **$2,618.40+**

## Evidence "L-1"

Account Invoice No: # 01560524051
Statement No: 17
Dated: November 6, 2007

- Additional applicable expenses as of February 26, 2006 **$440.10+**
- (tendered) **Negotiable Instrument dated January 3, 2006 (Invoice No.01561229051) which was not returned within the required 72 hours with full disclosure Documents sent, verified, acknowledged, and received claim "Accepted for Value" and discharged in the amount of **$2,923.00+**
- (tendered) **Negotiable Instrument dated January 3, 2006 (Invoice No. 01560103061) which was not returned within the required 72 hours with full disclosure Documents sent, verified, acknowledged, and received claim "Accepted for Value" and discharged in the amount of **$2,625.36+**
- The Undersigned Secured Party has not received any payments by any of the Claimants, or their Agents/Officers yet, regarding statement no: #4 and #5. This amount has not been paid as of February 26, 2006 **Sub Total: $322,814.56**
- Additional accrued interest as of March 26, 2006 **$2,690.12+**
- Additional applicable expenses as of March 26, 2006 **$783.64+**
- The Undersigned Secured Party has not received any payments by any of the Claimants, or their Agents/Officers yet, regarding statement no: #4, #5, and #6. (Now in default) **Sub Total: $326,288.32**
- Additional accrued interest as of April 26, 2006 **$2,719.06+**
- Additional applicable expenses as of May 17, 2006 **$511.41+**
- Updated vested interest as described on UCC filing No. 11092365 FS as of and recorded on June 26, 2006 in the amount of **$329,518.79**
- Accounting and True Bill Re: Status and Disclosure Affidavit of Material Facts, dated May 10, 2006 (Now in default) in the amount of **$329,518.79**
This amount has not been paid as of June 26, 2006 **Sub Total: $329,518.79**
- Additional accrued interest as of May 26, 2006 **$2,745.99+**
  **Sub Total: $332,264.78**
- Additional accrued interest as of June 26, 2006 **$2,768.87+**
  **$335,033.65**
- Additional applicable expenses as of July 4, 2006 **$531.07+**
  **Sub Total: $335,564.72**
- Additional accrued interest as of July 26, 2006 **$2,796.37+**
- Additional applicable expenses as of August 7, 2006 **$562.35+**
- The Undersigned Secured Party has not received any payments by any of the Claimants, and/or their Agents/Officers yet, regarding statement no: #7. (Now in default) **$338,923.44**
This amount has not been paid as of August 26, 2006 **Sub Total: $338,923.44**
- The Secured Party received Two (2) of the same claims both dated August 22, 2006 from Isolene B. Jones/ABN AMRO. With these alleged claims presented are in violation of: Fair Debt Collection Practices Act, at 15 U.S.C. Sec., 1601, 1692 et seq, 15 U.S.C., Sec. 1692 (e), 15 U.S.C., Sec. 1692 (g)(4), CBC, UCC, FBC, and the good faith principle, ABN AMRO have now acted in bad faith, harassed, and defamed, as well as imposed statutory damages on the Secured Party with "unclean hands" by default, agreement and through tacit procuration in the amount of **$20,000.00+**
- Additional accrued interest as of August 26, 2006 **$2,824.36+**
- Additional applicable expenses as of September 11, 2006 **$607.83+**
This amount has not been paid as of October 10, 2006 **Sub Total: $362,355.63**
- Additional accrued interest as of September 26, 2006 **$3,019.63+**
- Additional applicable expenses as of October 10, 2006 **$77.17+**
This amount has not been paid as of November 1, 2006 **Sub Total: $365,452.43**
- Accrued interest as of October 26, 2006 **$3,045.44+**
- Applicable expenses as of November 1, 2006 **$44.95+**
This amount has not been paid as of November 19, 2006 **Sub Total: $368,542.82**
- Current additional accrued as of interest November 26, 2006 **$3,071.19+**
- Current additional applicable expenses as of November 20, 2006 **$336.93+**
This amount has not been paid as of December 19, 2006 **Sub Total: $371,950.94**
- The Secured Party received one (1) of the same alleged claims dated December 28, 2006 from Loan Administration/ABN AMRO. ► With this alleged claim presented are in violation of: Fair Debt

Accounting and True Bill

# Evidence "L-1"

Account Invoice No: # 01560524051
Statement No: 17
Dated: November 6, 2007

Collection Practices Act, at 15 U.S.C. Sec., 1601, 1692 et seq, 15 U.S.C., Sec. 1692 (e), 15 U.S.C., Sec. 1692 (g)(4), CBC, UCC, FBC, and the good faith principle, ABN AMRO have now acted in bad faith, harassed, and defamed, as well as imposed statutory damages on the Secured Party with "unclean hands" by default, agreement and through tacit procuration in the amount of                    **$10,000.00+**
- Accrued interest as of December 26, 2006                    **$3,099.59+**
- Applicable expenses as of January 8, 2007                    **$1,461.31+**
This amount has not been paid as of January 30, 2007          **Sub Total:  $386,511.84**
- The Secured Party received one (1) of the same alleged claims dated January 18, 2007 from Loan Administration/ABN AMRO. ► With this alleged claim presented are in violation of: Fair Debt Collection Practices Act, at 15 U.S.C. Sec., 1601, 1692 et seq, 15 U.S.C., Sec. 1692 (e), 15 U.S.C., Sec. 1692 (g)(4), CBC, UCC, FBC, and the good faith principle, (each violation, and statuary damage was subject to $10,000.00 USD) ABN AMRO have now acted in bad faith, harassed, and defamed, as well as imposed statutory damages on the Secured Party with "unclean hands" by default, agreement and through tacit procuration in the amount of                    **$10,000.00+**
- Accrued interest as of January 26, 2007                    **$3,220.93+**
- Applicable expenses as of March 3, 2007                    **$325.61+**
This amount has not been paid as of April 11, 2007          **Sub Total:  $400,058.38**
- ABN AMRO, and/or their agents thereof, were sent a **Notice and Demand**; notified to Cease and Desist immediately from further use and/or usage of the Secured Party's Copyright, Trademark or Trade-Name by *Notice by Affidavit for Notice of Consequence for Infringement of Copyright, Trademark or Trade-Name.*, **(U.S.S.E.C.)** Tracer Flag Invoice Number 01560918051/Certified Mail Article No. 7005 0390 0004 2805 0766. ► The Secured Party has a commercial unlimited security interest and common law right in and to the Copyright, Trademark or Trade-Name without prejudice, *UCC 1-308. See United States Codes 15 USC § 1125, and 18 USC § 3571*, and this property is exempt from Levy/Lien. To this day the Secured Party has not received any written consent or a signed Affidavit from the ABN AMRO regarding this matter for use the Copyright, Trademark or Trade-Name. Since receipt of the **Notice and Demand** of notification to ABN AMRO, they have misused and violated this **Notice and Demand** UCC 1-308. See United States Codes 15 USC § 1125, and 18 USC § 3571 Twenty-Four (24) times/occurrences (*each misuse/occurrence is subject to $1,500.00 USD), within the documents mentioned above, by default, agreement and through tacit procuration, in the amount of          **$36,000.00+**
- The Secured Party received one (1) of the same alleged claims dated March 21, 2007 from Loan Administration/ABN AMRO. ► With this claim presented are in violation of: Fair Debt Collection Practices Act, at 15 U.S.C. Sec., 1601, 1692 et seq, 15 U.S.C., Sec. 1692 (e), 15 U.S.C., Sec. 1692 (g)(4), CBC, UCC, FBC, and the good faith principle, (each violation, and statuary damage was subject to $10,000.00 USD) ABN AMRO have now acted in bad faith, harassed, and defamed, as well as imposed statutory damages on the Secured Party with "unclean hands" by default, agreement and through tacit procuration in the amount of                    **$10,000.00+**
- (tendered) **Negotiable Instrument dated January 7, 2007, Invoice No. #01560111071 which was not returned within the required 72 hours with full disclosure Documents sent, verified, acknowledged, and received claim "Accepted for Value" and discharged in the amount of          **$2,629.68+**
- ► Third Party's violation fees and defamed, as well as imposed statutory damages on the Secured Party Re: Account Invoice No. #01561027061, by tacit procuration agreement in the amount of    **$81,338.89+**
- ► Third Party's unauthorized misuse of the Copyright, Trademark or Trade-Name, violation fees, and defamed, as well as imposed statutory damages on the Secured Party Re: Account Invoice No. #01561015061, by Default and through tacit procuration agreement in the amount of    **$2,335,344.80+**
- ► Third Party's unauthorized misuse of the Copyright, Trademark or Trade-Name, violation fees, and defamed, as well as imposed statutory damages on the Secured Party Re: Account Invoice No. #01561015061, by Default and through tacit procuration agreement in the amount of    **$28,000.00+**
- ► Third Party's unauthorized misuse of the Copyright, Trademark or Trade-Name, violation fees, and defamed, as well as impose statutory damages on the Secured Party Re: Invoice No 01560212071, by and through tacit procuration agreement in the amount of          **$929,050.00+**
- ► Third Party's unauthorized misuse of the Copyright, Trademark or Trade-Name, violation fees, and defamed, as well as impose statutory damages on the Secured Party Re: Invoice No. #01560405071, by Default and through tacit procuration agreement in the amount of          **$710,000.00+**

Accounting and True Bill

# Evidence "L-1"

Account Invoice No: # 01560524051
Statement No: 17
Dated: November 6, 2007

- Accrued interest as of April 15, 2007    **$3,333.82+**
- Additional applicable expenses as of April 11, 2007    **$481.00+**
- The Undersigned Secured Party has not received any payments by any of the Claimants, and/or their agents/officers yet. Re: Statement No: #11, #12, #13, and #14, by Default and Assent and tacit procuration    **$4,536,236.57**
- Updated vested interest as described on UCC filing No. 12054769 FS as of and recorded on April 30, 2007 in the amount of    **Sub Total:  $4,536,236.57**
This amount has not been paid as of June 17, 2007    **Sub Total:  $4,536,236.57**
- (tendered) **Negotiable Instrument dated April 16, 2006 (Invoice No. 01560416071) which was not returned within the required 72 hours with full disclosure Documents sent, verified, acknowledged, and received claim "Accepted for Value" and discharged in the amount of    **$115,250.84+**
- (tendered) **Negotiable Instrument dated April 16, 2006 (Invoice No. 01560421071) which was not returned within the required 72 hours with full disclosure Documents sent, verified, acknowledged, and received claim "Accepted for Value" and discharged in the amount of    **$124,000.00+**
- ► Third Party's unauthorized misuse of the Copyright, Trademark or Trade-Name; violation fees, and defamed, as well as impose statutory damages on the Secured Party as of July 2, 2007, by Default and through tacit procuration agreement in the amount of    **$749,916.67+**
- Current market value of property as of July 3, 2007 commonly known as and located at 772 Barnaby place - Wheeling, Illinois [60090] in the amount of    **$140,000.00+**
- Accrued interest as of May 31, 2007    **$37,801.97+**
- Accrued interest as of June 30, 2007    **$38,116.99+**
- Additional applicable expenses as of July 2, 2007    **$1,321.92+**
This amount has not been paid as of August 31, 2007    **Sub Total:  $5,742,644.96**
- ► Third Party's unauthorized misuse of the Copyright, Trademark or Trade-Name, violation fees, and defamed, as well as impose statutory damages on the Secured Party as of August 25, 2007, by Default and through tacit procuration agreement in the amount of    **$158,000.00+**
- ► Third Party's unauthorized misuse of the Copyright, Trademark or Trade-Name, violation fees, and defamed, as well as impose statutory damages on the Secured Party by Default and tacit procuration agreement in the amount of    **$182,000.00+**
- Accrued interest as of July 30, 2007    **$47,855.37+**
- Additional applicable expenses as of August 31, 2007    **$329.33+**
This amount has not been paid as of November 10, 2007    **Sub Total:  $6,130,829.66**
- ► Additional Third Party's unauthorized misuse of the Copyright, Trademark or Trade-Name, violation fees, and defamed, as well as impose statutory damages on the Secured Party, by Default and tacit procuration agreement, in the amount of    **$45,000.00+**
- ► Third Party's unauthorized misuse of the Copyright, Trademark or Trade-Name, violation fees, and defamed, as well as impose statutory damages on the Secured Party as of November 6, 2007, by Default and through tacit procuration agreement in the amount of    **$395,000.00+**
- Accrued interest as of August 30, 2007    **$51,090.24+**
- Accrued interest as of September 30, 2007    **$51,515.99+**
- Accrued interest as of October 30, 2007    **$51,945.29+**
- Additional applicable expenses as of November 6, 2007    **$317.13+**
**Total * This Total Due and Now Payable**    **$6,725,698.31**

* This amount is due before anyone and/or any adversarial party can take possession of the property from the Secured Party, to execute any claim on the property, this **Accounting and True Bill/Notice of Billing Statement** is now due and payable. The Secured Party herein is the lien holder, and is holder in due course of the true quiet title and holds a prior, superior vested interest claim/lien of said property herein IN FACT and that;

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above, IN FACT and that;

Accounting and True Bill

# Evidence "L-1"

Account Invoice No: # 01560524051
Statement No: 17
Dated: November 6, 2007

**EACH RESPONDENT IS HEREBY NOTICED:** have received over thirty (35) plus **Notices of Default** a.k.a. "**Contracts by Default**", by default, agreement and through tacit procuration regarding this matter. Therefore, should they make any adversarial and/or hostile presentment(s) in any court of competent jurisdiction, or anyone in their stead written or oral, are subject to the provisions of F.R.C.P. RULE 9(h), leading to the Supplements of the Rules of Admiralty, which provides for those who are found in Trespass after a Default are subject to a **Certificate of Exigency**, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest, IN FACT.

"Affiant, as Secured Party reserves the right to amend and correct and adjust this Accounting and True Bill"

**CAVEAT/ NOTICE:** The Employees at ABN AMRO/LaSalle Bank NA, and/or third party interveners acting on behalf of ABN AMRO have obstructed proper processing of the **negotiable instruments that already satisfied both the mortgages in their entirety (See above). There is no controversy. The CBC, UCC, FBC and SEC assert that the Employees at ABN AMRO, and/or any third party interveners acting on behalf of ABN AMRO can and are to be held responsible for the full face value of the documents regarding the **Bonded Registered Bill of Exchange (invoice 01561119041, and 01560525051), and all associated documents thereof. By such an unlawful act it is clear that ABN AMRO/LaSalle Bank NA is in violation of the *Erie and Clearfield Doctrine*s and now must bear the full financial responsibility. I have the right and authority confirmed by the current contract to have this obligation processed and lawfully discharged. A fiduciary such as your corporation must, by law, be accurate, trustworthy and honest in all dealings as part of the good faith principle. The Undersigned Secured Party herein directs your attention to what has allegedly transpired and appears to be on going between ABN AMRO and Chelsea Cove that constitutes Undo Enrichment and is clearly FRAUD. *This is now being investigated by the Securities and Exchange Commission (SEC), and the Federal Trade Commission (FTC),* IN FACT.

**Legal notes:
The basis for this process is an obligation the United States has bound itself to, and provided statutory law supporting it. Since 1933, the United States has accepted these non-cash accrual exchanges as a matter of law and equity. Evidence that the public policies of House Joint Resolution 192 of 1933 (Public Law Chapter 48 at 112 and 73-10) are still in effect is also found in other public policy directives and in the Supreme Court decision *Guarantee Trust Co. of New York v. Henwood et al* 59 S. Ct. 847 (1939). The basis for crediting a bank through the Bill of Exchange process from the equity in the UCC Contract Trust Account also relies on public policy necessitated as a remedy for the removal of gold and silver coinage. When such Negotiable Instruments are tendered through the Secretary of the Treasury without dishonor, subordinate public officials are placed in a position where *they must legally acknowledge and accept the Secretary's authority and the validity of these Instruments.* Those in responsible positions at banks cannot lawfully deny, dishonor, or delay the processing of such Negotiable Instruments that are properly submitted for a legitimate purpose. Such a UCC Contract Bonded Registered Bill of Exchange, not dishonored by the Secretary of the Treasury, constitutes valid legal tender. Observe that this process operates entirely under the purview of the Secretary of the Treasury and the Technical Support Division of the IRS. Neither the Bureau of Public Debt nor the United States Treasury itself is involved in any way or at any stage of this process. Therefore, Bank Alert Notices referring to the Bureau of Public Debt or the United States Treasury do not apply to this UCC Contract Trust Negotiable Instrument

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS/ NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL

By The Seal of,

*Violet A. Hooghkirk*

Violet A. Hooghkirk ℗ Trustee, Secured Party
Creditor - Barnway Trust
C/o 772 Barnaby Place - Wheeling, Illinois [60090]

## Notary Public

On the date set out below, the foregoing Accounting and True Bill was sworn and signed in my presence by Violet A. Hooghkirk, known to me.
My commission expires 01-06-2009 .

*Cheryl Field*
Notary Public

NOV 07, 2007
Date

"OFFICIAL SEAL"
CHERYL FIELD
Notary Public, State of Illinois
My Commission Expires 01/06/09

**SEAL:**

Accounting and True Bill
Evidence "L-1"

Account Invoice No: # 01560524051
Statement No: 17
Dated: November 6, 2007

**Parties at Interest** (Claimants):
Tom Goldstein - President/Chief Financial Officer - ABN AMRO-7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin - Chief Executive Officer - LaSalle Bank NA - 1355 W. Dundee – Buffalo Grove, Illinois 60089
Thomas A. Rosiello – Secretary – ABN AMRO - 135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent – 135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Elena L. Enuscu - Legal Administrative Assist - ABN AMRO – 135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO - 7159 Corkland Drive - Jacksonville, Florida 32258
Isolene B. Jones – Loan Administration/Litigation Dept.-ABN AMRO - 7159 Corkland Drive - Jacksonville, Florida 32258
David Cantwell - President, Chelsea Cove - 624 Bridgeport -Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium - 775 Barnaby Place - Wheeling, Illinois 60090

**Cc:** Dorothy Brown - Clerk of the Court/Richard J. Daley Center Floor 10 Room 1001-50 W. Washington St Chicago, Illinois 60602
Timothy Evans – Chief Judge - Richard J. Daley Center/Clerk of the Circuit Court
Floor 26 Room 2600 50 W. Washington Street Chicago, Illinois 60602
Carolyn G. Quinn – Judge - Richard J. Daley Center/ Clerk of the Circuit Court – Room 2808
50 W. Washington Street, Chicago, Illinois 60602
Thomas A Rosiello Attn: Codilis & Associates, P.C. – Secretary/ Registered Agent    LaSalle Bank NA
135 South LaSalle Street- Chicago, Illinois 60603
Melvin Carter - Deputy Council - Clerk of the Circuit Court/Richard J. Daley Center floor 10 Room 1003
50 W. Washington St Chicago, Illinois
Ronald Wade-Manager, Evictions Dept 6th Floor Rm 602-Clerk of the Circuit Court-50 West Washington Street-Chicago, Illinois 60602
Mr. Dart- Sheriff/Evictions Dept 7th Floor Rm 701-Clerk of the Circuit Court-50 West Washington Street-Chicago, Illinois 60602
Legal Department- 7th Floor Rm 704-Clerk of the Circuit Court-50 West Washington Street-Chicago, Illinois 60602

Raymond R. Quirk, President/ Registered Agent-Chicago Title & Trust Company - 601 Riverside Ave - Jacksonville, Florida 32204
C T Corporation System, Registered Agent - Chicago Title & Trust Company - 208 SO LaSalle St, suite 814    Chicago, Illinois 60604
Todd C. Johnson Same, Secretary/Registered Agent - Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204
Chicago Title & Trust Company – 613 North Main Street – Mount Prospect, Illinois 60056

Robert McCallum of the, President's Corporate Fraud Task Force – DOJ-950 Pennsylvania Ave NW - Washington, D C  20530
Merri Jo Gillette – Regional Director - Securities and Exchange Commission (SEC)
Midwest Regional Office - 175 West Jackson Blvd Suite 900 - Chicago, Illinois 60604
Federal Trade Commission (FTC) CRC – 240-600 Pennsylvania Avenue NW - Washington, D.C. 20580
Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General -100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
William G. Holland - Auditor General - 740 E. Ash Street - Springfield, Illinois 62703
J. Russell George - Treasury Inspector General for Tax Administration
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer - Treasury Data Integrity Board - 1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown - CSB/IRS SPII Office – 5000 Ellin Rd – Lanham, Maryland 20706
Chief Special Procedure Handling Office – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Mr. Ken Papaj – Acting Commissioner of the Financial Management Service of the Department of The
Treasury   401 14th Street SW Room 548 - Washington, D.C. 20227

Certified Mail Article No. 7007 0710 0003 3901 5906
Accounting and True Bill

# Evidence "L-1"

Account Invoice No: # 01560323071<br>
Statement No: 03<br>
October 15, 2007

## NOTICE OF PRIOR AND SUPERIOR CLAIM/LIEN
ACCOUNTING AND TRUE BILL/NOTICE OF BILLING STATEMENT
Itemization of the Counter Balance and remaining set-off still on the records under the current Vested
Interest, and Perfected Claim/Lien of the Secured Party the amount Due through October 30, 2007

### ACTUAL AND CONSTRUCTIVE NOTICE - NON-NEGOTIABLE AND
DECLARATION OF SECURED PARTY

Re: Property commonly known as and located at 772 Barnaby Place - Wheeling, Illinois [60090] (PIN #03-03-400-063-1021)

- Violet A Hooghkirk's Secured Party Vested Interest Claim/Lien (holder in due course) as described
on UCC filing No. 9830847FS recorded on May 13, 2005, current filing (12054769 FS) as of April 30,
2007. A perfected Claim of Lien (UCC 9-334) (Doc# 0513849062) recorded on May 18, 2005. The
current (unrebutted) Certified Accounting and True Bill/Notice of Billing Statement (Account Invoice
No: #01560524051 - Statement No: 16) dated September 19, 2007, by tacit procuration agreement
currently in the amount of **Total:  $6,130,829.66**

- Third Party Claimants Claim of April 3, 2007 in the amount of **Total: ▶  $124,000.00**

| | |
|---|---|
| - Secured Party's Vested Interest (Superior) Claim/Lien in the amount of | **$6,130,829.66** |
| - Third Party Claimants (subordinate) Claim of April 3, 2007 in the amount of ▶ | **- $124,000.00** |
| **Total * This Total Due and Now Payable** | **$6,006,829.66** |

\* This amount is now due and payable before any adversarial party, third party intervener, and/or anyone
can take possession of the property from the Secured Party herein. To execute any claim on the property,
this **Accounting and True Bill/Notice of Billing Statement** is now due and payable. The Secured Party
herein is the lien holder, and is holder in due course of the true quiet title and prior, superior vested
interest claim/lien of said property herein IN FACT and that;

▶ Any additional charges of alleged principal, accrued interest, or advances by ABN AMRO/LaSalle Bank NA
(Claimants) and/or any alleged forwarded balances, forwarded payments, and/or any other costs from any third party
intervener of any payments received Re: Loan no. 00900194, and 206-07300418352 including but not limited to
attorney fees, and now the Third Party Claimants Claim (Chicago Title & Trust) do not apply in this matter.
Therefore, this matter is now settled AB INITIO, RES JUDICATTA, and *Stare Decisis*, with no controversy in
regard to any obligation with prejudice now and forever. The Claims by any Claimants have been and are now
subordinate and inferior to the Superior Claim/Lien of the Secured Party, since the counter balance and remaining
set-off, a credit still on the records under the current Vested Interest, and Perfected Claim of the Secured Party for
the property commonly known as and located at 772 Barnaby Place - Wheeling, Illinois [60090], IN FACT.

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior
currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real
property and natural resources, and any agreeable combination of the above.

The property commonly known as and located at 772 Barnaby Place - Wheeling, Illinois [60090] (PIN #03-03-400-
063-1021). Any attempted sale or purchase of this property is contingent on Violet A. Hooghkirk's, Secured Party
Vested Interest, the adjusted remaining set-off currently in the amount of *$6,130,829.66 with full and complete
remuneration to the Secured Party. The Secured Party herein holds a prior, superior (UCC 1) 9830847FS recorded
with the State of Illinois, perfected claim recorded Vested Interest **Claim of Lien** (UCC 9-334) 0513849062 with
the Cook County Recorder of Deeds. The property is secured and protected under the current UCC filings and
county recordings. The property described herein is exempt from any third party Claim Levy/Lien. and is Pre-paid,
Preferred Stock. The Secured Party is the superior lien holder, and is holder in due course of said property, and holds
the Bond #VAII040244/ 0425832052 in accordance with 31 CFR Part 203. CAVEAT/NOTICE: If said property
identified herein is exchanged, sold, tendered or in any manner disposed of without due compensation of the Vested
Interest with full and complete remuneration to Violet A. Hooghkirk, Secured Party, and those found in Trespass
will constitute in fact Criminal Conversion Fraud, and will be prosecuted to the fullest extent of the law.

Certified Mail Article No. 7007 0710 0003 3904 2780<br>
Page 1 of 2

**Evidence "L-1a"**

Account Invoice No: # 01560323071
Statement No: 03
October 15, 2007

**EACH PARTY IS HEREBY NOTICED;** have received this Notice of Prior and Superior Claim/Lien and over thirty (35) plus **Notices of Default** a.k.a. **"Contracts by Default"**, by default, agreement and through tacit procuration regarding this matter. Therefore, should they make any adversarial and/or hostile presentment(s) in any court of competent jurisdiction, or anyone in their stead written or oral, are subject to the provisions of F.R.C.P. RULE 9(h), leading to the Supplements of the Rules of Admiralty, which provides for those who are found in Trespass after a Default are subject t o a **Certificate of Exigency**, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest IN FACT.

"The Secured Party reserves the right to amend, correct and adjust this Accounting and True Bill"

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS/ NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL

By the seal of,

*Violet A. Hooghkirk*

State of Illinois          )

                                )

County of Cook        )

Violet A. Hooghkirk © Secured Party
C/o 772 Barnaby Place
Wheeling, Illinois [60090]

**ACKNOWLEDGMENT**

SUBSCRIBED TO AND CERTIFIED before me this 15 day of *Oct*. A. D. 2007, a Notary, that Violet Alberta Hooghkirk, personally appeared and is known to me to be the women whose name is subscribed to the within instrument verification and acknowledged to be the same.

Notary Public in and for said State:

My Commission expires 2|10|08

```
"OFFICIAL SEAL"
CORINA CASTANEDA
Notary Public, State of Illinois
My Commission Expires 2/10/2008
```

**Parties at interest**

Tom Goldstein – President/Chief Financial Officer - ABN AMRO-7159 Corkland Drive - Jacksonville, Florida 32258
Thomas A. Rosiello–Secretary/Registered Agent-ABN AMRO 135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent - ABN AMRO-135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Tim Nuss - Manager - ABN AMRO - 540 West Madison – Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
Colleen Riddell -Loan Admin -Special Services Dept. ABN AMRO -2600 West Big Beaver Road - Troy, Michigan 48084
Elena I.. Enuscu – Legal Admin Assistant – ABN AMRO - 135 S. LaSalle Street - Chicago, Illinois 60603-0135
Shaun - Supervisor - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Beth P. Ponder - Vice President, Customer Relations-ABN AMRO - 7159 Corkland Drive - Jacksonville, Florida 32258
Isolene B. Jones - Loan Admin/Litigation - ABN AMRO - 7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin - Chief Executive Officer - LaSalle Bank NA - 1355 W. Dundee – Buffalo Grove, Illinois 60089
David Cantwell-President -Chelsea Cove Condominium,Assoc.-624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium Assoc. - 775 Barnaby Place - Wheeling, Illinois 60090

**Cc:** Dorothy Brown - Clerk of the Court/Richard J. Daley Center Floor 10 Room 1001-50 W. Washington St Chicago, Illinois 60602
Timothy Evans – Chief Judge - Richard J. Daley Center/Clerk of the Circuit Court
          Floor 26 Room 2600 50 W. Washington Street Chicago, Illinois 60602
Carolyn G. Quinn – Judge – Richard J. Daley Center/ Clerk of the Circuit Court - Room 2808
          50 W. Washington Street Chicago, Illinois 60602
Thomas A. Rosiello Attn: Codilis & Associates, P.C. - Secretary/ Registered Agent – LaSalle Bank NA
          135 South LaSalle Street- Chicago, Illinois 60603
Melvin Carter - Deputy Council - Clerk of the Circuit Court/Richard J. Daley Center floor 10 Room 1003
          50 W. Washington St Chicago, Illinois
Ronald Wade – Manager, Evictions Dept 6th Floor Rm 602 - Clerk of the Circuit Court-50 West Washington Street-Chicago, Illinois 60602
Raymond R. Quirk, President/ Registered Agent-Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204
C T Corporation System, Registered Agent - Chicago Title & Trust Company - 208 SO LaSalle St, suite 814 – Chicago, Illinois 60604
Todd C. Johnson Same, Secretary/Registered Agent - Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204

Robert McCallum of the, President's Corporate Fraud Task Force – DOJ - 950 Pennsylvania Ave NW - Washington, D.C. 20530
Merri Jo Gillette   Regional Director - Securities and Exchange Commission (SEC)
          Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604
Federal Trade Commission (FTC) CRC – 240 - 600 Pennsylvania Avenue NW - Washington, D.C. 20580
Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
William G. Holland - Auditor General - 740 E. Ash Street - Springfield, Illinois 62703
J. Russell George – Treasury Inspector General for Tax Administration - 1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board -1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Chief Special Procedure Handling Office – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Mr. Ken Papaj – Acting Commissioner of the Financial Management Service of the Department of The
          Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

Evidence "L-1a"

Dated: March 23, 2007

## NOTICE OF PRIOR AND SUPERIOR CLAIM/LIEN
### DECLARATION OF SECURED PARTY

State of Illinois          )
County of Cook          )

Re: Certificate of Publication, Published March 19, 2007 (Control #T3899287) See Attachment
To: Parties at interest

Tom Goldstein – President/Chief Financial Officer - ABN AMRO Mortgage Group, Inc.
    7159 Corkland Drive - Jacksonville, Florida 32258
Thomas A. Rosiello–Secretary/Registered Agent-ABN AMRO 135 South LaSalle Street – Chicago, Illinois 60603
Carol L. Tenyak – Registered Agent - ABN AMRO-135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
<u>Tim Nuss</u> - Manager - ABN AMRO - 540 West Madison – Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
Colleen Riddell -Loan Admin -Special Services Dept. ABN AMRO -2600 West Big Beaver Read - Troy, Michigan 48084
Elena L. Enuscu – Legal Admin Assistant – ABN AMRO - 135 S. LaSalle Street - Chicago, Illinois 60603-0135
Shaun - Supervisor - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Beth P. Ponder - Vice President, Customer Relations-ABN AMRO-7159 Corkland Drive - Jacksonville, Florida 32258
Damien Bazan –Collections Department -ABN AMRO - 4242 N. Harlem Avenue - Norridge, Illinois 60706
Customer Service - Manager - ABN AMRO - 2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Merilyn Rogers – Customer Relations - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones - Loan Admin/Litigation - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA - 1355 W. Dundee – Buffalo Grove, Illinois 60089
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA - 4747 W. Irving Park Road - Chicago, Illinois 60641
Marie Shiffman - Collections Equity Dept.-LaSalle Bank NA-4747 W. Irving Park Road - Chicago, Illinois 60641
David Cantwell-President -Chelsea Cove Condominium Assoc.-624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium Assoc. - 775 Barnaby Place - Wheeling, Illinois 60090
Nancy Vallone – CEO- The Judicial Sales Corporation-One South Wacker Dr. - 24th Floor - Chicago, Illinois 60606
August R Butera – Present/registered agent-The Judicial Sales Corporation-9208 S Central PK-Ever Green Park, Illinois 60805
Peter J Bimbaum–Secretary/registered agent-Judicial Sales Corporation 33 N Dearborn 2nd FL Chicago, Illinois 60602
Henry L Shulruff-registered agent-Judicial Sales Corporation-One South Wacker Dr.-24th Floor-Chicago, Illinois 60606

**Cc:**    Dorothy Brown - Clerk of the Circuit Court/Richard J. Daley Center Floor 10 Room 1001
        50 W. Washington St Chicago, Illinois
Timothy Evans – Chief Judge – Richard J. Daley Center/ Clerk of the Circuit Court
        Floor 26 Room 2600 50 W. Washington Street Chicago, Illinois 60602
Carolyn G. Quinn – Judge – Richard J. Daley Center/ Clerk of the Circuit Court – Room 2808
        50 W. Washington Street Chicago, Illinois 60602
Thomas A. Roseillo Attn: Codilis & Associates, P.C. – Secretary/ Registered Agent – LaSalle Bank NA
        135 South LaSalle Street- Chicago, Illinois 60603
Melvin Carter - Deputy Council - Clerk of the Circuit Court/Richard J. Daley Center floor 10 Room 1003
        50 W. Washington St Chicago, Illinois

Robert McCallum of the, President's Corporate Fraud Task Force - DOJ
        950 Pennsylvania Ave NW - Washington, D.C. 20530
Merri Jo Gillette – Regional Director - Securities and Exchange Commission (SEC)
        Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604
Federal Trade Commission (FTC) CRC – 240 - 600 Pennsylvania Avenue NW - Washington, D.C. 20580
Lisa Madigan, Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
William G. Holland – Auditor General - 740 E. Ash Street - Springfield, Illinois 62703
J. Russell George – Treasury Inspector General for Tax Administration
        1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board
        1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd - Lanham, Maryland 20706
Chief Special Procedure Handling Office – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Mr. Ken Papaj – Acting Commissioner of the financial Management Service of the Department of The
        Treasury – 401 14th Street SW Room 548 - Washington, D.C. 20227

Certified Mail Article No. 7006 2760 0003 2523 7794        Secured Party: *Violet A. Hazgibid*
Page 1 of 1

# Evidence "L-1b"



NOTICE OF
PRIOR AND SUPERIOR
CLAIM/LIEN
DECLARATION OF SE-
CURED PARTY PUBLIC
NOTICE IS HEREBY
GIVEN RE: The property
commonly known as and lo-
cated at 772 Barnaby Place,
Wheeling, Illinois (60090)
(PIN: #03-03-400-063-1021).
Any attempted sale or pur-
chase of this property is con-
tingent on Violet A. Hooph-
kirk's, Secured Party
Vested Interest, in the
amount of $400,858.38 with
full and complete remuner-
ation to the Secured Party.
The Secured Party herein
holds a prior, superior (UCC
1) 9830647FS recorded with
the State of Illinois, per-
fected claim recorded
Vested Interest Claim of
Lien (UCC 9-334) 0513849062
with the Cook County Re-
corder of Deeds. The prop-
erty is secured and pro-
tected under the current
UCC filings and county re-
cordings. The property be-
scribed herein is exempt
from any third party Claim
Levy/Lien and is Pre-paid,
Preferred Stock. The Se-
cured Party is the superior
lien holder, and is holder in
due course of said property,
and holds the Bond
AVAH040244/ 0425832052 in
accordance with 31 CFR
Part 203, CAVEATING-
TICE: If said property iden-
tified herein is exchanged,
sold, tendered or in any
manner disposed of without
due compensation of the
Vested Interest with full and
complete remuneration to
Violet A. Hoophkirk, Se-
cured Party will constitute
in fact Criminal Conversion
Fraud, and will be prose-
cuted to the fullest extent of
the law. For more informa-
tion please contact Violet A.
Hoophkirk, Secured Party
(847) 520-7836.
Published in Daily Herald
March 19, 2007
(3899287)N

# CERTIFICATE OF PUBLICATION

### Paddock Publications, Inc.

# Daily Herald

Corporation organized and existing under and by virtue of the laws of the State of Illinois, DOES HEREBY CERTIFY that it is the publisher of the **DAILY HERALD.** That said **DAILY HERALD** is a secular newspaper and has been circulated daily in the Village(s) of  Algonquin, Arlington Heights, Barrington, Barrington Hills, Lake Barrington, North Barrington, South Barrington, Bartlett, Batavia, Buffalo Grove, Burlington, Carpentersville, Cary, Deer Park, Des Plaines, South Elgin, East Dundee, Elburn, Elgin, Elk Grove Village, Fox Lake, Fox River Grove, Geneva, Gilberts, Grayslake, Gurnee, Hampshire, Hainesville, Hanover Park, Hawthorn Woods, Hoffman Estates, Huntley, Inverness, Island Lake, Kildeer, Lake Villa, Lake in the Hills, Lake Zurich, Libertyville, Lincolnshire, Lindenhurst, Long Grove, Mt. Prospect, Mundelein, Palatine, Prospect Heights, Rolling Meadows, Schaumburg, Sleepy Hollow, St. Charles, Streamwood, Tower Lakes, Vernon Hills, Volo, Wauconda, Wheeling, West Dundee, Wildwood, Green Oaks

County(ies) of   Cook, Kane, Lake, McHenry
and State of Illinois, continuously for more than one year prior to the date of the first publication of the notice hereinafter referred to and is of general circulation throughout said Village(s), County(ies) and State.

I further certify that the DAILY HERALD is a newspaper as defined in "an Act to revise the law in relation to notices" as amended in 1992 Illinois Compiled Statutes, Chapter 715, Act 5, Section 1 and 5. That a notice of which the annexed printed slip is a true copy, was published   March 19, 2007                              in said DAILY HERALD.

IN WITNESS WHEREOF, the undersigned, the said PADDOCK PUBLICATIONS, Inc., has caused this certificate to be signed by, this authorized agent, at Arlington Heights, Illinois.

PADDOCK PUBLICATIONS, INC.
DAILY HERALD NEWSPAPERS

BY _____
        Authorized Agent

Control #   T3899287

## Evidence "L-1b"

To Respondent(s):
    ABN AMRO Mortgage Group, Inc
    Attn: Tom Goldstein – President - Chief Financial Officer
    7159 Corkland Drive – Jacksonville, Florida 32258

    ABN AMRO Mortgage Group, Inc
    Attn: Thomas A. Rosiello · Secretary -
    135 South LaSalle Street – Chicago, Illinois 60603

    LaSalle Bank NA
    Attn: Norm Bobbin · Chief Executive Officer –
    1355 W. Dundee – Buffalo Grove, Illinois 60089

From;
    Violet A. Hooghkirk ©, Secured Party
    c/o 772 Barnaby Place
    Wheeling, Illinois [60090]

## NOTICE OF DEFUALT, AND ASSENT, DEMAND, and SECOND NOTICE OF RIGHTS

27th day of the November month, in the year two thousand and five, Anno Domini,

**Re**: Notice of Billing Statement - Dated August 5, 2005
    Second Notice of Billing Statement - Dated September 15, 2005
    Third and Final Billing Statement - Dated October 25, 2005
                                                    **Date: November 27, 2005**

## NOTICE OF DEFAULT

On the 12th, and 15th day of the <u>month August,</u> on the 22nd day of the <u>month September,</u> and on the 7th day of the <u>month November</u> in the year two thousand and five ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and their Agents/ Officers received a <u>Notice of Billing Statement</u> – Dated, August 5, 2005, <u>Second Notice of Billing Statement</u> – Dated, September 15, 2005, and <u>Third and Final Billing Statement</u> · · Dated, October 25, 2005 from Presenter - Secured Party – Creditor. Affiant has not received any payments from any Respondent regarding; the Three Billing Statements as stated above in lieu of Affiant's verified acknowledged escrow account and deposits with the accrued interest to date, and Affiant's perfected and superior claim and vested interest. Each Respondent, and/ or their Agents did not invoke the Fifth and sixth Amendment's of the Constitution for the United States of America. However, you were under Public Law 93-579; FOIA (5 USC 552); PA (5USC 552a) and U.C.C. 1-103.6, as administrative demands were made, with NOTICE, DEMAND AND CAVEAT, PRIOR TO RESPONSE. See Attachments.

DEMAND was, respectfully made to the named individual(s), ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, Tom Goldstein – President - Chief Financial Officer, Thomas A. Rosiello – Secretary, Carol L. Tenyak – Agent, Customer Service ··· Manager, Tim Nuss – Manager, John Purtell – Manager, Michael Jinga – Manager, Colleen Riddell - Loan Administration - Special Services Dept, Marie Shiffman – Collections Equity Dept, Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Norm Bobbin · Chief Executive Officer, Damien Bazan – Collections Department, and Merilyn Rogers – Customer Relations to provide DISCLOSURE regarding his/her/its actions.

Evidence "L-1c"

Said named corporation/individual(s) from ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and their Agents/ Officers **FAILED TO RESPOND** and/or **FAILED** to provide **ANY** information or disclosure documents required by LAW, and demanded by the respondents notice and the questions.

By failure to do so, NOW and FOREVER each Respondent and their offices have yield to Estoppel, Waiver fraud, etc., under U.C.C. 1-103, 1-103,6 *nemo debet bis vexari pro una et eaden Causa,* and such willful refusal may subject each Respondent to Civil Liabilities or Criminal punishment.

**EACH RESPONDENT IS HEREBY NOTICED AND DEMANDED:** To desist and refrain from taking any further action in the above reference matter without liability therefore (cf. liability for personal damages, Pulliam v. Allen, 104 set. 1970, 1979), except to restore the Secured Party to his/her former status, and that I have secured rights, privileges, privacy and immunities and each is so protected is valued at no less than one million dollars each, DEMAND IS FURTHER MADE to all governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc., (cf. Title 18 USC 241 142; Title 42 USC, 1983, Bivins v. Officials and agents, 403 US 388 (1971), Dykes v. Hosemann, 743 F2d 1488, (11 CA Dec. 1984).

**NOTICE OF LIEN:** Violation and/or invasion of any above denominated rights per violative, shall act as a lien upon the nonexempt property of each presentee as follows: Nonexempt household goods; and real estate; and future earnings; and other personal property.

**VERIFICATION:** I verify that a true copy of this Notice of Default, and Demand, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7003 1350 0002 0399 5488 , Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, under penalty of perjury.

Sealed this 29th day of the November month, in the Year of Our Lord Two Thousand and Five,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Affiant: *Violet A. Houghbush* ,
Invoking U.C.C. 1-308 Without Prejudice

Cc: Carol L. Tenyak – Agent - 135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
    Robert McCallum of the, President's Corporate Fraud Task Force – Washington, D.C. 20530
    Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
    Lisa Madigan - Attorney General – 100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
    J. Russell George – Acting Treasury Inspector General for Tax Administration
    1500 Pennsylvania Ave NW – Washington, D.C. 20224

Certified Mail Article No. 7003 2260 0007 6575 1049

Evidence "L-1c"


Ira L. Hobbs – CIO – Treasury Data Integrity Board
1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN AMRO Mortgage Group, Inc
540 West Madison - Chicago, Illinois 60661-6400
John Purtell - Manager - LaSalle Bank NA – 135 S. LaSalle Street Dept 8144 -
Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road -
Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN Amro
Mortgage - 2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
7159 Corklan Drive - Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
Group, Inc. - 135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258
Norm Bobbin – Chief Executive Officer - LaSalle Bank NA
355 W. Dundee – Buffalo Grove, Illinois 60089
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. -
242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc.
7159 Corklan Drive - Jacksonville, Florida 32258

Evidence "L-1c"

To Respondent(s):

ABN AMRO Mortgage Group, Inc.
Attn: Tom Goldstein – President/Chief Financial Officer
7159 Corkland Drive -- Jacksonville, Florida 32258

LaSalle Bank NA
Attn: Norm Bobbin -- Chief Executive Officer –
1355 W. Dundee – Buffalo Grove, Illinois 60089 -

ABN AMRO Mortgage Group, Inc.
Attn: Thomas A. Rosiello – Secretary
135 South LaSalle Street – Chicago, Illinois 60603

From:

Violet A. Hooghkirk ©, Trustee,
Secured Party - Barnway Trust
c/o 772 Barnaby Place
Wheeling, Illinois [60090]

## NOTICE OF DEFUALT, DEMAND,
## and SECOND NOTICE OF RIGHTS

16th day of the May month, in the year two thousand and six, Anno Domini,

Re: (Actual and Constructive Notice - Non Negotiable) of the,
Notice of Billing Statement, dated January 20, 2005 (Statement 04)
Second Notice of Billing Statement, dated February 26, 2005 (Statement 05)
Third and Final Billing Statement, dated April 9, 2005 (Statement 06)

Date: May 16, 2006

---

## NOTICE OF DEFAULT

On the 2nd day of the month February, on the 9th day of the month March, and on the 18th day of the month April in the year two thousand and six Tom Goldstein – President/Chief Financial Officer, including, but not limited to: ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and/or their Agents/Officers, Thomas A. Rosiello -- Registered Secretary, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak – Agent, Customer Service – Manager, Tim Nuss – Manager, John Purtell – Manager, Michael Jinga -- Manager, Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Damien Bazan – Collections Department, Merilyn Rogers – Customer Relations, and Isolene B. Jones - Loan Admin/litigation, Chelsea Cove Condominium Assoc. including, but not limited to: David Cantwell – President, and Jeffrey Meyers – Registered Agent – Secretary, received Actual and Constructive Notice -- Non Negotiable - Notice of Billing Statement, dated January 20, 2005 (Statement 04), Second Notice of Billing Statement, dated February 26, 2005 (Statement 05), and Third and Final Billing Statement, dated April 9, 2005 (Statement 06) from Presenter Secured Party – Creditor. Affiant has not received any payments from any Respondent regarding; the Three Billing Statements in lieu of Affiant's verified acknowledged escrow account and deposits with the accrued interest to date, and Affiant's prior, perfected, superior claim and vested interest in the amount of **$326,288.32**. Affiant is holder in due. The Respondent(s) are now in default as the Three Billing Statements (Account Invoice no 01560524051 Re: Statements 04, 05, and 06) was accepted by the Respondent(s) through their tacit procuration; this constitutes PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE and now stands as Fact and Truth in Commerce. Each Respondent, and/or their Agents did not invoke the Fifth and sixth Amendment's of the Constitution for the United States of America. However, you were under Public Law 93-579;

**Evidence "L-1d"**

FOIA (5 USC 552); PA (5USC 552a) and U.C.C. 1-103.6, as administrative demands were made, with NOTICE, DEMAND AND CAVEAT, PRIOR TO RESPONSE. See Attachments.

DEMAND was, respectfully made to the named individual(s), Tom Goldstein – President/Chief Financial Officer, including, but not limited to: ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and/or their Agents/Officers, Thomas A. Rosiello – Registered Secretary, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak – Agent, Customer Service – Manager, Tim Nuss – Manager, John Purtell – Manager, Michael Jinga – Manager, Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Damien Bazan – Collections Department, Merilyn Rogers – Customer Relations, and Isolene B. Jones - Loan Admin/litigation, Chelsea Cove Condominium Assoc. including, but not limited to: David Cantwell – President, and Jeffrey Meyers – Registered Agent – Secretary, to provide DISCLOSURE regarding his/her/its actions.

Said named corporation/individual(s) Tom Goldstein – President/Chief Financial Officer, including, but not limited to: ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, and/or their Agents/Officers, Thomas A. Rosiello – Registered Secretary, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak – Agent, Customer Service – Manager, Tim Nuss -- Manager, John Purtell – Manager, Michael Jinga – Manager, Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President, Customer Relations, Damien Bazan – Collections Department, Merilyn Rogers – Customer Relations, and Isolene B. Jones - Loan Admin/litigation, Chelsea Cove Condominium Assoc. including, but not limited to: David Cantwell – President, and Jeffrey Meyers – Registered Agent – Secretary, FAILED TO RESPOND and/or FAILED to provide ANY information or disclosure documents required by LAW, and demanded by the respondents notice and the questions.

By failure to do so, NOW and FOREVER each Respondent and their offices have yield to Estoppel, Waiver fraud, etc., under U.C.C. 1-103, 1-103,6 *nemo debet bis vexari pro una et eaden Causa,* and such willful refusal may subject each Respondent to Civil Liabilities or Criminal punishment.

**CONTRACT BY DEFAULT:** This is a perfected Contract by Tacit Procuration it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING. The Respondent(s) through their tacit procuration; constituted a PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. Affiant is holder in due course of said real property. The Three Billing Statements (Account Invoice no 01560524051 Re: Statements 04, 05, and 06) so far in the amount of **$326,288.32,** is now Fact and Truth in Commerce.

**Total * This Total Due and Now Payable**                    **$326,288.32**
*To execute and/or implement any claim on the property, this Billing Statement under the Contract by Default is now due and payable.

**EACH RESPONDENT IS HEREBY NOTICED AND DEMANDED:** To desist and refrain from taking any further action in the above reference matter without liability therefore (cf. liability for personal damages, Pulliam v. Allen, 104 set. 1970, 1979), except to restore the

Evidence "L-1d"

Secured Party to his/her former status, and that I have secured rights, privileges, privacy and immunities and each is so protected is valued at no less than one million dollars each, DEMAND IS FURTHER MADE to all governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc., (cf. Title 18 USC 241 142; Title 42 USC, 1983, Bivins v. Officials and agents, 403 US 388 (1971), Dykes v. Hosemann, 743 F2d 1488, (11 CA Dec. 1984).

**NOTICE OF LIEN:** Violation and/or invasion of any above denominated rights per violative, shall act as a lien upon the nonexempt property of each presentee as follows: Nonexempt household goods; and real estate; and future earnings; and other personal property.

**VERIFICATION:** I verify that a true copy of this Notice of Default, and Demand, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7005 0390 0002 8082 0808 Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, the Undersigned Affiant, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1)

Sealed this 17th day of the May month, in the Year of Our Lord Two Thousand and Six,

> NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
> NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
>
> Affiant: *Violet A. Houghkirk*,
> Invoking U.C.C. 1-308 Without Prejudice

**Cc:** Robert McCallum of the, President's Corporate Fraud Task Force – DOJ
     950 Pennsylvania Ave NW - Washington, D.C. 20530
Lisa Madigan - Attorney General – 500 S. Second St. – Springfield, Illinois 62706
Lisa Madigan - Attorney General
     100 W. Randolph Street, 12th Floor – Chicago, Illinois 60601
J. Russell George – Acting Treasury Inspector General for Tax Administration
     1500 Pennsylvania Ave NW – Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board
     1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown - CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Robert Cloonan – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Richard L. Gregg – 401 14th Street SW Room 548 - Washington, D.C. 20227

David Cantwell – President - Chelsea Cove Condominium Assoc.
     1035 Garfield Ave - 624 Bridgeport – Wheeling, Illinois 60090
Jeffrey Meyers – Registered Agent - Secretary – Chelsea Cove Condominium –
     775 Barnaby Place - Wheeling, Illinois 60090
Thomas A. Rosiello – Secretary - ABN AMRO Mortgage Group, Inc
     135 South LaSalle Street – Chicago, Illinois 60603

Evidence "L-1d"

Carol L. Tenyak – Registered Agent – ABN AMRO Mortgage Group, Inc
        135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO Mortgage Group, Inc –
        2600 W. Big Beaver Road - Troy, Michigan 48084-3326
<u>Tim Nuss</u> - Manager - ABN AMRO Mortgage Group, Inc - 540 West Madison –
        Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
John Purtell - Manager - LaSalle Bank NA –
        135 S. LaSalle Street Dept 8144 - Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA –
        4747 W. Irving Park Road - Chicago, Illinois 60641
Colleen Riddell - Loan Administration - Special Services Dept. ABN AMRO Mortgage
        2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA
        4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc. -
        7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.
Elena L. Enuscu - Legal Administrative Assistant – ABN AMRO Mortgage
        135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO Mortgage
        Group, Inc. - 7159 Corkland Drive - Jacksonville, Florida 32258
Damien Bazan – Collections Department - ABN AMRO Mortgage, Inc. –
        4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO Mortgage, Inc. -
        7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones - Loan Admin/Litigation – ABN AMRO Mortgage Group, Inc.
        7159 Corklan Drive - Jacksonville, Florida 32258 Group, Inc.

Evidence "L-1d"

To Respondent(s):
    ABN AMRO Mortgage Group, Inc.
    Attn: Tom Goldstein – President/Chief Financial Officer
    7159 Corkland Drive – Jacksonville, Florida 32258

    LaSalle Bank NA
    Attn: Norm Bobbin – Chief Executive Officer
    1355 W. Dundee – Buffalo Grove, Illinois 60089

    LaSalle Bank NA
    Attn: Thomas A. Rosiello – Secretary –
    135 South LaSalle Street – Chicago, Illinois 60603

From:
    Violet A. Hooghkirk ©, Trustee,
    Secured Party – Barnway Trust
    c/o 772 Barnaby Place
    Wheeling, Illinois [60090]

# NOTICE OF DEFAULT, DEMAND,
## and SECOND NOTICE OF RIGHTS

5th day of the month June, in the year two thousand and seven, Anno Domini,

**Re:** - Accounting and True Bill/Notice of Billing Statement dated November 20, 2006, (Statement 11)
    - Accounting and True Bill/ Second Notice of Billing Statement dated January 7, 2007, (Statement 12)
    - Accounting and True Bill/ Third and final Notice of Billing Statement dated March 5, 2007, (Statement 13)
    - Accounting and True Bill/ Amended Third and final Notice of Billing Statement dated April 12, 2007, (Statement 14)
In regards to: Vested Interest, unauthorized misuse, violation fees, harassed, defamed as well as impose third party statutory damages on the Secured Party - Account Invoice No: #01560524051.
**Re:** Property commonly known as and located at 772 Barnaby Place - Wheeling, Illinois [60090] (PIN #03-03-400-063-1021)                    Date: June 5, 2007

## NOTICE OF DEFAULT and ASSENT

On the 1st day of the December in the year two thousand and six, on the 22nd day of the January month, on the 15th day of the March month, and on the 23rd day of the April month, in the year two thousand and seven, Thomas A. Rosiello – Registered Secretary, including, but not limited to the employees of ABN AMRO Mortgage Group, Inc, LaSalle Bank NA, Tom Goldstein – President/Chief Financial Officer, Norm Bobbin – Chief Executive Officer, Carol L. Tenyak – Agent, Customer Service – Manager, Tim Nuss – Manager, John Purtell – Manager, Michael Jinga – Manager, Colleen Riddell - Loan Administration, Marie Shiffman – Collections Equity Dept., Shaun – Supervisor, Elena L. Enuscu - Legal Administrative Assistant, Beth P. Ponder - Vice President/Customer Relations, Damien Bazan – Collections Department, Merilyn Rogers – Customer Relations, and Isolene B. Jones - Loan Admin/litigation, including Chelsea Cove Condominium Assoc., and/or their agents/officers, including, but not limited to David Cantwell – President, and Jeffrey Meyers – Registered Agent/Secretary, each Claimant/Respondent received the above **Accounting and True Bill/Notice of Billing Statements** - Account Invoice No: #01560524051 - Statement No. #11, #12, #13, and #14 from Presenter Secured Party - Creditor. Each Claimant/Respondent, and/or other co parties had thirty (30) days, exclusive of the day of each receipt to rebut point-for-point, each are now in **Default and Assent** by and through tacit procuration agreement; this constitutes PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. The Undersigned Secured Party did not receive a response or Rebuttal Point-For-Point, regarding each of the **Accounting and True Bill/Notice of Billing Statements** above as stipulated, which now stands as Fact and Truth in Commerce. The Undersigned Secured Party did not receive any payments from any of the Claimant/Respondents, in regards to the Undersigned Secured Party's Vested Interest currently in the amount of **$4,536,236.57**. Each Claimant/Respondent, and/or their agents/officers did not invoke the Fifth and Sixth Amendment's of the Constitution for the United States of America. However, each were under Public Law 93-579; FOIA (5 USC 552); PA (5USC 552a) and U.C.C. 1-103.6, as administrative demands were made, with NOTICE, DEMAND AND CAVEAT, PRIOR TO RESPONSE. Re: Certified Mail Article No #7005 1820 0000 1880 9814, 7005 1820 0000 1881 0155, 7005 1820 0000 1881 0476, and 7005 1820 0000 1881 0667, IN FACT and that;

**ACCOUNTING AND TRUE BILL:** Re: The Undersigned Secured Party's Vested Interest Claim/Lien (holder in due course) - Account Invoice No: #01560524051.

Evidence "L-1e"



- Violet A. Hooghkirk's, Secured Party Vested Interest Claim/Lien (holder in due course) as described on UCC filing No. 9830847FS recorded on May 13, 2005, Perfected Claim of Lien (UCC 9-334) (Doc# 0513849062) recorded on May 18, 2005, and the current (unrebutted) Certified Accounting and True Bill/Notice of Billing Statement, Addendum (account invoice no: #01560524051 - Statement No: 14) dated April 12, 2007, which now stands as <u>Fact and Truth in Commerce</u>, as stated above, by tacit procuration agreement, in the amount of **TOTAL * This Total Due and Now Payable:   $4,536,236.57**

\* This amount is due before anyone and/or any adversarial party can take possession of the property from the Secured Party, to execute any claim on the property, this Accounting and True Bill/Notice of Billing Statement is now due and payable. The Secured Party herein is the lien holder, and is holder in due course of the true quiet title and prior and superior vested interest claim of said property herein <u>IN FACT</u> and that;

Each Claimant/Respondent are Collaterally Estopped from making any future claims against the Secured Party until the full amount of the Vested Interest declared herein has been redeemed with full and complete remuneration to Violet A. Hooghkirk, Secured Party. Both State and Federal Courts have ruled the first to file a UCC 1 has priority. See <u>*United Tobacco Warehouse vs. Wells*</u> 490 SW 2d 152 (1973) and <u>*Diversified Metal Products vs. T-Bow Company Trust, IRS, et al*</u> USDC 93-405-E-EJL. See the above **\*Accounting and True Bill.**

DEMAND was, respectfully made to the named individual(s), the Clamant/Respondents as stated above, each was to provide DISCLOSURE regarding his/her/its actions <u>IN FACT</u> and that;

Said named corporation/individual(s) the Clamant/Respondents as stated above, each <u>FAILED TO RESPOND</u> and/or <u>FAILED</u> to provide <u>ANY</u> information or disclosure documents required by LAW, and demanded by the respondents notice and the questions, <u>IN FACT</u> and that;

By failure to do so, NOW and FOREVER each Claimant/Respondent and their offices have yield to Estoppel, Waiver fraud, etc., under U.C.C. 1-103, 1-103,6 *nemo debet bis vexari pro una et eaden Causa,* and such willful refusal may subject each Respondent to Civil Liabilities or Criminal punishment. [Translation: No one should be twice harassed for the same cause.] <u>IN FACT</u> and that;

CONTRACT BY DEFAULT: This is a perfected Contract by Tacit Procuration it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING. Each Respondent is estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE" by and through Tacit Procuration and all associated documents which is conclusive evidence that the Undersigned, Secured Party is the superior lien holder, and is holder in due course of the property commonly known as and located at 772 Barnaby Place – Wheeling, Illinois [60090] <u>IN FACT</u> and that;

EACH RESPONDENT IS HEREBY NOTICED AND DEMANDED: To desist and refrain from taking any further action in the above reference matter without liability therefore (cf. liability for personal damages, <u>Pulliam v. Allen</u>, 104 sct. 1970, 1979), except to restore the Secured Party to his/her former status, and that I have secured rights, privileges, privacy and immunities and each is so protected is valued at no less than one million dollars each, DEMAND IS FURTHER MADE to all governmental officials to protect me, and mine in my peaceful exercise or enjoyment of my rights, privileges, privacy, immunities, etc., (cf. Title 18 USC 241 142; Title 42 USC, 1983, <u>Bivins v. Officials and agents,</u> 403 US 388 (1971), <u>Dykes v. Hosemann,</u> 743 F2d 1488, (11 CA Dec. 1984).

NOTICE OF LIEN: Violation and/or invasion of any above denominated rights per violative, shall act as a lien upon the nonexempt property of each presentee as follows: Nonexempt household goods; and real estate; and future earnings; and other personal property.

VERIFICATION: I verify that a true copy of this Notice of Default, and Demand, was duly served upon the before named individual at the offices before stated via CERTIFIED MAIL NUMBER 7006 2760 0003 2532 2149, Return Receipt, and that I am competent to testify in the matters herein stated; that I have personal knowledge of all of the facts which relate to this service and the above named response on the record; that the

Evidence "L-1e"

allegations stated herein are true and correct in entirety to be best of my knowledge, belief and upon information, the Undersigned Affiant, certifies, and declares under penalty of perjury, under the laws of the united States of America Title 28 USC 1746 (1).

Sealed on or about this 6th day of the month June, in the Year of Our Lord Two Thousand and Seven,

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL/ NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Affiant: _Violet A. Hooghkirk_ ,
Invoking U.C.C. 1-308 Without Prejudice

## Notary Public

On the date set out below, the foregoing Notice of Default was sworn and signed in my presence by Violet A. Hooghkirk, known to me.

My commission expires _10-20-07_

_____
Notary Public

_06-08-07_
Date

"OFFICIAL SEAL"
LAURA E. RIVERA
Notary Public, State of Illinois
My Commission Expires 10/20/07

Parties at Interest (Claimants):
Carol L. Tenyak – Registered Agent – 135 South LaSalle Street, Suite 925 – Chicago, Illinois 60603
Customer Service - Manager - ABN AMRO – 2600 W. Big Beaver Road - Troy, Michigan 48084-3326
Tim Nuss - Manager - ABN AMRO - 540 West Madison - Chicago, Illinois 60661-6400 - (no longer w/company or can't find)
John Purtell - Manager - LaSalle Bank NA - 135 S. LaSalle Street Dept 8144 · Chicago, Illinois 60674-8144
Michael Jinga - Manager - LaSalle Bank NA – 4747 W. Irving Park Road - Chicago, Illinois 60641
Colleen Riddell - Loan Admnin. - Special Services Dept. ABN AMRO- 2600 West Big Beaver Read - Troy, Michigan 48084-3318
Marie Shiffman – Collections Equity Dept. - LaSalle Bank NA - 4747 W. Irving Park Road - Chicago, Illinois 60641
Shaun - Supervisor - ABN AMRO Mortgage Group, Inc.- 7159 Corklan Drive - Jacksonville, Florida 32258
Elena L. Enuscu - Legal Administrative Assist – ABN AMRO - 135 S. LaSalle Street - Chicago, Illinois 60603-0135
Beth P. Ponder - Vice President, Customer Relations - ABN AMRO - 7159 Corkland Drive - Jacksonville, Florida 32258
Damien Bazan – Collections Dept - ABN AMRO - 4242 N. Harlem Avenue - Norridge, Illinois 60706-1204
Merilyn Rogers – Customer Relations - ABN AMRO - 7159 Corklan Drive - Jacksonville, Florida 32258
Isolene B. Jones – Loan Administration/Litigation Dept.-ABN AMRO - 7159 Corkland Drive - Jacksonville, Florida 32258
David Cantwell – President, Chelsea Cove – 624 Bridgeport -Wheeling, Illinois 60090
Jeffrey Meyers – Secretary – Chelsea Cove Condominium - 775 Barnaby Place - Wheeling, Illinois 60090

Cc:
Robert McCallum of the, President's Corporate Fraud Task Force –
        DOJ-950 Pennsylvania Ave NW - Washington, D.C. 20530
Merri Jo Gillette - Regional Director - Securities and Exchange Commission (SEC)
        Midwest Regional Office - 175 West Jackson Blvd Suite 900 – Chicago, Illinois 60604
Federal Trade Commission (FTC) CRC – 240-600 Pennsylvania Avenue NW - Washington, D.C. 20580
Lisa Madigan, Attorney General – 500 S. Second St. · Springfield, Illinois 62706
Lisa Madigan - Attorney General -100 W. Randolph Street, 12th Floor - Chicago, Illinois 60601
William G. Holland - Auditor General - 740 E. Ash Street - Springfield, Illinois 62703
J. Russell George - Treasury Inspector General for Tax Administration
        1500 Pennsylvania Ave NW - Washington, D.C. 20224
Chief Information Officer – Treasury Data Integrity Board - 1500 Pennsylvania Ave NW – Washington, D.C. 20224
Kevin Brown – CSB/IRS SPH Office – 5000 Ellin Rd – Lanham, Maryland 20706
Chief Special Procedure Handling Office – IRS – P.O. Box 245 Bensalem, Pennsylvania 19020
Mr. Ken Papaj  Acting Commissioner of the Financial Management Service of the Department of The
        Treasury   401 14th Street SW Room 548 - Washington, D.C. 20227

Raymond R. Quirk, President/ Registered Agent-Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204
C T Corporation System, Registered Agent - Chicago Title & Trust Company - 208 SO LaSalle St, suite 814 · Chicago, Illinois 60604
Todd C. Johnson Same, Secretary/Registered Agent - Chicago Title & Trust Company - 601 Riverside Ave – Jacksonville, Florida 32204

Evidence "L-1e"