

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Violet A. Hooghkirk, Secured Party
(Please print)

**STREET ADDRESS:** C/o 772 Barnaby Place

**CITY/STATE/ZIP:** Wheeling, Illinois [60090]

**PHONE NUMBER:** 847-215-5244

**CASE NUMBER:**
07CV6975
JUDGE CONLON
MAG. JUDGE ASHMAN

_____   12-12-07
Signature (Violet A. Hooghkirk, Secured Party)   Date

FILED
DEC 12 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT