# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6975 | **DATE** | 1/11/2008 |
| **CASE TITLE** | HOOGHKIRK, ET AL vs. GOLDSTEIN, ET AL | | |

**DOCKET ENTRY TEXT**

This case is dismissed without prejudice. Construed literally, the complaint does not state any basis for federal jurisdiction and improperly seeks to relitigate state court cases.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|