# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| VIOLET A. HOOGHKIRK | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6975 |
| ABN AMRO MORTGAGE GROUP INC., ET AL | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to  hearing  before the Court. The issues have heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that:

This case is dismissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 1/11/2008

/s/ Willia Harmon, Deputy Clerk