# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6975 | **DATE** | 2/29/2008 |
| **CASE TITLE** | VIOLET A. HOOGHKIRK vs. ABN AMRO MORTGAGE GROUP INC., ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion [7] to vacate the judgment order entered on January 11, 2008 is granted. However, the case remains dismissed without prejudice. Plaintiff may seek advice about redrafting her complaint to state a basis for federal jurisdiction through the District Court self-help assistance program by making an appointment at the Clerk's Office Intake Desk on the 20th floor or by calling 312-435-5691.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|