Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6975 | DATE | 4/8/2008 |
| CASE TITLE | VIOLET A. HOOGHKIRK vs. ABN AMRO MORTGAGE GROUP, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's pro se motion [9] to reopen this case is denied. Construed in her favor, her attack on a state judge's property foreclosure and a sheriff's eviction notice do not state a violation of federal law. Plaintiff's ex parte request for preliminary injunction is moot.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|