UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
Evert McKinley Dirksen Building,
219 South Dearborn Street, 20th floor, Chicago, Illinois 60604

FILED
APR 2 5 2008 TC
4-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| In the matter of<br>VIOLET A. HOOGHKIRK,<br>    Plaintiff in Error<br>Vs.<br>ABN AMRO MORTGAGE GROUP INC., et al<br>    Defendant(s) in Error,<br><br>**Presented by:**<br>Violet A. Hooghkirk, Secured Party/<br>Aggrieved, Injured Party<br>    Petitioner. | Case No. 07C6975<br><br>Judge Suzanne B. Conlon<br><br>Magistrate Judge Ashman |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
### QUESTIONS / REQUEST TO THE COURT FOR ANSWERS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Presented by Violet Alberta Hooghkirk, <u>Sovereign and Secured Aggrieved Party, Injured Party in Fact</u> – <u>Speaking on behalf of myself and Plaintiff-in-Error</u>.**

COMES NOW, Violet Alberta Hooghkirk, Sui Juris, Sovereign, free, natural human being, respectfully requesting this honorable Court to answer the questions put to the Court in my MOTION TO RE-OPEN CASE NO. 07C6975 AND ANSWER CONSTITUTIONAL VIOLATION QUESTIONS (hereinafter my Motion to Re-Open) filed on 3/31/2008, for the reasons as set forth below.

### AFFIDAVIT

I, Violet Alberta Hooghdirk, hereby swear before God that all statements are truthful, sworn testimony, as set forth herein.

1.     On Friday, 4/18/2008, the United States Postal Service (USPS) delivered to me at the address 772 Barnaby Place, Wheeling, IL 60090, the DOCKET ENTRY TEXT dated 4/8/2008, signed by Judge Suzanne, B. Conlon, which reads:

> Plaintiff's pro se motion [9] to reopen this case is denied. Construed in her favor, her attack on a state judge's property foreclosure and sheriff's eviction notice do not state a violation of federal law. Plaintiff's ex parte request for preliminary injunction is moot.
> /s/ Suzanne b. Conlon.

This is the third response to this matter made by Judge Conlon, and quite frankly it has me confused. While implying it is "Construed in her (my) favor," re-opening the case is summarily denied because the "property foreclosure and sheriff's eviction notice do not state a violation of federal law." A careful reading of my Motion to Re-Open [see preface to my questions under the heading ISSUES AND QUESTIONS OF LAW TO BE ADDRESSED AND ADJUDICATED] will reveal that its purpose is not to allege violation of federal law by the foreclosure and eviction proceeding that occurred, but to present to this court of the United States (U.S.) Government serious questions of legislative constitutional violations. Absent proof that the ruling by the Supreme Court in *Marbury v. Madison*, 5 U.S. (2 Cranch) 137, 174, 176 (1803), that "All laws which are repugnant to the Constitution are null and void" has been overturned, how can the ten (10) questions presented regarding legislation being non-compliant with the U.S. Constitution not be matters cognizable in a court of the U.S. Government? Unless offered proof to the contrary, honest services on the part of government entities and their officers (public servants) requires strict adherence to the mandates of the LAW (the Constitution for the United States). If the courts of the U.S. Government is not the place to seek answers to questions as to whether legislation is compliant with the LAW then to whom can sovereign human beings (the public) go for answers? Where can a member of the public assert their sovereignty and superior place in the chain of command in this Republic called the United States of America but to their courts of justice? Are not courts of justice under a duty to address matters of violation of the LAW when brought to it? Absent these questions being answered "NO" by the court with proof

to substantiate such answer, I respectfully repeat the questions presented in my Motion to Re-Open, to wit:.

(A)　Is it not true that the U.S. Constitution only provides authority to the United States Government to coin money, regulate the value thereof [Article I, Sec. 8, Cl. 5], and that the constitutional mandate that States cannot make any thing but gold and silver coin a tender in payment of debts [Article I, Sec. 10, Cl.1] applies also the U.S. Government? This being true, how can the notes printed by the FEDERAL RESERVE (i.e., Federal Reserve Notes, paper currency, hereinafter FRNs), which fall under the term "obligation or other security of the United States" [18 U.S.C. § 8] have any intrinsic value especially after they were no longer backed by gold and silver?

(B)　Isn't it true that the FEDERAL RESERVE is a private entity that was given permission in 1913 by enactment of Congress to print currency (FRNs), and that the United States Government purchases same from the FEDERAL RESERVE with bonds, or some other form of security, backed by the faith and credit of the United States? Where in the U.S. Constitution is there any provision authorizing such legislation?

(C)　Is it not true that the consideration provided by commercial entities in the credit business (e.g., mortgage companies, banks, and the like, incorporated under the Laws of the United States or perhaps State laws — hereinafter collectively referred to as BANKS), in combination with a FEDERAL RESERVE BANK, is a line of credit (hereinafter referred to as credit units; which are denominated as if dollars) created by bookkeeping entries and has no intrinsic value as money authorized by the U.S. Constitution?

(D)　Is it not true that the credit line available to BANKS is based upon the sum of FRNs deposited into a bank by human beings multiplied many times over?

(E) Is it not true that by House Joint Resolution #192 [enacted June 5, 1933, 73rd Cong. 1st Sess.] "Every obligation, ... shall be discharged upon payment, dollar for dollar", thus the credit units extended by BANKS are discharged when the same sum of FRNs as the credit units has been tendered to BANKS?

(F) While FRNs have no intrinsic value in and of themselves, is it not true when exchanged for one's labor FRNs must be considered to be equal in value to money as labor has value and is directly or indirectly the foundation for everyone's property, and the ownership of property is among the unalienable rights of We the People for which governments are under a duty to strictly protect against infringement by anyone (which would include BANKS)?

(G) Is it not true that governments were instituted by We the People with purpose that they serve to protect our rights and liberty from being violated by anyone, and that commercial trickery through false pretenses results in honest services fraud where the BANKS use a promissory note as a means to extract more than the dollar for dollar called for by HJR 192 in the discharge of the BANKS credit units?

(H) Is it not true that any exaction by the BANKS from human beings that is over and above the consideration extended as credit units has the result to compel such human being to labor for others against their will (a condition of involuntary servitude—forbidden by the Thirteenth Amendment to the U.S. Constitution—called "peonage" addressed in 42 U.S.C. § 1994 and 18 U.S.C. § 1581)?

(I) Is it not true that courts are under a duty to eradicate all forms of involuntary servitude when the matter is brought to the court's attention?

(J)     Is it not rue that due process of law requires full disclosure and that the true nature of the FRNs and the banking/credit industry has not been disclosed to We the People, causing violation of the Fourth and Fifth Amendments to the U.S. Constitution?

## CAVEAT

This Court's refusal, failure or neglect to forthwith answer the questions presented will make a record of intentional avoidance of a duty to serve me, as a sovereign member of the public, in an honest and forthright manner; and provides evidence of intentional failure to remedy constitutional violations that result in gross violations of the rights of the public.

All statements made herein are factual, truthful, testimony before God, as stated, and respectfully submitted with reservation of all rights and waiver of none.

By the Seal of,

Date: April 22, 2008

*Violet A. Hooghkirk*
Violet Alberta Hooghkirk© Secured Party
C/o 772 Barnaby Place
Wheeling, Illinois [60090]
Ph: 847-215-5244

## CERTIFICATE OF SERVICE

I hereby certify that on the __22__ day of April, 2008 A.D., an exact copy of this QUESTIONS / REQUEST TO THE COURT FOR ANSWERS was served upon the following by first class mail addressed as follows:

Attn: Codilis + Associates PC
ABN AMRO MORTGAGE GROUP INC. et al,
Tom Goldstein – President/Chief Financial Officer
7159 Corkland Drive
Jacksonville, Florida 32258

CHICAGO TITLE & TRUST CO,
as successor Trustee to La Salle Bank Land Trust #130966
613 N. Main Street
Mt. Prospect, IL 60056

Raymond R. Quirk, President & Registered Agent
CHICAGO TITLE & TRUST CO.
601 Riverside Avenue
Jacksonville, FL 32204

Sheriff Thomas J. Dart,
Cook County Sheriff Civil Division
Richard J. Daley Center
50 West Washington, Street, Room 703
Chicago, Illinois 60602

*Violet A. Hotchkiss* (signature)